
EXHIBIT 5

# In The Matter Of:

## MICHAEL A. MCGUIRE
### v.
## CITY OF MONTGOMERY

---

## COLONEL HUGH B. MCCALL
*December 13, 2013*

---

**CERTIFIED COPY**

**MERRILL CORPORATION**
LegaLink, Inc.
1117 West Peachtree Street NW
Atlanta, GA 30309
Phone: 404.351.3070
Fax: 404.238.0527

Case 2:15-cv-00606-WKW-SMD   Document 100-5   Filed 01/09/17   Page 2 of 20
Case 2:11-cv-01027-WKW-CSC   Document 187-2   Filed 02/06/14   Page 2 of 19

Page 1

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


MICHAEL A. McGUIRE,

    Plaintiff,

                  CIVIL ACTION NO.

VS.                2:11-CV-1027-WKW

CITY OF MONTGOMERY, et al.,

    Defendants.


DEPOSITION OF:


COLONEL HUGH B. McCALL


COURT REPORTER:

JENNIFER LEE, ACCR-97

COLONEL HUGH B. MCCALL - 12/13/2013

Page 2

STIPULATIONS:

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of COLONEL HUGH B. McCALL may be taken before Jennifer Lee, Notary Public, State of Alabama at Large, at the Alabama Department of Public Safety, 301 South Ripley Street, Montgomery, Alabama, on the 13th day of December, 2013, commencing at approximately 9:05 a.m.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is not waived.

Page 3

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel as to any questions, except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of trial, or at the time said deposition is offered in evidence or prior thereto.

Page 4

APPEARANCES:

FOR THE PLAINTIFF:
J. Mitch McGuire, Esq.
MCGUIRE & ASSOCIATES, LLC
31 Clayton Street
Montgomery, Alabama 36104
(334)517-1000

FOR THE DEFENDANT, ATTORNEY GENERAL:
Winfield J. Sinclair, Esq.
OFFICE OF THE ATTORNEY GENERAL
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
(334)353-9110

FOR THE DEFENDANT, MONTGOMERY COUNTY:
C. McDowell Crook, Jr., Esq.
HASKELL, SLAUGHTER, YOUNG & GALLION, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
(334)265-8573

Page 5

APPEARANCES CONTINUED:

FOR THE DEFENDANT, ALABAMA DEPARTMENT OF PUBLIC SAFETY:
F. Tim McCollum, Esq.
ALABAMA DEPARTMENT OF PUBLIC SAFETY
301 South Ripley Street
Montgomery, Alabama 36102
(334)353-1151

INDEX:

EXAMINATION BY:            PAGE NO.
Mr. McGuire                   8

2 (Pages 2 to 5)

Merrill Corporation - Birmingham
205-251-4200                                    www.merrillcorp.com/law

COLONEL HUGH B. MCCALL - 12/13/2013

Page 6

INDEX OF EXHIBITS:

| FOR THE PLAINTIFF: | PAGE NO. |
|---|---|
| A - Code of Alabama | 24 |
| C - Transmittal Sheet for Notice of Intended Action, 2011 | 21 |
| D - Transmittal Sheet for Notice of Intended Action, 2012 | 22 |
| E - Alabama Code Section 15-20A-18 | 15 |
| F - Alabama Code Section 15-20A-42 | 9 |
| G - Alabama Code Section 15-20A-44 | 20 |

(There was not an Exhibit B marked during the deposition.)

Page 7

1  I, Jennifer Lee, a court reporter of
2  Birmingham, Alabama, and a Notary Public for
3  the State of Alabama at Large, acting as
4  commissioner, certify that on the 13th day of
5  December, 2013, at approximately 9:05 a.m.,
6  pursuant to Rule 30 of the Alabama Rules of
7  Civil Procedure and the foregoing stipulation
8  of counsel, there came before me at the
9  Alabama Department of Public Safety, 301
10 South Ripley Street, Montgomery, Alabama,
11 COLONEL HUGH B. McCALL, witness in the above
12 cause for oral examination, whereupon the
13 following proceedings were had:

16     COLONEL HUGH B. McCALL,
17  being first duly sworn, was examined
18 and testified as follows:

21     THE COURT REPORTER: Usual
22 stipulations?
23     MR. McGUIRE: I'm agreeable.

Page 8

1     MR. McCOLLUM: I'm going to ask that
2 my client be able to sign the deposition.
3 Other than that, usual stipulations, we'll
4 agree.
5     MR. SINCLAIR: That's fine with me.
6     MR. CROOK: Fine with me.
7     MR. McGUIRE: No objections.

9 EXAMINATION BY MR. McGUIRE:
10     Q. Okay. Good morning, Colonel McCall.
11     A. Good morning.
12     Q. Will you, just for the record, state
13 your name?
14     A. Hugh Bruce McCall.
15     Q. And, Colonel McCall, what is your
16 current occupation?
17     A. I serve as the director for the
18 Alabama Department of Public Safety.
19     Q. And can you briefly describe your
20 duties as the director of the Alabama
21 Department of Public Safety?
22     A. According to Alabama law, the director
23 of public safety is in charge of highway

Page 9

1 traffic safety, along with driver's license
2 issuance and other various duties and
3 responsibilities that fall under the
4 department.
5     Q. Okay. Would you describe your role as
6 the chief law enforcement officer for Alabama
7 Department of Public Safety?
8     A. I'm responsible for the day-to-day
9 operations of anything that takes place in
10 the state.
11     Q. Okay. All right. Getting right to
12 the heart of the matter, Colonel McCall, are
13 you familiar with the provisions of the
14 current Alabama sex offender law? And it's
15 titled Alabama Sex Offender Registration and
16 Community Notification Act.
17     A. I'm familiar with it.

19     (Plaintiff's Exhibit F was marked
20     for identification.)

22     Q. Okay. I would like to, first, direct
23 your attention -- Colonel, this is going to

3 (Pages 6 to 9)

COLONEL HUGH B. MCCALL - 12/13/2013

Page 10

1 be Exhibit F.
2   A. Okay.
3   Q. Do you need a copy? If you can,
4 review that really briefly, and whenever
5 you're ready, Colonel.
6   A. Okay.
7   Q. So have you reviewed Exhibit F, and
8 would it be a fair representation that
9 Exhibit F is Section 15-20A-42 of the Alabama
10 Sex Offender Registration and Community
11 Notification Act?
12   A. Yes, what you've provided me.
13   Q. Okay. Going forward, Colonel McCall,
14 I'm just going to refer to the law as
15 ASORCNA. Is that okay?
16   A. As what?
17   Q. ASORCNA?
18   A. Okay.
19   Q. It's an acronym, just kind short, in
20 short. Okay. Now, you have reviewed this
21 section; correct?
22   A. Yes. Just a few minutes ago, I just
23 reviewed it.

Page 11

1   Q. Okay. And are you familiar with this
2 section of the law that mandates that all
3 information for registered sex offenders be
4 forwarded to the Department of Public Safety?
5   A. Yes.
6   Q. Is it your understanding that the
7 Department of Public Safety keeps all of the
8 registration information on sex offenders in
9 a database?
10   A. We maintain a database. That's
11 correct.
12   Q. Okay. Can you tell me: What is done
13 with that information? Is it just stored in
14 a database, or is it shared with other
15 individuals or entities?
16   A. The information is actually put into a
17 database, which in turn is on a website that
18 can be viewed by the general public.
19   Q. Okay. Is it accessible by law
20 enforcement, the database?
21   A. Anybody can access it, the information
22 that's on the public record, can look at it.
23   Q. Okay. And does that information

Page 12

1 include all of the registration information,
2 or does it include some of the information
3 that individuals give you?
4   A. It is -- well, now, I don't understand
5 what you're asking me. Like, other than the
6 name and address and stuff like that, I know
7 it's put in the database. But what are you
8 asking me?
9   Q. I'm asking: Is the information that
10 is stored on a database, is it the same
11 information -- for example, when the
12 individuals register, they fill out what's
13 called a Form 47. Are you familiar with
14 that?
15   A. No, because they don't register with
16 us. They register with the sheriff and city
17 police and so forth, but they don't register
18 with us. So I'm not familiar with that form.
19   Q. Okay.
20   A. That's why I don't know what
21 information is on the form for me to tell
22 you.
23   Q. I understand that.

Page 13

1   A. Okay.
2   Q. Are you familiar with the information
3 that is stored on the database with the
4 Department of Public Safety?
5   A. Data, yes, that I see on the public
6 site. Yes.
7   Q. Okay. Can you describe what's the
8 information that's stored?
9   A. What I see on the public site is
10 normally a picture. It has a description and
11 a name and an address.
12   Q. Okay. Do you -- you told me you have
13 responsibility for highway traffic safety as
14 well; correct?
15   A. That's correct.
16   Q. And does that responsibility include
17 the various state troopers that patrol the
18 various roads within the State of Alabama?
19   A. That's correct.
20   Q. Okay. When an individual is stopped
21 in, let's say, a traffic stop by one of your
22 officers that are on patrol, is it typically
23 policy that they ask for a driver's license?

4 (Pages 10 to 13)

COLONEL HUGH B. MCCALL - 12/13/2013

Page 14

1    A. If it's a stop, yes, sir. You're
2  going to ask for a driver's license.
3    Q. Okay. And when they ask for a
4  driver's license, do they typically check
5  those credentials against a database here?
6    A. It's optional for the officers to do
7  it. It's not mandated by any rules or
8  regulations that they must run every driver's
9  license.
10   Q. Okay. In what instances would they
11 run a driver's license?
12   A. It's left up to the officer's
13 discretion to check, if they want to run it
14 or not. If they look at it at face value and
15 they see the information is current and
16 accurate and don't have a reason to run it,
17 they won't run it. Well, if they feel that
18 they want to check the status of the license,
19 they can.
20   Q. Under what circumstances, as the chief
21 law enforcement officer, would you expect one
22 of your officers to check the status?
23   A. Anytime that they have any belief that

Page 15

1  they need to check it. There's no set
2  standard that will say you must check if they
3  have an expired tag. There's no rule or
4  regulations. It's left up to the officer's
5  discretion to check their driver's license
6  through the system.
7    Q. Okay. Now, so are you familiar with
8  the -- I'm going to show you what's marked
9  as -- this is going to be --
10
11     (Off-the-record discussion.)
12
13     (Plaintiff's Exhibit E was marked
14     for identification.)
15
16   Q. This is going to be Exhibit E.
17     MR. CROOK: I'll look on with them.
18   Q. Thank you. Thank you. Okay. Have
19 you reviewed Exhibit E --
20   A. Uh-huh.
21   Q. -- Colonel McCall?
22   A. I have.
23   Q. And so is it your understanding, based

Page 16

1  on reviewing Exhibit E -- first of all, does
2  Exhibit E represent that it is Section
3  15-20A-18 of ASORCNA?
4    A. Uh-huh.
5    Q. And it's titled adult sex offender,
6  identification requirements?
7    A. That's correct.
8    Q. Is it your understanding that adult
9  sex offenders are required now, under the
10 current law, to have a license with the words
11 criminal sex offender placed upon them?
12   A. That's correct.
13   Q. Okay. Given what we just discussed
14 about your officers, your officers typically
15 have, you know, discretion, whether they
16 decide to call in a driver's license or not;
17 correct?
18   A. That's correct.
19   Q. And it's just depending on -- and from
20 what you've told me, and correct me if I'm
21 wrong, it depends on, I guess, whatever the
22 circumstance is when they pull an individual
23 over in a traffic stop; correct?

Page 17

1    A. That's correct.
2    Q. If, in fact, one of your officers --
3  and this is a scenario I'd like to get an
4  answer to, if I may, Colonel McCall. If one
5  of your officers pulls over an individual and
6  the officer -- and they have cause to call in
7  to check an ID, if that individual is a sex
8  offender, is it stored in a database? If
9  it's an Alabama sex offender, is it stored in
10 a database in which law enforcement officers
11 can discover that?
12   A. No, sir. It's going to be on the
13 driver's license, that the indication would
14 be. It's not stored for that officer to go
15 into a database to see. It would be
16 indicated on a driver's license that was done
17 previously, before the license was issued.
18 The officer on the street doesn't have access
19 to that database that you're talking of,
20 other than the public website, because it's
21 indicated on the license.
22   Q. Okay. So here's what I would like you
23 to do, Colonel McCall, so that we're really

5 (Pages 14 to 17)

Case 2:15-cv-00606-WKW-SMD Document 100-5 Filed 01/09/17 Page 7 of 20
Case 2:11-cv-01027-WKW-CSC Document 187-2 Filed 02/06/14 Page 7 of 19

COLONEL HUGH B. MCCALL - 12/13/2013

Page 18

1 clear.
2    A. Okay.
3    Q. So is it your assertion today that
4 officers that you have responsibility for in
5 the Department of Public Safety, they have no
6 way to know, outside of being printed on a
7 driver's license, if an individual is a sex
8 offender under -- currently required to
9 register under Alabama law?
10    A. Unless they go to the public website
11 and look at it on the public website to see,
12 that would be correct because it's on the
13 driver's license.
14    Q. Okay.
15    A. That is my understanding.
16    Q. Okay. Who, besides yourself, is in
17 charge of enforcing in terms of the Alabama
18 sex offender laws, concerning your
19 department? Who else is in charge of
20 enforcing or administering the law?
21    A. We don't enforce the sex offender law.
22 We're required by statute to keep a website
23 when the information is provided. We don't

Page 19

1 enforce anything. But I'm using -- and
2 correct me if I'm wrong. When you say
3 enforce, that would be someone to take
4 actions against it. We only collect. Once
5 the data is sent to us by law, then we just
6 keep the data.
7    Q. So would you describe your role as an
8 administrative function?
9    A. Describe my role?
10    Q. Would you describe the Department of
11 Public Safety's role as an administrative
12 function as it relates to Alabama sex
13 offender law?
14    A. When the information is sent in, once
15 the person is registered, they send -- they
16 being the sheriff or the city chief -- send
17 the information in to DPS, and we maintain
18 the record, database, and the public website.
19    Q. Okay. Is there anyone in the Alabama
20 Department of Public Safety that makes a
21 determination as to whether a person, whose
22 information is sent in to you from the police
23 department or sheriff's department, is due a

Page 20

1 due process hearing?
2    A. Not that -- not that I'm aware of.
3
4    (Plaintiff's Exhibit G was marked
5      for identification.)
6
7    Q. I'd like to show you, Colonel, what's
8 been marked as Exhibit G. Here you go,
9 Colonel.
10    A. I'll read it. Okay. Okay.
11    Q. Okay. And Exhibit G, would it be
12 accurate if I described Exhibit G as being
13 Code Section 15-20A-44 of ASORCNA?
14    A. Correct.
15    Q. And Section A says: The director of
16 the Department of Public Safety shall
17 promulgate rules establishing an
18 administrative hearing for persons who are
19 made subject to this chapter pursuant to
20 Subdivision 33 of Section 15-20A-5. Is that
21 a correct reading of Subsection A?
22    A. According to this law, it is, yes.
23    Q. Okay. Before I talk about the

Page 21

1 contents of this subsection, have you
2 promulgated any rules in the last year
3 establishing or changing any hearings for
4 persons subject to the law at all?
5    A. No.
6    Q. Have you signed any documents that
7 either intend to change the law as it relates
8 to hearings, or have you drafted any
9 documents as it relates to changing the law
10 in terms of hearings, due process hearings
11 for purported sex offenders?
12    A. No.
13
14    (Plaintiff's Exhibit C was marked
15      for identification.)
16
17    Q. Okay. I'm going to first show you
18 what's been marked as Exhibit C. Do you
19 recognize this document?
20    A. Do I recognize -- let me make sure.
21 You said recognize seeing it?
22    Q. Do you recognize this document at all?
23 Have you ever seen anything like it?

COLONEL HUGH B. MCCALL - 12/13/2013

### Page 22

1  A. I can't say that I have.
2  Q. Okay. So then can you tell me what
3  the date is at the bottom of this document?
4  A. It looks like 12. Is that a 12? It
5  looks like 12/12. I'm trying to make sure I
6  read it.
7  MR. McCOLLUM: Of 2011.
8  A. It looks like 12/12/2011.
9
10  (Plaintiff's Exhibit D was marked
11  for identification.)
12
13  Q. Okay. And we'll get back to this
14  document in just a moment, but I want to show
15  you what's been marked as -- maybe you'll be
16  a little more familiar with this document --
17  Exhibit D. Are you familiar with this
18  document, Colonel McCall?
19  A. Yes.
20  Q. Is that your signature at the bottom
21  of this document?
22  A. Yes. 7/10/2012, uh-huh.
23  Q. Okay. And can you tell me what this

### Page 23

1  document is titled up at the top?
2  A. It says transmittal sheet for notice
3  of intended action, intended action.
4  Q. Intended action. Now, it also says in
5  here, Control Number 017; correct?
6  A. Wait a minute. Let me keep up with
7  you. Yes.
8  Q. Right at the very top, and the
9  department or agency is public safety; right?
10  A. That's correct.
11  Q. And it talks about a rule number, does
12  it not?
13  A. Yes.
14  Q. And that rule number is 760-X-1-.21;
15  correct?
16  A. Correct.
17  Q. And the title of that rule is foreign
18  jurisdiction covered sex offender
19  registration, notification, and due process
20  hearings; correct?
21  A. It says convicted sex offenders. You
22  said covered.
23  Q. Okay. Foreign jurisdiction convicted

### Page 24

1  sex offender registration, notification, and
2  due process hearings; correct?
3  A. Correct.
4  Q. And there's an X next to a word right
5  below that, and what is that X next to?
6  A. Amend.
7  Q. Okay. So would you agree that this
8  document is a notice to intend to amend the
9  rule number that we just discussed?
10  A. Yes.
11
12  (Plaintiff's Exhibit A was marked
13  for identification.)
14
15  Q. Now, I want to go back, if I may.
16  Well, I don't want to go back there just yet,
17  Colonel. I want to first talk about our
18  current law, and then we're going to compare
19  that to these changes that we had here.
20  Okay. I'm going to show you what's been
21  marked as Exhibit A. And I recognize this is
22  a lot of paper, Colonel, but it's kind of
23  important to go through this methodically and

### Page 25

1  kind of in order. This is Exhibit A. About
2  one-third down from the page, there is the
3  beginning of a code, 760-X-1-.21; is that
4  correct?
5  A. Correct.
6  Q. And it is foreign jurisdiction
7  convicted sex offender registration; correct?
8  A. That's correct.
9  Q. And if you go to page two, there is
10  also a form attached to this code. And can
11  you tell me what the title of that form is?
12  A. Wait a minute. You said page two?
13  Q. The second page. Excuse me. The next
14  page. I apologize.
15  A. Okay. It says waiver of hearing,
16  registration and community notification laws.
17  Q. Okay. And below that, it says:
18  Having been convicted of blank in blank, and
19  I'm assuming that's a city and state. It
20  says: You are considered a criminal sex
21  offender as defined by State of Alabama Act
22  1-1127 and 42 United States Code, Section
23  14071. Did you see that?

Case 2:15-cv-00606-WKW-SMD Document 100-5 Filed 01/09/17 Page 9 of 20
Case 2:11-cv-01027-WKW-CSC Document 187-2 Filed 02/06/14 Page 9 of 19

COLONEL HUGH B. MCCALL - 12/13/2013

Page 26

1  A. Yes.
2  Q. Can you read the very next sentence
3  for me?
4  A. You are entitled to a hearing by the
5  Alabama Department of Public Safety regarding
6  whether the Community Notification Act is
7  applicable to the aforementioned conviction.
8  Q. Okay. If you may, would you go to the
9  last page of this particular exhibit? And
10 can you read down at the very bottom, the
11 last line, that says history, new rule, after
12 that?
13 A. Wait a minute. I've got to find it.
14 Q. Very bottom.
15 A. Oh, thank you. Okay.
16 Q. When does it say this was filed?
17 A. This says filed September the 10th,
18 2002, and effective October the 15th, 2002.
19 Q. Okay. Thank you, Colonel. I
20 appreciate that. Now, when I asked you
21 earlier, Colonel, if you had ever sent or if
22 you were aware of any changes or proposed
23 changes that you had done to due process

Page 27

1  hearings as it relates to sex offenders, is
2  there anything that I presented to you in
3  these last few exhibits that would change
4  kind of your opinion on that answer?
5  A. Yes. After I saw this one, I made
6  sure. That's when I remembered it. Yes,
7  sir.
8  Q. Okay. All right. Now, what I'd like
9  to do is, let's go back to Exhibit C. Excuse
10 me, Colonel, everybody. Let me make sure I
11 have this correct. I'm sorry, Colonel.
12 Let's go to Exhibit D.
13 A. Okay.
14 Q. And Exhibit D was signed by you;
15 correct?
16 A. That's correct.
17 Q. And let's go to the fifth page of
18 Exhibit D.
19 A. Okay.
20 Q. And specifically on the fifth page, if
21 you can see through the strikethroughs in
22 this page, you see waiver of hearing,
23 registration and community notification laws;

Page 28

1  correct?
2  A. Correct.
3  Q. And in the next -- in the very first
4  paragraph underneath there, reading through
5  the strikes, do you see the language that
6  says: Having been convicted of blank in
7  blank, comma blank, assuming city and state
8  there, you are considered a criminal sex
9  offender as defined by the State of Alabama
10 Act 01-1127 and 42 United States Code,
11 Section 14071; correct?
12 A. Correct.
13 Q. The very next sentence says: You are
14 entitled to a hearing by the Alabama
15 Department of Public Safety regarding whether
16 the Community Notification Act is applicable
17 to the aforementioned conviction. Does it
18 say that?
19 A. That's correct.
20 Q. But it's stricken through; is that
21 correct?
22 A. Correct.
23 Q. So are we to assume from the

Page 29

1  strikethroughs that that is part of the
2  change that you were intending to make when
3  you submitted this transmittal sheet for
4  notice of intended action?
5  A. That would be correct.
6  Q. Okay. So what that -- would you agree
7  that based on what -- would you agree that
8  the strikethrough here demonstrates that your
9  intended action is to take away the
10 entitlement to a due process hearing for
11 individuals who were convicted in foreign
12 jurisdictions coming to Alabama?
13    MR. McCOLLUM: Object to the form.
14    MR. SINCLAIR: Object to the form.
15 Q. Would you agree that the intended
16 action here, part of the intended action
17 here, is to eliminate the entitlement to a
18 hearing?
19    MR. SINCLAIR: Object to the form.
20    MR. CROOK: Object to the form.
21    MR. McCOLLUM: Object to the form.
22 Calls for a legal conclusion. I'll instruct
23 my client not to answer the question.

COLONEL HUGH B. MCCALL - 12/13/2013

### Page 30

1  MR. McGUIRE: So for the record,
2  you're telling your client not to answer a
3  question?
4  MR. McCOLLUM: It calls for a legal
5  conclusion.
6  MR. McGUIRE: That's not what I asked.
7  Are you instructing your client not to answer
8  a question?
9  MR. McCOLLUM: Yes.
10  Q. Okay. One moment please, Colonel.
11  Colonel McCall, do you recall who brought you
12  these documents, this document in section --
13  in Exhibit D for you to sign?
14  A. No, but it had to come from the ABI
15  division because that's where this
16  information is being handled at.
17  Q. Okay. Who is in charge of the ABI
18  division?
19  A. Major Neil Tew.
20  Q. Okay.
21
22  (Off-the-record discussion.)
23

### Page 31

1  Q. Colonel McCall, are you familiar with
2  a person by the name of Lindsey Clements?
3  A. She used to be an attorney for the
4  department. Yes.
5  Q. So you're familiar with her?
6  A. Yes.
7  Q. Okay. When she was an attorney for
8  the department, to your knowledge, did she
9  have the authority to deny due process
10  hearings?
11  MR. McCOLLUM: Object to the form.
12  Q. You may answer.
13  A. Does she have the authority to --
14  Q. To deny due process hearings for sex
15  offenders?
16  A. I wouldn't think she would. I mean.
17  Q. Do you know how those determinations
18  are made in your department, in terms of who
19  is entitled to a hearing and who is not?
20  A. No.
21  Q. Who, to your knowledge, would know
22  that in your department?
23  A. I would say someone in legal. My

### Page 32

1  chief legal advisor normally advises me on
2  things like that. So I would say legal, my
3  legal department.
4  Q. Okay. Any particular names? Would it
5  be Mr. Lowe or Mr. McCollum?
6  A. No. At that time, it would've been
7  Jack Curtis, but he's since retired.
8  Q. Okay. Mr. McCall, I'm going to let
9  you go. I don't have any other questions.
10  MR. McGUIRE: Do you guys have some
11  questions?
12  MR. CROOK: No.
13  MR. SINCLAIR: No questions.
14  MR. McCOLLUM: No questions.
15
16
17  (END OF DEPOSITION.)
18  (9:40 a.m.)
19
20
21
22
23

### Page 33

1  CERTIFICATE
2
3  STATE OF ALABAMA)
4  JEFFERSON COUNTY)
5
6  I, Jennifer Lee, Notary Public, do
7  hereby certify that I recorded by means of
8  stenotype the foregoing proceedings at the
9  time and place stated in the caption hereof.
10  And the foregoing represents a full, true,
11  and correct transcript of the proceedings on
12  said occasion.
13  I further certify that I am neither of
14  counsel nor of kin to any parties of said
15  cause.
16  I further certify that I am duly
17  licensed by the Alabama Board of Court
18  Reporting as a Certified Court Reporter as
19  evidenced by the ACCR number following my
20  name below.
21
22  _____
23  Jennifer Lee. ACCR-97

COLONEL HUGH B. MCCALL - 12/13/2013

Page 34

CERTIFICATE

STATE OF ALABAMA)
JEFFERSON COUNTY)

I, COLONEL HUGH B. McCALL, do hereby certify that the foregoing represents a full, true, and correct transcript of the proceedings at the time and place stated in the caption hereof.

_____
COLONEL HUGH B. McCALL

Page 35

ERRATA SHEET

PAGE   LINE   READS   SHOULD READ

COLONEL HUGH B. MCCALL - 12/13/2013

Page 1

| A | | | |
|---|---|---|---|
| ABI | 10:22 | 18:3 | 8:19 10:4 |
| 30:14,17 | agree | assign | brought |
| able | 8:4 24:7 29:6,7,15 | 3:7 | 30:11 |
| 8:2 | agreeable | ASSOCIATES | Bruce |
| access | 7:23 | 4:5 | 8:14 |
| 11:21 17:18 | AGREED | assume | |
| accessible | 2:5,16 3:2 | 28:23 | C |
| 11:19 | al | assuming | C |
| ACCR | 1:12 | 25:19 28:7 | 4:19 6:7 21:14,18 27:9 |
| 33:19 | Alabama | attached | 33:1,1 34:2,2 |
| ACCR-97 | 1:2 2:9,10,11 4:7,13 | 25:10 | call |
| 1:23 33:23 | 4:15,22 5:5,8,10 6:6 | attention | 16:16 17:6 |
| accurate | 6:11,12,13 7:2,3,6,9 | 9:23 | called |
| 14:16 20:12 | 7:10 8:18,20,22 9:6 | attorney | 12:13 |
| acronym | 9:14,15 10:9 13:18 | 4:10,12 31:3,7 | calls |
| 10:19 | 17:9 18:9,17 19:12 | authority | 29:22 30:4 |
| Act | 19:19 25:21 26:5 | 31:9,13 | caption |
| 9:16 10:11 25:21 26:6 | 28:9,14 29:12 33:3 | Avenue | 33:9 34:12 |
| 28:10,16 | 33:17 34:5 | 4:14 | cause |
| acting | amend | aware | 7:12 17:6 33:15 |
| 7:3 | 24:6,8 | 20:2 26:22 | Certified |
| action | answer | a.m | 33:18 |
| 1:9 6:8,10 23:3,3,4 | 17:4 27:4 29:23 30:2,7 | 2:13 7:5 32:18 | certify |
| 29:4,9,16,16 | 31:12 | | 7:4 33:7,13,16 34:9 |
| actions | Anybody | B | change |
| 19:4 | 11:21 | B | 21:7 27:3 29:2 |
| address | Anytime | 1:19 2:8 6:15 7:11,16 | changes |
| 12:6 13:11 | 14:23 | 34:8,16 | 24:19 26:22,23 |
| administering | apologize | back | changing |
| 18:20 | 25:14 | 22:13 24:15,16 27:9 | 21:3,9 |
| administrative | APPEARANCES | based | chapter |
| 19:8,11 20:18 | 4:1 5:2 | 15:23 29:7 | 20:19 |
| adult | applicable | beginning | charge |
| 16:5,8 | 26:7 28:16 | 25:3 | 8:23 18:17,19 30:17 |
| advises | appreciate | belief | check |
| 32:1 | 26:20 | 14:23 | 14:4,13,18,22 15:1,2,5 |
| advisor | approximately | Birmingham | 17:7 |
| 32:1 | 2:13 7:5 | 7:2 | chief |
| aforementioned | asked | blank | 9:6 14:20 19:16 32:1 |
| 26:7 28:17 | 26:20 30:6 | 25:18,18 28:6,7,7 | circumstance |
| agency | asking | Board | 16:22 |
| 23:9 | 12:5,8,9 | 33:17 | circumstances |
| ago | ASORCNA | bottom | 14:20 |
| | 10:15,17 16:3 20:13 | 22:3,20 26:10,14 | city |
| | assertion | briefly | 1:12 12:16 19:16 |

Merrill Corporation - Birmingham
205-251-4200                            www.merrillcorp.com/law

COLONEL HUGH B. MCCALL - 12/13/2013

| | | | |
|---|---|---|---|
| 25:19 28:7<br>**Civil**<br>1:9 7:7<br>**Clayton**<br>4:6<br>clear<br>18:1<br>**Clements**<br>31:2<br>client<br>8:2 29:23 30:2,7<br>code<br>6:6,11,12,13 20:13<br>25:3,10,22 28:10<br>collect<br>19:4<br>**Colonel**<br>1:19 2:7 7:11,16 8:10<br>8:15 9:12,23 10:5,13<br>15:21 17:4,23 20:7,9<br>22:18 24:17,22 26:19<br>26:21 27:10,11 30:10<br>30:11 31:1 34:8,16<br>come<br>30:14<br>coming<br>29:12<br>comma<br>28:7<br>commencing<br>2:12<br>commissioner<br>7:4<br>community<br>9:16 10:10 25:16 26:6<br>27:23 28:16<br>compare<br>24:18<br>concerning<br>18:18<br>conclusion<br>29:22 30:5<br>considered<br>25:20 28:8<br>contents | 21:1<br>**CONTINUED**<br>5:2<br>**Control**<br>23:5<br>convicted<br>23:21,23 25:7,18 28:6<br>29:11<br>conviction<br>26:7 28:17<br>copy<br>10:3<br>correct<br>10:21 11:11 13:14,15<br>13:19 16:7,12,17,18<br>16:20,23 17:1 18:12<br>19:2 20:14,21 23:5<br>23:10,15,16,20 24:2<br>24:3 25:4,5,7,8 27:11<br>27:15,16 28:1,2,11<br>28:12,19,21,22 29:5<br>33:11 34:10<br>counsel<br>2:7 3:4,6 7:8 33:14<br>**COUNTY**<br>4:18 33:4 34:6<br>court<br>1:1,22 7:1,21 33:17,18<br>covered<br>23:18,22<br>credentials<br>14:5<br>criminal<br>16:11 25:20 28:8<br>**Crook**<br>4:19 8:6 15:17 29:20<br>32:12<br>current<br>8:16 9:14 14:15 16:10<br>24:18<br>currently<br>18:8<br>**Curtis**<br>32:7 | **D**<br>**D**<br>6:9 22:10,17 27:12,14<br>27:18 30:13<br>data<br>13:5 19:5,6<br>database<br>11:9,10,14,17,20 12:7<br>12:10 13:3 14:5 17:8<br>17:10,15,19 19:18<br>date<br>22:3<br>day<br>2:12 7:4<br>day-to-day<br>9:8<br>**December**<br>2:12 7:5<br>decide<br>16:16<br>**DEFENDANT**<br>4:10,18 5:5<br>**Defendants**<br>1:14<br>defined<br>25:21 28:9<br>demonstrates<br>29:8<br>deny<br>31:9,14<br>department<br>2:10 5:5,8 7:9 8:18,21<br>9:4,7 11:4,7 13:4<br>18:5,19 19:10,20,23<br>19:23 20:16 23:9<br>26:5 28:15 31:4,8,18<br>31:22 32:3<br>depending<br>16:19<br>depends<br>16:21<br>deposition<br>1:17 2:7,18 3:8 6:16<br>8:2 32:17 | describe<br>8:19 9:5 13:7 19:7,9<br>19:10<br>described<br>20:12<br>description<br>13:10<br>determination<br>19:21<br>determinations<br>31:17<br>direct<br>9:22<br>director<br>8:17,20,22 20:15<br>discover<br>17:11<br>discretion<br>14:13 15:5 16:15<br>discussed<br>16:13 24:9<br>discussion<br>15:11 30:22<br>**DISTRICT**<br>1:1,2<br>division<br>1:3 30:15,18<br>document<br>21:19,22 22:3,14,16<br>22:18,21 23:1 24:8<br>30:12<br>documents<br>21:6,9 30:12<br>**DPS**<br>19:17<br>drafted<br>21:8<br>driver's<br>9:1 13:23 14:2,4,8,11<br>15:5 16:16 17:13,16<br>18:7,13<br>due<br>19:23 20:1 21:10<br>23:19 24:2 26:23<br>29:10 31:9,14 |

COLONEL HUGH B. MCCALL - 12/13/2013

Page 3

| | | | |
|---|---|---|---|
| duly | examined | 26:13 | 17:14 18:10 20:8 |
| 7:17 33:16 | 7:17 | fine | 24:15,16,23 25:9 |
| duties | example | 8:5,6 | 26:8 27:9,12,17 32:9 |
| 8:20 9:2 | 12:11 | first | going |
| | Excuse | 7:17 9:22 16:1 21:17 | 8:1 9:23 10:13,14 14:2 |
| **E** | 25:13 27:9 | 24:17 28:3 | 15:8,9,16 17:12 |
| E | exhibit | following | 21:17 24:18,20 32:8 |
| 6:11 15:13,16,19 16:1 | 6:15 9:19 10:1,7,9 | 7:13 33:19 | Good |
| 16:2 33:1,1 34:2,2 | 15:13,16,19 16:1,2 | follows | 8:10,11 |
| earlier | 20:4,8,11,12 21:14 | 7:18 | grounds |
| 26:21 | 21:18 22:10,17 24:12 | foregoing | 3:7 |
| effective | 24:21 25:1 26:9 27:9 | 7:7 33:8,10 34:9 | guess |
| 26:18 | 27:12,14,18 30:13 | foreign | 16:21 |
| either | exhibits | 23:17,23 25:6 29:11 | guys |
| 21:7 | 6:2 27:3 | form | 32:10 |
| eliminate | expect | 3:5 12:13,18,21 25:10 | |
| 29:17 | 14:21 | 25:11 29:13,14,19,20 | **H** |
| enforce | expired | 29:21 31:11 | handled |
| 18:21 19:1,3 | 15:3 | forth | 30:16 |
| enforcement | | 12:17 | HASKELL |
| 9:6 11:20 14:21 17:10 | **F** | forward | 4:20 |
| enforcing | F | 10:13 | hearing |
| 18:17,20 | 5:7 6:12 9:19 10:1,7,9 | forwarded | 20:1,18 25:15 26:4 |
| entities | 33:1 34:2 | 11:4 | 27:22 28:14 29:10,18 |
| 11:15 | face | full | 31:19 |
| entitled | 14:14 | 33:10 34:9 | hearings |
| 26:4 28:14 31:19 | fact | function | 21:3,8,10,10 23:20 |
| entitlement | 17:2 | 19:8,12 | 24:2 27:1 31:10,14 |
| 29:10,17 | fair | further | heart |
| ERRATA | 10:8 | 2:16 3:2 33:13,16 | 9:12 |
| 35:1 | fall | | hereof |
| Esq | 9:3 | **G** | 33:9 34:12 |
| 4:4,11,19 5:7 | familiar | G | highway |
| establishing | 9:13,17 11:1 12:13,18 | 6:13 20:4,8,11,12 | 8:23 13:13 |
| 20:17 21:3 | 13:2 15:7 22:16,17 | GALLION | history |
| et | 31:1,5 | 4:20 | 26:11 |
| 1:12 | feel | general | Hugh |
| everybody | 14:17 | 4:10,12 11:18 | 1:19 2:7 7:11,16 8:14 |
| 27:10 | fifth | Getting | 34:8,16 |
| evidence | 27:17,20 | 9:11 | |
| 3:9 | filed | give | **I** |
| evidenced | 26:16,17 | 12:3 | ID |
| 33:19 | fill | Given | 17:7 |
| examination | 12:12 | 16:13 | identification |
| 5:21 7:12 8:9 | find | go | 9:20 15:14 16:6 20:5 |

Merrill Corporation - Birmingham
205-251-4200                                    www.merrillcorp.com/law

21:15 22:11 24:13
important
24:23
include
12:1,2 13:16
INDEX
5:18 6:2
indicated
17:16,21
indication
17:13
individual
13:20 16:22 17:5,7
 18:7
individuals
11:15 12:3,12 29:11
information
11:3,8,13,16,21,23
 12:1,2,9,11,21 13:2,8
 14:15 18:23 19:14,17
 19:22 30:16
instances
14:10
instruct
29:22
instructing
30:7
intend
21:7 24:8
intended
6:8,10 23:3,3,4 29:4,9
 29:15,16
intending
29:2
issuance
9:2
issued
17:17

J
J
4:4,11
Jack
32:7
JEFFERSON

33:4 34:6
Jennifer
1:23 2:8 7:1 33:6,23
Jr
4:19
jurisdiction
23:18,23 25:6
jurisdictions
29:12

K
keep
18:22 19:6 23:6
keeps
11:7
kin
33:14
kind
10:19 24:22 25:1 27:4
know
12:6,20 16:15 18:6
 31:17,21
knowledge
31:8,21

L
language
28:5
Large
2:9 7:3
law
8:22 9:6,14 10:14 11:2
 11:19 14:21 16:10
 17:10 18:9,20,21
 19:5,13 20:22 21:4,7
 21:9 24:18
Lawrence
4:21
laws
18:18 25:16 27:23
leading
3:5
Lee
1:23 2:8 7:1 33:6,23
left

14:12 15:4
legal
29:22 30:4 31:23 32:1
 32:2,3
let's
13:21 27:9,12,17
license
9:1 13:23 14:2,4,9,11
 14:18 15:5 16:10,16
 17:13,16,17,21 18:7
 18:13
licensed
33:17
Lindsey
31:2
line
26:11 35:3
little
22:16
LLC
4:5,20
look
11:22 14:14 15:17
 18:11
looks
22:4,5,8
lot
24:22
Lowe
32:5

M
maintain
11:10 19:17
Major
30:19
mandated
14:7
mandates
11:2
marked
6:15 9:19 15:8,13 20:4
 20:8 21:14,18 22:10
 22:15 24:12,21
matter

9:12
McCALL
1:19 2:8 7:11,16 8:10
 8:14,15 9:12 10:13
 15:21 17:4,23 22:18
 30:11 31:1 32:8 34:8
 34:16
McCollum
5:7 8:1 22:7 29:13,21
 30:4,9 31:11 32:5,14
McDowell
4:19
McGUIRE
1:6 4:4,5 5:22 7:23 8:7
 8:9 30:1,6 32:10
mean
31:16
means
33:7
methodically
24:23
MICHAEL
1:6
MIDDLE
1:2
minute
23:6 25:12 26:13
minutes
10:22
Mitch
4:4
moment
22:14 30:10
Montgomery
1:12 2:11 4:7,15,18,22
 5:10 7:10
morning
8:10,11

N
name
8:13 12:6 13:11 31:2
 33:20
names
32:4

COLONEL HUGH B. MCCALL - 12/13/2013

Page 5

necessary
3:3
need
10:3 15:1
Neil
30:19
neither
33:13
new
26:11
normally
13:10 32:1
NORTHERN
1:3
Notary
2:9 7:2 33:6
notice
6:7,9 23:2 24:8 29:4
notification
9:16 10:11 23:19 24:1
  25:16 26:6 27:23
  28:16
number
23:5,11,14 24:9 33:19

O

Object
29:13,14,19,20,21
  31:11
objections
3:4,7 8:7
occasion
33:12
occupation
8:16
October
26:18
offender
9:14,15 10:10 16:5,11
  17:8,9 18:8,18,21
  19:13 23:18 24:1
  25:7,21 28:9
offenders
11:3,8 16:9 21:11
  23:21 27:1 31:15

offered
3:9
OFFICE
4:12
officer
9:6 14:21 17:6,14,18
officers
13:22 14:6,22 16:14
  16:14 17:2,5,10 18:4
officer's
14:12 15:4
Off-the-record
15:11 30:22
Oh
26:15
okay
8:10 9:5,11,22 10:2,6
  10:13,15,18,20 11:1
  11:12,19,23 12:19
  13:1,7,12,20 14:3,10
  15:7,18 16:13 17:22
  18:2,14,16 19:19
  20:10,10,11,23 21:17
  22:2,13,23 23:23
  24:7,20 25:15,17
  26:8,15,19 27:8,13
  27:19 29:6 30:10,17
  30:20 31:7 32:4,8
once
19:4,14
one-third
25:2
operations
9:9
opinion
27:4
optional
14:6
oral
7:12
order
25:1
outside
18:6

P

page
5:21 6:5 25:2,9,12,13
  25:14 26:9 27:17,20
  27:22 35:3
paper
24:22
paragraph
28:4
part
29:1,16
particular
26:9 32:4
parties
2:6 3:6 33:14
patrol
13:17,22
person
19:15,21 31:2
persons
20:18 21:4
picture
13:10
place
9:9 33:9 34:11
placed
16:11
Plaintiff
1:8 4:3 6:5
Plaintiff's
9:19 15:13 20:4 21:14
  22:10 24:12
please
30:10
police
12:17 19:22
policy
13:23
presented
27:2
previously
17:17
printed
18:6

prior
3:9
Procedure
7:7
proceedings
7:13 33:8,11 34:11
process
20:1 21:10 23:19 24:2
  26:23 29:10 31:9,14
promulgate
20:17
promulgated
21:2
proposed
26:22
provided
10:12 18:23
provisions
9:13
public
2:9,10 5:6,8 7:2,9 8:18
  8:21,23 9:7 11:4,7,18
  11:22 13:4,5,9 17:20
  18:5,10,11 19:11,18
  19:20 20:16 23:9
  26:5 28:15 33:6
pull
16:22
pulls
17:5
purported
21:11
pursuant
7:6 20:19
put
11:16 12:7

Q

question
29:23 30:3,8
questions
3:5,6 32:9,11,13,14

R

R

COLONEL HUGH B. MCCALL - 12/13/2013

Page 6

| | | | |
|---|---|---|---|
| 33:1 34:2<br>**read**<br>20:10 22:6 26:2,10<br>35:4<br>**reading**<br>2:17 20:21 28:4<br>**READS**<br>35:3<br>**ready**<br>10:5<br>**really**<br>10:4 17:23<br>**reason**<br>14:16<br>**recall**<br>30:11<br>**recognize**<br>21:19,20,21,22 24:21<br>**record**<br>8:12 11:22 19:18 30:1<br>**recorded**<br>33:7<br>**refer**<br>10:14<br>**regarding**<br>26:5 28:15<br>**register**<br>12:12,15,16,17 18:9<br>**registered**<br>11:3 19:15<br>**registration**<br>9:15 10:10 11:8 12:1<br>23:19 24:1 25:7,16<br>27:23<br>**regulations**<br>14:8 15:4<br>**relates**<br>19:12 21:7,9 27:1<br>**remembered**<br>27:6<br>**reporter**<br>1:22 7:1,21 33:18<br>**Reporting**<br>33:18<br>**represent** | 16:2<br>**representation**<br>10:8<br>**represents**<br>33:10 34:9<br>**required**<br>16:9 18:8,22<br>**requirements**<br>16:6<br>**respective**<br>2:6<br>**responsibilities**<br>9:3<br>**responsibility**<br>13:13,16 18:4<br>**responsible**<br>9:8<br>**retired**<br>32:7<br>**review**<br>10:4<br>**reviewed**<br>10:7,20,23 15:19<br>**reviewing**<br>16:1<br>**right**<br>9:11,11 23:8,9 24:4<br>27:8<br>**Ripley**<br>2:11 5:9 7:10<br>**roads**<br>13:18<br>**role**<br>9:5 19:7,9,11<br>**rule**<br>7:6 15:3 23:11,14,17<br>24:9 26:11<br>**rules**<br>7:6 14:7 20:17 21:2<br>**run**<br>14:8,11,13,16,17<br>——— S ———<br>**safety**<br>2:10 5:6,8 7:9 8:18,21 | 8:23 9:1,7 11:4,7<br>13:4,13 18:5 19:20<br>20:16 23:9 26:5<br>28:15<br>**Safety's**<br>19:11<br>**saw**<br>27:5<br>**says**<br>20:15 23:2,4,21 25:15<br>25:17,20 26:11,17<br>28:6,13<br>**scenario**<br>17:3<br>**second**<br>25:13<br>**section**<br>6:11,12,13 10:9,21<br>11:2 16:2 20:13,15<br>20:20 25:22 28:11<br>30:12<br>**see**<br>13:5,9 14:15 17:15<br>18:11 25:23 27:21,22<br>28:5<br>**seeing**<br>21:21<br>**seen**<br>21:23<br>**send**<br>19:15,16<br>**sent**<br>19:5,14,22 26:21<br>**sentence**<br>26:2 28:13<br>**September**<br>26:17<br>**serve**<br>8:17<br>**set**<br>15:1<br>**sex**<br>9:14,15 10:10 11:3,8<br>16:5,9,11 17:7,9 18:7<br>18:18,21 19:12 21:11 | 23:18,21 24:1 25:7<br>25:20 27:1 28:8<br>31:14<br>**shared**<br>11:14<br>**sheet**<br>6:7,9 23:2 29:3 35:1<br>**sheriff**<br>12:16 19:16<br>**sheriff's**<br>19:23<br>**short**<br>10:19,20<br>**show**<br>15:8 20:7 21:17 22:14<br>24:20<br>**sign**<br>8:2 30:13<br>**signature**<br>2:17 22:20<br>**signed**<br>21:6 27:14<br>**Sinclair**<br>4:11 8:5 29:14,19<br>32:13<br>**sir**<br>14:1 17:12 27:7<br>**site**<br>13:6,9<br>**SLAUGHTER**<br>4:20<br>**sorry**<br>27:11<br>**South**<br>2:11 4:21 5:9 7:10<br>**specifically**<br>27:20<br>**standard**<br>15:2<br>**state**<br>2:9 4:13 7:3 8:12 9:10<br>13:17,18 25:19,21<br>28:7,9 33:3 34:5<br>**stated**<br>33:9 34:11 |

COLONEL HUGH B. MCCALL - 12/13/2013

Page 7

States
 1:1 25:22 28:10
status
 14:18,22
statute
 18:22
stenotype
 33:8
STIPULATED
 2:5,16 3:2
stipulation
 7:7
stipulations
 2:2 7:22 8:3
stop
 13:21 14:1 16:23
stopped
 13:20
stored
 11:13 12:10 13:3,8
 17:8,9,14
street
 2:11 4:6,21 5:9 7:10
 17:18
stricken
 28:20
strikes
 28:5
strikethrough
 29:8
strikethroughs
 27:21 29:1
stuff
 12:6
Subdivision
 20:20
subject
 20:19 21:4
submitted
 29:3
subsection
 20:21 21:1
sure
 21:20 22:5 27:6,10
sworn
 7:17
system
 15:6

T

T
 33:1,1 34:2,2
tag
 15:3
take
 19:3 29:9
taken
 2:8
takes
 9:9
talk
 20:23 24:17
talking
 17:19
talks
 23:11
tell
 11:12 12:21 22:2,23
 25:11
telling
 30:2
terms
 18:17 21:10 31:18
testified
 7:18
Tew
 30:19
thank
 15:18,18 26:15,19
thereto
 3:9
things
 32:2
think
 31:16
Tim
 5:7
time
 3:8,8 32:6 33:9 34:11
title
 23:17 25:11
titled
 9:15 16:5 23:1
today
 18:3
told
 13:12 16:20
top
 23:1,8
traffic
 9:1 13:13,21 16:23
transcript
 33:11 34:10
transmittal
 6:7,9 23:2 29:3
trial
 3:8
troopers
 13:17
true
 33:10 34:10
trying
 22:5
turn
 11:17
two
 25:9,12
typically
 13:22 14:4 16:14

U

uh-huh
 15:20 16:4 22:22
underneath
 28:4
understand
 12:4,23
understanding
 11:6 15:23 16:8 18:15
United
 1:1 25:22 28:10
usual
 7:21 8:3

V

value
 14:14
various
 9:2 13:17,18
viewed
 11:18
VS
 1:10

W

Wait
 23:6 25:12 26:13
waived
 2:18
waiver
 25:15 27:22
want
 14:13,18 22:14 24:15
 24:16,17
Washington
 4:14
way
 18:6
website
 11:17 17:20 18:10,11
 18:22 19:18
we'll
 8:3 22:13
we're
 17:23 18:22 24:18
Winfield
 4:11
witness
 2:18 7:11
word
 24:4
words
 16:10
wouldn't
 31:16
would've
 32:6
wrong
 16:21 19:2

COLONEL HUGH B. MCCALL - 12/13/2013

| X | 2:11-CV-1027-WKW | 4 |
|---|---|---|
| X | 1:10 | 42 |
| 24:4,5 | 20 | 25:22 28:10 |
| | 6:13 | 47 |
| **Y** | 2002 | 12:13 |
| year | 26:18,18 | |
| 21:2 | 2011 | **5** |
| YOUNG | 6:8 22:7 | 501 |
| 4:20 | 2012 | 4:14 |
| | 6:10 | |
| **0** | 2013 | **7** |
| 01-1127 | 2:12 7:5 | 7/10/2012 |
| 28:10 | 21 | 22:22 |
| 017 | 6:8 23:14 25:3 | 760-X-1 |
| 23:5 | 22 | 23:14 25:3 |
| | 6:10 | |
| **1** | 24 | **8** |
| 1-1127 | 6:6 | 8 |
| 25:22 | | 5:22 |
| 10th | **3** | |
| 26:17 | 30 | **9** |
| 12 | 7:6 | 9 |
| 22:4,4 | 301 | 6:12 |
| 12/12 | 2:10 5:9 7:9 | 9:05 |
| 22:5 | 305 | 2:13 7:5 |
| 12/12/2011 | 4:21 | 9:40 |
| 22:8 | 31 | 32:18 |
| 13th | 4:6 | |
| 2:12 7:4 | 33 | |
| 14071 | 20:20 | |
| 25:23 28:11 | 334)265-8573 | |
| 15 | 4:23 | |
| 6:11 | 334)353-1151 | |
| 15th | 5:11 | |
| 26:18 | 334)353-9110 | |
| 15-20A-18 | 4:16 | |
| 6:11 16:3 | 334)517-1000 | |
| 15-20A-42 | 4:8 | |
| 6:12 10:9 | 36102 | |
| 15-20A-44 | 5:10 | |
| 6:13 20:13 | 36104 | |
| 15-20A-5 | 4:7,22 | |
| 20:20 | 36130 | |
| | 4:15 | |
| **2** | | |