EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


JOHN DOE #1, et al.,

    Plaintiffs,


vs.     CIVIL ACTION NO. 2:15-CV-606-WKW


LUTHER STRANGE, III, et al.,

    Defendants.


\*   \*   \*   \*   \*   \*

DEPOSITION OF STAN STABLER, taken
pursuant to notice and stipulation on
behalf of the Plaintiffs, at The Office
of Attorney General, 501 Washington
Avenue, Montgomery, Alabama, before
Bridgette Mitchell, Shorthand Reporter
and Notary Public in and for the State of
Alabama at Large, on December 7, 2016,
commencing at 10:00 a.m.

STAN STABLER    12/7/2016

Page 2

1    APPEARANCES
2
3  FOR THE PLAINTIFFS:
   J. Mitch McGuire, Esquire
4  McGUIRE & ASSOCIATES
   31 Clayton Street
5  Montgomery, Alabama  36104
   334.517.1000
6  jmcguire@mandabusinesslaw.com

   FOR LUTHER STRANGE, STAN STABLER, and
8  JOHN RICHARDSON:
   William G. Parker, Jr., Esquire
9  Winfield J. Sinclair, Esquire
   STATE OF ALABAMA OFFICE OF THE
10 ATTORNEY GENERAL
   501 Washington Avenue
11 Montgomery, Alabama  36130
   334.242.7300
12 wparker@ago.state.al.us
   wsinclair@ago.state.al.us
13
14 Frank Timothy McCollum, Esquire
   STATE OF ALABAMA DEPARTMENT OF
15 PUBLIC SAFETY
   P.O. Box 1511
16 Montgomery, Alabama  36102
   334.242.4392
17 tim.mccollum@dps.alabama.gov
18
   ALSO PRESENT:
19 Paula Jordan
20
21
22
23

Page 4

1  either party hereto provided for by the
2  Federal Rules of Civil Procedure.
3
4
5              INDEX
6
7  EXAMINATION              Page
   By Mr. McGuire.....................  8
8
9  EXHIBITS                 Page
   Plaintiffs' Exhibit 1..............  4
10    Provisions of the Alabama Sex
      Offender Registration and
11    Community Notification Act
   Plaintiffs' Exhibit 2..............  4
12    Oath of Office, Alabama
      Constitution, Section 279
13 Plaintiffs' Exhibit 3..............  4
      ALEA Driver Licenses - Classes
14    Endorsements, and Restrictions
   Plaintiffs' Exhibit 4..............  4
15    Memorandum Opinion and Order
      Judge Watkins
16
17
   (Plaintiff's Exhibits 1, 2, 3, and 4
18 were marked for identification.)
19
20
21
22
23

Page 3

STIPULATIONS

1        It is hereby stipulated and agreed
2  by and between counsel representing the
3  parties that the deposition of STAN
4  STABLER is taken pursuant to the Federal
5  Rules of Civil Procedure and that said
6  deposition may be taken before Bridgette
7  Mitchell, Shorthand Reporter and Notary
8  Public in and for the State of Alabama at
9  Large, without the formality of a
10 commission; that objections to questions,
11 other than objections as to the form of
12 the questions, need not be made at this
13 time, but may be reserved for a ruling at
14 such time as the deposition may be
15 offered in evidence or used for any other
16 purpose as provided for by the Federal
17 Rules of Civil Procedure.
18       It is further stipulated and agreed
19 by and between counsel representing the
20 parties in this case that said deposition
21 may be introduced at the trial of this
22 case or used in any other manner by

Page 5

1        COURT REPORTER:  Usual
2  stipulations?
3        MR. McGUIRE:  Yes.
4        MR. PARKER:  Yes, but we'd like
5  to reserve the right to read and sign.
6        STAN STABLER, having first been
7  duly sworn or affirmed to speak the
8  truth, the whole truth, and nothing but
9  the truth, testified as follows:
10       MR. PARKER:  Mr. McGuire, if we
11 could just raise a couple issues before
12 we get started here.  And most of this is
13 sort of confirming stuff we've talked
14 about before.  But Secretary Stabler,
15 who's our witness today, his legal
16 position is that he is privileged from
17 sitting from this deposition.  As you
18 know, that's our position.  And we just
19 wanted to put that on the record that we
20 are not waiving that in any way.  Anyway,
21 we're appearing mainly to minimize any
22 kind of issues for the Court's
23 perspective and as a courtesy to help

2 (Pages 2 to 5)

STAN STABLER   12/7/2016

Page 6

1  facilitate the resolution of litigation.
2  So wanted to reserve the right to invoke
3  that at any time if we need to, but we
4  obviously want to work with you when we
5  can to advance the resolution of
6  litigation.
7       Along those lines, I also wanted to
8  just let you know, based on our
9  experience yesterday during
10  Ms. Mellberg's deposition, as you recall,
11  we had a lot of questions that kind of
12  got into legal hypotheticals and that
13  sort of thing.  And we're going to take
14  the same approach here today; if you go
15  down that route, that we'll instruct the
16  witness not to answer those.  And, you
17  know, it's perfectly -- from my
18  perspective, it's perfectly fine if you
19  need to talk about the law to set up a
20  factual question; we'll let you do that.
21  But if we get into the hypotheticals and
22  the law-school-exam type questions, then
23  we'll just short-circuit those and agree

Page 7

1  to disagree about how to proceed on that
2  front.  So --
3       MR. McGUIRE:  So, Mr. Parker, so
4  I understand, is that the long way of
5  saying that you're either going to make
6  an objection or direct your client not to
7  answer?
8       MR. PARKER:  That's right.
9       MR. McGUIRE:  I got that.
10       MR. PARKER:  Just wanted to let
11  you know --
12       MR. McGUIRE:  Okay.
13       MR. PARKER:  -- where I was
14  coming from in advance.
15       MR. McGUIRE:  Got that.
16       MR. PARKER:  And the other thing
17  is, we did agree to limit -- in exchange
18  for us appearing voluntarily, we did
19  agree, I think over the phone, to limit
20  this deposition; and I think we said two
21  to two and a half hours.  And so we're
22  going to stick by that limit today per
23  our agreement, so --

Page 8

1       MR. McGUIRE:  I do agree that we
2  discussed two to two and a half hours in
3  terms of time of deposition.  I will
4  caveat that by saying I'm simply hopeful
5  that when I've asked these questions that
6  there won't be any attempt to kind of
7  string out the answers or be evasive with
8  the answers, in which case it may end up
9  going longer.  So I plan to go through
10  this pretty quickly.
11       MR. PARKER:  I'm just saying
12  we'll be -- one way or the other, we're
13  going to be out of here at the end of two
14  and a half hours.
15       MR. McGUIRE:  Fair enough.
16       MR. PARKER:  So those are the
17  only points I had at this time.
18       MR. McGUIRE:  Okay.
19            EXAMINATION
20  BY MR. McGUIRE:
21  Q. Good morning.
22  A. Good morning.
23  Q. Will you state your name for the record.

Page 9

1  A. Stan Stabler.
2  Q. And you are secretary of the Alabama Law
3     Enforcement --
4       MR. McCOLLUM:  Point of order,
5  has Mr. Stabler been sworn in?
6       MR. PARKER:  Yes.
7       MR. McCOLLUM:  Okay.  Sorry.
8  Q. (By Mr. McGuire) Mr. Stabler, are you the
9     secretary of the Alabama Law Enforcement
10     Agency?
11  A. Yes, I am.
12  Q. And is that a cabinet-level position for
13     the State of Alabama?
14  A. Yes, it is.
15  Q. Okay.  Can you describe your duties as
16     secretary of -- and if you don't mind,
17     Secretary Stabler, I'm going to call
18     Alabama Law Enforcement Agency, for
19     short, ALEA.  Is that okay with you?
20  A. That's perfect.
21  Q. Thank you.  Can you describe your duties
22     as secretary of ALEA?
23  A. Well, basically I supervise an executive

3 (Pages 6 to 9)

STAN STABLER    12/7/2016

Page 10

1  staff that pretty much takes care of
2  operations. I'm involved in budgeting,
3  working with a legislator, you know,
4  just, I guess, general the overall
5  operation of ALEA.
6  Q. Can you tell me the departments that fall
7     under your purview as secretary of ALEA,
8     the state departments that fall under
9     your purview?
10 A. Well, basically now we have three
11    bureaus. We have department of public
12    safety; we have the state bureau of
13    investigation, SBI; and then we have our
14    law enforcement support bureau.
15 Q. So the department of public safety
16    ultimately reports up to you ultimately;
17    correct?
18 A. Yes, sir.
19 Q. Okay. So Director John Richardson would
20    be one of your direct reports; correct?
21 A. Yes.
22 Q. All right. When you -- when were you --
23    when did you take the position as

Page 11

1     secretary of ALEA?
2  A. March 22nd of 2016.
3  Q. And on March 22nd, 2016, did you take an
4     oath of office?
5  A. Yes.
6  Q. Okay. I'm handing you what's been marked
7     as Exhibit 2. And the caption of
8     Exhibit 2 says Oath of Office; is that
9     correct, Secretary Stabler?
10 A. Yes.
11 Q. And it is -- it states Alabama
12    Constitution Section 279. All members of
13    the legislature and all officers,
14    executive and judicial, before they enter
15    upon execution of the duties of their
16    respective offices shall take the
17    following oath or affirmation.
18       Did I read that part correctly thus
19    far?
20 A. Yes.
21 Q. Okay. And it goes on to say, in quote, I
22    solemnly swear or affirm, as the case may
23    be, that I will support the Constitution

Page 12

1  of the United States, and the
2  Constitution of the State of Alabama, so
3  long as I continue a citizen thereof; and
4  that I will faithfully and honestly
5  discharge the duties of office upon which
6  I am about to enter, to the best of my
7  ability, so help me God.
8     Did I read that correctly --
9  A. Yes.
10 Q. -- Secretary Stabler? Did you take that
11    oath?
12 A. Yes.
13 Q. And did you understand that oath when you
14    took it?
15 A. Yes.
16 Q. Thank you. Now, Secretary Stabler, do
17    you know the reason why I -- why the
18    plaintiffs in this case have requested
19    your deposition?
20 A. No.
21 Q. Okay. Do you know that there is an
22    active lawsuit naming you as a defendant
23    challenging the Alabama Sex Offender

Page 13

1  Registration and Community Notification
2  Act?
3     MR. PARKER: Object to the form.
4  Q. You may answer if you understood the
5     question.
6  A. Repeat it, because there were several
7     portions there.
8  Q. Are you aware that there is a federal
9     lawsuit filed by plaintiffs who are
10    challenging the Alabama Sex Offender
11    Registration and Community Notification
12    Act?
13       MR. PARKER: Object to the form.
14 Q. Are you aware that --
15 A. I learned this morning that I was named
16    in the lawsuit.
17 Q. Okay.
18 A. Not exactly sure as to the contents of
19    the suit, but yes.
20 Q. Okay. Who did you speak to about being
21    named in that lawsuit?
22 A. Mr. Parker.
23 Q. Okay. And was it explained to you the

4 (Pages 10 to 13)

STAN STABLER    12/7/2016

Page 14

1    nature of the lawsuit?
2         MR. PARKER: Objection. That's
3    attorney-client privilege. Direct you
4    not to answer that question.
5    Q. Okay. Are you aware that there are
6    plaintiffs that named you as a defendant
7    in the lawsuit?
8    A. I was made aware this morning that I was
9    named. I don't know if it's a plaintiff
10   or plaintiffs.
11   Q. So prior to this morning, did you have
12   any knowledge of the lawsuit that
13   Mr. Parker told you about?
14   A. No, sir, other than an e-mail I got
15   telling me to be here for a deposition.
16   Q. Okay. So you were not aware on or about
17   August of 2015 that the lawsuit that you
18   learned of today was filed then?
19   A. No, sir.
20   Q. Okay. Are you aware of any of the
21   allegations of the lawsuit that you were
22   informed about?
23   A. No.

Page 15

1         MR. PARKER: Object to the form.
2    And if you could give me a second to --
3         THE WITNESS: I'm sorry.
4         MR. PARKER: Thanks.
5    Q. (By Mr. McGuire) Secretary Stabler, I'm
6    showing you what's been marked as
7    Plaintiffs' Exhibit 1. Plaintiffs'
8    Exhibit 1 is the Alabama Sex Offender
9    Registration and Community Notification
10   Act and the provisions therein. Would
11   you accept my representation if I tell
12   you that's what Exhibit 1 represents?
13        MR. PARKER: Object to the form.
14   Q. Would you accept my representation?
15   A. Yes.
16   Q. Thank you. I'm going to direct your
17   attention, Secretary Stabler, to -- and
18   I'll pull them out for you so you won't
19   have to ferret through that.
20   A. Thank you.
21   Q. Okay. I'm going to direct your attention
22   to a section in the Alabama -- I'm going
23   to call it ASORCNA for short, if that's

Page 16

1    okay with you.
2    A. Okay.
3    Q. Okay. And you'll recognize ASORCNA as
4    being the statute Alabama Sex Offender
5    Registration and Community Notification
6    Act. Is that okay with you?
7    A. That's perfect.
8    Q. Good. I'm going to show you a section of
9    ASORCNA, 15-20A-44. Do you have that
10   section?
11   A. Yes.
12   Q. Okay. I'm going to start, Secretary
13   Stabler, by reading you this section.
14   Section (a) of 15-20A-44 says, The
15   secretary of the Alabama State Law
16   Enforcement Agency shall promulgate rules
17   establishing administrative hearings for
18   persons who are only made subject to this
19   chapter pursuant to subdivision (33) of
20   Section 15-20A-5.
21        Did I read subsection (a) correctly,
22   Secretary Stabler?
23   A. Yes.

Page 17

1    Q. And what do you understand subsection (a)
2    to mean as it relates to your -- your
3    ability to establish rules under this
4    subsection?
5         MR. PARKER: Object to the form.
6    Q. You may answer.
7    A. It gives me authority, tells me I will
8    establish rules.
9    Q. For administrative hearings --
10   A. Yes.
11   Q. -- specifically, does it not?
12   A. Yes.
13   Q. To your knowledge, do you -- are there
14   any -- do you -- have you promulgated any
15   rules that allow for administrative
16   hearings with regard to the Alabama Sex
17   Offender Registration and Community
18   Notification Act?
19        MR. PARKER: Object to the form.
20   Q. You may answer.
21   A. No, I have not.
22   Q. Okay. Subsection (b) of this same
23   section, Secretary Stabler, states, (b),

5 (Pages 14 to 17)

STAN STABLER   12/7/2016

Page 18

1 The secretary of the Alabama State Law
2 Enforcement Agency shall promulgate rules
3 setting forth and listing the offenses of
4 other jurisdictions that are to be
5 considered criminal sex offenses under
6 subsection (33) of Section 15-20A-5.
7 Thereafter, an individual convicted of
8 any offense set forth in the listing
9 shall immediately be subject to this
10 chapter and shall not be entitled to an
11 administrative hearing as provided in
12 subsection (a).
13     Did I read that correctly, Secretary
14 Stabler?
15 A. Yes.
16 Q. And do you understand what subsection (b)
17 says?
18 A. Yes.
19     MR. PARKER:  Object to the form.
20 Q. Thank you.  Subsection (c), Secretary
21 Stabler, states, (c), The secretary of
22 the Alabama State Law Enforcement Agency
23 shall have the authority to promulgate

Page 19

1 rules as are necessary to implement and
2 enforce this chapter.
3     Did I read that correctly, Secretary
4 Stabler?
5 A. Yes.
6 Q. Okay.  So as it relates to ASORCNA, what
7 do you, Secretary Stabler, believe your
8 authority is to promulgate rules
9 associated with ASORCNA?
10     MR. PARKER:  Object to the form.
11 Q. You may answer.
12 A. That by statute I have the authority to
13 establish rules to oversee this section.
14 Q. Okay.  So I have a couple questions with
15 regard to that authority.  If you make a
16 determination that a rule needs to be
17 made with regard to ASORCNA, do you have
18 to clear that with anyone?
19     MR. PARKER:  Object to the form.
20 Q. You may answer it.
21 A. According to what I read this morning, I
22 don't know that I have to.
23 Q. Okay.  So that -- so if you make a

Page 20

1 determination that something should be
2 clarified about this law and I need to
3 make a rule to clarify this law, you have
4 the authority to do that; isn't that
5 true?
6     MR. PARKER:  Objection.
7 Q. You may answer.
8 A. According to what I read this morning,
9 yes.
10 Q. Okay.  And to your knowledge, if you
11 decide to make a rule as it relates to
12 ASORCNA, can that rule change be made
13 effective immediately?
14     MR. PARKER:  Object to the form.
15 Q. You may answer.
16 A. I don't know.
17 Q. You don't know if the rules that you
18 promulgate may be effective once you
19 promulgate that rule?
20 A. I don't know if it has to go through a
21 period or what it would have to go
22 through.  I've never had to do that.
23 Q. Okay.  You've never had to do what?  Can

Page 21

1 you --
2 A. Well, I've never promulgated a rule or
3 anything --
4 Q. Okay.
5 A. -- in my short stay.
6 Q. Fair enough, Secretary.  Secretary
7 Stabler, do you carry an Alabama driver's
8 license?
9 A. Yes, I do.
10 Q. Do you have any other ALEA-issued
11 identification?
12 A. Yes, I do.
13 Q. What is that other, other than your
14 driver's license?
15 A. A work ID.
16 Q. Work ID?
17 A. Yes.
18 Q. And is that work ID issued by ALEA?
19 A. Yes.
20 Q. Okay.  Good.  Now, I'd like, if you will,
21 for you to describe to me occasions where
22 you may present your driver's license.
23 A. Identification for using my credit card.

6 (Pages 18 to 21)

Page 22

1  Q. Credit card.  Do you use it when you go
2     to the bank?
3  A. Occasionally.  I don't -- my wife's a
4     banker, so I don't normally do my banking
5     business.
6  Q. But you do occasionally?
7  A. Yes.
8  Q. What about in a grocery store?
9  A. I don't know that I've ever used it in a
10    grocery store.
11 Q. Can you give me some other examples of
12    when you've used your driver's license?
13       MR. PARKER:  Object to the form.
14 Q. You may answer.
15 A. Purchasing a firearm.
16 Q. Purchasing a firearm.  Do you ever
17    purchase alcohol for someone else, maybe
18    not you?
19 A. Yes.
20 Q. Okay.  Do you use your ID then?
21       MR. PARKER:  Object to the form.
22 Q. Do you use your driver's license then?
23 A. I think I've gotten to the age that they

Page 23

1     don't ask me for it.
2  Q. But if they asked you, would you use it?
3  A. I would produce it, yes.
4  Q. Okay.  Give me some instances in which
5     you use your ALEA-issued ID that is not
6     your driver's license, your work ID, as
7     you put it.
8        MR. PARKER:  Object to the form.
9  Q. You may answer.
10 A. I used it yesterday for a form of ID to
11    get into the Pentagon.
12 Q. To get into the Pentagon.  In Washington,
13    D.C.?
14 A. Yes.
15 Q. What about around the state of Alabama,
16    what do you use your ALEA-issued ID for?
17 A. Other than I use it when I fly armed
18    sometimes.
19 Q. When you . . .
20 A. Fly armed --
21 Q. Fly armed.
22 A. -- on a commercial airline.
23 Q. Do you use it for entry and exit into

Page 24

1     state buildings?
2  A. No, sir, not that work ID.  No, sir.
3  Q. All right.  Now, Secretary Stabler, I
4     want to turn your attention to -- and
5     I'll help you through this, Secretary
6     Stabler.  I recognize this is a lot to
7     deal with.  I'm going to help you ferret
8     through this just for -- I want to make
9     sure I value your valuable time.  I'll
10    get to it here.
11       I want to direct your attention to
12    in Exhibit 1 15-20A-18.  And what I'd
13    like to do, Secretary Stabler, is kind of
14    cover some of those areas with you.  Now,
15    Secretary Stabler, subsection (a) of
16    15-20A-18 states that every adult sex
17    offender who is a resident of this state
18    shall obtain and always have in his or
19    her possession a valid driver's license
20    or identification card issued by ALEA, or
21    Alabama State Law Enforcement Agency.
22       Did I read that first sentence
23    correctly?

Page 25

1  A. Yes.
2  Q. Okay.  I want to skip now to subsection
3     (b).  Subsection (b) says in 15-20A-18,
4     The adult sex offender shall obtain a
5     valid driver's license or identification
6     card bearing a designation that enables
7     law enforcement officers to identify the
8     licensee as a sex offender within 14 days
9     of his or her initial registration
10    following release -- release, initial
11    registration upon entering the state, or
12    immediately following his next
13    registration date -- next registration
14    after July 1, 2011.
15       Did I read that correctly?
16 A. Yes.
17 Q. Okay.  Do you -- what do you understand
18    that subsection to mean, the first
19    sentence of -- excuse me.  Let me strike
20    that.  Let me rephrase this question.
21    Okay?
22       What's your understanding of
23    subsection (b), Secretary Stabler?

7 (Pages 22 to 25)

STAN STABLER    12/7/2016

Page 26

1    MR. PARKER: Objection to that
2 form. And I'm going to direct the
3 witness not to answer. You're looking
4 for a legal conclusion.
5 **Q. As secretary of ALEA -- let me skip to**
6 **subsection (c). Okay?**
7 A. Okay.
8 **Q. It says, Whenever the Alabama Law**
9 **Enforcement Agency issues or renews a**
10 **driver's license or identification card**
11 **to an adult sex offender, the driver's**
12 **license or identification card shall bear**
13 **a designation that enables law**
14 **enforcement officers to identify the**
15 **licensee as a sex offender.**
16 **Secretary Stabler, do you understand**
17 **what that subsection means?**
18 A. Yes.
19 **Q. Okay. Do you understand that this**
20 **subsection requires adult sex offenders**
21 **to carry a driver's license or an**
22 **identification card issued by ALEA that**
23 **bears a designation allowing officers,**

Page 27

1 **law enforcement officers, to identify**
2 **them as sex offenders?**
3    MR. PARKER: Object to the form.
4 **Q. Do you understand that, Secretary**
5 **Stabler?**
6 A. Yes, according to this Section (c).
7 **Q. Okay. Now I'm going to go to subsection**
8 **(d) for a moment, Secretary Stabler. It**
9 **says, Upon obtaining or renewing a**
10 **driver's license or identification card**
11 **bearing a designation that enables law**
12 **enforcement officers to identify the**
13 **licensee as a sex offender, an adult sex**
14 **offender shall relinquish to the Alabama**
15 **State Law Enforcement Agency any other**
16 **driver's license or identification card**
17 **previously issued to him or her which**
18 **does not bear any designation enabling**
19 **law enforcement officers to identify the**
20 **licensee as a sex offender.**
21 **Do you understand that subsection,**
22 **Secretary Stabler?**
23    MR. PARKER: Object to the form.

Page 28

1 **Q. You may answer it.**
2 A. Yes.
3 **Q. Okay. Secretary Stabler, do you**
4 **currently know of any designation that**
5 **currently exists on the driver's license**
6 **or identification cards of sex offenders**
7 **or registrants of ASORCNA?**
8 A. No, I don't.
9 **Q. You don't know what's on that -- on those**
10 **cards?**
11 A. No.
12 **Q. I'm going to show you a copy of the**
13 **identification.**
14    MR. McGUIRE: And, Will, I want
15 to make sure that for protective order
16 purposes that this document is subject to
17 the protective order.
18    MR. PARKER: Okay. And,
19 actually, I think what we should do on
20 that is, first of all, we're going to
21 give all of our copies back.
22    Have y'all looked at these? Have
23 you seen these?

Page 29

1    I'll keep a copy for the immediate
2 question. I'm going to give these two
3 copies that you gave to Mr. McCollum and
4 Mr. Sinclair back.
5    MR. McGUIRE: Good.
6    MR. PARKER: That means that I
7 have one copy, the witness has one copy.
8    MR. McGUIRE: Right.
9    MR. PARKER: In a moment, when
10 we're done with this line of
11 questioning --
12    MR. McGUIRE: Sure.
13    MR. PARKER: -- I'll -- I'll pass
14 my copy back. And then that copy that
15 Mr. Stabler has will be an exhibit to the
16 deposition; correct?
17    MR. McGUIRE: But not to be
18 published.
19    MR. PARKER: Right.
20    MR. McGUIRE: Yes.
21    MR. PARKER: And so we need to --
22 hold on one second. Let me confer real
23 quick.

8 (Pages 26 to 29)

STAN STABLER    12/7/2016

Page 30

1    (Off the record at 10:22 a.m.)
2    (Back on the record at
3        10:23 a.m.)
4  Q. (By Mr. McGuire) Secretary Stabler, I'm
5     showing you a copy of a nondriver
6     identification of a registrant of
7     ASORCNA.  Do you have that in front of
8     you?
9  A. Yes, I do.
10 Q. If you would, I'd like you to read to me
11    everything on this particular copy of
12    this identification that is in red.
13 A. The name of the state, Alabama, and -- I
14    apologize. I don't have my reading
15    glasses -- criminal sex offender.
16 Q. Right.  And is criminal -- you previously
17    stated that the state of Alabama is red;
18    is that correct?
19 A. Yes.
20 Q. And the words "criminal sex offender" is
21    in red; correct?
22 A. Yes.
23 Q. And those are the only red letters on

Page 31

1     the -- on this identification; is that
2     correct?
3  A. That I can read, yes.
4  Q. Okay.  Now, given what we've just read
5     about the law that registrants of this
6     statute are required to carry an
7     identification which allows officers to
8     identify them as sex offenders, to your
9     knowledge, is there any other designation
10    that you can promulgate as a rule
11    requiring officers -- requiring -- that
12    requires a different designation to be on
13    the identification?
14 A. I don't know of any specific rule, no.
15 Q. Can you promulgate a rule if you felt the
16    need for there to be one?
17        MR. PARKER:  Object to the --
18    object to the form.
19 Q. If you understand, you may answer.
20 A. Yes.
21 Q. Okay.  I'm showing you -- we'll come back
22    to that, Secretary Stabler.  Showing you
23    what's marked as Plaintiffs' Exhibit 3.

Page 32

1    Secretary Stabler, on the top of
2    Exhibit 3, it states Alabama Law
3    Enforcement Agency, does it not?
4  A. It does.
5  Q. And right below that there's a caption
6     that says, Driver's license, dash,
7     classes, endorsements, and restrictions,
8     does it not?
9  A. Correct.
10 Q. Are you familiar with the classes,
11    endorsements, and restrictions that go on
12    ALEA-issued driver's licenses and
13    identification cards?
14 A. Yes, I'm familiar with some.
15 Q. Okay.  Can you please take just a brief
16    moment and count the number of
17    endorsements or restrictions on this
18    document?
19        MR. PARKER:  Object to the form.
20 A. I see six endorsements and 19
21    restrictions.
22 Q. Six endorsements and 19 restrictions, so
23    that's a total of 25 combined endorsement

Page 33

1     and restrictions that you see on this
2     page; correct?
3  A. Correct.
4  Q. Now, I want to just take an example here,
5     Secretary Stabler, of a restriction that
6     says corrective lenses.  Do you see
7     that --
8  A. Yes.
9  Q. -- restriction?  Can you tell me,
10    Secretary Stabler, what letter is
11    designated to the restriction of
12    corrective lenses?
13 A. The letter A.
14 Q. And the letter A is just a single letter;
15    is that correct?
16 A. Correct.
17 Q. And as secretary of ALEA, do you expect
18    officers, law enforcement officers, to be
19    able to identify by looking at this
20    letter A on a driver's license or
21    identification card that that means that
22    that operator or that holder of that
23    identification uses corrective lenses?

9 (Pages 30 to 33)

Page 34

1  A. Yes.
2  Q. Okay.  Secretary Stabler, do you feel
3     that it's a requirement for officers to
4     be -- that in order for officers to be
5     able to identify registrants of ASORCNA
6     as sex offenders for there to be in red
7     letters "criminal sex offender" on the
8     identification?
9         MR. PARKER:  Object to the form.
10 Q. You may answer.
11 A. Do I think that should be required in
12    order for them to identify it?
13 Q. Yes.
14 A. I mean, there -- by the law, there has to
15    be some type of requirement.
16 Q. There does have to be some type of
17    requirement.  I agree with you --
18 A. Yes.
19 Q. -- Secretary Stabler.  But the law as we
20    read it earlier just says a designation
21    on the identification that allows law
22    enforcement officers to identify those
23    bearers of that identification as sex

Page 35

1     offenders.  Am I correct?
2  A. Yes.
3  Q. So my question to you is, in your opinion
4     as secretary of ALEA, is -- is it
5     required for officers, law enforcement
6     officers, to identify registrants of
7     ASORCNA's sex offender by placing
8     criminal sex offender in red letters on
9     their driver's license --
10        MR. PARKER:  Object to the form.
11 Q. -- or identification card?  Is that a
12    requirement?
13        MR. PARKER:  Object to the form.
14 Q. You may answer.
15 A. I haven't read anything in the law that
16    you presented to me this morning that
17    designates how it will be designated.
18 Q. Do you think law enforcement officers --
19    as we just discussed that corrective
20    lenses is designated with the single
21    letter A, is there a single letter that
22    you can designate or is there a rule that
23    you can promulgate that says I'd like a

Page 36

1     single letter placed on the driver's
2     license so that officers can identify
3     these registrants of ASORCNA as sex
4     offenders?
5         MR. PARKER:  Object.
6  Q. Can you do that?
7         MR. PARKER:  Object to the form.
8  Q. You may answer.
9  A. According to the rules, yes, I could do
10    that.
11 Q. Okay.  Have you done that?
12 A. No, I have not.
13 Q. Secretary, I have to ask you this.  You
14    said that you just found out about the
15    court case today, correct, about the
16    lawsuit for which we are here today?  You
17    just found out about that today; is that
18    correct?
19 A. Well, I was notified yesterday I had a
20    deposition.  But, yes, really today's the
21    first I've learned of the contents of
22    this.
23 Q. Okay.  Well, I'm going to represent to

Page 37

1     you that the plaintiffs in this case who
2     name you as a defendant believe that
3     because they have criminal sex offender
4     on their -- on the -- on their driver's
5     license that it forces them to speak to
6     something that they may disagree with.
7     Would you accept that representation if I
8     told you that that's what one of the
9     plaintiffs -- that the plaintiffs were
10    complaining of?
11        MR. PARKER:  Object to the form.
12 A. I'm not sure I understood what you meant
13    by they speak of.
14 Q. Right.  Basically what they're saying,
15    what the plaintiffs in this case are
16    saying is, because they carry around this
17    identification with criminal sex offender
18    on it, every time they go somewhere where
19    you explained to me that you go off and
20    then have to present their ID -- let's
21    say, for example, to the grocery store --
22    when they present their ID, it forces
23    them to speak to those individuals to

10 (Pages 34 to 37)

Page 38

1  whom they hand their ID to that I'm a
2  criminal sex offender.  Do you -- would
3  you accept my representation if I told
4  you that that's what the plaintiffs are
5  complaining of in part in this case?
6        MR. PARKER:  Object to the form.
7  A. I mean, if that's what you told -- if
8     that's what they told you, I have no
9     reason to disagree with that.  I have no
10    direct knowledge of that having happened.
11 Q. All right.  Let me ask you this.  Do you
12    think that a registrant carrying around
13    an identification with criminal sex
14    offender on it is embarrassing?
15        MR. PARKER:  Object to the form.
16 Q. You may answer.
17 A. That -- that would be up to the person
18    carrying it.
19 Q. If you carried it, would it be
20    embarrassing to you?
21        MR. PARKER:  Object to the form.
22 Q. You may answer.
23 A. I really don't know how to answer that

Page 39

1  because I'm -- I'm not a convicted sex
2  offender, so I don't know how I would
3  feel about that.
4  Q. I understand.  So did you have -- prior
5     to today, did you have any knowledge that
6     "criminal sex offender" was printed on
7     the driver's license and identification
8     cards of registrants of ASORCNA?
9  A. No.
10 Q. As secretary of ALEA, is this a
11    designation you would have chosen if you
12    knew about it?
13        MR. PARKER:  Object to the form.
14 Q. You may answer.
15 A. I don't know, because I've never been
16    posed that question as to what I would
17    do.
18 Q. Okay.  Well, I'm posing it to you now.
19    So what would you do?
20        MR. PARKER:  Object to the form.
21 Q. You may answer.
22 A. I don't know.  I would take time to think
23    about it, talk to legal folks.

Page 40

1  Q. Do you think that "criminal sex offender"
2     on a driver's license for -- let me ask
3     you this question.  This is -- kind of
4     gets to the point.  Secretary Stabler, do
5     you recognize that there are registrants
6     of ASORCNA that carry this branded --
7     carry this driver's license around with
8     "criminal sex offender" on the face of it
9     who have never been ever convicted of a
10    sex offense against a minor?  Are you
11    aware of that?
12        MR. PARKER:  Object to the form.
13 Q. You may answer.
14 A. No, I'm not.
15 Q. Are you aware that there are registrants
16    of this statute who have been adjudicated
17    as youthful offenders for having
18    consensual sex with individuals that may
19    be under age that are required to carry
20    this designation on their driver's
21    license?
22        MR. PARKER:  Object to the form.
23 Q. You may answer.

Page 41

1  A. No, I'm not.
2  Q. Do you think that it's proper, Secretary
3     Stabler, for an 18-year-old young lady
4     who has consensual sex with a 15-year-old
5     boy and the 15-year-old boy's parents
6     find out and report them to law
7     enforcement and this 17-year-old girl was
8     convicted of a sex offense, statutory
9     rape, to have to carry an ID for the rest
10    of her life with "criminal sex offender"
11    designated on it?  Do you think that's
12    right?
13        MR. PARKER:  Object to the form.
14 Q. You may answer.
15 A. According to the law, yes.
16 Q. You think it's right?
17 A. Yes.
18 Q. Secretary Stabler, do you recognize that
19    all registrants of ASORCNA, with the
20    exception of juveniles, some juveniles,
21    are required to carry an identification
22    with the designation such as this on its
23    face regardless of if they've --

11 (Pages 38 to 41)

STAN STABLER    12/7/2016

Page 42

1  regardless of whether they've ever harmed
2  a minor or a child or not?
3      MR. PARKER:  Object to the form.
4  Q. Are you aware of that?
5      MR. PARKER:  Object to the form.
6  A. As to what I read just this morning, yes.
7  Q. Certainly, Secretary Stabler, you want --
8  as the secretary of ALEA, you want to do
9  what you can in your role as -- are you
10 the state's chief law enforcement
11 officer?
12     MR. PARKER:  Object to the form.
13 A. I mean, I'm the secretary of law
14 enforcement, yes.
15 Q. Okay.  You'd like to execute your duties,
16 would you not, Secretary Stabler, in
17 order to protect all of Alabama citizens,
18 would you not?
19     MR. PARKER:  Object to the form.
20 Q. You may answer.
21 A. Yes, I do.
22 Q. And all of Alabama's citizens include
23 individuals who have committed crimes.

Page 43

1  Would you agree?
2      MR. PARKER:  Object to the form.
3  A. Yes.
4  Q. Would you agree that persons that are
5  registrants of this statute are citizens
6  of Alabama?  Would you agree?
7      MR. PARKER:  Object to the form.
8  A. Yes.  They can be, yes.
9  Q. And your job is not only to protect the
10 constitutional rights of individuals who
11 have never committed any type crime, is
12 it not your job to protect the rights of
13 individuals even if they've been
14 convicted of crimes in the past?
15     MR. PARKER:  Object to the form.
16 A. Yes.
17 Q. And that includes persons who have
18 committed sex offenses; right?
19     MR. PARKER:  Object to the form.
20 A. That would be correct.
21 Q. Just a moment, Secretary Stabler.
22 A. Okay.
23     (Brief pause.)

Page 44

1  Q. I'm showing you what's been marked,
2  Secretary Stabler, as Plaintiffs'
3  Exhibit 4.
4      MR. PARKER:  While you're doing
5  that, can you -- are you done with
6  Exhibit 5?
7      MR. McGUIRE:  I am.  Will you
8  give those back to me?
9      MR. PARKER:  So we're going to
10 give all copies of the Exhibit 5, the ID
11 card, back to you, Ms. Jordan.
12     MR. SINCLAIR:  One thing.
13     MR. PARKER:  Mr. McGuire, the
14 Plaintiffs' Exhibit -- Exhibit 5, I
15 believe, the ID card, can you state for
16 the record which John Doe number that
17 was?
18     MR. McGUIRE:  Yes.  This would be
19 John Doe No. 1.
20     MR. PARKER:  Okay.  Thanks.
21     MR. McGUIRE:  Okay.
22     MR. PARKER:  Now, I may have
23 gotten confused about what's going on

Page 45

1  aside from those issues.  So we should
2  have Exhibit 4?  Are we coming back to
3  the law anytime soon?
4      MR. McGUIRE:  Not now.  Not at
5  the moment.
6  Q. (By Mr. McGuire) I'm showing you,
7  Secretary Stabler, what's marked
8  Plaintiffs' Exhibit 4.  I'm going to
9  represent to you that this is a
10 memorandum opinion and order from the
11 case in which we are speaking of today.
12 It's John Doe No. 1, et al., plaintiffs,
13 versus Luther Strange, III, Attorney
14 General of the State, yourself, and
15 others.  And I want to direct your
16 attention to page -- excuse me just a
17 moment.  Okay.  I'd like to direct you to
18 page 44.  And I'd like you to begin with
19 the last paragraph on page 44 beginning
20 with the words "by its terms."  And I ask
21 you to read that first paragraph in full
22 from 44 to 45 for me.  Would you be so
23 kind as to read that aloud for me,

12 (Pages 42 to 45)

Page 46

1  Secretary Stabler.
2  A. By its terms and as implemented by the
3     ALEA, the identification provision
4     requires that sex offenders obtain and
5     possess an unaltered, branded
6     identification card, Alabama Code
7     15-20A-18, subsection (a).  This
8     provision of the statute enshrines a
9     discrete, legitimate purpose; it enables
10    law enforcement officers to identify the
11    licensee as a sex offender, Alabama Code
12    15-20A-18(a), (d).  ASORCNA does not
13    stop, however, at requiring registrants
14    to carry their branded identification
15    cards.  It takes a step further,
16    requiring registrants to relinquish any
17    other driver's license or identification
18    card previously issued to him or her
19    which does not bear the sex offender
20    designation, Alabama Code 15-20A-18(d).
21    In practice, these provisions operate, on
22    penalty of felony, to compel speech in an
23    unconstitutional manner.

Page 47

1  Q. I'd ask you to stop right there,
2     Secretary Stabler.  As I represented to
3     you before, this is a memorandum and
4     order of opinion of the Court in an
5     earlier filing in this case.  Given the
6     last sentence that you read, does that
7     give you cause to kind of reconsider
8     how -- which designation you should place
9     on the driver's license or identification
10    card of ASORCNA registrants?
11        MR. PARKER:  Object to the form.
12 Q. You may answer.
13 A. Can you ask me your question again?
14 Q. Given the last sentence that you just
15    read from Judge Watkins in this case,
16    does it give you cause to reconsider the
17    specific designation that is on the face
18    of driver's licenses and identification
19    cards of ASORCNA registrants?
20        MR. PARKER:  Object to the form.
21 Q. You may answer.
22 A. Not at this time.
23 Q. Okay.  So this last sentence does not

Page 48

1     give you any pause that -- or any cause
2     to believe that you might want to
3     reconsider what designation goes on a
4     card?
5         MR. PARKER:  Object to the form.
6  A. No.
7  Q. Okay.  I'd ask you, then, Secretary
8     Stabler, to read the next paragraph.  And
9     you can skip the footnotes.  Just read
10    the next paragraph, if you will.  Starts
11    with "as plaintiffs contend."
12 A. As plaintiffs contend, daily consumer
13    transactions require the presentation of
14    identification.  When a consumer
15    purchases alcohol or tobacco, for
16    example, a prudent vendor requests proof
17    of age.  Registrants may also be required
18    to present identification when writing
19    personal checks, making purchases with a
20    credit card, or boarding airplanes.
21    Because it does not allow the registrants
22    to possess any alternative form of
23    identification, ASORCNA requires sex

Page 49

1     offenders to disseminate the state's
2     message for public view.  Outside the
3     context of allowing law enforcement to
4     readily identify a sex offender's
5     registrant status, ASORCNA's
6     identification requirements appear to
7     serve no other purpose than to humiliate
8     offenders who have already atoned for
9     their crimes.
10 Q. Did you understand the paragraph that you
11    just read, Secretary Stabler?
12 A. Yes.
13        MR. PARKER:  Object to the form.
14 Q. Given the last sentence of -- that you
15    just read, the very last sentence, does
16    that give you cause or reason to
17    reconsider how -- which designation
18    should go on the driver's license or
19    identification card of ASORCNA
20    registrants?
21 A. No.
22 Q. So you believe that "criminal sex
23    offender" in red letters on the face of

13 (Pages 46 to 49)

STAN STABLER   12/7/2016

Page 50

1   driver's licenses and identification
2   cards of ASORCNA registrants is the best
3   way for officers to identify registrants
4   as sex offenders?
5        MR. PARKER:  Object to the form.
6   Q. Is that true?
7   A. I don't know that it's the best.
8   Q. What would you think the best would be?
9        MR. PARKER:  Object to the form.
10  A. At this point, I don't know.
11  Q. If you decided, you could order law
12   enforcement or you could order the
13   department of public safety to designate
14   a single letter on registrants'
15   identification, could you not?
16        MR. PARKER:  Object to the form.
17  A. It's my understanding I have the
18   authority to do that.
19  Q. Okay.  And you also have the authority
20   not to put a brand on their -- not to put
21   a designation on there at all, do you
22   not?
23        MR. PARKER:  Object to the form.

Page 51

1   A. In my brief reading this morning of the
2   law, I think I'm dictated by law to put
3   an indication on there.
4   Q. Okay.  And you could, if you so chose,
5   Secretary Stabler, you can have the
6   department of public safety require that
7   any designation be on the back of the
8   driver's license -- isn't that true? --
9   or identification card; correct?
10        MR. PARKER:  Object to the form.
11  Q. Isn't that true?
12  A. I would have to research and see if
13   there's more specific law that tells me
14   where it has to be, but it's my
15   understanding, yes, I have the authority
16   to do that.
17  Q. Okay.  Yet you haven't done that.  You
18   haven't done any of those things that we
19   just discussed.  Am I correct?
20        MR. PARKER:  Object to the form.
21  Q. You haven't made any efforts to change
22   the designation on the -- on ASORCNA
23   registrants' driver's license or

Page 52

1   identification cards, have you?
2        MR. PARKER:  Object to the form.
3   A. No, I haven't.
4   Q. And had you known about this case, let's
5   say a year ago, you could have changed it
6   a year ago, could you have not, if you
7   wanted to?
8        MR. PARKER:  Object to the form.
9   Q. You may answer.
10  A. I was not secretary a year ago.
11  Q. Okay.  When you became secretary -- what
12   date was that, again? -- March 22, 2016,
13   you could have -- if you were aware of
14   the case on March 22, 2016 or made aware
15   of the case on March 22, 2016, you could
16   have changed the designation that day,
17   could you have not?
18        MR. PARKER:  Object to the form.
19  A. It's my opinion after reading the law,
20   yes.
21  Q. Okay.  And that hasn't been done;
22   correct?
23        MR. PARKER:  Object to the form.

Page 53

1   A. Correct.
2   Q. Okay.  Secretary Stabler, those are all
3   the questions I have.
4   A. Okay.
5
6        (The deposition of Stan Stabler
7        concluded at 10:48 a.m. on
8        December 7, 2016.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

14 (Pages 50 to 53)

STAN STABLER   12/7/2016

Page 54

1         REPORTER'S CERTIFICATE
2
  STATE OF ALABAMA  )
3                   )
  ELMORE COUNTY     )
4
5
6      I do hereby certify that the above
  and foregoing transcript was taken down
7  by me in stenotype, and the questions and
  answers thereto were transcribed by means
8  of computer-aided transcription, and that
  the foregoing represents a true and
9  correct transcript of the testimony given
  by said witness.
10
11     I further certify that I am neither
  of counsel, nor any relation to the
12  parties to the action, nor am I anywise
  interested in the result of said cause.
13
14
15     I further certify that I am duly
  licensed by the Alabama Board of Court
  Reporting as a Certified Court Reporter
16  as evidenced by the ACCR number following
  my name below.
17
18
19        /s/ Bridgette W. Mitchell
          Bridgette W. Mitchell
20        Certified Court Reporter and
          Commissioner for the State of
21        Alabama at Large
          ACCR No. 231 - Expires 9/30/17
22        MY COMMISSION EXPIRES 12/19/17
23

STAN STABLER    12/7/2016

## A

**ability**
12:7 17:3
**able**
33:19 34:5
**accept**
15:11,14 37:7 38:3
**ACCR**
54:16,21
**Act**
4:11 13:2,12 15:10
16:6 17:18
**action**
1:9 54:12
**active**
12:22
**adjudicated**
40:16
**administrative**
16:17 17:9,15 18:11
**adult**
24:16 25:4 26:11,20
27:13
**advance**
6:5 7:14
**affirm**
11:22
**affirmation**
11:17
**affirmed**
5:7
**age**
22:22 40:19 48:17
**Agency**
9:10,18 16:16 18:2,22
24:21 26:9 27:15
32:3
**ago**
52:5,6,10
**agree**
6:23 7:17,19 8:1 34:17
43:1,4,6
**agreed**
3:2,19
**agreement**
7:23

**airline**
23:22
**airplanes**
48:20
**al**
1:6,11 45:12
**Alabama**
1:2,19,22 2:5,9,11,14
2:16 3:9 4:10,12 9:2
9:9,13,18 11:11 12:2
12:23 13:10 15:8,22
16:4,15 17:16 18:1
18:22 21:7 23:15
24:21 26:8 27:14
30:13,17 32:2 42:17
43:6 46:6,11,20 54:2
54:15,21
**Alabama's**
42:22
**alcohol**
22:17 48:15
**ALEA**
4:13 9:19,22 10:5,7
11:1 21:18 24:20
26:5,22 33:17 35:4
39:10 42:8 46:3
**ALEA-issued**
21:10 23:5,16 32:12
**allegations**
14:21
**allow**
17:15 48:21
**allowing**
26:23 49:3
**allows**
31:7 34:21
**aloud**
45:23
**alternative**
48:22
**answer**
6:16 7:7 13:4 14:4
17:6,20 19:11,20
20:7,15 22:14 23:9
26:3 28:1 31:19
34:10 35:14 36:8

38:16,22,23 39:14,21
40:13,23 41:14 42:20
47:12,21 52:9
**answers**
8:7,8 54:7
**anytime**
45:3
**Anyway**
5:20
**anywise**
54:12
**apologize**
30:14
**appear**
49:6
**APPEARANCES**
2:1
**appearing**
5:21 7:18
**approach**
6:14
**areas**
24:14
**armed**
23:17,20,21
**aside**
45:1
**asked**
8:5 23:2
**ASORCNA**
15:23 16:3,9 19:6,9,17
20:12 28:7 30:7 34:5
36:3 39:8 40:6 41:19
46:12 47:10,19 48:23
49:19 50:2 51:22
**ASORCNA's**
35:7 49:5
**associated**
19:9
**ASSOCIATES**
2:4
**atoned**
49:8
**attempt**
8:6
**attention**

15:17,21 24:4,11
45:16
**Attorney**
1:18 2:10 45:13
**attorney-client**
14:3
**August**
14:17
**authority**
17:7 18:23 19:8,12,15
20:4 50:18,19 51:15
**Avenue**
1:19 2:10
**aware**
13:8,14 14:5,8,16,20
40:11,15 42:4 52:13
52:14
**a.m**
1:23 30:1,3 53:7

## B

**b**
17:22,23 18:16 25:3,3
25:23
**back**
28:21 29:4,14 30:2
31:21 44:8,11 45:2
51:7
**bank**
22:2
**banker**
22:4
**banking**
22:4
**based**
6:8
**basically**
9:23 10:10 37:14
**bear**
26:12 27:18 46:19
**bearers**
34:23
**bearing**
25:6 27:11
**bears**
26:23

beginning
45:19
behalf
1:17
believe
19:7 37:2 44:15 48:2
  49:22
best
12:6 50:2,7,8
Board
54:15
boarding
48:20
Box
2:15
boy
41:5
boy's
41:5
brand
50:20
branded
40:6 46:5,14
Bridgette
1:20 3:7 54:19,19
brief
32:15 43:23 51:1
budgeting
10:2
buildings
24:1
bureau
10:12,14
bureaus
10:11
business
22:5

---

**C**

---

c
18:20,21 26:6 27:6
cabinet-level
9:12
call
9:17 15:23
caption

11:7 32:5
card
21:23 22:1 24:20 25:6
  26:10,12,22 27:10,16
  33:21 35:11 44:11,15
  46:6,18 47:10 48:4
  48:20 49:19 51:9
cards
28:6,10 32:13 39:8
  46:15 47:19 50:2
  52:1
care
10:1
carried
38:19
carry
21:7 26:21 31:6 37:16
  40:6,7,19 41:9,21
  46:14
carrying
38:12,18
case
3:21,23 8:8 11:22
  12:18 36:15 37:1,15
  38:5 45:11 47:5,15
  52:4,14,15
cause
47:7,16 48:1 49:16
  54:12
caveat
8:4
Certainly
42:7
CERTIFICATE
54:1
Certified
54:15,20
certify
54:6,11,14
challenging
12:23 13:10
change
20:12 51:21
changed
52:5,16
chapter

16:19 18:10 19:2
checks
48:19
chief
42:10
child
42:2
chose
51:4
chosen
39:11
citizen
12:3
citizens
42:17,22 43:5
Civil
1:9 3:6,18 4:2
clarified
20:2
clarify
20:3
classes
4:13 32:7,10
Clayton
2:4
clear
19:18
client
7:6
Code
46:6,11,20
combined
32:23
come
31:21
coming
7:14 45:2
commencing
1:23
commercial
23:22
commission
3:11 54:22
Commissioner
54:20
committed

42:23 43:11,18
Community
4:11 13:1,11 15:9 16:5
  17:17
compel
46:22
complaining
37:10 38:5
computer-aided
54:8
concluded
53:7
conclusion
26:4
confer
29:22
confirming
5:13
confused
44:23
consensual
40:18 41:4
considered
18:5
Constitution
4:12 11:12,23 12:2
constitutional
43:10
consumer
48:12,14
contend
48:11,12
contents
13:18 36:21
context
49:3
continue
12:3
convicted
18:7 39:1 40:9 41:8
  43:14
copies
28:21 29:3 44:10
copy
28:12 29:1,7,7,14,14
  30:5,11

**correct**
10:17,20 11:9 29:16
30:18,21 31:2 32:9
33:2,3,15,16 35:1
36:15,18 43:20 51:9
51:19 52:22 53:1
54:9
**corrective**
33:6,12,23 35:19
**correctly**
11:18 12:8 16:21
18:13 19:3 24:23
25:15
**counsel**
3:3,20 54:11
**count**
32:16
**COUNTY**
54:3
**couple**
5:11 19:14
**court**
1:1 5:1 36:15 47:4
54:15,15,20
**courtesy**
5:23
**Court's**
5:22
**cover**
24:14
**credit**
21:23 22:1 48:20
**crime**
43:11
**crimes**
42:23 43:14 49:9
**criminal**
18:5 30:15,16,20 34:7
35:8 37:3,17 38:2,13
39:6 40:1,8 41:10
49:22
**currently**
28:4,5

---
**D**
---
**d**

27:8 46:12
**daily**
48:12
**dash**
32:6
**date**
25:13 52:12
**day**
52:16
**days**
25:8
**deal**
24:7
**December**
1:22 53:8
**decide**
20:11
**decided**
50:11
**defendant**
12:22 14:6 37:2
**Defendants**
1:12
**department**
2:14 10:11,15 50:13
51:6
**departments**
10:6,8
**deposition**
1:15 3:4,7,15,21 5:17
6:10 7:20 8:3 12:19
14:15 29:16 36:20
53:6
**describe**
9:15,21 21:21
**designate**
35:22 50:13
**designated**
33:11 35:17,20 41:11
**designates**
35:17
**designation**
25:6 26:13,23 27:11
27:18 28:4 31:9,12
34:20 39:11 40:20
41:22 46:20 47:8,17

48:3 49:17 50:21
51:7,22 52:16
**determination**
19:16 20:1
**dictated**
51:2
**different**
31:12
**direct**
7:6 10:20 14:3 15:16
15:21 24:11 26:2
38:10 45:15,17
**Director**
10:19
**disagree**
7:1 37:6 38:9
**discharge**
12:5
**discrete**
46:9
**discussed**
8:2 35:19 51:19
**disseminate**
49:1
**DISTRICT**
1:1,2
**DIVISION**
1:3
**document**
28:16 32:18
**Doe**
1:6 44:16,19 45:12
**doing**
44:4
**Driver**
4:13
**driver's**
21:7,14,22 22:12,22
23:6 24:19 25:5
26:10,11,21 27:10,16
28:5 32:6,12 33:20
35:9 36:1 37:4 39:7
40:2,7,20 46:17 47:9
47:18 49:18 50:1
51:8,23
**duly**

5:7 54:14
**duties**
9:15,21 11:15 12:5
42:15
**D.C**
23:13

---
**E**
---
**earlier**
34:20 47:5
**effective**
20:13,18
**efforts**
51:21
**either**
4:1 7:5
**ELMORE**
54:3
**embarrassing**
38:14,20
**enables**
25:6 26:13 27:11 46:9
**enabling**
27:18
**endorsement**
32:23
**endorsements**
4:14 32:7,11,17,20,22
**enforce**
19:2
**enforcement**
9:3,9,18 10:14 16:16
18:2,22 24:21 25:7
26:9,14 27:1,12,15
27:19 32:3 33:18
34:22 35:5,18 41:7
42:10,14 46:10 49:3
50:12
**enshrines**
46:8
**enter**
11:14 12:6
**entering**
25:11
**entitled**
18:10

entry
23:23
**Esquire**
2:3,8,9,14
**establish**
17:3,8 19:13
**establishing**
16:17
**et**
1:6,11 45:12
**evasive**
8:7
**evidence**
3:16
**evidenced**
54:16
**exactly**
13:18
**EXAMINATION**
4:7 8:19
**example**
33:4 37:21 48:16
**examples**
22:11
**exception**
41:20
**exchange**
7:17
**excuse**
25:19 45:16
**execute**
42:15
**execution**
11:15
**executive**
9:23 11:14
**exhibit**
4:9,11,13,14 11:7,8
  15:7,8,12 24:12
  29:15 31:23 32:2
  44:3,6,10,14,14 45:2
  45:8
**Exhibits**
4:9,17
**exists**
28:5

**exit**
23:23
**expect**
33:17
**experience**
6:9
**Expires**
54:21,22
**explained**
13:23 37:19
**e-mail**
14:14

---
**F**
---
**face**
40:8 41:23 47:17
  49:23
**facilitate**
6:1
**factual**
6:20
**Fair**
8:15 21:6
**faithfully**
12:4
**fall**
10:6,8
**familiar**
32:10,14
**far**
11:19
**federal**
3:5,17 4:2 13:8
**feel**
34:2 39:3
**felony**
46:22
**felt**
31:15
**ferret**
15:19 24:7
**filed**
13:9 14:18
**filing**
47:5
**find**

41:6
**fine**
6:18
**firearm**
22:15,16
**first**
5:6 24:22 25:18 28:20
  36:21 45:21
**fly**
23:17,20,21
**folks**
39:23
**following**
11:17 25:10,12 54:16
**follows**
5:9
**footnotes**
48:9
**forces**
37:5,22
**foregoing**
54:6,8
**form**
3:12 13:3,13 15:1,13
  17:5,19 18:19 19:10
  19:19 20:14 22:13,21
  23:8,10 26:2 27:3,23
  31:18 32:19 34:9
  35:10,13 36:7 37:11
  38:6,15,21 39:13,20
  40:12,22 41:13 42:3
  42:5,12,19 43:2,7,15
  43:19 47:11,20 48:5
  48:22 49:13 50:5,9
  50:16,23 51:10,20
  52:2,8,18,23
**formality**
3:10
**forth**
18:3,8
**found**
36:14,17
**Frank**
2:14
**front**
7:2 30:7

**full**
45:21
**further**
3:19 46:15 54:11,14

---
**G**
---
**G**
2:8
**general**
1:18 2:10 10:4 45:14
**girl**
41:7
**give**
15:2 22:11 23:4 28:21
  29:2 44:8,10 47:7,16
  48:1 49:16
**given**
31:4 47:5,14 49:14
  54:9
**gives**
17:7
**glasses**
30:15
**go**
6:14 8:9 20:20,21 22:1
  27:7 32:11 37:18,19
  49:18
**God**
12:7
**goes**
11:21 48:3
**going**
6:13 7:5,22 8:9,13
  9:17 15:16,21,22
  16:8,12 24:7 26:2
  27:7 28:12,20 29:2
  36:23 44:9,23 45:8
**Good**
8:21,22 16:8 21:20
  29:5
**gotten**
22:23 44:23
**grocery**
22:8,10 37:21
**guess**
10:4

STAN STABLER    12/7/2016

**H**

**half**
7:21 8:2,14
**hand**
38:1
**handing**
11:6
**happened**
38:10
**harmed**
42:1
**hearing**
18:11
**hearings**
16:17 17:9,16
**help**
5:23 12:7 24:5,7
**hereto**
4:1
**hold**
29:22
**holder**
33:22
**honestly**
12:4
**hopeful**
8:4
**hours**
7:21 8:2,14
**humiliate**
49:7
**hypotheticals**
6:12,21

**I**

**ID**
21:15,16,18 22:20
  23:5,6,10,16 24:2
  37:20,22 38:1 41:9
  44:10,15
**identification**
4:18 21:11,23 24:20
  25:5 26:10,12,22
  27:10,16 28:6,13
  30:6,12 31:1,7,13
  32:13 33:21,23 34:8

34:21,23 35:11 37:17
38:13 39:7 41:21
46:3,6,14,17 47:9,18
48:14,18,23 49:6,19
50:1,15 51:9 52:1
**identify**
25:7 26:14 27:1,12,19
  31:8 33:19 34:5,12
  34:22 35:6 36:2
  46:10 49:4 50:3
**III**
1:11 45:13
**immediate**
29:1
**immediately**
18:9 20:13 25:12
**implement**
19:1
**implemented**
46:2
**include**
42:22
**includes**
43:17
**INDEX**
4:5
**indication**
51:3
**individual**
18:7
**individuals**
37:23 40:18 42:23
  43:10,13
**informed**
14:22
**initial**
25:9,10
**instances**
23:4
**instruct**
6:15
**interested**
54:12
**introduced**
3:22
**investigation**

10:13
**invoke**
6:2
**involved**
10:2
**issued**
21:18 24:20 26:22
  27:17 46:18
**issues**
5:11,22 26:9 45:1

**J**

**J**
2:3,9
**jmcguire@mandab...**
2:6
**job**
43:9,12
**John**
1:6 2:8 10:19 44:16,19
  45:12
**Jordan**
2:19 44:11
**Jr**
2:8
**Judge**
4:15 47:15
**judicial**
11:14
**July**
25:14
**jurisdictions**
18:4
**juveniles**
41:20,20

**K**

**keep**
29:1
**kind**
5:22 6:11 8:6 24:13
  40:3 45:23 47:7
**knew**
39:12
**know**
5:18 6:8,17 7:11 10:3

12:17,21 14:9 19:22
20:16,17,20 22:9
28:4,9 31:14 38:23
39:2,15,22 50:7,10
**knowledge**
14:12 17:13 20:10
  31:9 38:10 39:5
**known**
52:4

**L**

**lady**
41:3
**Large**
1:22 3:10 54:21
**law**
6:19 9:2,9,18 10:14
  16:15 18:1,22 20:2,3
  24:21 25:7 26:8,13
  27:1,11,15,19 31:5
  32:2 33:18 34:14,19
  34:21 35:5,15,18
  41:6,15 42:10,13
  45:3 46:10 49:3
  50:11 51:2,2,13
  52:19
**lawsuit**
12:22 13:9,16,21 14:1
  14:7,12,17,21 36:16
**law-school-exam**
6:22
**learned**
13:15 14:18 36:21
**legal**
5:15 6:12 26:4 39:23
**legislator**
10:3
**legislature**
11:13
**legitimate**
46:9
**lenses**
33:6,12,23 35:20
**letter**
33:10,13,14,14,20
  35:21,21 36:1 50:14

letters
  30:23 34:7 35:8 49:23
let's
  37:20 52:4
license
  21:8,14,22 22:12,22
  23:6 24:19 25:5
  26:10,12,21 27:10,16
  28:5 32:6 33:20 35:9
  36:2 37:5 39:7 40:2
  40:7,21 46:17 47:9
  49:18 51:8,23
licensed
  54:15
licensee
  25:8 26:15 27:13,20
  46:11
licenses
  4:13 32:12 47:18 50:1
life
  41:10
limit
  7:17,19,22
line
  29:10
lines
  6:7
listing
  18:3,8
litigation
  6:1,6
long
  7:4 12:3
longer
  8:9
looked
  28:22
looking
  26:3 33:19
lot
  6:11 24:6
Luther
  1:11 2:7 45:13

**M**

making

48:19
manner
  3:23 46:23
March
  11:2,3 52:12,14,15
marked
  4:18 11:6 15:6 31:23
  44:1 45:7
McCollum
  2:14 9:4,7 29:3
McGuire
  2:3,4 4:7 5:3,10 7:3,9
  7:12,15 8:1,15,18,20
  9:8 15:5 28:14 29:5
  29:8,12,17,20 30:4
  44:7,13,18,21 45:4,6
mean
  17:2 25:18 34:14 38:7
  42:13
means
  26:17 29:6 33:21 54:7
meant
  37:12
Mellberg's
  6:10
members
  11:12
memorandum
  4:15 45:10 47:3
message
  49:2
MIDDLE
  1:2
mind
  9:16
minimize
  5:21
minor
  40:10 42:2
Mitch
  2:3
Mitchell
  1:20 3:8 54:19,19
moment
  27:8 29:9 32:16 43:21
  45:5,17

Montgomery
  1:19 2:5,11,16
morning
  8:21,22 13:15 14:8,11
  19:21 20:8 35:16
  42:6 51:1

**N**

name
  8:23 30:13 37:2 54:16
named
  13:15,21 14:6,9
naming
  12:22
nature
  14:1
necessary
  19:1
need
  3:13 6:3,19 20:2 29:21
  31:16
needs
  19:16
neither
  54:11
never
  20:22,23 21:2 39:15
  40:9 43:11
nondriver
  30:5
normally
  22:4
NORTHERN
  1:3
Notary
  1:21 3:8
notice
  1:16
Notification
  4:11 13:1,11 15:9 16:5
  17:18
notified
  36:19
number
  32:16 44:16 54:16

**O**

oath
  4:12 11:4,8,17 12:11
  12:13
object
  13:3,13 15:1,13 17:5
  17:19 18:19 19:10,19
  20:14 22:13,21 23:8
  27:3,23 31:17,18
  32:19 34:9 35:10,13
  36:5,7 37:11 38:6,15
  38:21 39:13,20 40:12
  40:22 41:13 42:3,5
  42:12,19 43:2,7,15
  43:19 47:11,20 48:5
  49:13 50:5,9,16,23
  51:10,20 52:2,8,18
  52:23
objection
  7:6 14:2 20:6 26:1
objections
  3:11,12
obtain
  24:18 25:4 46:4
obtaining
  27:9
obviously
  6:4
occasionally
  22:3,6
occasions
  21:21
offender
  4:10 12:23 13:10 15:8
  16:4 17:17 24:17
  25:4,8 26:11,15
  27:13,14,20 30:15,20
  34:7 35:7,8 37:3,17
  38:2,14 39:2,6 40:1,8
  41:10 46:11,19 49:23
offenders
  26:20 27:2 28:6 31:8
  34:6 35:1 36:4 40:17
  46:4 49:1,8 50:4
offender's
  49:4

**offense**
18:8 40:10 41:8
**offenses**
18:3,5 43:18
**offered**
3:16
**office**
1:17 2:9 4:12 11:4,8
12:5
**officer**
42:11
**officers**
11:13 25:7 26:14,23
27:1,12,19 31:7,11
33:18,18 34:3,4,22
35:5,6,18 36:2 46:10
50:3
**offices**
11:16
**okay**
7:12 8:18 9:7,15,19
10:19 11:6,21 12:21
13:17,20,23 14:5,16
14:20 15:21 16:1,2,3
16:6,12 17:22 19:6
19:14,23 20:10,23
21:4,20 22:20 23:4
25:2,17,21 26:6,7,19
27:7 28:3,18 31:4,21
32:15 34:2 36:11,23
39:18 42:15 43:22
44:20,21 45:17 47:23
48:7 50:19 51:4,17
52:11,21 53:2,4
**once**
20:18
**operate**
46:21
**operation**
10:5
**operations**
10:2
**operator**
33:22
**opinion**
4:15 35:3 45:10 47:4

52:19
**order**
4:15 9:4 28:15,17 34:4
34:12 42:17 45:10
47:4 50:11,12
**Outside**
49:2
**overall**
10:4
**oversee**
19:13

---
**P**
---

**page**
4:7,9 33:2 45:16,18,19
**paragraph**
45:19,21 48:8,10
49:10
**parents**
41:5
**Parker**
2:8 5:4,10 7:3,8,10,13
7:16 8:11,16 9:6
13:3,13,22 14:2,13
15:1,4,13 17:5,19
18:19 19:10,19 20:6
20:14 22:13,21 23:8
26:1 27:3,23 28:18
29:6,9,13,19,21
31:17 32:19 34:9
35:10,13 36:5,7
37:11 38:6,15,21
39:13,20 40:12,22
41:13 42:3,5,12,19
43:2,7,15,19 44:4,9
44:13,20,22 47:11,20
48:5 49:13 50:5,9,16
50:23 51:10,20 52:2
52:8,18,23
**part**
11:18 38:5
**particular**
30:11
**parties**
3:4,21 54:12
**party**

4:1
**pass**
29:13
**Paula**
2:19
**pause**
43:23 48:1
**penalty**
46:22
**Pentagon**
23:11,12
**perfect**
9:20 16:7
**perfectly**
6:17,18
**period**
20:21
**person**
38:17
**personal**
48:19
**persons**
16:18 43:4,17
**perspective**
5:23 6:18
**phone**
7:19
**place**
47:8
**placed**
36:1
**placing**
35:7
**plaintiff**
14:9
**plaintiffs**
1:7,17 2:3 4:9,11,13
4:14 12:18 13:9 14:6
14:10 15:7,7 31:23
37:1,9,9,15 38:4 44:2
44:14 45:8,12 48:11
48:12
**Plaintiff's**
4:17
**plan**
8:9

**please**
32:15
**point**
9:4 40:4 50:10
**points**
8:17
**portions**
13:7
**posed**
39:16
**posing**
39:18
**position**
5:16,18 9:12 10:23
**possess**
46:5 48:22
**possession**
24:19
**practice**
46:21
**present**
2:18 21:22 37:20,22
48:18
**presentation**
48:13
**presented**
35:16
**pretty**
8:10 10:1
**previously**
27:17 30:16 46:18
**printed**
39:6
**prior**
14:11 39:4
**privilege**
14:3
**privileged**
5:16
**Procedure**
3:6,18 4:2
**proceed**
7:1
**produce**
23:3
**promulgate**

STAN STABLER   12/7/2016

16:16 18:2,23 19:8
20:18,19 31:10,15
35:23
**promulgated**
17:14 21:2
**proof**
48:16
**proper**
41:2
**protect**
42:17 43:9,12
**protective**
28:15,17
**provided**
3:17 4:1 18:11
**provision**
46:3,8
**provisions**
4:10 15:10 46:21
**prudent**
48:16
**public**
1:21 2:15 3:9 10:11,15
49:2 50:13 51:6
**published**
29:18
**pull**
15:18
**purchase**
22:17
**purchases**
48:15,19
**Purchasing**
22:15,16
**purpose**
3:17 46:9 49:7
**purposes**
28:16
**pursuant**
1:16 3:5 16:19
**purview**
10:7,9
**put**
5:19 23:7 50:20,20
51:2
**P.O**

2:15

---

**Q**

**question**
6:20 13:5 14:4 25:20
29:2 35:3 39:16 40:3
47:13
**questioning**
29:11
**questions**
3:11,13 6:11,22 8:5
19:14 53:3 54:7
**quick**
29:23
**quickly**
8:10
**quote**
11:21

---

**R**

**raise**
5:11
**rape**
41:9
**read**
5:5 11:18 12:8 16:21
18:13 19:3,21 20:8
24:22 25:15 30:10
31:3,4 34:20 35:15
42:6 45:21,23 47:6
47:15 48:8,9 49:11
49:15
**readily**
49:4
**reading**
16:13 30:14 51:1
52:19
**real**
29:22
**really**
36:20 38:23
**reason**
12:17 38:9 49:16
**recall**
6:10
**recognize**

16:3 24:6 40:5 41:18
**reconsider**
47:7,16 48:3 49:17
**record**
5:19 8:23 30:1,2 44:16
**red**
30:12,17,21,23 34:6
35:8 49:23
**regard**
17:16 19:15,17
**regardless**
41:23 42:1
**registrant**
30:6 38:12 49:5
**registrants**
28:7 31:5 34:5 35:6
36:3 39:8 40:5,15
41:19 43:5 46:13,16
47:10,19 48:17,21
49:20 50:2,3,14
51:23
**registration**
4:10 13:1,11 15:9 16:5
17:17 25:9,11,13,13
**relates**
17:2 19:6 20:11
**relation**
54:11
**release**
25:10,10
**relinquish**
27:14 46:16
**renewing**
27:9
**renews**
26:9
**Repeat**
13:6
**rephrase**
25:20
**report**
41:6
**Reporter**
1:20 3:8 5:1 54:15,20
**REPORTER'S**
54:1

**Reporting**
54:15
**reports**
10:16,20
**represent**
36:23 45:9
**representation**
15:11,14 37:7 38:3
**represented**
47:2
**representing**
3:3,20
**represents**
15:12 54:8
**requested**
12:18
**requests**
48:16
**require**
48:13 51:6
**required**
31:6 34:11 35:5 40:19
41:21 48:17
**requirement**
34:3,15,17 35:12
**requirements**
49:6
**requires**
26:20 31:12 46:4
48:23
**requiring**
31:11,11 46:13,16
**research**
51:12
**reserve**
5:5 6:2
**reserved**
3:14
**resident**
24:17
**resolution**
6:1,5
**respective**
11:16
**rest**
41:9

restriction
33:5,9,11
restrictions
4:14 32:7,11,17,21,22
33:1
result
54:12
Richardson
2:8 10:19
right
5:5 6:2 7:8 10:22 24:3
29:8,19 30:16 32:5
37:14 38:11 41:12,16
43:18 47:1
rights
43:10,12
role
42:9
route
6:15
rule
19:16 20:3,11,12,19
21:2 31:10,14,15
35:22
rules
3:6,18 4:2 16:16 17:3
17:8,15 18:2 19:1,8
19:13 20:17 36:9
ruling
3:14

_____
S
_____

s
54:19
safety
2:15 10:12,15 50:13
51:6
saying
7:5 8:4,11 37:14,16
says
11:8 16:14 18:17 25:3
26:8 27:9 32:6 33:6
34:20 35:23
SBI
10:13
second

15:2 29:22
secretary
5:14 9:2,9,16,17,22
10:7 11:1,9 12:10,16
15:5,17 16:12,15,22
17:23 18:1,13,20,21
19:3,7 21:6,6 24:3,5
24:13,15 25:23 26:5
26:16 27:4,8,22 28:3
30:4 31:22 32:1 33:5
33:10,17 34:2,19
35:4 36:13 39:10
40:4 41:2,18 42:7,8
42:13,16 43:21 44:2
45:7 46:1 47:2 48:7
49:11 51:5 52:10,11
53:2
section
4:12 11:12 15:22 16:8
16:10,13,14,20 17:23
18:6 19:13 27:6
see
32:20 33:1,6 51:12
seen
28:23
sentence
24:22 25:19 47:6,14
47:23 49:14,15
serve
49:7
set
6:19 18:8
setting
18:3
sex
4:10 12:23 13:10 15:8
16:4 17:16 18:5
24:16 25:4,8 26:11
26:15,20 27:2,13,13
27:20 28:6 30:15,20
31:8 34:6,7,23 35:7,8
36:3 37:3,17 38:2,13
39:1,6 40:1,8,10,18
41:4,8,10 43:18 46:4
46:11,19 48:23 49:4
49:22 50:4

short
9:19 15:23 21:5
Shorthand
1:20 3:8
short-circuit
6:23
show
16:8 28:12
showing
15:6 30:5 31:21,22
44:1 45:6
sign
5:5
simply
8:4
Sinclair
2:9 29:4 44:12
single
33:14 35:20,21 36:1
50:14
sir
10:18 14:14,19 24:2,2
sitting
5:17
six
32:20,22
skip
25:2 26:5 48:9
solemnly
11:22
soon
45:3
sorry
9:7 15:3
sort
5:13 6:13
speak
5:7 13:20 37:5,13,23
speaking
45:11
specific
31:14 47:17 51:13
specifically
17:11
speech
46:22

Stabler
1:15 2:7 3:5 5:6,14 9:1
9:5,8,17 11:9 12:10
12:16 15:5,17 16:13
16:22 17:23 18:14,21
19:4,7 21:7 24:3,6,13
24:15 25:23 26:16
27:5,8,22 28:3 29:15
30:4 31:22 32:1 33:5
33:10 34:2,19 40:4
41:3,18 42:7,16
43:21 44:2 45:7 46:1
47:2 48:8 49:11 51:5
53:2,6
staff
10:1
Stan
1:15 2:7 3:4 5:6 9:1
53:6
start
16:12
started
5:12
Starts
48:10
state
1:21 2:9,14 3:9 8:23
9:13 10:8,12 12:2
16:15 18:1,22 23:15
24:1,17,21 25:11
27:15 30:13,17 44:15
45:14 54:2,20
stated
30:17
states
1:1 11:11 12:1 17:23
18:21 24:16 32:2
state's
42:10 49:1
status
49:5
statute
16:4 19:12 31:6 40:16
43:5 46:8
statutory
41:8

**stay**
21:5
**stenotype**
54:7
**step**
46:15
**stick**
7:22
**stipulated**
3:2,19
**stipulation**
1:16
**stipulations**
3:1 5:2
**stop**
46:13 47:1
**store**
22:8,10 37:21
**Strange**
1:11 2:7 45:13
**Street**
2:4
**strike**
25:19
**string**
8:7
**stuff**
5:13
**subdivision**
16:19
**subject**
16:18 18:9 28:16
**subsection**
16:21 17:1,4,22 18:6
   18:12,16,20 24:15
   25:2,3,18,23 26:6,17
   26:20 27:7,21 46:7
**suit**
13:19
**supervise**
9:23
**support**
10:14 11:23
**sure**
13:18 24:9 28:15
   29:12 37:12

**swear**
11:22
**sworn**
5:7 9:5

---
**T**
---
**take**
6:13 10:23 11:3,16
   12:10 32:15 33:4
   39:22
**taken**
1:15 3:5,7 54:6
**takes**
10:1 46:15
**talk**
6:19 39:23
**talked**
5:13
**tell**
10:6 15:11 33:9
**telling**
14:15
**tells**
17:7 51:13
**terms**
8:3 45:20 46:2
**testified**
5:9
**testimony**
54:9
**Thank**
9:21 12:16 15:16,20
   18:20
**Thanks**
15:4 44:20
**thereof**
12:3
**thereto**
54:7
**thing**
6:13 7:16 44:12
**things**
51:18
**think**
7:19,20 22:23 28:19
   34:11 35:18 38:12

39:22 40:1 41:2,11
41:16 50:8 51:2
**three**
10:10
**time**
3:14,15 6:3 8:3,17
   24:9 37:18 39:22
   47:22
**Timothy**
2:14
**tim.mccollum@dps....**
2:17
**tobacco**
48:15
**today**
5:15 6:14 7:22 14:18
   36:15,16,17 39:5
   45:11
**today's**
36:20
**told**
14:13 37:8 38:3,7,8
**top**
32:1
**total**
32:23
**transactions**
48:13
**transcribed**
54:7
**transcript**
54:6,9
**transcription**
54:8
**trial**
3:22
**true**
20:5 50:6 51:8,11 54:8
**truth**
5:8,8,9
**turn**
24:4
**two**
7:20,21 8:2,2,13 29:2
**type**
6:22 34:15,16 43:11

---
**U**
---
**ultimately**
10:16,16
**unaltered**
46:5
**unconstitutional**
46:23
**understand**
7:4 12:13 17:1 18:16
   25:17 26:16,19 27:4
   27:21 31:19 39:4
   49:10
**understanding**
25:22 50:17 51:15
**understood**
13:4 37:12
**United**
1:1 12:1
**use**
22:1,20,22 23:2,5,16
   23:17,23
**uses**
33:23
**Usual**
5:1

---
**V**
---
**valid**
24:19 25:5
**valuable**
24:9
**value**
24:9
**vendor**
48:16
**versus**
45:13
**view**
49:2
**voluntarily**
7:18
**vs**
1:9

---
**W**
---
**W**

54:19,19
**waiving**
5:20
**want**
6:4 24:4,8,11 25:2
  28:14 33:4 42:7,8
  45:15 48:2
**wanted**
5:19 6:2,7 7:10 52:7
**Washington**
1:18 2:10 23:12
**Watkins**
4:15 47:15
**way**
5:20 7:4 8:12 50:3
**we'll**
6:15,20,23 8:12 31:21
**we're**
5:21 6:13 7:21 8:12
  28:20 29:10 44:9
**we've**
5:13 31:4
**wife's**
22:3
**William**
2:8
**Winfield**
2:9
**witness**
5:15 6:16 15:3 26:3
  29:7 54:9
**words**
30:20 45:20
**work**
6:4 21:15,16,18 23:6
  24:2
**working**
10:3
**wparker@ago.state...**
2:12
**writing**
48:18
**wsinclair@ago.state...**
2:12

**Y**

**year**
52:5,6,10
**yesterday**
6:9 23:10 36:19
**young**
41:3
**youthful**
40:17
**y'all**
28:22

**#**

**#1**
1:6

**1**

**1**
4:9,17 15:7,8,12 24:12
  25:14 44:19 45:12
**10:00**
1:23
**10:22**
30:1
**10:23**
30:3
**10:48**
53:7
**12/19/17**
54:22
**14**
25:8
**15-year-old**
41:4,5
**15-20A-18**
24:12,16 25:3 46:7
**15-20A-18(a)**
46:12
**15-20A-18(d)**
46:20
**15-20A-44**
16:9,14
**15-20A-5**
16:20 18:6
**1511**
2:15
**17-year-old**

41:7
**18-year-old**
41:3
**19**
32:20,22

**2**

**2**
4:11,17 11:7,8
**2:15-CV-606-WKW**
1:9
**2011**
25:14
**2015**
14:17
**2016**
1:22 11:2,3 52:12,14
  52:15 53:8
**22**
52:12,14,15
**22nd**
11:2,3
**231**
54:21
**25**
32:23
**279**
4:12 11:12

**3**

**3**
4:13,17 31:23 32:2
**31**
2:4
**33**
16:19 18:6
**334.242.4392**
2:16
**334.242.7300**
2:11
**334.517.1000**
2:5
**36102**
2:16
**36104**
2:5

**36130**
2:11

**4**

**4**
4:9,11,13,14,14,17
  44:3 45:2,8
**44**
45:18,19,22
**45**
45:22

**5**

**5**
44:6,10,14
**501**
1:18 2:10

**7**

**7**
1:22 53:8

**8**

**8**
4:7

**9**

**9/30/17**
54:21