# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### Northern Division

JOHN DOE #1, *et al.*,

     *Plaintiffs*,

     **v.**

STEVE MARSHALL, in his official capacity as Alabama Attorney General, *et al.*,

     *Defendants*.

No. 2:15-cv-606-WKW-SRW

## PLAINTIFFS' EVIDENTIARY SUBMISSION
## IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

Plaintiffs respectfully submit the following exhibits in support of their contemporaneously filed motion for summary judgment. *See* doc. 147.

Exhibit 1 - Deposition transcript of MPD Investigator Jeremy Bolton

Exhibit 2 - Deposition transcript of MPD Detective Jeremy Jones and exhibits

Exhibit 3 - Deposition transcript of Chilton County Deputy Investigator Derrick Bone and exhibits

Exhibit 4 - Affidavit of Michael A. McGuire

Exhibit 5 - Email exchange between counsel for Michael McGuire and Defendants counsel, Haran Lowe, re: ABI agent interrogation

Exhibit 6 - Videos of Detective Jeremy Jones, conducting "home compliance check"

Exhibit 7 - Affidavit or Laniesha Mosby

Exhibit 8 - Email from counsel for Plaintiffs to Kim Fehl re: Jones home compliance check

Exhibit 9 - Warrants and arrest reports obtained and written by Bone re: arrests of Doe # 7 on May 22 and June 13, 2018

Exhibit 10 -  Affidavit of Danny Avery

Exhibit 11 -  Declaration of James E. Buycks

Exhibit 12 -  Affidavit of Plaintiff's mapping expert, Peter J. Wagner.

Exhibit 13 -  Deposition transcript of Montgomery County Sheriff's Office Lt. Leigh Persky

Exhibit 14 -  Affidavit of Latoya S. Boyd

Exhibit 15 -  April 5, 2018 change of address form executed by Investigator Bolton

Exhibit 16 -  Google Maps address-to-address distance estimate

Exhibit 17 -  Affidavit of Paula J. Jordan re: Detective Jones Video

Respectfully submitted this 17th day of July, 2018.

*/s/ Joseph Mitchell McGuire*
Joseph Mitchell McGuire
Bar No. ASB-8317-S69M
*McGuire & Associates, LLC*
31 Clayton Street
Montgomery, Alabama 36104
334-517-1000 Office
334-517-1327 fax
jmcguire@mandabusinesslaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

On July 17, 2018, I filed this document electronically with the Court's CM/ECF system which will serve the following counsel via e-mail:

Hon. Winfield J. Sinclair
Hon. Brad A. Chynoweth
Hon. James Houts
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
wsinclair@ago.state.al.us
bchynoweth@ago.state.al.us
**Counsel for Defendants Marshall,
and Taylor**

Hon. Timothy McCollum
Hon. J. Haran Lowe, Jr.
STAT E OF ALABAMA
DEPARTMENT OF PUBLIC SAFETY
P.O. Box 1511
Montgomery, AL 36102
(334) 242-4392
Lowelaw73@gmail.com
**Counsel for Defendant Ward**

*/s/ Joseph Mitchell McGuire*