EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


JOHN DOE #1, et al.,

    Plaintiffs,


vs.       CIVIL ACTION NO. 2:15-CV-606-WKW


LUTHER STRANGE, III, et al.,

    Defendants.


         *   *   *   *   *   *

    DEPOSITION OF JEREMY JONES, taken
pursuant to notice and stipulation on
behalf of the Plaintiffs, at Montgomery
City Hall, 103 North Perry Street,
Montgomery, Alabama, before Bridgette
Mitchell, Shorthand Reporter and Notary
Public in and for the State of Alabama at
Large, on June 28, 2018, commencing at
1:03 p.m.

JEREMY JONES   6/28/2018

**Page 2**

```
 1              APPEARANCES
 2
 3    FOR THE PLAINTIFFS:
      J. Mitch McGuire, Esquire
 4    McGUIRE & ASSOCIATES
      31 Clayton Street
 5    Montgomery, Alabama  36104
      334.517.1000
 6    jmcguire@mandabusinesslaw.com
 7
      FOR LUTHER STRANGE, STAN STABLER, and
 8    JOHN RICHARDSON:
      Brad A. Chynoweth, Esquire
 9    STATE OF ALABAMA OFFICE OF THE
      ATTORNEY GENERAL
10    501 Washington Avenue
      Montgomery, Alabama  36130
11    334.242.7997
      bchynoweth@ago.state.al.us
12
13    FOR JEREMY JONES:
      Christopher R. East, Esquire
14    CITY OF MONTGOMERY
      Legal Department
15    103 N. Perry Street
      Montgomery, Alabama  36104
16    334.625.2050
      ceast@montgomeryal.gov
17
18    ALSO PRESENT:
      Paula Jordan
19    Brenton Smith
20
21
22
23
```

**Page 3**

```
 1              STIPULATIONS
 2          It is hereby stipulated and agreed
 3    by and between counsel representing the
 4    parties that the deposition of JEREMY
 5    JONES is taken pursuant to the Federal
 6    Rules of Civil Procedure and that said
 7    deposition may be taken before Bridgette
 8    Mitchell, Shorthand Reporter and Notary
 9    Public in and for the State of Alabama at
10    Large, without the formality of a
11    commission; that objections to questions,
12    other than objections as to the form of
13    the questions, need not be made at this
14    time, but may be reserved for a ruling at
15    such time as the deposition may be
16    offered in evidence or used for any other
17    purpose as provided for by the Federal
18    Rules of Civil Procedure.
19          It is further stipulated and agreed
20    by and between counsel representing the
21    parties in this case that said deposition
22    may be introduced at the trial of this
23    case or used in any other manner by
```

**Page 4**

```
 1    either party hereto provided for by the
 2    Federal Rules of Civil Procedure.
 3
 4
 5                  INDEX
 6
 7    EXAMINATION                    Page
      By Mr. McGuire...................  5
 8
 9    EXHIBITS                       Page
      Plaintiffs' Exhibit A...............  11
10      ALEA website posting
        Michael Atchinson McGuire
11    Plaintiffs' Exhibit B...............  27
        Alabama Act 2017-414
12    Plaintiffs' Exhibit C...............  50
        ALEA website posting
13      Tommie Lee Dennis
      Plaintiffs' Exhibit D...............  56
14      ALEA website posting
        James Edward Buycks
15    Plaintiffs' Exhibit E...............  70
        ALEA website posting
16      Follie James Willis
      Plaintiffs' Exhibit F...............  73
17      ALEA website posting
        BM Herman Jovant Bailey
18
19
20
21
22
23
```

**Page 5**

```
 1          COURT REPORTER:  Usual
 2    stipulations?
 3          MR. McGUIRE:  Yes.
 4          MR. EAST:  Yes.
 5          JEREMY JONES, having first been
 6    duly sworn or affirmed to speak the
 7    truth, the whole truth, and nothing but
 8    the truth, testified as follows:
 9              EXAMINATION
10    BY MR. McGUIRE:
11    Q. Good afternoon.
12    A. Hey.
13    Q. My name is Attorney Mitch McGuire.  I'm
14      going to be asking you a few questions
15      today, but I want to start, will you
16      state your name for the record.
17    A. Detective Jeremy Jones.
18    Q. Detective?
19    A. Yes, sir.
20    Q. Jeremy Jones.  Okay.  Corporal Jones,
21      before we go further, I want to ask you
22      if you've ever sat for a deposition
23      before.
```

2 (Pages 2 to 5)

JEREMY JONES   6/28/2018

Page 6

1   A. No, sir.
2   Q. Okay.  I want to set some ground rules
3      for this deposition.  I'm going to ask
4      you a series of questions.
5   A. Uh-huh.
6   Q. And when I ask you questions, your
7      attorney is allowed to object, for
8      example, to the form of the question.
9      However, unless you're explicitly
10     instructed not to answer the question by
11     your attorney, you're required to answer
12     my questions completely and truthfully.
13        Do you understand those rules as I
14     described them?
15  A. Yes, sir.
16  Q. Detective Jones, how are you employed?
17  A. You mean by who or what do you mean how?
18     Full time or -- I don't understand what
19     you mean how am I employed.
20  Q. Where are you employed as a detective?
21  A. Okay.  I'm employed with the Montgomery
22     Police Department.
23  Q. Okay.  And do you work in a specific

Page 7

1      division within the Montgomery Police
2      Department?
3   A. Yes, sir.  I work with the detective
4      division, the special victims unit.
5   Q. Okay.  Are you responsible for managing
6      the enforcement of Alabama sex offender
7      law in the city of Montgomery regarding
8      registrants of the Alabama Sex Offender
9      Registration and Community Notification
10     Act?
11  A. I help with it.  I'm not responsible for
12     it.  That's -- I'm more of the special
13     victims as to sex offender unit.  But I
14     just help out.
15  Q. Okay.  I want to drill down on your
16     answer.  You said you're more responsible
17     for the sex offenders through the
18     investigations unit --
19  A. No.
20  Q. -- but you just help out?
21  A. No.  I'm responsible of the special
22     victims, investigating crimes against
23     kids as well as sex crimes.

Page 8

1   Q. Okay.
2   A. I just help out with the sex offender
3      unit.
4   Q. Okay.
5   A. So every now and then.
6   Q. All right.  Well, you're familiar with
7      the Alabama Sex Offender Registration and
8      Community Notification Act, are you not?
9   A. Yes.
10  Q. Are you familiar with the provisions?
11  A. Yes, sir.
12  Q. And you've been trained on those
13     provisions, haven't you?
14  A. Correct.
15  Q. So you know intimately what those
16     provisions entail, do you not?
17  A. Yes.
18        MR. EAST:  Object to the form.
19  A. Some of them I have to look up again, but
20     overall, yes, sir.
21  Q. And I'm going to refer to the Alabama Sex
22     Offender Registration and Community
23     Notification Act, because it's so long,

Page 9

1      for efficiency, I'm just going to refer
2      to it as ASORCNA.  Is that okay?
3   A. ASORCNA?
4   Q. ASORCNA.  It's just the acronym.
5   A. SORNA, S-O-R-N-A.
6   Q. No, no.  A-S- --
7   A. Uh-huh.
8   Q. -- O-R-C-N-A.
9   A. Okay.  Gotcha.
10  Q. All right?  Is that okay?
11  A. Yes, sir.
12  Q. So if I refer to ASORCNA, I'm going to be
13     referring to the Alabama Sex Offender
14     Registration and Community Notification
15     Act.
16  A. Gotcha.
17  Q. Okay?  All right.  Now, you said you help
18     out --
19  A. Uh-huh.
20  Q. -- with managing sex offenders under this
21     statute; correct?
22  A. Uh-huh.
23  Q. What do you do to help out?

3 (Pages 6 to 9)

JEREMY JONES   6/28/2018

Page 10

1   A. I'm not really involved anymore, but
2      maybe some time ago when I first started
3      I would just help with the registration,
4      help with home visits or home checks, and
5      just whatever they needed. Now I'm
6      really just -- I'm not really involved at
7      this point.
8   Q. When you said "home checks," are you
9      referring to home compliance checks?
10  A. Yes, sir.
11  Q. Describe what you do or what you did in
12     home compliance checks.
13  A. A standard home compliance check would be
14     going to the residence that they listed
15     on their form that goes to the state,
16     ensure that they are living there and
17     have some type of confirmation of
18     residency.
19  Q. These would be registrants of the
20     statute's homes that you would go to;
21     correct?
22  A. Yes, sir.
23  Q. All right. I'm going to show you what --

Page 11

1      I'm going to show you what we're going to
2      mark as Plaintiffs' Exhibit A.
3         (Plaintiffs' Exhibit A was
4         marked for identification.)
5   Q. Would you agree with me that this is --
6      I'm showing you a copy of the ALEA
7      website posting for Michael A. McGuire.
8   A. Yes, sir.
9   Q. Correct?
10  A. Yes, sir.
11  Q. And you're familiar with Michael A.
12     McGuire, are you not?
13  A. Uh-huh.
14  Q. You have to say yes or no.
15  A. Yes, sir.
16  Q. Okay. And you know Michael A. McGuire is
17     a registrant of ASORCNA; correct?
18  A. I do.
19  Q. And you've encountered Mr. McGuire during
20     his periodic registration process on
21     multiple occasions in the past; isn't
22     that true?
23  A. Correct.

Page 12

1   Q. And to your knowledge, is Mr. McGuire on
2      probation or parole?
3   A. I have no idea.
4   Q. Okay. When you were helping, as you
5      described it, with sex offenders in
6      Montgomery as a police officer --
7   A. Uh-huh.
8   Q. -- as you described earlier, did part of
9      your responsibility include Montgomery
10     citizens remain in compliance with terms
11     of probation or parole?
12  A. No. My job was more of a helping
13     register sex offenders when they came in
14     there and doing compliance checks. Has
15     nothing to do with probation or parole.
16  Q. Okay. And would you accept my
17     representation as an officer of the court
18     that Mr. McGuire is not on probation or
19     parole?
20  A. Like I said, I have no idea, but if you
21     say so, I can take your word.
22  Q. Okay. So yes?
23  A. Sure. Yes, sir.

Page 13

1   Q. Okay. Now, you went to what you believe
2      to be Mr. McGuire's residence on a home
3      compliance check on multiple occasions;
4      isn't that true?
5   A. In which incident are you speaking of?
6   Q. Let me repeat --
7   A. What's the time frame you're speaking of?
8   Q. Ever.
9   A. Ever? Yes, I have been there to his
10     home, yes.
11  Q. On multiple occasions; isn't that true?
12  A. Yes, sir.
13  Q. Okay. And you went there unannounced,
14     didn't you?
15  A. Yes, sir.
16  Q. And you went there uninvited, didn't you?
17  A. Yes, I did.
18  Q. Now, based on Exhibit A that I showed
19     you -- and you can refer to that document
20     if you want --
21  A. Uh-huh.
22  Q. -- do you see under current address where
23     Mr. McGuire is registered as his

4 (Pages 10 to 13)

JEREMY JONES   6/28/2018

Page 14

```
1     residence?
2     A. Yes, sir.
3     Q. And what is that address?
4     A.
5     Q. Okay. And can you spell that?
6     A.
7     Q. Yes.
8     A.
9     Q. Thank you. And are you aware that prior
10        to Mr. McGuire residing at
11        , that he lived just a couple
12        of doors down at
13     A. No, sir. Like I said, I'm not as
14        involved with the sex offender unit.
15     Q. Okay. On or about September 1, 2017, do
16        you remember calling my office?
17     A. Yes. I spoke with you. I'm not sure the
18        exact date, but I do remember speaking
19        with you.
20     Q. Would you accept my representation that
21        that was on September 1, 2017?
22     A. Yes, sir, I will.
23     Q. Okay. Explain to the Court -- did you,
```

Page 16

```
1     is. She said he has never lived here,
2     he's never stayed here, I have no idea
3     who he is. I called you and said, Hey,
4     you need to come down and speak on his
5     address or a warrant would be signed.
6     Q. Do you recall the person's name that you
7        spoke to at what you believe to be
8        Mr. McGuire's residence?
9     A. No, sir, I do not.
10     Q. Does Lanisha Mosley sound familiar to
11        you?
12     A. No, sir.
13     Q. If I represent to you that Lanisha Mosley
14        said that you came to her home looking
15        for Mr. McGuire, would you accept my
16        representation?
17     A. Yes, sir.
18     Q. Okay. Would you accept my representation
19        that Lanisha Mosley lives at
20        ?
21     A. If you say so. I'm not sure.
22     Q. Would you accept my representation if --
23     A. If you say she lives there, yes, sir.
```

Page 15

```
1     during that conversation with me, express
2     to me that you wanted Mr. McGuire to come
3     to your office?
4     A. Yes.
5     Q. And did you also express to me that you
6        wanted him to come to your office or a
7        warrant would be issued for his arrest;
8        is that correct?
9     A. Yes, sir, I believe that's how the
10        conversation went.
11     Q. Okay. Explain to the Court why you
12        believe a warrant should be issued in
13        that instance.
14     A. In the incident that you're describing,
15        every year we conduct a compliance check
16        with the United States Marshals Service,
17        and part of that is going to a residence
18        and knocking on homes and seeing if the
19        person is living at the residence that
20        they describe on their paperwork when
21        they register. We went to Mr. McGuire's
22        home. A young female answered the door
23        and said she has no idea who Mr. McGuire
```

Page 17

```
1     Q. Okay. Now, if you in fact showed up at
2        on September 1st
3        or contemporaneously before then, that
4        would have been the wrong address for
5        Mr. McGuire, would it not?
6     A. Well, the address that I check is -- was
7        based on the paperwork he filled out.
8        Whether it's      or      or whatever he
9        had on that paperwork, that's what I went
10        to on that day.
11     Q. Okay. Is there ever a time where the
12        paperwork and the address on record at
13        the Montgomery Police Department does not
14        match --
15     A. No, sir.
16     Q. -- the -- let me finish my question.
17     A. Okay.
18     Q. -- does not match the information that is
19        provided by a registrant?
20     A. No, sir, because --
21     Q. Never an occasion?
22     A. They always have to check. And once they
23        sign for it, they're responsible for it.
```

Epiq Court Reporting Solutions - Birmingham
800-888-3376                    http://www.deposition.com

JEREMY JONES   6/28/2018

Page 18

1     So if it does not match, it's their
2     responsibility.  At that point, they're
3     in violation of providing an inaccurate
4     address.
5     Q. Who always has to check?  You said they
6        always have to check.
7     A. The registered sex offender.
8     Q. They have to check what?
9     A. They have to check their paperwork and
10       make sure everything is accurate --
11    Q. Right.  So --
12    A. -- before signing it.
13    Q. Okay.  So your testimony to the Court is
14       that the information, for example, that's
15       printed on the ALEA website, is it always
16       current?
17    A. The information --
18          MR. CHYNOWETH:  Object to the
19    form.
20          MR. EAST:  Object to the form.
21    Q. Is the information on the ALEA website,
22       is it always current?
23    A. I have no control over the ALEA website

Page 19

1     and I have no idea about that.
2     Q. Do you submit the information --
3     A. No, sir.
4     Q. -- to ALEA?
5     A. I do not.
6     Q. When a registrant comes in and registers
7        an address, what do you do with that
8        information?
9     A. When a person comes in and registers an
10       address, I -- well, what I used to do, I
11       will check through a system, see if it's
12       compliant, see if they're living within
13       the address they're requesting is around
14       schools, daycares, things of that nature.
15       If it's not, you know, I approve the
16       address, write "approved." I hand it to
17       Analyst Bailey and then she whatever -- I
18       believe she submits it to the state.
19    Q. So you use a system that determines
20       whether an address is compliant?
21    A. Uh-huh.  (Witness nods head.)
22    Q. What system is that?
23    A. I have -- I'm not sure the name at this

Page 20

1     time.  I haven't dealt with it in a long
2     time.
3     Q. Does ArcMap --
4     A. Yes, sir.
5     Q. -- sound familiar?
6     A. I believe that's it.
7     Q. Is that it?
8     A. Yes, sir.
9     Q. Okay.  Thank you.  Now, I did not bring
10       Mr. McGuire to your office on
11       September 1, 2017, did I?
12    A. That's correct.  No, sir.
13    Q. In fact, we agreed to meet at his
14       residence.
15    A. Uh-huh.
16    Q. Isn't that correct?
17    A. Uh-huh.
18    Q. And that residence is ▇▇▇▇▇▇▇▇▇▇
19       Drive; correct?
20    A. I'm not sure what he put on his paper,
21       but according to this ALEA website that
22       you provided, yes, ▇▇▇▇▇▇▇▇
23       ▇▇▇

Page 21

1     Q. Okay.  You don't have any reason to
2        dispute that we met at ▇▇▇▇▇▇▇▇▇▇
3        ▇▇▇ correct?
4     A. Not at this moment, no, sir.
5     Q. Okay.  When you arrived -- and, again,
6        we're talking about September 1, 2017;
7        correct?
8     A. Yes, sir.
9     Q. Okay.  When you arrived at Mr. McGuire's
10       residence, isn't it true that Mr. McGuire
11       was there?
12    A. Yes, sir.
13    Q. And I was there?
14    A. Correct.
15    Q. And another man was there?
16    A. Uh-huh.
17    Q. A Caucasian male?
18    A. Yes, sir.
19    Q. And this young lady sitting next to me,
20       Ms. Paula Jordan, was there; correct?
21    A. Yes.
22    Q. And, of course, Mr. McGuire -- I did
23       say -- ask you if Mr. McGuire was there;

JEREMY JONES   6/28/2018

Page 22

1    correct?
2    A. You did, yes, sir.
3    Q. And we all stood in the driveway of
4       Mr. McGuire's residence and had a
5       discussion, did we not?
6    A. Uh-huh.
7    Q. Now, during that September 1, 2017
8       discussion in the driveway of
9       Mr. McGuire's residence, you informed us
10      that Mr. McGuire had to prove that he
11      lived in that home, did you not?
12   A. I said he had to show some type of proof
13      of residency, yes, sir.
14   Q. Is that different from the question that
15      I asked?
16   A. That's -- I'm giving you verbatim what I
17      said.
18   Q. Okay.  You stated that Mr. McGuire being
19      in the residence, standing in the yard,
20      did not prove he lived in the home; isn't
21      that true?
22   A. That's what I said, yes, sir.
23   Q. And you saw Mr. McGuire on that day walk

Page 23

1    in the front door of his residence and
2    out the side door of his residence,
3    didn't you?
4    A. Correct.
5    Q. And you informed Mr. McGuire and the rest
6       of us that Mr. McGuire needed to do more
7       than that to prove that he lived at the
8       residence; isn't that true?
9    A. I informed that standing in the front of
10      a yard does not prove that he lives here.
11      I informed just walking in and out of a
12      house does not prove that you live here.
13   Q. But in your mind, he needed to do more to
14      prove that he lived at that residence?
15   A. He needed to provide me some type of
16      proof of residency.
17   Q. Okay.  And we asked what would satisfy
18      you to prevent you from signing a warrant
19      for Mr. McGuire's arrest at that time,
20      did we not?
21   A. Uh-huh.
22   Q. And you stated that Mr. McGuire could
23      show you some mail --

Page 24

1    A. Uh-huh.  (Witness nods head.)
2    Q. -- that came to that residence; isn't
3       that true?
4    A. Yes, sir.
5    Q. And that was your expectation; correct?
6    A. That's what I stated, yes, sir.
7    Q. And you said that Mr. McGuire could also
8       show you some clothing in the residence;
9       isn't that true?
10   A. Correct.
11   Q. And those were things that would satisfy
12      you to determine that he lived there;
13      isn't that correct?
14   A. Yes, sir.
15   Q. What else would have satisfied you --
16   A. The things I asked for --
17   Q. -- Detective Jones?
18   A. -- was sufficient and I was not looking
19      for anything else.
20   Q. Just those two things, his mail and
21      clothes inside the home?
22   A. Based on the reports we had that he did
23      not live there, something more concrete

Page 25

1    than standing in the front yard would
2    have to suffice.
3    Q. Now, do you recall me asking you what
4       part of the statute -- and I'm referring
5       to ASORCNA --
6    A. Uh-huh.
7    Q. -- provides that you may conduct home
8       compliance checks?  Do you remember that
9       question?
10   A. Uh-huh.  I do.
11   Q. Do you have an answer for that now?
12   A. What part of ASORCNA?  I don't have the
13      statutes in front of me, but it's
14      required that they prove where they're
15      living.
16   Q. You're saying your understanding of the
17      statute then and now is that registrants
18      must prove upon you showing up at their
19      residence that they live there; is that
20      correct?
21   A. Yes.  Once we have reports that they're
22      not living there, yes, sir.
23   Q. Well, the first time you went to do the

7 (Pages 22 to 25)

JEREMY JONES   6/28/2018

Page 26

1   compliance check at Mr. McGuire's home,
2   did you have a report that he wasn't
3   living there?
4   A. As I explained to you earlier, we do a
5   random home check with the United States
6   Marshals Service every year. That was
7   the detail we was running.
8   Q. Did you hear the question I asked?
9   A. I did.
10  Q. Did you understand the question?
11  A. I did.
12  Q. Let's put that to the test.
13  A. Okay.
14  Q. What was my question?
15  A. Say it again to me.
16       MR. McGUIRE: Can you read back
17  my question, please?
18       (Court reporter reads back the
19       requested question.)
20  A. No.
21  Q. So you just showed up randomly; correct?
22  A. Based on a detail, yes, sir.
23  Q. So you didn't have any probable cause to

Page 27

1   believe that he wasn't living there at
2   that time?
3       MR. CHYNOWETH: Object to the
4   form.
5   A. I didn't need probable cause. I didn't
6   need probable cause to do a random home
7   check.
8   Q. My question was, did you have probable
9   cause --
10  A. No, sir.
11  Q. -- to believe that he wasn't living
12  there?
13  A. No, sir.
14  Q. Did you have any cause to believe that he
15  wasn't living there?
16  A. Prior to speaking with the young lady
17  that's living in the home?
18  Q. Right.
19  A. No, sir.
20  Q. I am showing you what we are going to
21  mark as Plaintiffs' Exhibit B.
22       (Plaintiffs' Exhibit B was
23       marked for identification.)

Page 28

1   Q. I'm representing to you that this is a
2   copy of Alabama Act 2017-414. And it's
3   also a copy of Exhibit 110.1 that the
4   defendants in this case for which your
5   testimony is being taken today was
6   submitted. Would you accept my
7   representation?
8   A. Okay. Yes, sir.
9   Q. I'm going to direct your attention to
10  page 7. It's printed on both sides. I'm
11  going to direct your attention to page 7.
12  Well, first of all, if you'll flip over
13  to page 6. You see page 6?
14  A. Yes, sir.
15  Q. Do you see --
16       MR. EAST: Mitch, do you have --
17  sorry to interrupt. Do you happen to
18  have extra copies of this, by any chance?
19       MR. McGUIRE: You can let them
20  borrow that copy. Yeah.
21  Q. On page 6, towards the bottom, do you see
22  Section 15-20A-4?
23  A. 15-20A-4, yes, sir.

Page 29

1   Q. Okay. And under 15-20A-4 continuing over
2   to page 7, do you see Section 15-20A-4
3   Subsection 3? And it's titled Childcare
4   Facility.
5   A. Yes, sir.
6   Q. I'm going to represent to you that where
7   you see the black lines that black out --
8   A. Uh-huh.
9   Q. -- I don't want you to read those parts.
10  But please, if you will, for the Court,
11  read the portions of that statute that do
12  not have the strike-throughs.
13  A. Starting at childcare facility?
14  Q. Yes.
15  A. Childcare facility. A licensed child
16  daycare center, a licensed childcare
17  facility, or any other childcare service
18  that is exempt from licensing pursuant to
19  Section 38-7-3. If it is -- continue?
20  Q. Yes.
21  A. If it is sufficiently conspicuous that a
22  reasonable person should know or
23  recognize its location or its address has

8 (Pages 26 to 29)

JEREMY JONES   6/28/2018

Page 30

1    been provided to a local law enforcement.
2    Q. And is that your understanding of what a
3       childcare facility is?
4           MR. CHYNOWETH: Object to the
5       form.
6    Q. Is that your understanding of what a
7       childcare facility is under ASORCNA?
8    A. Yes, sir.
9    Q. Okay. I'm going to direct your attention
10      to page 9. It's on front and back. And
11      I direct your attention to Subsection 14.
12      And does that Subsection 14 say overnight
13      visit?
14   A. Correct.
15   Q. And it describes overnight visit as any
16      presence between the hours of 10:30 p.m.
17      and 6 a.m.?
18   A. Uh-huh.
19   Q. And you understand that to be what an
20      overnight visit is under the statute?
21   A. Yes, sir.
22          MR. CHYNOWETH: Object to the
23      form.

Page 31

1    Q. I'm going to direct your attention to
2       page 10. And I'm directing your
3       attention to Subsection 20. And it is
4       the definition of "reside." Am I
5       correct?
6    A. Yes, sir.
7    Q. And if you would read that to yourself.
8       Will you let me know if this is your
9       understanding of what it means for a
10      registrant to reside --
11   A. Yes, sir.
12   Q. -- at a place?
13   A. Yes, sir, it is my understanding of the
14      definition.
15   Q. Okay. And on page 11 -- excuse me. And
16      by the way, I'm going by the actual pages
17      of this document and actually not the
18      document number of pages submitted by.
19   A. I understand.
20   Q. So this will be page 11 of this
21      particular document. And if you would
22      read Subsection 21 defining "residence"
23      and tell me if that is your understanding

Page 32

1    of what a residence is under the ASORCNA
2    statute.
3    A. Yes, sir, it is.
4    Q. Okay. So you understand those
5       definitions; correct?
6    A. I'm familiar with the definitions, yes,
7       sir.
8    Q. All right. Now, I'd like to direct your
9       attention to page 28. Excuse me. Let me
10      correct that. Excuse me. Page 31. Do
11      you see at the bottom of the page 31
12      Section 15-20A-11?
13   A. Yes, sir.
14   Q. And you would agree with me, would you
15      not, that Section 15-20A-11 of ASORCNA
16      details what I refer to as the residency
17      restrictions for ASORCNA registrants?
18      Would you agree with that?
19   A. Yes, sir.
20   Q. Okay. Now -- and you know these
21      provisions, do you not?
22   A. Uh-huh.
23   Q. And you've enforced these provisions,

Page 33

1    have you not?
2    A. Yes, sir.
3    Q. Okay. What I'd like you to do is, if you
4       would -- you've been trained on these
5       provisions, have you not --
6    A. Yes, I have.
7    Q. -- the provisions of ASORCNA?
8    A. Yes, sir.
9    Q. And do you know how many times you've
10      been trained on the provisions of
11      ASORCNA?
12   A. I have -- I don't have an exact number
13      for you.
14   Q. What about since August 1, 2017, do you
15      know how many?
16   A. August 1, 2017. I still don't have an
17      exact number for you. I'm sorry.
18   Q. Do you have an approximate number?
19   A. Maybe five times a year or something like
20      that.
21   Q. Okay. So since August 2017, if you're
22      trained five times a year, you've been
23      trained at least five times on these

9 (Pages 30 to 33)

JEREMY JONES   6/28/2018

Page 34

1     provisions.
2     A. Yes, sir.
3     Q. Correct?  In fact, you provide copies of
4         the statute to registrants when they come
5         in during their registration events, do
6         you not?
7     A. Not me personally but, yes, they do get a
8         copy.
9     Q. If an individual comes to you and
10        registers with you, do you not provide
11        them a copy of the statute?
12    A. Yes, sir.
13    Q. So you expect also registrants to
14        understand what the law is in terms of
15        ASORCNA's provisions; correct?
16            MR. CHYNOWETH:  Object to the
17        form.
18    A. That's correct.
19    Q. You would agree with me that a violation
20        of the residency restrictions of ASORCNA
21        could result in a conviction for a
22        Class C felony for registrants; isn't
23        that true?

Page 35

1     A. It's a potential, yes, sir.
2     Q. Based on the provisions that we just
3         covered --
4     A. Uh-huh.
5     Q. -- please provide the Court the provision
6         or provisions that allow for what you
7         call home compliance checks.
8             MR. CHYNOWETH:  Object to the
9         form.
10    Q. You may answer.
11    A. Can you rephrase the question for me?
12        Would you like me to look through the
13        provisions we went over again or -- I'm
14        not understanding what you want me to do.
15    Q. I'd like you to point to me a provision
16        based on the -- you agree -- strike that.
17            You would agree with me that we just
18        covered the residency restrictions in
19        ASORCNA; correct?
20    A. Uh-huh.
21    Q. We covered what a childcare facility was;
22        correct?
23    A. Yes.

Page 36

1     Q. We covered what a residence was; correct?
2     A. Yes.
3     Q. We covered what the term "reside" was;
4         correct?
5     A. Yes.
6     Q. And based on those definitions that you
7         said you clearly understand --
8     A. Uh-huh.
9     Q. -- can you point to me within those
10        definitions a single provision that gives
11        you the ability to conduct home
12        compliance checks?
13            MR. CHYNOWETH:  Object to the
14        form.
15            MR. EAST:  Object to the form.
16    Q. You may answer.
17    A. Based on these limited amount of statutes
18        that you pointed out, no.  You only
19        identified three or four statutes or
20        provisions within this.  No, I cannot
21        point out based on the ones that you
22        provided.
23    Q. Can you articulate provisions that you've

Page 37

1         learned about that give you the right to
2         do home compliance checks?
3     A. Not at this moment, I cannot.
4     Q. Are you aware of any provision in the
5         entire statute that gives you the right
6         to do home compliance checks?
7             MR. CHYNOWETH:  Object to the
8         form.
9     Q. You may answer.
10    A. I don't have the exact statute but, yes,
11        to my knowledge, we are allowed to do
12        home checks, yes, sir.
13    Q. And have you been trained on home checks?
14    A. As in?  I don't know -- how to knock on a
15        door?  How to say. Hey, do you live here?
16        I'm not understanding what you mean have
17        I been trained on how to do a home check.
18    Q. You know what training is, don't you?
19    A. Yes, sir.
20    Q. You've been to training, haven't you?
21    A. Correct.
22    Q. In your training, have you been trained
23        on how to do home compliance checks?

Epiq Court Reporting Solutions - Birmingham
800-888-3376                    http://www.deposition.com

JEREMY JONES   6/28/2018

Page 38

1   A. It's not necessarily a type of training
2      to do home checks. It's just simply
3      knocking on a door.
4   **Q. Did you hear the question that I asked**
5      **you?**
6   A. No, I haven't been trained on how to
7      knock on the door, no, sir.
8   **Q. Have you been trained on how to do home**
9      **compliance checks?**
10  A. No, sir.
11  **Q. Thank you. What's the purpose of a home**
12     **compliance check?**
13  A. To ensure that the paperwork that the sex
14     offender filled out when he comes in the
15     office is matching where he's living. So
16     if he puts down a certain address, to
17     ensure that that's an exact address.
18  **Q. Can you go to any Montgomery, Alabama**
19     **resident's home, people who are not**
20     **registered sex offenders, unannounced and**
21     **uninvited by those citizens and ask them**
22     **to show mail or clothing inside their**
23     **homes to prove that they live there?**

Page 40

1      citizens who are not sex offenders?
2   A. No.
3   **Q. So you would agree with me, would you**
4      **not, that the only group of people that**
5      **you do home compliance checks for are**
6      **registered sex offenders?**
7   A. Yeah. Then, yes, sir.
8   **Q. So you don't do these home compliance**
9      **checks just for citizens who aren't sex**
10     **offenders.**
11  A. No.
12  **Q. Correct?**
13  A. Yes, that's correct.
14  **Q. Why not?**
15  A. They're not sex offenders.
16  **Q. Why don't you do home compliance checks**
17     **whether they're sex offenders or not?**
18     **Why don't you do home compliance checks**
19     **on just citizens who aren't sex**
20     **offenders?**
21  A. They're not sex offenders.
22  **Q. That's the only reason you don't do home**
23     **compliance checks on them?**

Page 39

1   A. If they're not a sex offender, no.
2   **Q. So is it your testimony that you can do**
3      **home compliance checks for the sole**
4      **reason that people are registered sex**
5      **offenders of ASORCNA?**
6   A. My testimony is to ensure that the
7      information that the sex offender is
8      filling out is accurate in regards to
9      where he's actually living.
10         MR. McGUIRE: Ma'am, would you
11     repeat my question?
12         (Court reporter reads back the
13     last question.)
14  **Q. Did you understand that question?**
15  A. We're not doing it just for the sole
16     reason they're sex offenders. We're
17     doing it based on the -- ensure that the
18     information they're filling out is
19     accurate where they're actually living,
20     not --
21  **Q. Do you --**
22  A. -- just because they're sex offenders.
23  **Q. Do you do home compliance checks to**

Page 41

1   A. Yes, sir.
2   **Q. As an officer of the law, have you been**
3      **trained on what illegal searches and**
4      **seizures are?**
5   A. Correct.
6   **Q. You know what the Fourth Amendment is?**
7   A. I am.
8   **Q. And do you know that the Fourth Amendment**
9      **protects citizens from illegal searches**
10     **and seizures?**
11  A. Uh-huh.
12  **Q. Now, I want to take you back to those**
13     **multiple occasions when you say that you**
14     **went to Mr. McGuire's home. Did you**
15     **encounter somebody at the residence each**
16     **time you went?**
17  A. I can't recall. I doubt it. Like I
18     explained to you, the time I met the
19     young lady was when we were doing a
20     detail with the United States Marshals
21     Service. That wasn't myself conducting a
22     random home check. Yes, we do random
23     home checks. And I can't recall the

11 (Pages 38 to 41)

JEREMY JONES   6/28/2018

Page 42

1    times I've -- if I've been to
2    Mr. McGuire's home or not.
3    Q. Okay. Do you recall ever entering the
4       back gate into the backyard of
5       Mr. McGuire?
6    A. No.
7    Q. Do you recall ever entering the back gate
8       of any registrant of --
9    A. No.
10   Q. -- ASORCNA?
11   A. I don't.
12   Q. So you deny that?
13   A. To my knowledge, I never entered the back
14      gate of any -- when someone was living
15      there, no.
16   Q. Have you ever knocked on a back window of
17      a registrant of ASORCNA during your home
18      compliance check?
19   A. I can't recall. If I hear them inside
20      and they can't hear me knocking on the
21      front door, I may knock on a window. But
22      to my knowledge, no, I have not.
23   Q. So is it -- I want to be clear. I want

Page 43

1    to be clear whether you're denying that
2    you went into anyone's backyard. Are you
3    denying you went into anyone's backyard
4    during --
5    A. I'm saying --
6    Q. -- a home compliance check?
7    A. -- I can't recall.
8    Q. Okay. So it's possible that you could
9       have?
10   A. Maybe so, yes, sir.
11   Q. Have you done that before?
12   A. Like I said, I don't know. I can't
13      recall.
14   Q. You don't recall any single occasion that
15      you went into someone's backyard?
16   A. No, sir.
17   Q. Do you recall going into someone's
18      backyard knocking on their window?
19   A. No, sir.
20   Q. Are you saying that you don't recall or
21      are you saying you didn't do it?
22   A. I'm saying I don't recall.
23   Q. So you could have done that?

Page 44

1    A. Possibility.
2    Q. In your mind, is that a search of a
3       person's residence?
4       MR. CHYNOWETH: Object to the
5       form.
6    Q. You may answer.
7    A. No, not searching his residence.
8    Q. Do you know where the Regency Inn is?
9    A. I'm not familiar with it. I'm sure if
10      you -- if I knew the address, I would
11      know it.
12   Q. 1771 Coliseum Boulevard.
13   A. Okay.
14   Q. Are you familiar with that address?
15   A. Right next door. Yes, sir.
16   Q. It's right next door to your office,
17      isn't it?
18   A. Yes, sir.
19   Q. In fact, there's only a fence that
20      divides Regency Inn from your office;
21      correct?
22   A. Pretty much.
23   Q. So you're familiar with Regency Inn, are

Page 45

1    you not?
2    A. Uh-huh.
3    Q. Now, are registrants of ASORCNA allowed
4       to reside at Regency Inn?
5    A. I think when I initially started, they
6       were. I think now maybe they're no
7       longer. Like I said, I haven't been
8       dealing with the sex offender
9       registration for a while. So I think,
10      like, a daycare came in the area, so I
11      think they're no longer allowed to live
12      at the Regency Inn, to my knowledge.
13   Q. Do you know which daycare came in the
14      area?
15   A. I don't.
16   Q. Okay. But you do believe that there's a
17      daycare in that area now?
18   A. I mean, I don't know. I'm just going off
19      what I believe.
20   Q. And did you say you knew or you don't
21      know if registrants live there now?
22   A. I don't know.
23   Q. To your knowledge, when was the last time

12 (Pages 42 to 45)

  
JEREMY JONES   6/28/2018

Page 46

1    a registrant has been approved to live at
2    Regency Inn?
3    A. I have no idea.
4    Q. Are you aware of a church location close
5    to your office on Coliseum Boulevard
6    called the Beacon of Hope Church?
7    A. If you provide me with the address. I'm
8    not sure the name.
9    Q. I'm going to represent to you that in a
10   court proceeding in a prior case
11   challenging Alabama sex offender law that
12   it was established that the Beacon of
13   Hope Church was 1550 feet away from the
14   Regency Inn. Would you accept my
15   representation?
16   A. Okay. Yes, sir.
17   Q. I want to further represent to you that
18   the Beacon of Hope Church contains a
19   licensed daycare facility that's been in
20   operation continuously at least for eight
21   years. Would you accept my
22   representation?
23   A. Yes, sir, if you say so.

Page 47

1    Q. Now, if you accept my representations,
2    you would agree with me, would you not,
3    that if the Beacon of Hope Church, which
4    contains a licensed daycare there, is
5    1550 feet away from Regency Inn, that
6    registrants are not allowed at the
7    Regency Inn?
8    A. Well, there are certain stipulations that
9    would allow people to stay there. If
10   they were there prior to the
11   establishment of the daycare, they would
12   be allowed to stay there. So I can't,
13   you know, accurately answer your
14   question.
15   Q. Well, let's see if we can make it a
16   little more possible for you to
17   accurately answer.
18   A. Okay.
19   Q. Let's assume that someone moved into the
20   Regency Inn after that daycare has been
21   established. You would agree with me,
22   would you not --
23   A. Based on your -- your telling me that the

Page 48

1    Court is accurate, the court case is
2    accurate, yes, if they moved in after the
3    establishment of the daycare.
4    Q. Yes what?
5    A. Yes, they would not be allowed to live
6    there.
7    Q. Because it would be noncompliant for
8    ASORCNA; right?
9    A. Yes, sir.
10   Q. And it would violate the residency
11   restrictions; correct?
12   A. Yes, sir. And there's other stipulations
13   in regards to juveniles as well, but
14   overall, yes, sir, they would not be
15   allowed to stay there.
16   Q. Okay. But an adult registrant, let's
17   say, that was convicted for statutory
18   rape or rape second --
19   A. Uh-huh.
20   Q. -- they would be not be allowed to live
21   at Regency Inn?
22   A. It depends on if the judge puts that in
23   his sentence or not or -- I'm not sure.

Page 49

1    If the judge says he's allowed to live
2    within a certain range -- rape second is
3    a statutory rape, so sometimes judges
4    do -- it's their discretion in regards to
5    the provision or rules they have to
6    follow in regards to after their
7    conviction.
8    Q. So I want to leave out judges. I just
9    want to talk about how you enforce --
10   well, you're not a judge; right?
11   A. Correct.
12   Q. So I just want to talk about how you
13   enforce the law as an officer.
14   A. Okay.
15   Q. Okay? Let's not worry about judges.
16   Okay?
17   A. Okay.
18   Q. So the way you would enforce this law --
19   A. Today?
20   Q. Let me ask my question.
21   A. Okay.
22   Q. The way you would enforce the law, given
23   the scenario that we discussed --

13 (Pages 46 to 49)

JEREMY JONES   6/28/2018

## Page 50

1    A. Uh-huh.
2    Q. -- which is someone attempting to live at
3       the Regency Inn after that Beacon of Hope
4       daycare was established, that would not
5       be allowable under ASORCNA; isn't that
6       correct?
7    A. All right. Yes, sir. Correct.
8    Q. Showing you what we're going to mark as
9       Plaintiffs' Exhibit C.
10          (Plaintiffs' Exhibit C was
11          marked for identification.)
12   Q. Can you read to me the name of this
13      registrant based on the -- well, you
14      would agree with me, would you not, that
15      this is the ALEA website posting of a
16      registrant by name of Tommie Lee Dennis?
17      Would you agree with that?
18   A. Yes, sir.
19   Q. Have you ever had any interaction with
20      Tommie Lee Dennis?
21   A. I don't know.
22   Q. So you could have?
23   A. If he comes in the office of the sex

## Page 51

1    offender unit, yes.
2    Q. Show me the address under current address
3       that they have Tommie Lee --
4    A. Show it to you?
5    Q. Tell me what that address is.
6    A. It is ███████████████████
7       ██████
8    Q. And would that be the Regency Inn?
9    A. Yes, sir.
10   Q. Okay. Show me on this document, the ALEA
11      website document, it said something
12      called "release date."
13   A. Release date is August 3, 2017.
14   Q. So you would agree with me, would you
15      not, that if it shows a release date,
16      it's talking about the date that
17      Mr. Dennis was released from prison;
18      correct?
19   A. Correct.
20   Q. So then after that, it shows Mr. Dennis
21      moving to Regency Inn on ████████████
22      ██████████████ -- ██████████████
23      ████████ correct?

## Page 52

1    A. Correct.
2    Q. I mean, he couldn't live there if he was
3       in prison; correct?
4    A. I wouldn't think so.
5    Q. Okay. And under "status," which is about
6       the third line down from the top, under
7       status, what does that status say?
8    A. Status says compliant.
9    Q. That means he's compliant within ASORCNA;
10      correct?
11   A. Correct.
12   Q. Now, based on the scenario that we just
13      discussed and assuming that this Beacon
14      of Hope Church is 1550 feet away from the
15      Regency Inn, you would agree with me,
16      would you not, that Mr. Dennis should
17      have never been allowed to move in that
18      residence; correct?
19   A. No, I would not. It doesn't say when he
20      actually moved in, so sometimes when
21      they're initially released, they do allow
22      a couple days for someone to find a
23      permanent address or establish some type

## Page 53

1    of other residency. So if he was only
2    there a day, I don't agree with you, no,
3    sir.
4    Q. So if he was there any date past, let's
5       say, August 10th --
6    A. Okay.
7    Q. -- 2017 --
8    A. Okay.
9    Q. -- he'd be noncompliant, wouldn't he?
10   A. It's up to the discretion of the officer.
11   Q. So you mean the officer has discretion
12      whether they want to enforce the
13      provisions of ASORCNA or not?
14   A. To make an arrest?
15      MR. CHYNOWETH: Object to the
16      form.
17   Q. What discretion are you referring to?
18   A. Discretion in regards to make an arrest
19      or how much -- the time that they allow
20      him to stay there.
21   Q. Okay. So do you know based on the
22      provisions of ASORCNA -- it says
23      immediately after release from prison --

14 (Pages 50 to 53)

JEREMY JONES   6/28/2018

Page 54

1  A. Uh-huh.
2  Q. -- they have to present themselves to you
3     or the police department --
4  A. Correct.
5  Q. -- and register their address; isn't that
6     correct?
7  A. I think it's within three days, but yes,
8     sir.
9  Q. The statute does define immediately as
10    within three days, doesn't it?
11 A. Yes, sir.
12 Q. So that's your understanding of the law;
13    correct?
14 A. Yes, sir.
15 Q. So, now, if he was released from prison
16    on August 3, 2017, by August 6, 2017, he
17    would have had to register his address.
18    Am I correct?
19 A. Presumably, yes.  I mean, all of them
20    don't do that, so I can't say for sure he
21    did that.
22 Q. I'm not asking you whether he did it or
23    not.

Page 55

1  A. Well, I don't know.
2  Q. You do know that the law says immediate.
3     We just covered that; correct?
4  A. I understand that.
5  Q. And you do -- you agreed with me, did you
6     not, that three days is the definition of
7     immediately --
8  A. I agree.
9  Q. -- in the statute; right?
10 A. I agree.
11 Q. So would you agree, then, that if he was
12    released from prison on August 3, 2017,
13    that he is required to register his
14    address by August 6th?
15 A. Yes, he's required, but I'm not saying
16    that's the time frame he did it.
17 Q. If he didn't do it, it's a felony, isn't
18    it?
19 A. Yes, sir.
20 Q. Okay.  So he's required; correct?
21 A. He's required, yes, sir.
22 Q. All right.  So, now, assuming that this
23    ALEA information is correct and says that

Page 56

1     he is compliant --
2  A. Uh-huh.
3  Q. -- can you look in the very top left-hand
4     corner and tell me the date that's
5     printed on this particular ALEA printout?
6  A. 6/28/18.
7  Q. That is today, isn't it?
8  A. Correct.
9  Q. So if I represent to you that this was
10    printed today from the ALEA website,
11    would you accept my representation?
12 A. Yes, sir.
13 Q. So based on what ALEA has on this
14    particular registrant of ASORCNA,
15    Mr. Tommie Lee Dennis, he's compliant at
16    this Regency Inn address as of 6/28/2018;
17    isn't that true?
18 A. Yeah.  Based on whoever controls the ALEA
19    website, yes, sir.
20 Q. I'm going to show you what we're marking
21    as Plaintiffs' Exhibit D.
22    (Plaintiff's Exhibit D was
23    marked for identification.)

Page 57

1     MR. McGUIRE:  Off the record.
2     (Off-the-record discussion.)
3  Q. (By Mr. McGuire) Detective Jones, I'm
4     going to refer to you -- refer you to
5     Exhibit D, Plaintiffs' Exhibit D.  On the
6     first page of Plaintiffs' Exhibit D, you
7     see a name of a registered sex offender
8     under ASORCNA; correct?
9  A. Yes, sir.
10 Q. And is the name James Edward Buycks?
11 A. Yes, sir.
12 Q. Okay.  And James Edward Buycks, if you go
13    down under crime information, was
14    convicted of sex abuse first.  Am I
15    correct?
16 A. Uh-huh.
17 Q. And if you go to the right over here
18    where it has victim information, you'll
19    see that his victim information indicates
20    that his sex abuse first charge was
21    against a seven-year-old female; correct?
22 A. Correct.
23 Q. Now, based on Mr. Buycks' registration of

15  (Pages 54 to 57)

JEREMY JONES   6/28/2018

Page 58

1    this particular address, what date does
2    it indicate that Mr. Buycks registered
3    this address?
4    A. Let's see. 11/1/17.
5    Q. That would be November 1, 2017; correct?
6    A. Yes, sir.
7    Q. Now, I want to flip you to page 2, and
8        there are a few questions I want to ask
9        you on the second page of this exhibit.
10   A. Okay.
11   Q. Is this information form the form that
12       you recognize that is signed and filled
13       out by registrants of ASORCNA at the
14       Montgomery Police Department?
15   A. Yes, sir. It's been updated today, but
16       it's accurate.
17   Q. Okay. And I want to flip you to the very
18       next page and ask you to identify the
19       date that this particular form was
20       signed.
21   A. April 17th.
22   Q. April 17th of what year?
23   A. 2018.

Page 59

1    Q. 2018. Okay. And this form, you would
2        agree, is the form filled out by
3        Mr. James E. Buycks; correct?
4    A. Uh-huh. (Witness nods head.)
5    Q. Now, a little bit earlier you said to me
6        that the Montgomery Police Department
7        information is always accurate. Do you
8        remember that?
9          MR. CHYNOWETH: Object to the
10       form.
11   A. To a certain extent, yes, sir.
12   Q. No, you didn't say to a certain extent --
13   A. In regards to --
14   Q. -- a few minutes ago, did you?
15   A. -- what I said. I didn't say always
16       accurate. But, yes, I agree --
17   Q. Okay.
18   A. -- with regards to what you're saying.
19   Q. I want you to look at the street address
20       and the mailing address entered by
21       Mr. Buycks.
22   A. Page 3?
23   Q. Yes. What do you see on that form?

Page 60

1    A. Let's see. He entered ▓▓▓▓▓▓▓▓▓▓
2    Q. What information did the Montgomery
3        Police Department have prefilled out on
4        this form for Mr. Buycks?
5    A. Prefilled? It was ▓▓▓▓▓▓▓▓
6    Q. That's wrong, isn't it?
7    A. Uh-huh.
8    Q. ▓▓▓▓▓▓▓▓▓ is an old address that
9        Mr. Buycks used to have, isn't it?
10   A. Uh-huh.
11   Q. But the Montgomery Police Department
12       records still show that as his address
13       and prefill it out on his form when he
14       comes in, don't they?
15   A. That's correct. Like I explained, I
16       don't know if he did an address change on
17       this day. I have no idea.
18   Q. Let me ask you this question.
19   A. Uh-huh.
20   Q. If on April 17th, the day before,
21       Mr. Buycks filled this form out and you
22       wanted to do a home compliance check on
23       Mr. Buycks, what address would you have

Page 61

1    gone to?
2    A. If I wanted to?
3    Q. Yes.
4    A. Well, first I would give him a call. And
5        once I reach him, then I'd be able to get
6        in contact with him.
7    Q. Let's say you didn't reach him and get in
8        contact with him. What address would you
9        have gone to?
10   A. I would look in our system and see which
11       address is in Offender Watch.
12   Q. What would your system say?
13   A. I'm not sure. I'd have to look and see.
14   Q. Based on this document, the prefilled
15       information on his address comes from
16       your system, does it not?
17   A. To my knowledge, yes, sir.
18   Q. Okay. So what address would you have
19       gone to?
20   A. On the paper you provided me, ▓▓▓▓▓▓▓
21       ▓▓▓▓▓.
22   Q. And that would have been the wrong
23       address for Mr. Buycks, wouldn't it?

16 (Pages 58 to 61)

JEREMY JONES   6/28/2018

Page 62

1    A. Uh-huh.
2    **Q. So you would agree with me, would you**
3    **not, that the same error could have been**
4    **committed when you believe you went to**
5    **Mr. McGuire's address; isn't that true?**
6    A. No, sir.  The address I went to
7    Mr. McGuire was accurate.  This is not my
8    paperwork.  It's not something I handled.
9    So in regards to what you're saying, it
10   has no bearing on what I myself did.
11   **Q. Now --**
12   A. And this paperwork is not even complete.
13   It likely would have just been shredded
14   or handed back to him.  It's not
15   complete, so it wouldn't have been -- I'm
16   not sure what your . . .
17   **Q. On page 2 of that document, do you see**
18   **Mr. Buycks' signature on there?**
19   A. Yes, sir.
20   **Q. Whose signature -- whose other signature**
21   **do you see on there?**
22   A. Bailey.
23   **Q. And what's Bailey's name, by the way,**

Page 63

1    **full name?**
2    A. Tominique Bailey.
3    **Q. Who's that?**
4    A. Tominique Bailey.
5    **Q. And what does Tominique Bailey do?**
6    A. She helps with the sex offender unit.
7    **Q. Right.  So she signed it; correct?**
8    A. Uh-huh. (Witness nods head.)
9    **Q. I'm going to direct your attention to the**
10   **sixth page of that same exhibit.**
11   A. Which page are you speaking of?
12   **Q. Right there.**
13   A. Gotcha.
14   **Q. Okay.  Do you see at the end of this form**
15   **the complete form that Montgomery Police**
16   **Department provides when registrants come**
17   **in and register, like Mr. Buycks, do you**
18   **see Mr. Buycks' signature here?**
19   A. On this one page, yes, sir, his signature
20   on this one page.
21   **Q. Okay.  And do you see -- do you see**
22   **another signature on that page?**
23   A. I do.

Page 64

1    **Q. Whose signature is it?**
2    A. Bailey.
3    **Q. I want to direct your attention to the**
4    **next page.  And on the top of that page,**
5    **it has Montgomery Police Department, does**
6    **it not?**
7    A. Yes, sir.
8    **Q. And at the bottom of that page, who**
9    **signed it?**
10   A. Mr. -- in regards to the offender or
11   the --
12   **Q. Which offender signed it?**
13   A. Mr. James.
14   **Q. Mr. James Buycks?**
15   A. Yes, sir.
16   **Q. And which registering officer signed it?**
17   A. Ms. Bailey signed it as well.
18   **Q. Now, I want to represent to you -- I want**
19   **you to assume --**
20   A. Okay.
21   **Q. -- that both** ▇▇ **-- first of all, I want**
22   **you to assume that** ▇▇▇▇▇▇▇
23   ▇▇▇▇, **Mr. Buycks' former address, is**

Page 65

1    off limits per the residency restrictions
2    of ASORCNA because it is less than 2,000
3    feet of a school or daycare.  Do you have
4    that assumption?
5    A. Yes, sir.
6    Q. Will you accept my representation of
7    that?
8    A. We're assuming that ▇▇ is not allowed or
9    he's not allowed to live at ▇▇. Is that
10   what you're saying?
11   Q. Assuming that it's less than 2,000 feet
12   from a school or daycare --
13   A. Okay.
14   Q. -- or childcare facility.
15   A. Gotcha.
16   Q. Okay?  And would you agree that if it is
17   less than 2,000 feet from a school or
18   daycare, that it is off limits; correct?
19   A. Like I explained earlier, just certain
20   stipulations with that.  If he was living
21   there before and someone moved in, if
22   there's certain provisions in his
23   conviction, I have -- I can't -- I'm not

17 (Pages 62 to 65)

JEREMY JONES   6/28/2018

Page 66

1   sure.
2   Q. So I want you to assume that Mr. Buycks
3      was living at ▓▓▓▓▓▓▓▓ prior to
4      the statute being enacted.  Are you
5      saying that based -- are you familiar
6      with the grandfather clause?
7   A. I am.
8   Q. And what is your understanding of what
9      the grandfather clause is?
10  A. My understanding is if they've been
11     living there for some time and then a
12     daycare or school is established within
13     that 2,000 feet, they're not allowed to
14     move.
15  Q. Is it also your understanding that if
16     registrants of ASORCNA were living there
17     prior to the 2011 enactment of ASORCNA,
18     that they were allowed to remain at that
19     address?
20  A. Yes, sir.
21  Q. Okay.  Now, I want you to also -- further
22     assume that Mr. Buycks moved to ▓▓▓
23     ▓▓▓▓▓▓▓ which is two doors up --

Page 67

1   A. Uh-huh.
2   Q. -- from ▓▓▓ and he moved there in
3      November of 2017.
4   A. Uh-huh.
5   Q. I want you to further assume that ▓▓
6      ▓▓▓▓▓▓▓▓, two doors up from
7      ▓▓ --
8   A. Okay.
9   Q. -- is also off limits by a school called
10     Edward T. Davis Elementary.
11  A. Okay.
12  Q. You would agree with me, would you not,
13     that Mr. Buycks was not under a
14     grandfather clause at that time; correct?
15  A. Once he moved?
16  Q. Correct.
17  A. Yes.
18  Q. You would agree with that; right?
19  A. Uh-huh.  (Witness nods head.)
20  Q. And because his conviction was against a
21     minor who was seven years old and it was
22     a first-degree offense, he wasn't
23     supposed to be allowed to move to ▓▓▓

Page 68

1   ▓▓▓▓▓▓▓; isn't that true?
2   A. I'm not sure.  I have to familiarize
3      myself with what you're speaking of, but
4      I'm not sure with regards to his
5      conviction.
6   Q. Will you accept my representation that --
7      you've read it on his ALEA information,
8      did you not?
9   A. In regards to what he was convicted of?
10  Q. Yes.
11  A. Yes, sir.
12  Q. Okay.  Would you accept my representation
13     that ▓▓▓▓▓▓▓▓▓▓▓ is off
14     limits.
15  A. If it's within 2,000 feet, yes, sir.
16  Q. I'm saying it's not -- it is within 2,000
17     feet.
18  A. Okay.  If that's what you say, yes, sir.
19  Q. And based on that, Mr. Buycks, in
20     November of 2017, should have never been
21     allowed to move to ▓▓▓▓▓▓▓; isn't
22     that true?
23  A. If the school was established and he

Page 69

1      moved, no, sir, he shouldn't have been
2      allowed to move.
3   Q. I'm going to represent to you something.
4      I'm going to represent to you that I went
5      to Edward T. Davis Elementary School.
6      Would you accept my representation of
7      that?
8   A. If you went, yes, sir.
9   Q. Okay.  Would you also represent [sic] my
10     representation that I went to Edward T.
11     Davis Elementary beginning in 1970.
12     Would you --
13  A. Okay.
14  Q. -- accept my representation?
15  A. Yes, sir.
16  Q. Would you accept my representation that
17     Edward T. Davis has been operating as an
18     elementary school continuously from at
19     least 1970?  Would you accept that
20     representation?
21  A. Yes, sir.
22  Q. So based on that representation that you
23     have accepted, would you agree with me

18 (Pages 66 to 69)

JEREMY JONES   6/28/2018

Page 70

1    that James E. Buycks should have never
2    been allowed to move to ▓▓▓▓▓▓▓▓▓▓
3    ▓▓▓▓▓?
4    A. Yes, sir.
5    Q. I'll show you -- have you ever
6    encountered a registrant by the name of
7    Follie James Willis?
8    A. I'm not familiar with him, but if he
9    comes into the office, I'm sure I've ran
10   into him.
11   Q. I'm going to show you what we're going to
12   mark as Plaintiffs' Exhibit E.
13        (Plaintiffs' Exhibit E was
14        marked for identification.)
15   Q. Now, I am showing you two -- page 1 and 2
16   will be two separate ALEA website
17   publications of Mr. Follie James Wiggins
18   [sic]. Would you agree that that's what
19   we're looking at here?
20   A. Yes, sir.
21   Q. And if you look at these -- if you look
22   here, Mr. Follie James Wiggins was
23   released from prison on what date?

Page 71

1    A. He was released 7/1/14.
2    Q. Okay. And on the first sheet, page 1,
3    what address did Mr. Follie James Willis,
4    report at that time?
5    A. ▓▓▓▓▓▓▓▓▓▓▓▓▓
6    Q. Now, if I represent to you that ▓▓▓▓▓
7    ▓▓▓▓▓ was less than 2,000 feet from a
8    licensed daycare that was registered with
9    the Alabama Department of Human
10   Resources, you would agree with me, would
11   you not, that Follie James Willis should
12   have never been allowed to live at ▓▓
13   ▓▓▓▓▓▓▓▓. Would you agree with that?
14   A. Yes, sir.
15   Q. I want to direct your attention to
16   page 2.
17   A. Uh-huh.
18   Q. Before we do that, I want to go back to
19   page 1. Can you show the date upon
20   which -- can you tell the Court the date
21   upon which Mr. Follie James Willis
22   registered this address?
23   A. It doesn't say. It just provides he was

Page 72

1    released in 2014. He says his current
2    address is ▓▓▓▓▓▓▓▓▓. Doesn't say
3    he registered in 2014 at this address.
4    His current address was registered in
5    9/26/2017. I'm assuming that's his last
6    registration date, based on ALEA's
7    website.
8    Q. Right. So the registration date of ▓▓
9    ▓▓▓▓▓▓ was September 26, 2017; isn't
10   that true?
11   A. Based on ALEA's website, yes.
12   Q. Do you have any reason to believe that
13   ALEA's website is inaccurate?
14   A. It could be. I'm not sure.
15   Q. Do you have any reason to believe that
16   ALEA's website is inaccurate?
17   A. No, sir.
18   Q. Now I want to take you to page 2. And
19   can you tell the Court what Mr. Follie
20   James Willis's current address is on this
21   particular ALEA website posting?
22   A. Based on ALEA's website, it says ▓▓▓▓▓
23   ▓▓▓▓ Hope Hull, Alabama.

Page 73

1    Q. And what date of registration do they
2    have listed here?
3    A. 6/12 of '18.
4    Q. So you would agree with me that based on
5    the information ALEA has, that he
6    registered this ▓▓▓▓▓▓▓▓ address on
7    June 12, 2018. Would you not?
8    A. Uh-huh.
9    Q. Showing you what's been marked as
10   Plaintiffs' Exhibit F.
11        (Plaintiffs' Exhibit F was
12        marked for identification.)
13   Q. Do you know a registrant by the name of
14   Herman Jovant Bailey?
15   A. No, sir.
16   Q. Have you ever encountered Mr. Bailey?
17   A. If he's came in the office, I'm sure I've
18   ran into him.
19   Q. Okay. I'm showing you an ALEA website
20   posting of either a Herman Jovant Bailey
21   or it has a BM Herman Jovant Bailey.
22   It's one of those persons, is it not?
23   A. Uh-huh.

19 (Pages 70 to 73)

JEREMY JONES   6/28/2018

Page 74

1   Q. Now, tell me what date he was released
2     from prison.
3   A. He was released 6/10/18.
4   Q. So June 10, 2018?
5   A. Uh-huh.
6   Q. Correct?
7   A. Yes, sir.
8   Q. That means he was released from prison
9     just a few days ago; correct?
10  A. Yes, sir.
11  Q. And what address do they have Mr. Bailey
12    registered at?
13  A. He registered a few weeks ago at ▉▉
14    ▉▉▉▉▉▉▉▉
15  Q. If I represent to you that ▉▉▉▉▉▉
16    ▉▉▉ is less than 2,000 feet from
17    Edward T. Davis Elementary School, you
18    would agree with me, would you not, that
19    Mr. Bailey should not have been allowed
20    to move there?
21  A. Yes, sir.
22  Q. Now, based on the registrants that we've
23    discussed, with the exception of

Page 75

1     Mr. McGuire, you would agree with me that
2     each of those registrants -- registrants
3     that we discussed established their
4     residence at the addresses we talked
5     about after August 1, 2017?
6   A. Based on the information that's in ALEA
7     website on the printout that you
8     provided, yes, sir.
9   Q. Detective Jones --
10       MR. McGUIRE: Can we take a two-
11    minute break? I'm almost done.
12       MR. EAST: Sure.
13       (Short recess.)
14  Q. (By Mr. McGuire) We're back on the
15    record, Detectives Jones. Before we
16    leave here, I want to inform you about
17    requests for productions and ask by
18    July 28th, 2018 that you produce the
19    following. The first request for
20    production will be for you to produce any
21    documents or training materials and/or
22    policies provided to you in any form,
23    electronic or other, during any and all

Page 76

1     training received regarding ASORCNA
2     between the dates of January 1, 2017 to
3     the present date. Do you understand that
4     request?
5   A. Yes, sir.
6   Q. My Request No. 2 for production is for
7     you to produce any and all documents or
8     training materials and/or policies
9     provided to you in any form, electronic
10    or other, that provides for home
11    compliance checks of ASORCNA registrants
12    and/or how those compliance checks were
13    or are to be conducted. Did you
14    understand that request?
15  A. Yes, sir.
16  Q. Okay. My third request for production is
17    for you to produce any and all ASORCNA
18    registration documentation from the
19    period between January 1, 2015 and
20    June 28, 2018 for the following
21    registrants of ASORCNA. The first
22    registrant is James E. Buycks,
23    B-U-Y-C-K-S. The second registrant is

Page 77

1     Follie James Willis. The third
2     registrant is Tommie Lee Dennis. The
3     fourth registrant is Herman Jovant
4     Bailey. And the fourth registrant is a
5     name that you haven't heard before. His
6     name is Sharpe, S-H-A-R-P-E, Aloysious,
7     A-L-O-Y-S-I-O-U-S, and his last name is
8     Greene, G-R-E-E-N-E. Did you understand
9     that request?
10  A. Yes, sir.
11  Q. Okay. My fourth request is produce the
12    names of any and all registrants for whom
13    you or anyone within your knowledge of
14    the Montgomery Alabama Police Department
15    with the responsibility for sex offender
16    management -- strike that. Let me start
17    over with this request.
18       Produce the names of any and all
19    registrants for whom you or anyone in
20    your knowledge within the Montgomery
21    Police Department conducted home
22    compliance checks between August 1, 2017
23    and June 28, 2018. Did you understand

JEREMY JONES   6/28/2018

Page 78

1     that request?
2     A. Yes, sir.
3     Q. My fifth request for production is for
4        you to produce a list of any and all
5        warrants of arrest of ASORCNA registrants
6        initiated by you or your department of
7        the Montgomery Alabama Police Department
8        between August 1, 2017 and June 28, 2018
9        which were the result of home compliance
10       checks.  Do you understand that question?
11    A. Yes, sir.
12    Q. Okay.  My sixth and final request for
13       production is using the Montgomery
14       Alabama Police Department mapping
15       programs or tools, provide the distance
16       between 119 Truett Drive and Edward T.
17       Davis Elementary School at 3605 Rosa
18       Parks Avenue, both locations being
19       located in Montgomery, Alabama.  Did you
20       understand that part of the request?
21    A. Yes, sir.
22    Q. My sub part of the request is, provide a
23       determination whether 119 Truett Drive is

Page 79

1        an ASORCNA-compliant address which allows
2        registrants who were convicted of sex
3        abuse first -- in the first degree and/or
4        attempted rape to reside at 119 Truett
5        Drive, Montgomery, Alabama.  Did you
6        understand that request?
7     A. Yes, sir.
8     Q. Detective Jones, I appreciate you
9        spending the time with us this morning.
10         MR. McGUIRE:  And that's going to
11    conclude my direct examination.  I pass
12    the witness to anybody.
13         MR. CHYNOWETH:  I'm going to
14    object to all of those requests for
15    production.  Section 7 of the scheduling
16    order in this case says all discovery
17    shall be completed on or before June 29,
18    2018.  Plaintiffs' counsel has just
19    requested a large volume of documents to
20    be produced by July 28th.  The
21    dispositive motion deadline in this case
22    is July 30.
23         I understand last-minute things in

Page 80

1     trying to get people scheduled for
2     depositions after discovery cutoff, but
3     I'm going to object to those requests for
4     production at this time.  I don't have
5     any questions for this witness.
6          MR. McGUIRE:  Okay.  I'm going to
7     object to counsel for the attorney
8     general's objection.  Counsel is not
9     counsel for third-party detective of the
10    Montgomery Police Department.  Further,
11    discovery closes on June 30, 2018, which
12    means it is allowable to submit discovery
13    requests prior to the close of discovery
14    even if those documents come back, are
15    returned, or complied with after the
16    close of discovery.
17          MR. EAST:  And as counsel for the
18    third party, I do want to get on the
19    record that we had an off-the-record
20    discussion where we made it our position
21    clear that we were not privy to the
22    scheduling deadline, that there may be --
23    depending on what the scheduling deadline

Page 81

1     revealed, that we may interpose
2     objections to these.  I'm also looking,
3     because we are a third party, I'm trying
4     to determine and I'm trying to ascertain
5     while everybody is still here as to
6     whether this would be objectionable as
7     being brought pursuant to a request for
8     production rather than a subpoena duces
9     tecum under the rules.  I do not --
10    sitting here right now, I'm not a hundred
11    percent sure whether that is a valid
12    objection or not.  I'm tentatively posing
13    that as on objection in addition to any
14    objections to any discovery deadlines
15    that -- that may be impacted by your
16    case.
17          MR. McGUIRE:  Sure.  Objection
18    duly noted.  And to the extent that
19    counsel is objecting on grounds that a
20    subpoena duces tecum is appropriate
21    versus a request for production, I want
22    to get on the record that a subpoena
23    duces tecum could be issued at any time.

21 (Pages 78 to 81)

JEREMY JONES   6/28/2018

Page 82

1     MR. EAST: Sure.  And these are
2  just -- these have been posed to us.
3  And, again, I haven't seen them.  We
4  heard you read them orally, but we have
5  not seen them in written form yet.  And
6  so that's -- all of this is being brought
7  on us kind of out of the blue here.
8     MR. McGUIRE: Sure.  And for the
9  record, I want to get on the record that
10 we are presenting --
11    MR. EAST: Okay.
12    MR. McGUIRE: -- counsel for
13 Detective Jones a jump drive with those
14 requests for production on there.  And
15 all objections duly noted.
16    MR. EAST: Okay.  And we
17 obviously haven't opened it, but that's
18 what you've represented that's on there.
19
20    (The deposition of Jeremy Jones
21    concluded at 1:03 p.m., on
22    June 28, 2018.)
23

Page 83

1
2        REPORTER'S CERTIFICATE
3  STATE OF ALABAMA   )
                      )
   ELMORE COUNTY     )
4
5
6     I do hereby certify that the above
   and foregoing transcript was taken down
7  by me in stenotype, and the questions and
   answers thereto were transcribed by means
8  of computer-aided transcription, and that
   the foregoing represents a true and
9  correct transcript of the testimony given
   by said witness.
10
11    I further certify that I am neither
   of counsel, nor any relation to the
12 parties to the action, nor am I anywise
   interested in the result of said cause.
13
14
      I further certify that I am duly
15 licensed by the Alabama Board of Court
   Reporting as a Certified Court Reporter
16 as evidenced by the ACCR number following
   my name below.
17
18
19
      Bridgette Mitchell
20    Certified Court Reporter and
      Commissioner for the State of
21    Alabama at Large
      ACCR No. 231 - Expires 9/30/18
22    MY COMMISSION EXPIRES 12/15/21
23

22  (Pages 82 to 83)

JEREMY JONES   6/28/2018

Page 1

**A**
A-L-O-Y-S-I-O-U-S
77:7
A-S-
9:6
a.m
30:17
ability
36:11
able
61:5
abuse
57:14,20 79:3
accept
12:16 14:20 16:15,18
 16:22 28:6 46:14,21
 47:1 56:11 65:6 68:6
 68:12 69:6,14,16,19
accepted
69:23
ACCR
83:16,21
accurate
18:10 39:8,19 48:1,2
 58:16 59:7,16 62:7
accurately
47:13,17
acronym
9:4
Act
4:11 7:10 8:8,23 9:15
 28:2
action
1:9 83:12
actual
31:16
Adams
72:22 73:6
addition
81:13
address
13:22 14:3 16:5 17:4,6
 17:12 18:4 19:7,10
 19:13,16,20 29:23
 38:16,17 44:10,14
 46:7 51:2,2,5 52:23

54:5,17 55:14 56:16
 58:1,3 59:19,20 60:8
 60:12,16,23 61:8,11
 61:15,18,23 62:5,6
 64:23 66:19 71:3,22
 72:2,3,4,20 73:6
 74:11 79:1
addresses
75:4
adult
48:16
affirmed
5:6
afternoon
5:11
ago
10:2 59:14 74:9,13
agree
11:5 32:14,18 34:19
 35:16,17 40:3 47:2
 47:21 50:14,17 51:14
 52:15 53:2 55:8,10
 55:11 59:2,16 62:2
 65:16 67:12,18 69:23
 70:18 71:10,13 73:4
 74:18 75:1
agreed
3:2,19 20:13 55:5
al
1:6,11
Alabama
1:2,19,21 2:5,9,10,15
 3:9 4:11 7:6,8 8:7,21
 9:13 28:2 38:18
 46:11 71:9 72:23
 77:14 78:7,14,19
 79:5 83:2,15,21
ALEA
4:10,12,14,15,17 11:6
 18:15,21,23 19:4
 20:21 50:15 51:10
 55:23 56:5,10,13,18
 68:7 70:16 72:21
 73:5,19 75:6
ALEA's
72:6,11,13,16,22

allow
35:6 47:9 52:21 53:19
allowable
50:5 80:12
allowed
6:7 37:11 45:3,11 47:6
 47:12 48:5,15,20
 49:1 52:17 65:8,9
 66:13,18 67:23 68:21
 69:2 70:2 71:12
 74:19
allows
79:1
Aloysious
77:6
Amendment
41:6,8
amount
36:17
Analyst
19:17
and/or
75:21 76:8,12 79:3
answer
6:10,11 7:16 25:11
 35:10 36:16 37:9
 44:6 47:13,17
answered
15:22
answers
83:7
anybody
79:12
anymore
10:1
anyone's
43:2,3
anywise
83:12
APPEARANCES
2:1
appreciate
79:8
appropriate
81:20
approve

19:15
approved
19:16 46:1
approximate
33:18
April
58:21,22 60:20
ArcMap
20:3
area
45:10,14,17
arrest
15:7 23:19 53:14,18
 78:5
arrived
21:5,9
articulate
36:23
ascertain
81:4
asked
22:15 23:17 24:16
 26:8 38:4
asking
5:14 25:3 54:22
ASORCNA
9:2,3,4,12 11:17 25:5
 25:12 30:7 32:1,15
 32:17 33:7,11 34:20
 35:19 39:5 42:10,17
 45:3 48:8 50:5 52:9
 53:13,22 56:14 57:8
 58:13 65:2 66:16,17
 76:1,11,17,21 78:5
ASORCNA's
34:15
ASORCNA-compli...
79:1
ASSOCIATES
2:4
assume
47:19 64:19,22 66:2
 66:22 67:5
assuming
52:13 55:22 65:8,11
 72:5

assumption
65:4
Atchinson
4:10
attempted
79:4
attempting
50:2
attention
28:9,11 30:9,11 31:1,3
32:9 63:9 64:3 71:15
attorney
2:9 5:13 6:7,11 80:7
August
33:14,16,21 51:13
53:5 54:16,16 55:12
55:14 75:5 77:22
78:8
▬▬▬▬
2:10 64:23 66:23 67:6
68:13 70:3 78:18
aware
14:9 37:4 46:4

**B**

B
4:11 27:21,22
B-U-Y-C-K-S
76:23
back
26:16,18 30:10 39:12
41:12 42:4,7,13,16
62:14 71:18 75:14
80:14
backyard
42:4 43:2,3,15,18
Bailey
4:17 19:17 62:22 63:2
63:4,5 64:2,17 73:14
73:16,20,21 74:11,19
77:4
Bailey's
62:23
based
13:18 17:7 24:22
26:22 35:2,16 36:6

36:17,21 39:17 47:23
50:13 52:12 53:21
56:13,18 57:23 61:14
66:5 68:19 69:22
72:6,11,22 73:4
74:22 75:6
bchynoweth@ago.st...
2:11
Beacon
46:6,12,18 47:3 50:3
52:13
bearing
62:10
beginning
69:11
behalf
1:17
believe
13:1 15:9,12 16:7
19:18 20:6 27:1,11
27:14 45:16,19 62:4
72:12,15
bit
59:5
black
29:7,7
blue
82:7
BM
4:17 73:21
Board
83:15
borrow
28:20
bottom
28:21 32:11 64:8
▬▬▬▬
44:12 46:5 51:22
Brad
2:8
break
75:11
Brenton
2:19
Bridgette
1:19 3:7 83:19

bring
20:9
brought
81:7 82:6
Buycks
4:14 57:10,12 58:2
59:3,21 60:4,9,21,23
61:23 63:17 64:14
66:2,22 67:13 68:19
70:1 76:22
Buycks'
57:23 62:18 63:18
64:23

**C**

C
4:12 34:22 50:9,10
call
35:7 61:4
called
16:3 46:6 51:12 67:9
calling
14:16
case
3:21,23 28:4 46:10
48:1 79:16,21 81:16
Caucasian
21:17
cause
26:23 27:5,6,9,14
83:12
ceast@montgomery...
2:16
center
29:16
certain
38:16 47:8 49:2 59:11
59:12 65:19,22
CERTIFICATE
83:1
Certified
83:15,20
certify
83:6,11,14
challenging
46:11

chance
28:18
change
60:16
charge
57:20
check
10:13 13:3 15:15 17:6
17:22 18:5,6,8,9
19:11 26:1,5 27:7
37:17 38:12 41:22
42:18 43:6 60:22
checks
10:4,8,9,12 12:14 25:8
35:7 36:12 37:2,6,12
37:13,23 38:2,9 39:3
39:23 40:5,9,16,18
40:23 41:23 76:11,12
77:22 78:10
child
29:15
childcare
29:3,13,15,16,17 30:3
30:7 35:21 65:14
Christopher
2:13
church
46:4,6,13,18 47:3
52:14
Chynoweth
2:8 18:18 27:3 30:4,22
34:16 35:8 36:13
37:7 44:4 53:15 59:9
79:13
citizens
12:10 38:21 40:1,9,19
41:9
city
1:18 2:14 7:7
Civil
1:9 3:6,18 4:2
Class
34:22
clause
66:6,9 67:14
Clayton

JEREMY JONES   6/28/2018

2:4
clear
42:23 43:1 80:21
clearly
36:7
close
46:4 80:13,16
closes
80:11
clothes
24:21
clothing
24:8 38:22
Coliseum
44:12 46:5
come
15:2,6 16:4 34:4 63:16
80:14
comes
19:6,9 34:9 38:14
50:23 60:14 61:15
70:9
commencing
1:22
commission
3:11 83:22
Commissioner
83:20
committed
62:4
Community
7:9 8:8,22 9:14
complete
62:12,15 63:15
completed
79:17
completely
6:12
compliance
10:9,12,13 12:10,14
13:3 15:15 25:8 26:1
35:7 36:12 37:2,6,23
38:9,12 39:3,23 40:5
40:8,16,18,23 42:18
43:6 60:22 76:11,12
77:22 78:9

compliant
19:12,20 52:8,9 56:1
56:15
complied
80:15
computer-aided
83:8
conclude
79:11
concluded
82:21
concrete
24:23
conduct
15:15 25:7 36:11
conducted
76:13 77:21
conducting
41:21
confirmation
10:17
‾‾‾‾‾‾‾‾‾‾
51:6,21,22
conspicuous
29:21
contact
61:6,8
contains
46:18 47:4
contemporaneously
17:3
continue
29:19
continuing
29:1
continuously
46:20 69:18
control
18:23
controls
56:18
conversation
15:1,10
convicted
48:17 57:14 68:9 79:2
conviction

34:21 49:7 65:23
67:20 68:5
copies
28:18 34:3
copy
11:6 28:2,3,20 34:8,11
corner
56:4
Corporal
5:20
correct
8:14 9:21 10:21 11:9
11:17,23 15:8 20:12
20:16,19 21:3,7,14
21:20 22:1 23:4 24:5
24:10,13 25:20 26:21
30:14 31:5 32:5,10
34:3,15,18 35:19,22
36:1,4 37:21 40:12
40:13 41:5 44:21
48:11 49:11 50:6,7
51:18,19,23 52:1,3
52:10,11,18 54:4,6
54:13,18 55:3,20,23
56:8 57:8,15,21,22
58:5 59:3 60:15 63:7
65:18 67:14,16 74:6
74:9 83:9
counsel
3:3,20 79:18 80:7,8,9
80:17 81:19 82:12
83:11
COUNTY
83:3
couple
14:11 52:22
course
21:22
court
1:1 5:1 12:17 14:23
15:11 18:13 26:18
29:10 35:5 39:12
46:10 48:1,1 71:20
72:19 83:15,15,20
covered
35:3,18,21 36:1,3 55:3

crime
57:13
crimes
7:22,23
current
13:22 18:16,22 51:2
72:1,4,20
cutoff
80:2

**D**

D
4:13 56:21,22 57:5,5,6
date
14:18 51:12,13,15,16
53:4 56:4 58:1,19
70:23 71:19,20 72:6
72:8 73:1 74:1 76:3
dates
76:2
Davis
67:10 69:5,11,17
74:17 78:17
day
17:10 22:23 53:2
60:17,20
daycare
29:16 45:10,13,17
46:19 47:4,11,20
48:3 50:4 65:3,12,18
66:12 71:8
daycares
19:14
days
52:22 54:7,10 55:6
74:9
deadline
79:21 80:22,23
deadlines
81:14
dealing
45:8
dealt
20:1
defendants
1:12 28:4

JEREMY JONES   6/28/2018

define
54:9
defining
31:22
definition
31:4,14 55:6
definitions
32:5,6 36:6,10
degree
79:3
▓▓▓▓▓▓
60:1,5,8 61:21 64:22
66:3,23 67:6 68:1,13
68:21 70:2
Dennis
4:13 50:16,20 51:17
51:20 52:16 56:15
77:2
deny
42:12
denying
43:1,3
department
2:14 6:22 7:2 17:13
54:3 58:14 59:6 60:3
60:11 63:16 64:5
71:9 77:14,21 78:6,7
78:14 80:10
depending
80:23
depends
48:22
deposition
1:15 3:4,7,15,21 5:22
6:3 82:20
depositions
80:2
describe
10:11 15:20
described
6:14 12:5,8
describes
30:15
describing
15:14
detail

26:7,22 41:20
details
32:16
detective
5:17,18 6:16,20 7:3
24:17 57:3 75:9 79:8
80:9 82:13
Detectives
75:15
determination
78:23
determine
24:12 81:4
determines
19:19
Dickinson
51:6,22,23
different
22:14
direct
28:9,11 30:9,11 31:1
32:8 63:9 64:3 71:15
79:11
directing
31:2
discovery
79:16 80:2,11,12,13
80:16 81:14
discretion
49:4 53:10,11,17,18
discussed
49:23 52:13 74:23
75:3
discussion
22:5,8 57:2 80:20
dispositive
79:21
dispute
21:2
distance
78:15
DISTRICT
1:1,2
divides
44:20
division

1:3 7:1,4
document
13:19 31:17,18,21
51:10,11 61:14 62:17
documentation
76:18
documents
75:21 76:7 79:19
80:14
DOE
1:6
doing
12:14 39:15,17 41:19
door
15:22 23:1,2 37:15
38:3,7 42:21 44:15
44:16
doors
14:12 66:23 67:6
doubt
41:17
drill
7:15
▓▓▓▓▓▓
14:4,11,12 16:20 17:2
20:19,23 21:3 51:7
51:23 74:14,16 78:16
78:23 79:5 82:13
driveway
22:3,8
duces
81:8,20,23
duly
5:6 81:18 82:15 83:14

**E**

E
4:15 59:3 70:1,12,13
76:22
earlier
12:8 26:4 59:5 65:19
East
2:13 5:4 8:18 18:20
28:16 36:15 75:12
80:17 82:1,11,16
Edward

4:14 57:10,12 67:10
69:5,10,17 74:17
78:16
efficiency
9:1
eight
46:20
either
4:1 73:20
electronic
75:23 76:9
elementary
67:10 69:5,11,18
74:17 78:17
ELMORE
83:3
employed
6:16,19,20,21
enacted
66:4
enactment
66:17
encounter
41:15
encountered
11:19 70:6 73:16
enforce
49:9,13,18,22 53:12
enforced
32:23
enforcement
7:6 30:1
ensure
10:16 38:13,17 39:6
39:17
entail
8:16
entered
42:13 59:20 60:1
entering
42:3,7
entire
37:5
error
62:3
Esquire

JEREMY JONES   6/28/2018

2:3,8,13
**establish**
52:23
**established**
46:12 47:21 50:4
66:12 68:23 75:3
**establishment**
47:11 48:3
**et**
1:6,11
**events**
34:5
**everybody**
81:5
**evidence**
3:16
**evidenced**
83:16
**exact**
14:18 33:12,17 37:10
38:17
**examination**
4:7 5:9 79:11
**example**
6:8 18:14
**exception**
74:23
**excuse**
31:15 32:9,10
**exempt**
29:18
**exhibit**
4:9,11,12,13,15,16
11:2,3 13:18 27:21
27:22 28:3 50:9,10
56:21,22 57:5,5,6
58:9 63:10 70:12,13
73:10,11
**EXHIBITS**
4:9
**expect**
34:13
**expectation**
24:5
**Expires**
83:21,22

**Explain**
14:23 15:11
**explained**
26:4 41:18 60:15
65:19
**explicitly**
6:9
**express**
15:1,5
**extent**
59:11,12 81:18
**extra**
28:18

**F**

F
4:16 73:10,11
**facility**
29:4,13,15,17 30:3,7
35:21 46:19 65:14
**fact**
17:1 20:13 34:3 44:19
**familiar**
8:6,10 11:11 16:10
20:5 32:6 44:9,14,23
66:5 70:8
**familiarize**
68:2
**Federal**
3:5,17 4:2
**feet**
46:13 47:5 52:14 65:3
65:11,17 66:13 68:15
68:17 71:7 74:16
**felony**
34:22 55:17
**female**
15:22 57:21
**fence**
44:19
**fifth**
78:3
**filled**
17:7 38:14 58:12 59:2
60:21
**filling**

39:8,18
**final**
78:12
**find**
52:22
**finish**
17:16
**first**
5:5 10:2 25:23 28:12
57:6,14,20 61:4
64:21 71:2 75:19
76:21 79:3,3
**first-degree**
67:22
**five**
33:19,22,23
**flip**
28:12 58:7,17
**Follie**
4:16 70:7,17,22 71:3
71:11,21 72:19 77:1
**follow**
49:6
**following**
75:19 76:20 83:16
**follows**
5:8
**foregoing**
83:6,8
**form**
3:12 6:8 8:18 10:15
18:19,20 27:4 30:5
30:23 34:17 35:9
36:14,15 37:8 44:5
53:16 58:11,11,19
59:1,2,10,23 60:4,13
60:21 63:14,15 75:22
76:9 82:5
**formality**
3:10
**former**
64:23
**four**
36:19
**fourth**
41:6,8 77:3,4,11

**frame**
13:7 55:16
**front**
23:1,9 25:1,13 30:10
42:21
**full**
6:18 63:1
**further**
3:19 5:21 46:17 66:21
67:5 80:10 83:11,14

**G**

**G-R-E-E-N-E**
77:8
**gate**
42:4,7,14
**GENERAL**
2:9
**general's**
80:8
**give**
37:1 61:4
**given**
49:22 83:9
**gives**
36:10 37:5
**giving**
22:16
**go**
5:21 10:20 38:18
57:12,17 71:18
**goes**
10:15
**going**
5:14 6:3 8:21 9:1,12
10:14,23 11:1,1
15:17 27:20 28:9,11
29:6 30:9 31:1,16
43:17 45:18 46:9
50:8 56:20 57:4 63:9
69:3,4 70:11,11
79:10,13 80:3,6
**Good**
5:11
**Gotcha**
9:9,16 63:13 65:15

JEREMY JONES   6/28/2018

grandfather
66:6,9 67:14
Greene
77:8
ground
6:2
grounds
81:19
group
40:4

**H**

Hall
1:18
hand
19:16
handed
62:14
handled
62:8
happen
28:17
head
19:21 24:1 59:4 63:8
67:19
hear
26:8 38:4 42:19,20
heard
77:5 82:4
help
7:11,14,20 8:2 9:17,23
10:3,4
helping
12:4,12
helps
63:6
hereto
4:1
Herman
4:17 73:14,20,21 77:3
Hey
5:12 16:3 37:15

14:4,11,12 16:20 17:2
20:18,22 21:2
home

10:4,4,8,9,12,13 13:2
13:10 15:22 16:14
22:11,20 24:21 25:7
26:1,5 27:6,17 35:7
36:11 37:2,6,12,13
37:17,23 38:2,8,11
38:19 39:3,23 40:5,8
40:16,18,22 41:14,22
41:23 42:2,17 43:6
60:22 76:10 77:21
78:9
homes
10:20 15:18 38:23
Hope
46:6,13,18 47:3 50:3
52:14 72:23
hours
30:16
house
23:12
Hull
72:23
Human
71:9
hundred
81:10

**I**

idea
12:3,20 15:23 16:2
19:1 46:3 60:17
identification
11:4 27:23 50:11
56:23 70:14 73:12
identified
36:19
identify
58:18
III
1:11
illegal
41:3,9
immediate
55:2
immediately
53:23 54:9 55:7

impacted
81:15
inaccurate
18:3 72:13,16
incident
13:5 15:14
include
12:9
INDEX
4:5
indicate
58:2
indicates
57:19
individual
34:9
inform
75:16
information
17:18 18:14,17,21
19:2,8 39:7,18 55:23
57:13,18,19 58:11
59:7 60:2 61:15 68:7
73:5 75:6
informed
22:9 23:5,9,11
initially
45:5 52:21
initiated
78:6
Inn
44:8,20,23 45:4,12
46:2,14 47:5,7,20
48:21 50:3 51:8,21
52:15 56:16
inside
24:21 38:22 42:19
instance
15:13
instructed
6:10
interaction
50:19
interested
83:12
interpose

81:1
interrupt
28:17
intimately
8:15
introduced
3:22
investigating
7:22
investigations
7:18
involved
10:1,6 14:14
issued
15:7,12 81:23

**J**

J
2:3
James
4:14,16 57:10,12 59:3
64:13,14 70:1,7,17
70:22 71:3,11,21
72:20 76:22 77:1
January
76:2,19
Jeremy
1:15 2:13 3:4 5:5,17
5:20 82:20
jmcguire@mandab...
2:6
job
12:12
JOHN
1:6 2:8
Jones
1:15 2:13 3:5 5:5,17
5:20,20 6:16 24:17
57:3 75:9,15 79:8
82:13,20
Jordan
2:18 21:20
Jovant
4:17 73:14,20,21 77:3
judge
48:22 49:1,10

JEREMY JONES   6/28/2018

**judges**
49:3,8,15
**July**
75:18 79:20,22
**jump**
82:13
**June**
1:22 73:7 74:4 76:20
77:23 78:8 79:17
80:11 82:22
**juveniles**
48:13

**K**

**kids**
7:23
**kind**
82:7
**knew**
44:10 45:20
**knock**
37:14 38:7 42:21
**knocked**
42:16
**knocking**
15:18 38:3 42:20
43:18
**know**
8:15 11:16 19:15
29:22 31:8 32:20
33:9,15 37:14,18
41:6,8 43:12 44:8,11
45:13,18,21,22 47:13
50:21 53:21 55:1,2
60:16 73:13
**knowledge**
12:1 37:11 42:13,22
45:12,23 61:17 77:13
77:20

**L**

**lady**
21:19 27:16 41:19
**Lanisha**
16:10,13,19
**large**

1:22 3:10 79:19 83:21
**last-minute**
79:23
**law**
7:7 30:1 34:14 41:2
46:11 49:13,18,22
54:12 55:2
**learned**
37:1
**leave**
49:8 75:16
**Lee**
4:13 50:16,20 51:3
56:15 77:2
**left-hand**
56:3
**Legal**
2:14
**let's**
26:12 47:15,19 48:16
49:15 53:4 58:4 60:1
61:7
**licensed**
29:15,16 46:19 47:4
71:8 83:15
**licensing**
29:18
**limited**
36:17
**limits**
65:1,18 67:9 68:14
**line**
52:6
**lines**
29:7
**list**
78:4
**listed**
10:14 73:2
**little**
47:16 59:5
**live**
23:12 24:23 25:19
37:15 38:23 45:11,21
46:1 48:5,20 49:1
50:2 52:2 65:9 71:12

**lived**
14:11 16:1 22:11,20
23:7,14 24:12
**lives**
16:19,23 23:10
**living**
10:16 15:19 19:12
25:15,22 26:3 27:1
27:11,15,17 38:15
39:9,19 42:14 65:20
66:3,11,16
**local**
30:1
**located**
78:19
**location**
29:23 46:4
**locations**
78:18
**long**
8:23 20:1
**longer**
45:7,11
**look**
8:19 35:12 56:3 59:19
61:10,13 70:21,21
**looking**
16:14 24:18 70:19
81:2
**LUTHER**
1:11 2:7

**M**

**Ma'am**
39:10
**mail**
23:23 24:20 38:22
**mailing**
59:20
**male**
21:17
**man**
21:15
**management**
77:16
**managing**

7:5 9:20
**manner**
3:23
**mapping**
78:14
**mark**
11:2 27:21 50:8 70:12
**marked**
11:4 27:23 50:11
56:23 70:14 73:9,12
**marking**
56:20
**Marshals**
15:16 26:6 41:20
**match**
17:14,18 18:1
**matching**
38:15
**materials**
75:21 76:8
**McGuire**
2:3,4 4:7,10 5:3,10,13
11:7,12,16,19 12:1
12:18 13:23 14:10
15:2,23 16:15 17:5
20:10 21:10,22,23
22:10,18,23 23:5,6
23:22 24:7 26:16
28:19 39:10 42:5
57:1,3 62:7 75:1,10
75:14 79:10 80:6
81:17 82:8,12
**McGuire's**
13:2 15:21 16:8 21:9
22:4,9 23:19 26:1
41:14 42:2 62:5
**mean**
6:17,17,19 37:16
45:18 52:2 53:11
54:19
**means**
31:9 52:9 74:8 80:12
83:7
**meet**
20:13
**met**

21:2 41:18
**Michael**
4:10 11:7,11,16
**MIDDLE**
1:2
**mind**
23:13 44:2
**minor**
67:21
**minute**
75:11
**minutes**
59:14
**Mitch**
2:3 5:13 28:16
**Mitchell**
1:20 3:8 83:19
**moment**
21:4 37:3
**Montgomery**
1:17,19 2:5,10,14,15
6:21 7:1,7 12:6,9
17:13 38:18 58:14
59:6 60:2,11 63:15
64:5 77:14,20 78:7
78:13,19 79:5 80:10
**morning**
79:9
**Mosley**
16:10,13,19
**motion**
79:21
**move**
52:17 66:14 67:23
68:21 69:2 70:2
74:20
**moved**
47:19 48:2 52:20
65:21 66:22 67:2,15
69:1
**moving**
51:21
**multiple**
11:21 13:3,11 41:13

**N**

**N**
2:15
**name**
5:13,16 16:6 19:23
46:8 50:12,16 57:7
57:10 62:23 63:1
70:6 73:13 77:5,6,7
83:16
**names**
77:12,18
**nature**
19:14
**necessarily**
38:1
**need**
3:13 16:4 27:5,6
**needed**
10:5 23:6,13,15
**neither**
83:11
**never**
16:1,2 17:21 42:13
52:17 68:20 70:1
71:12
**nods**
19:21 24:1 59:4 63:8
67:19
**noncompliant**
48:7 53:9
**North**
1:18
**NORTHERN**
1:3
**Notary**
1:20 3:8
**noted**
81:18 82:15
**notice**
1:16
**Notification**
7:9 8:8,23 9:14
**November**
58:5 67:3 68:20
**number**
31:18 33:12,17,18
83:16

**O**

**O-R-C-N-A**
9:8
**object**
6:7 8:18 18:18,20 27:3
30:4,22 34:16 35:8
36:13,15 37:7 44:4
53:15 59:9 79:14
80:3,7
**objecting**
81:19
**objection**
80:8 81:12,13,17
**objectionable**
81:6
**objections**
3:11,12 81:2,14 82:15
**obviously**
82:17
**occasion**
17:21 43:14
**occasions**
11:21 13:3,11 41:13
**off-the-record**
57:2 80:19
**offender**
7:6,8,13 8:2,7,22 9:13
14:14 18:7 38:14
39:1,7 45:8 46:11
51:1 57:7 61:11 63:6
64:10,12 77:15
**offenders**
7:17 9:20 12:5,13
38:20 39:5,16,22
40:1,6,10,15,17,20
40:21
**offense**
67:22
**offered**
3:16
**office**
2:9 14:16 15:3,6 20:10
38:15 44:16,20 46:5
50:23 70:9 73:17
**officer**
12:6,17 41:2 49:13

53:10,11 64:16
**okay**
5:20 6:2,21,23 7:5,15
8:1,4 9:2,9,10,17
11:16 12:4,16,22
13:1,13 14:5,15,23
15:11 16:18 17:1,11
17:17 18:13 20:9
21:1,5,9 22:18 23:17
26:13 28:8 29:1 30:9
31:15 32:4,20 33:3
33:21 42:3 43:8
44:13 45:16 46:16
47:18 48:16 49:14,15
49:16,17,21 51:10
52:5 53:6,8,21 55:20
57:12 58:10,17 59:1
59:17 61:18 63:14,21
64:20 65:13,16 66:21
67:8,11 68:12,18
69:9,13 71:2 73:19
76:16 77:11 78:12
80:6 82:11,16
**old**
60:8 67:21
**once**
17:22 25:21 61:5
67:15
**ones**
36:21
**opened**
82:17
**operating**
69:17
**operation**
46:20
**orally**
82:4
**order**
79:16
**overall**
8:20 48:14
**overnight**
30:12,15,20

**P**

p.m
1:23 30:16 82:21
page
4:7,9 28:10,11,13,13
28:21 29:2 30:10
31:2,15,20 32:9,10
32:11 57:6 58:7,9,18
59:22 62:17 63:10,11
63:19,20,22 64:4,4,8
70:15 71:2,16,19
72:18
pages
31:16,18
paper
20:20 61:20
paperwork
15:20 17:7,9,12 18:9
38:13 62:8,12
Parks
78:18
parole
12:2,11,15,19
part
12:8 15:17 25:4,12
78:20,22
particular
31:21 56:5,14 58:1,19
72:21
parties
3:4,21 83:12
parts
29:9
party
4:1 80:18 81:3
pass
79:11
Paula
2:18 21:20
people
38:19 39:4 40:4 47:9
80:1
percent
81:11
period
76:19
periodic

11:20
permanent
52:23
Perry
1:18 2:15
person
15:19 19:9 29:22
person's
16:6 44:3
personally
34:7
persons
73:22
place
31:12
Plaintiff's
56:22
Plaintiffs
1:7,17 2:3
Plaintiffs'
4:9,11,12,13,15,16
11:2,3 27:21,22 50:9
50:10 56:21 57:5,6
70:12,13 73:10,11
79:18
please
26:17 29:10 35:5
point
10:7 18:2 35:15 36:9
36:21
pointed
36:18
police
6:22 7:1 12:6 17:13
54:3 58:14 59:6 60:3
60:11 63:15 64:5
77:14,21 78:7,14
80:10
policies
75:22 76:8
portions
29:11
posed
82:2
posing
81:12

position
80:20
Possibility
44:1
possible
43:8 47:16
posting
4:10,12,14,15,17 11:7
50:15 72:21 73:20
potential
35:1
prefill
60:13
prefilled
60:3,5 61:14
presence
30:16
present
2:18 54:2 76:3
presenting
82:10
Presumably
54:19
Pretty
44:22
prevent
23:18
printed
18:15 28:10 56:5,10
printout
56:5 75:7
prior
14:9 27:16 46:10
47:10 66:3,17 80:13
prison
51:17 52:3 53:23
54:15 55:12 70:23
74:2,8
privy
80:21
probable
26:23 27:5,6,8
probation
12:2,11,15,18
Procedure
3:6,18 4:2

proceeding
46:10
process
11:20
produce
75:18,20 76:7,17
77:11,18 78:4
produced
79:20
production
75:20 76:6,16 78:3,13
79:15 80:4 81:8,21
82:14
productions
75:17
programs
78:15
proof
22:12 23:16
protects
41:9
prove
22:10,20 23:7,10,12
23:14 25:14,18 38:23
provide
23:15 34:3,10 35:5
46:7 78:15,22
provided
3:17 4:1 17:19 20:22
30:1 36:22 61:20
75:8,22 76:9
provides
25:7 63:16 71:23
76:10
providing
18:3
provision
35:5,15 36:10 37:4
49:5
provisions
8:10,13,16 32:21,23
33:5,7,10 34:1,15
35:2,6,13 36:20,23
53:13,22 65:22
Public
1:21 3:9

publications
70:17
purpose
3:17 38:11
pursuant
1:16 3:5 29:18 81:7
put
20:20 26:12
puts
38:16 48:22

— Q —
question
6:8,10 17:16 22:14
25:9 26:8,10,14,17
26:19 27:8 35:11
38:4 39:11,13,14
47:14 49:20 60:18
78:10
questions
3:11,13 5:14 6:4,6,12
58:8 80:5 83:7

— R —
R
2:13
ran
70:9 73:18
random
26:5 27:6 41:22,22
randomly
26:21
range
49:2
rape
48:18,18 49:2,3 79:4
reach
61:5,7
read
26:16 29:9,11 31:7,22
50:12 68:7 82:4
reads
26:18 39:12
really
10:1,6,6
reason

21:1 39:4,16 40:22
72:12,15
reasonable
29:22
recall
16:6 25:3 41:17,23
42:3,7,19 43:7,13,14
43:17,20,22
received
76:1
recess
75:13
recognize
29:23 58:12
record
5:16 17:12 57:1 75:15
80:19 81:22 82:9,9
records
60:12
refer
8:21 9:1,12 13:19
32:16 57:4,4
referring
9:13 10:9 25:4 53:17
regarding
7:7 76:1
regards
39:8 48:13 49:4,6
53:18 59:13,18 62:9
64:10 68:4,9
Regency
44:8,20,23 45:4,12
46:2,14 47:5,7,20
48:21 50:3 51:8,21
52:15 56:16
register
12:13 15:21 54:5,17
55:13 63:17
registered
13:23 18:7 38:20 39:4
40:6 57:7 58:2 71:8
71:22 72:3,4 73:6
74:12,13
registering
64:16
registers

19:6,9 34:10
registrant
11:17 17:19 19:6
31:10 42:8,17 46:1
48:16 50:13,16 56:14
70:6 73:13 76:22,23
77:2,3,4
registrants
7:8 10:19 25:17 32:17
34:4,13,22 45:3,21
47:6 58:13 63:16
66:16 74:22 75:2,2
76:11,21 77:12,19
78:5 79:2
registration
7:9 8:7,22 9:14 10:3
11:20 34:5 45:9
57:23 72:6,8 73:1
76:18
relation
83:11
release
51:12,13,15 53:23
released
51:17 52:21 54:15
55:12 70:23 71:1
72:1 74:1,3,8
remain
12:10 66:18
remember
14:16,18 25:8 59:8
repeat
13:6 39:11
rephrase
35:11
report
26:2 71:4
reporter
1:20 3:8 5:1 26:18
39:12 83:15,20
REPORTER'S
83:1
Reporting
83:15
reports
24:22 25:21

represent
16:13 29:6 46:9,17
56:9 64:18 69:3,4,9
71:6 74:15
representation
12:17 14:20 16:16,18
16:22 28:7 46:15,22
56:11 65:6 68:6,12
69:6,10,14,16,20,22
representations
47:1
represented
82:18
representing
3:3,20 28:1
represents
83:8
request
75:19 76:4,6,14,16
77:9,11,17 78:1,3,12
78:20,22 79:6 81:7
81:21
requested
26:19 79:19
requesting
19:13
requests
75:17 79:14 80:3,13
82:14
required
6:11 25:14 55:13,15
55:20,21
reserved
3:14
reside
31:4,10 36:3 45:4 79:4
residence
10:14 13:2 14:1 15:17
15:19 16:8 20:14,18
21:10 22:4,9,19 23:1
23:2,8,14 24:2,8
25:19 31:22 32:1
36:1 41:15 44:3,7
52:18 75:4
residency
10:18 22:13 23:16

JEREMY JONES  6/28/2018

32:16 34:20 35:18
48:10 53:1 65:1
resident's
38:19
residing
14:10
Resources
71:10
responsibility
12:9 18:2 77:15
responsible
7:5,11,16,21 17:23
rest
23:5
restrictions
32:17 34:20 35:18
48:11 65:1
result
34:21 78:9 83:12
returned
80:15
revealed
81:1
RICHARDSON
2:8
right
8:6 9:10,17 10:23
18:11 27:18 32:8
37:1,5 44:15,16 48:8
49:10 50:7 55:9,22
57:17 63:7,12 67:18
72:8 81:10
Road
71:5,7,13 72:2,9,23
73:6
Rosa
78:17
rules
3:6,18 4:2 6:2,13 49:5
81:9
ruling
3:14
running
26:7

S

S-H-A-R-P-E
77:6
S-O-R-N-A
9:5
sat
5:22
satisfied
24:15
satisfy
23:17 24:11
saw
22:23
saying
25:16 43:5,20,21,22
55:15 59:18 62:9
65:10 66:5 68:16
says
49:1 52:8 53:22 55:2
55:23 72:1,22 79:16
scenario
49:23 52:12
scheduled
80:1
scheduling
79:15 80:22,23
school
65:3,12,17 66:12 67:9
68:23 69:5,18 74:17
78:17
schools
19:14
search
44:2
searches
41:3,9
searching
44:7
second
48:18 49:2 58:9 76:23
Section
28:22 29:2,19 32:12
32:15 79:15
see
13:22 19:11,12 28:13
28:15,21 29:2,7
32:11 47:15 57:7,19

58:4 59:23 60:1
61:10,13 62:17,21
63:14,18,21,21
seeing
15:18
seen
82:3,5
seizures
41:4,10
sentence
48:23
separate
70:16
September
14:15,21 17:2 20:11
21:6 22:7 72:9
series
6:4
service
15:16 26:6 29:17
41:21
set
6:2
seven
67:21
seven-year-old
57:21
sex
7:6,8,13,17,23 8:2,7
8:21 9:13,20 12:5,13
14:14 18:7 38:13,20
39:1,4,7,16,22 40:1,6
40:9,15,17,19,21
45:8 46:11 50:23
57:7,14,20 63:6
77:15 79:2
Sharpe
77:6
sheet
71:2
Short
75:13
Shorthand
1:20 3:8
show
10:23 11:1 22:12

23:23 24:8 38:22
51:2,4,10 56:20
60:12 70:5,11 71:19
showed
13:18 17:1 26:21
showing
11:6 25:18 27:20 50:8
70:15 73:9,19
shows
51:15,20
shredded
62:13
sic
69:9 70:18
side
23:2
sides
28:10
sign
17:23
signature
62:18,20,20 63:18,19
63:22 64:1
signed
16:5 58:12,20 63:7
64:9,12,16,17
signing
18:12 23:18
simply
38:2
single
36:10 43:14
sir
5:19 6:1,15 7:3 8:11
8:20 9:11 10:10,22
11:8,10,15 12:23
13:12,15 14:2,13,22
15:9 16:9,12,17,23
17:15,20 19:3 20:4,8
20:12 21:4,8,12,18
22:2,13,22 24:4,6,14
25:22 26:22 27:10,13
27:19 28:8,14,23
29:5 30:8,21 31:6,11
31:13 32:3,7,13,19
33:2,8 34:2,12 35:1

JEREMY JONES   6/28/2018

Page 12

37:12,19 38:7,10
40:7 41:1 43:10,16
43:19 44:15,18 46:16
46:23 48:9,12,14
50:7,18 51:9 53:3
54:8,11,14 55:19,21
56:12,19 57:9,11
58:6,15 59:11 61:17
62:6,19 63:19 64:7
64:15 65:5 66:20
68:11,15,18 69:1,8
69:15,21 70:4,20
71:14 72:17 73:15
74:7,10,21 75:8 76:5
76:15 77:10 78:2,11
78:21 79:7
**sitting**
21:19 81:10
**sixth**
63:10 78:12
**Smith**
2:19
**sole**
39:3,15
**somebody**
41:15
**someone's**
43:15,17
**SORNA**
9:5
**sorry**
28:17 33:17
**sound**
16:10 20:5
**speak**
5:6 16:4
**speaking**
13:5,7 14:18 27:16
63:11 68:3
**special**
7:4,12,21
**specific**
6:23
**spell**
14:5
**spending**

79:9
**spoke**
14:17 16:7
**STABLER**
2:7
**STAN**
2:7
**standard**
10:13
**standing**
22:19 23:9 25:1
**start**
5:15 77:16
**started**
10:2 45:5
**Starting**
29:13
**state**
1:21 2:9 3:9 5:16
10:15 19:18 83:2,20
**stated**
22:18 23:22 24:6
**States**
1:1 15:16 26:5 41:20
**status**
52:5,7,7,8
**statute**
9:21 25:4,17 29:11
30:20 32:2 34:4,11
37:5,10 54:9 55:9
66:4
**statute's**
10:20
**statutes**
25:13 36:17,19
**statutory**
48:17 49:3
**stay**
47:9,12 48:15 53:20
**stayed**
16:2
**stenotype**
83:7
**stipulated**
3:2,19
**stipulation**

1:16
**stipulations**
3:1 5:2 47:8 48:12
65:20
**stood**
22:3
**STRANGE**
1:11 2:7
**street**
1:18 2:4,15 59:19
**strike**
35:16 77:16
**strike-throughs**
29:12
**sub**
78:22
**submit**
19:2 80:12
**submits**
19:18
**submitted**
28:6 31:18
**subpoena**
81:8,20,22
**Subsection**
29:3 30:11,12 31:3,22
**suffice**
25:2
**sufficient**
24:18
**sufficiently**
29:21
**supposed**
67:23
**sure**
12:23 14:17 16:21
18:10 19:23 20:20
44:9 46:8 48:23
54:20 61:13 62:16
66:1 68:2,4 70:9
72:14 73:17 75:12
81:11,17 82:1,8
**sworn**
5:6
**system**
19:11,19,22 61:10,12

61:16

**T**

**T**
67:10 69:5,10,17
74:17 78:16
**take**
12:21 41:12 72:18
75:10
**taken**
1:15 3:5,7 28:5 83:6
**talk**
49:9,12
**talked**
75:4
**talking**
21:6 51:16
**tecum**
81:9,20,23
**tell**
31:23 51:5 56:4 71:20
72:19 74:1
**telling**
47:23
**tentatively**
81:12
**term**
36:3
**terms**
12:10 34:14
**test**
26:12
**testified**
5:8
**testimony**
18:13 28:5 39:2,6 83:9
**Thank**
14:9 20:9 38:11
**thereto**
83:7
**things**
19:14 24:11,16,20
79:23
**think**
45:5,6,9,11 52:4 54:7
**third**

JEREMY JONES   6/28/2018

Page 13

52:6 76:16 77:1
80:18 81:3
**third-party**
80:9
**three**
36:19 54:7,10 55:6
**time**
3:14,15 6:18 10:2 13:7
17:11 20:1,2 23:19
25:23 27:2 41:16,18
45:23 53:19 55:16
66:11 67:14 71:4
79:9 80:4 81:23
**times**
33:9,19,22,23 42:1
**titled**
29:3
**today**
5:15 28:5 49:19 56:7
56:10 58:15
**Tominique**
63:2,4,5
**Tommie**
4:13 50:16,20 51:3
56:15 77:2
**tools**
78:15
**top**
52:6 56:3 64:4
**trained**
8:12 33:4,10,22,23
37:13,17,22 38:6,8
41:3
**training**
37:18,20,22 38:1
75:21 76:1,8
**transcribed**
83:7
**transcript**
83:6,9
**transcription**
83:8
**trial**
3:22
**true**
11:22 13:4,11 21:10

22:21 23:8 24:3,9
34:23 56:17 62:5
68:1,22 72:10 83:8
▓▓▓▓
74:14,15 78:16,23
79:4
**truth**
5:7,7,8
**truthfully**
6:12
**trying**
80:1 81:3,4
**two**
24:20 66:23 67:6
70:15,16
**two-**
75:10
**type**
10:17 22:12 23:15
38:1 52:23

**U**

**Uh-huh**
6:5 9:7,19,22 11:13
12:7 13:21 19:21
20:15,17 21:16 22:6
23:21 24:1 25:6,10
29:8 30:18 32:22
35:4,20 36:8 41:11
45:2 48:19 50:1 54:1
56:2 57:16 59:4 60:7
60:10,19 62:1 63:8
67:1,4,19 71:17 73:8
73:23 74:5
**unannounced**
13:13 38:20
**understand**
6:13,18 26:10 30:19
31:19 32:4 34:14
36:7 39:14 55:4 76:3
76:14 77:8,23 78:10
78:20 79:6,23
**understanding**
25:16 30:2,6 31:9,13
31:23 35:14 37:16
54:12 66:8,10,15

**uninvited**
13:16 38:21
**unit**
7:4,13,18 8:3 14:14
51:1 63:6
**United**
1:1 15:16 26:5 41:20
**updated**
58:15
**Upton**
71:5,6,13 72:2,9
**use**
19:19
**Usual**
5:1

**V**

**valid**
81:11
**verbatim**
22:16
**versus**
81:21
**victim**
57:18,19
**victims**
7:4,13,22
**violate**
48:10
**violation**
18:3 34:19
**visit**
30:13,15,20
**visits**
10:4
**volume**
79:19
**vs**
1:9

**W**

**W.L**
51:6
**walk**
22:23
**walking**

23:11
**want**
5:15,21 6:2 7:15 13:20
29:9 35:14 41:12
42:23,23 46:17 49:8
49:9,12 53:12 58:7,8
58:17 59:19 64:3,18
64:18,21 66:2,21
67:5 71:15,18 72:18
75:16 80:18 81:21
82:9
**wanted**
15:2,6 60:22 61:2
**warrant**
15:7,12 16:5 23:18
**warrants**
78:5
**Washington**
2:10
**wasn't**
26:2 27:1,11,15 41:21
67:22
**Watch**
61:11
**way**
31:16 49:18,22 62:23
**we're**
11:1 21:6 39:15,16
50:8 56:20 65:8
70:11,19 75:14
**we've**
74:22
**website**
4:10,12,14,15,17 11:7
18:15,21,23 20:21
50:15 51:11 56:10,19
70:16 72:7,11,13,16
72:21,22 73:19 75:7
**weeks**
74:13
**went**
13:1,13,16 15:10,21
17:9 25:23 35:13
41:14,16 43:2,3,15
62:4,6 69:4,8,10
▓▓▓▓

Epiq Court Reporting Solutions - Birmingham
800-888-3376                    http://www.deposition.com

JEREMY JONES   6/28/2018

60:1,5,8 61:20 64:22
66:3 67:6 68:1,13,21
70:2
**Wiggins**
70:17,22
**Willis**
4:16 70:7 71:3,11,21
77:1
**Willis's**
72:20
**window**
42:16,21 43:18
**witness**
19:21 24:1 59:4 63:8
67:19 79:12 80:5
83:9
**word**
12:21
**work**
6:23 7:3
**worry**
49:15
**wouldn't**
52:4 53:9 61:23 62:15
**write**
19:16
**written**
82:5
**wrong**
17:4 60:6 61:22

**X**

**Y**

**yard**
22:19 23:10 25:1
**Yeah**
28:20 40:7 56:18
**year**
15:15 26:6 33:19,22
58:22
**years**
46:21 67:21
**young**
15:22 21:19 27:16
41:19

**Z**

14:8

14:4,6,10,12 16:19
17:2 20:18,22 21:2

**0**

**1**
1:6 14:15,21 20:11
21:6 22:7 33:14,16
58:5 70:15 71:2,19
75:5 76:2,19 77:22
78:8
**1:03**
1:23 82:21
**10**
31:2 74:4
**10:30**
30:16
**103**
1:18 2:15

60:5,8 61:20 64:21,22
65:8,9 66:3 67:2,7
**10th**
53:5
**11**
4:9 31:15,20
**11/1/17**
58:4
**110.1**
28:3

74:13,15 78:16,23
79:4
**12**
73:7
**12/15/21**
83:22

14:4,10 17:8 20:18,22
21:2

14:12 16:19 17:2,8
**14**
30:11,12
**15-20A-11**
32:12,15
**15-20A-4**
28:22,23 29:1,2

60:1 66:22 67:5,23
68:13,21 70:2

46:13 47:5 52:14

51:6

44:12
**17th**
58:21,22 60:20
**18**
73:3
**1970**
69:11,19
**1st**
17:2

**2**
58:7 62:17 70:15
71:16 72:18 76:6
**2,000**
65:2,11,17 66:13
68:15,16 71:7 74:16
**2:15-CV-606-WKW**
1:9
**20**
31:3
**2011**
66:17
**2014**
72:1,3
**2015**
76:19
**2017**
14:15,21 20:11 21:6
22:7 33:14,16,21
51:13 53:7 54:16,16

55:12 58:5 67:3
68:20 72:9 75:5 76:2
77:22 78:8
**2017-414**
4:11 28:2
**2018**
1:22 58:23 59:1 73:7
74:4 75:18 76:20
77:23 78:8 79:18
80:11 82:22
**21**
31:22
**231**
83:21
**26**
72:9
**27**
4:11
**28**
1:22 32:9 76:20 77:23
78:8 82:22
**28th**
75:18 79:20
**29**
79:17

**3**
29:3 51:13 54:16
55:12 59:22
**30**
79:22 80:11
**31**
2:4 32:10,11
**334.242.7997**
2:11
**334.517.1000**
2:5
**334.625.2050**
2:16
**3605**
78:17
**36104**
2:5,15
**36130**
2:10

**38-7-3**
29:19

4

5

**5**
4:7
**50**
4:12
**501**
2:10

71:5,6,12 72:2,8
**56**
4:13

6

**6**
28:13,13,21 30:17
54:16
**6/10/18**
74:3
**6/12**
73:3
**6/28/18**
56:6
**6/28/2018**
56:16
**6th**
55:14

7

**7**
28:10,11 29:2 79:15
**7/1/14**
71:1

4:15 72:22 73:6
**73**
4:16

8

9

**9**
30:10

**9/26/2017**
72:5
**9/30/18**
83:21

6/28/2018
Alabama Law Enforcement Agency Online Services



# Alabama Law Enforcement Agency
# Community Information Center

Home        Search        Sex Offender        Information        Services Home

**Criminal Sex Offender Information**

**Current Picture**

| | |
|---|---|
| Name: | DENNIS, TOMMIE LEE |
| Status: | Compliant |
| Race: | Black |
| Sex: | Male |
| Date Of Birth: | ~~▬▬▬▬▬~~ |
| Current Age: | 36 Year(s) |
| Height: | 5' 7" |
| Weight: | 180 lbs. |
| Eye Color: | Brown |
| Hair Color: | Black |
| Release Date: | 08/03/2017 |

**Physical Address**

Current Address:      ~~▬▬▬▬▬▬▬▬▬▬~~
                      MONTGOMERY, AL 36109 United States of America (the)
                      Montgomery County

| | |
|---|---|
| Address is Temporary: | No |
| Address Last Verified: | |
| Registration Date: | 06/21/2017 |
| Google Map: |  |

**Crime Information**

| | |
|---|---|
| Date of Arrest: | 01/11/2001 |
| Conviction Date: | 10/19/2001 |
| Sex Crime: | Rape 2nd |
| Crime Location: | Montgomery County, AL |
| Crime Country: | United States of America (the) |
| Description: | Victim was a fifteen year old female |
| UCR Code: | XX, Unknown |

**Scars, Marks & Tattoos**

Tattoos, Hand, right - "$ "
Tattoos, Arm, left - " T "
Tattoos, Forearm, right - "Tommie"
Other Physical Characteristics, Pierced left ear -
Other Physical Characteristics, Pierced right ear -

**Alias Names**

DENNIS, TOMMY
DENNIS, TOMMIE LEE
DENNIS, LEE
T. J. Dennis
DENNIS, LEE MY
DENNIS, T L
Tommie Davis
DENNIS, TOMMIE
DENNIS, TOMMIE L

**Schools Attending**

None Reported

**Vehicle Information**

None Reported

**Victim Information**

| | |
|---|---|
| Gender: | Female |
| Age: | 15 |

**Work Information**

| | |
|---|---|
| Occupation: | Unemployed |
| Work Address: | |

PLAINTIFF'S
EXHIBIT
C

**Special Notes**

Due to time delays in processing sex offender data, this information should be verified with the appropriate Sheriff's Office or Chief of Police.

Alabama Law Enforcement Agency Online Services



## Alabama Law Enforcement Agency
## Community Information Center

Home    Search    Sex Offender    Information    Services Home

### Criminal Sex Offender Information

| | |
|---|---|
| Name: | BUYCKS, JAMES EDWARD |
| Status: | Compliant |
| Race: | Black |
| Sex: | Male |
| Date Of Birth: | ▓▓▓▓▓ |
| Current Age: | 65 Year(s) |
| Height: | 5' 6" |
| Weight: | 186 lbs. |
| Eye Color: | Brown |
| Hair Color: | Black |
| Release Date: | 01/23/2003 |

**Current Picture**

### Physical Address

Current Address: ▓▓▓▓▓▓▓▓▓▓
MONTGOMERY, AL 36105 United States of America (the)
Montgomery County

Address is Temporary: No
Address Last Verified: 02/06/2018
Registration Date: 11/01/2017
Google Map:

### Crime Information

| | |
|---|---|
| Date of Arrest: | 05/19/1992 |
| Conviction Date: | 05/19/1992 |
| Sex Crime: | Sexual Abuse 1st |
| Crime Location: | Montgomery County, AL |
| Crime Country: | United States of America (the) |
| Description: | Victim was a seven year old female |
| UCR Code: | XX, Unknown |

### Scars, Marks & Tattoos
Scars, Hand, right - Burned right hand

### Alias Names
James e Buycks
Cookie
Buyck, James E
Cookie Boy Buycks

### Schools Attending
None Reported

### Victim Information
Gender: Female
Age: 7

### Vehicle Information
Vehicle: 0 Unknown None Reported
Tag: Unknown 0
Color: Unknown

### Work Information
Occupation: Disabled
Work Address:

**PLAINTIFF'S EXHIBIT**

### Special Notes
Due to time delays in processing sex offender data, this information should be verified with the appropriate Sheriff's Office or Chief of Police.

Disclaimer: Contact local law enforcement for more information.

### Comments/Information
If you would like to leave a comment with us or inform us of some issue with this offender. If you require a response please enter your email address as well.



## ALABAMA LAW ENFORCEMENT AGENCY
# Sex Offender Registration

CHECK ONE:
( ) New Registration
(x) Quarterly Registration
( ) Yearly Registration
( ) Address Change
( ) Employment Change
( ) School Change
( ) Temporary Address
( ) Homeless

### Offender Information

| Full Name | Last | First | Middle | Suffix |
|---|---|---|---|---|
| | BUYCKS | JAMES | EDWARD | N/A |

| Social Security Number | Birth Date | Place of Birth | Blood Type |
|---|---|---|---|
| | | Montgomery, AL. | Unknown |

| Alternate SSN | Alternate DOB | Home/Cell Phone | Work Phone |
|---|---|---|---|
| | | | Unknown |

| Race | Gender | Hair Color | Eye Color | Height | Weight | Skin Tone |
|---|---|---|---|---|---|---|
| Black | Male | Black | Black | 5'6" | 186 | Dark Brown |

Aliases/Nicknames/Ethnic/Tribal Names
Cookie  Buycks, James Edward Buyck,

Registration Status: ( ) Absconded  ( ) Unknown  (X) Compliant  ( ) Non-compliant

| Nearest Relative | Name | Relationship | Phone Number |
|---|---|---|---|
| | Authur  Buycks | Brother | |

Offender's Address

Mailing Address
Street Address (if different)

☐ Check if temporary
List Date Range:
Apartment#
Time at this residence: 6 Mos.

City: Montgomery  County: Montgomery  State: AL  Zip Code: 36105

Are there any minors living at this address? (List names/ages/relationship) NO

Previous Address
Street  Apartment#
City  County  State  Zip Code

Checked for warrants  Y ☒  N ☐     Outstanding warrants  Y ☐  N ☒

| FBI Number | SID Number | AIS Number |
|---|---|---|
| | | None Reported |

Any Cautions/Medical Conditions
Adult Sex Offender
Kidney failure

Scar/Marks/ Tattoos:
SCAR on R_Hand Burn Scar, .
*Burned Right hand*

### Employment/School Information including day labor, volunteer, unpaid internship, etc.

Occupation: Offender's Position or Job Title
is this employment within 2,000 ft of a school or daycare? Y ☐  N ☐

Employer
Name: Disabled
Address
Work Location (if different than employer address)

School
School Name: None Reported  School Address: None Reported

## Other Identifying Information

| | |
|---|---|
| Driver License/State ID numbers (include issuing State) | |
| Passport, Military ID, Immigration ID, Professional Licenses, etc. | |
| Professional Licenses (include type and number) | |
| Internet Identifiers/Addresses (Email, Facebook, Twitter, etc.) | N/A |
| Internet Service Providers (e.g. Charter, AT&T, etc.) | N/A |

## Offense Information

Offense (include code section if known) (attach additional sheets if necessary)
13A-6-66 Sexual Abuse in the First Degree     UCR Code

Offense Description
Subjected a 7 year old female to sexual

| | | | | |
|---|---|---|---|---|
| Date of Arrest | State of Crime AL | City of Crime | Court Case # None | Disposition Date 06/01/1991 |
| Victim | Age 7 | Race/Gender Black / FEMALE | Relationship Niece | |
| Weapon | Type None | | Make | Description |

| Court (Check one in each box) | Jurisdiction | Type | Status | DNA Available |
|---|---|---|---|---|
| | ☒ Alabama conviction | ☐ Youthful Offender | ☐ Probation | ☐ Yes |
| | ☐ Out of State | ☐ Juvenile | ☐ Parole | ☐ No |
| | ☐ Military | ☒ Adult | ☐ None | |
| | ☐ Federal | | | |

## Vehicle Information (includes land, aircraft and watercraft vehicles)

Select:  ☐ Personal   ☐ Work   ☐ Other

| Type NR - None Reported | Make None Reported | Model None Reported | Style/Color | Tag # / State | Year |
|---|---|---|---|---|---|
| Vehicle Identification # 0 | Address vehicle is kept | | Plate Category | Plate Type | Year Expires |

By signing below, I affirm that all the information I have given is true and correct and is in compliance with Alabama Sex Offender Registration and Community Notification Act. Failure to accurately complete and return this form could result in a felony conviction.

Offender Signature  *James E. Banks*   Date 4/17/18
Reporting Officer Signature  *T Bailey*   Date 4/17/18

## Responsible Agency

| | |
|---|---|
| Reporting Officer | T Bailey |
| Agency Name | Montgomery AL Police Department |
| Address | 1751 Congressman W.L. Dickinson Drive Montgomery AL 36109 |
| Phone | (334) 625-3632 |
| Contact Email | JBBOLTON@montgomeryal.gov |

After verifying the offender information for accuracy and completeness, enter your agency identifying information and return this form along with a current photograph and fingerprints of the offender to:

ALEA Sex Offender Registration Unit
P O Box 1511
Montgomery, AL 36102-1511

sexoffenderunit@alea.gov
Main (334) 353-1172
Fax  (334) 353-2563

# ALABAMA LAW ENFORCEMENT AGENCY
## Sex Offender Registration Unit

---

## Adult Sex Offender Responsibilities Acknowledgement
### Full Requirements

The Alabama Sex Offender Registration and Community Notification Act[1] ("Act") places requirements and restrictions on adult sex offenders. This document summarizes the responsibilities of an adult sex offender within Alabama. The provisions of the Act are applicable without regard to when the crime or crimes were committed, or when the duty to register pursuant to the Act arose.

**Select Registration Cycle:**

| | | |
|---|---|---|
| ☒ January April July October  *Initial* | ☐ February May August November  *Initial* | ☐ March June September December  *Initial* |

To complete registration, an adult sex offender must acknowledge the following responsibilities:

**No.  Initial  Provision**

1. The offender shall register all required registration information listed in §15-20A-7 at least 30 days prior to release or immediately upon notice of release if release is less than 30 days. §15-20A-9

2. The offender must appear in person within three (3) business days of release from incarceration or within three (3) business days of conviction if the offender is not incarcerated, and register all required registration information with local law enforcement[2] in each county where the offender resides or intends to reside, accepts or intends to accept employment, accepts or intends to accept a volunteer position[3], and begins or intends to begin school attendance. §15-20A-10

3. Within three (3) business days of establishing a new residence, accepting employment, accepting a volunteer position or beginning school attendance, the offender must appear in person to register with local law enforcement in each county where the offender establishes a residence, accepts employment, accepts a volunteer position or begins school attendance. §15-20A-10

4. Within three (3) business days of transferring or terminating[4] any residence, employment or school attendance, the offender must appear in person to notify local law enforcement in each county where the offender is transferring or terminating residence, employment or school attendance. §15-20A-10

5. Within three (3) business days of any name change, the offender must appear in person to update the information with local law enforcement in each county in which the offender is required to register. No offender may change his or her name unless the change is incident to a change in marital status or necessary to effect the exercise of his or her religion. §§15-20A-10, -36

---

[1] §§15-20A-1 et seq., Code of Alabama 1975, as amended by Act 2017-414.

[2] Local Law Enforcement – The sheriff of the county and, if the location subject to registration is within the corporate limits of any municipality, the chief of police, or the chief law enforcement officer for a federally recognized Indian tribe, if applicable.

[3] Volunteer Position - Any arrangement where a person works without compensation for any period of time on behalf of a business, school, charity, child care facility, or other organization or entity, provided that a volunteer position does not include any time spent traveling as a necessary incident to performing the uncompensated work.

[4] The phrase "transferred or terminated" a residence is when an offender vacates his or her residence or fails to spend three (3) or more consecutive days at his or her residence without previously notifying local law enforcement or completing a travel notification document.

Page 1

PC-1, R, 1, 2017

ALABAMA LAW ENFORCEMENT AGENCY

Sex Offender Registration Unit

| No. | Initial | Provision |
|---|---|---|
| 6. | JEB | Within three (3) business days of changing any required registration information, including transferring or terminating a residence, the offender must appear in person and update the required registration information with local law enforcement in each county in which the offender resides. However, any changes in telephone numbers, email addresses, instant message addresses, or other on-line identifiers or internet service providers may be reported to local law enforcement in person, electronically, or telephonically as required by the local law enforcement agency. §15-20A-10 |
| 7. | JEB | The offender has seven (7) days from release to comply with the residency restrictions listed in Section 15-20A-11(a). §15-20A-10 |
| 8. | JEB | The offender shall not establish a residence or maintain a residence after release or conviction within 2,000[5] feet of the property of any school, child care facility or resident camp facility. §15-20A-11 |
| 9. | JEB | The offender shall not establish a residence or maintain a residence after release or conviction within 2,000 feet of the property on which any of his or her former victim/s or an immediate family member of the victim/s reside. §15-20A-11 |
| 10. | JEB | The offender shall not reside or conduct an overnight visit[6] with a person under the age of 18 years, except as elsewhere provided by law in Section 15-20A-11. §15-20A-11 |
| 11. | JEB | An offender who no longer has a fixed residence[7] is considered homeless and must appear in person within three (3) business days and report the change in his or her fixed residence to local law enforcement where he or she is registered. §15-20A-12 |
| 12. | JEB | In addition to complying with the registration and verification requirements in Section 15-20A-10 (listed above), a homeless sex offender who lacks a fixed residence, or who does not provide an address at a fixed residence at the time of release or registration, must report in person once every seven (7) days to the law enforcement agency where he or she resides. If the offender resides within the city limits of a municipality, the offender must report to the chief of police. If the offender resides outside the city limits of a municipality, the offender must report to the sheriff of the county. §15-20A-12 |
| 13. | JEB | If a homeless sex offender obtains a fixed residence in compliance with Section 15-20A-11, within three (3) business days, the offender must appear in person to update his or her residence information with local law enforcement in each county of residence. §15-20A-10, -12 |
| 14. | JEB | The offender shall not accept or maintain employment or a volunteer position at any school, childcare facility, mobile vending business that provides services primarily to children, or any other business or organization that provides services primarily to children, or any amusement or water park. §15-20A-13 |
| 15. | JEB | The offender shall not accept or maintain employment or a volunteer position within 2,000 feet of the property on which a school or childcare facility is located unless otherwise exempted pursuant to Sections 15-20A-24 and 15-20A-25. §15-20A-13 |
| 16. | JEB | An offender convicted of an offense involving a child shall not accept or maintain employment or a volunteer position within 500 feet of a playground, park, athletic field or facility, or any other business or facility having a principal purpose of caring for, educating, or entertaining minors. §15-20A-13 |
| 17. | JEB | The offender must appear in person to verify all required registration information with local law enforcement in each county where the offender resides during the offender's birth month and every three (3) months thereafter for the duration of the offender's life. §15-20A-10 |

---

[5] 2000 foot measurement - Measurements are calculated by measuring from property line to property line, in a straight line.

[6] Overnight Visit – any presence between the hours of 10:30 pm and 6:00 am

[7] Fixed Residence – a building or structure, having a physical address or street number, that provides shelter in which a person resides.

ALABAMA LAW ENFORCEMENT AGENCY

Sex Offender Registration Unit

| No. | Initial | Provision |
|-----|---------|-----------|
| 18. | JEB | Within three (3) business days before an offender temporarily leaves his or her county of residence for a period of three (3) or more consecutive days, the offender must report in person to the sheriff in each county of residence and complete and sign a travel notification document. §15-20A-15 |
| 19. | JEB | An offender who intends to travel outside the United States must report in person to the sheriff in each county of residence and complete a travel notification document at least twenty-one (21) days prior to travel. If the travel outside of the United States is for a family or personal medical emergency or death in the family, the offender must report in person to the sheriff within three (3) days prior to travel. §15-20A-15 |
| 20. | JEB | Upon returning to the county of residence after travel, the offender must report to the sheriff in each county of residence within three (3) business days. §15-20A-15 |
| 21. | JEB | The offender shall not contact, directly or indirectly, in person or through others, by phone, mail, or electronic means, any former victim unless otherwise exempted pursuant to Section 15-20A-16. §15-20A-16 |
| 22. | JEB | The offender shall not knowingly come within 100 feet of any of his or her former victims unless otherwise exempted pursuant to Section 15-20A-16. §15-20A-16 |
| 23. | JEB | No offender shall make any harassing communication, directly or indirectly, in person or through others, by phone, mail or electronic means to the victim or any immediate family member of the victim. §15-20A-16 |
| 24. | JEB | An offender convicted of a sex offense involving a person under the age of 18, shall not loiter on or within 500 feet of the property line of any property on which there is a school, childcare facility, playground, park, athletic field or facility, school bus stop, college or university, or any other business or facility having a principal purpose of caring for, educating, or entertaining minors. §15-20A-17 |
| 25. | JEB | An offender convicted of a sex offense involving a person under the age of 18 shall not enter onto the property of a K-12 school while school is in session or attend any K-12 school activity unless the offender has previously notified the principal of the school, or his or her designee, and meets all the requirements of Section 15-20A-17(b). §15-20A-17 |
| 26. | JEB | The offender shall obtain and have in his or her possession at all times a valid driver license or identification card issued by the Alabama Law Enforcement Agency. This driver license or identification card shall bear a designation that enables law enforcement officers to identify the licensee as a sex offender. The offender shall obtain this within fourteen (14) days of his or her initial registration following release, initial registration upon entering this state to become a resident, or immediately following his or her next registration after July 1, 2011. §15-20A-18 |
| 27. | JEB | Whenever the offender obtains such driver license or identification card, the offender shall relinquish to the Alabama Law Enforcement Agency any other driver license or identification card previously issued to him or her by a state motor vehicle agency which does not bear a designation that enables law enforcement officers to identify the licensee as a sex offender. §15-20A-18 |
| 28. | JEB | The offender shall not mutilate, mar, change, reproduce, alter, deface, disfigure, or otherwise change the form of any driver license or identification card issued to him or her by the Alabama Law Enforcement Agency which bears any designation that enables law enforcement officers to identify the licensee as a sex offender. §15-20A-18 |
| 29. | JEB | All out-of-state offenders must appear in person within three (3) business days of entering this state to establish a residence, accept employment, accept a volunteer position or begin school attendance, and register all required registration information with local law enforcement in each county of residence, employment, volunteering or school attendance. §15-20A-14 |

## ALABAMA LAW ENFORCEMENT AGENCY

### Sex Offender Registration Unit

| No. | Initial | Provision |
|-----|---------|-----------|
| 30. | JEB | An out-of-state offender must provide each registering agency with a certified copy of his or her sex offense conviction within thirty (30) days of initial registration. §15-20A-14 |
| 31. | JEB | The offender shall pay a registration fee of $10 to each registering agency where the offender resides beginning with the first quarterly registration on or after July 1, 2011 and at each quarterly registration thereafter. §15-20A-22 |
| 32. | JEB | Each time the offender terminates his or her residence and establishes a new residence, he or she shall pay a registration fee of $10 to each registering agency where the offender establishes a new residence. §15-20A-22 |
| 33. | JEB | Any offender who knowingly violates the Act shall be guilty of a Class C felony. §§15-20A-1 et seq. |
| 34. | JEB | Any offender convicted of violating the Act shall be subject to a $250 fine. §§15-20A-1 et seq |

By signing below, I acknowledge that I have read the above information and responsibilities and that I am aware of all that is required of me under the Alabama Sex Offender Registration and Community Notification Act. If I fail to comply with any provision of the Act, I understand that I may be charged with a Class C felony in Alabama. Additionally, I have been advised and understand that under the Act and Federal law, I must register as a sex offender. I understand that I must register and keep my registration current in each jurisdiction in which I reside, in each jurisdiction where I am employed, in each jurisdiction where I volunteer and in each jurisdiction where I am a student. I have been advised and understand that failure to comply with these obligations subjects me to prosecution for failure to register or update my registration under Federal law, 18 U.S.C. 2250, punishable by up to 10 years of imprisonment.

Offender

_James E. Buycks_
Signature

_James E. Buycks_
Printed Name

_4-17-18_
Date

Montgomery Police Department SVU
Registering Agency

_J Bailey_
Officer's Signature

_J Bailey_
Officer's Printed Name

_4/17/18_
Date

Page 1

# MONTGOMERY POLICE DEPARTMENT

Criminal Investigations Division

Special Victims Bureau

Sex Offender Management

Main CID Office (334) 625-3832

I, _____, have RECEIVED and
READ the NEW Alabama Community Notification Act (ACT No.
2011-640). _____ (Initials)

I am also aware the Montgomery Police Department Sex Offender
Management hours are **8:00 am – 12:00 pm Monday – Thursday
ONLY**, *except for holidays – which will be posted.*

Line # 31 was explained to me by _____
(Sexual Misconduct & Indecent Exposure) Will make payments next registration.
_____

A copy of my ID/Driver's License was provided. _____ (Initials)
YES/~~NO~~ _____ REASON? _____

_James E Biggs_____
Sex Offender

_2Bailey_____
Registering Officer

_4-17-'8_____
Date

_4|17|18_____
Date

# MONTGOMERY POLICE DEPARTMENT

Criminal Investigations Division
Special Victims Bureau
Sex Offender Management
Main CID Office (334) 625-3832

I, _James E Buycks_ , a criminal sex offender, understand that according to the Alabama Sex Offender Registration and Community Notification Act (ACT No. 2011-640 Section 22 of the State of Alabama), I must pay a fee of **$10.00** (ten dollars) each time I register.

If I am unable to pay the required **$10.00** (ten dollars) registration fee today I understand I MUST pay the required fee no later than 90 days from today's date which will be my next registration date or a warrant for my arrest will be issued.

_James E Buycks_
Sex Offender

_JBatty_
Registering Officer

_5-17-18_
Date

_4/17/18_
Date

---

My outstanding registration fees include the following:

_____ , _____ , _____

_____ , _____ , _____

Currently I owe the total of: _____

# Criminal Investigations Division
## Special Victims Bureau
## Sex Offender Management
## Main CID Office (334) 625-3832

I, _____, a criminal sex offender, understand that according to the Alabama Community Notification Act (ACT No. 2011-640), I must register as a criminal sex offender in accordance with the law as reflected in the schedule below:

| *BIRTH MONTH* | *Register during the month of:* |
|---|---|
| JANUARY | January, April, July October |
| FEBRUARY | February, May, August, November |
| MARCH | March, June, September, December |
| APRIL | April, July, October, January |
| MAY | May, August, November, February |
| JUNE | June, September, December, March |
| JULY | July, October, January, April |
| AUGUST | August, November, February, May |
| SEPTEMBER | September, December, March, June |
| OCTOBER | October, January, April, July |
| NOVEMBER | November, February, May, August |
| DECEMBER | December, March, June, September |

I further understand that if I am a criminal sex offender and am homeless, I must report to the Sheriff of the County and the Chief of Police of the City in which I reside weekly and that registration hours are from 8:00 am – 12:00 pm Monday – Thursday ONLY, except for holidays.

_____
Sex Offender

_____
Registering Officer

_____
Date

_____
Date

# Montgomery County Sheriff's Office
## Sex Offender Management

The purpose of this memorandum is to inform you that you must register with the Montgomery County Sheriff's Office as a criminal sexual offender. Until you have reported to the Montgomery County Sheriff's Office located at 115 South Perry Street Montgomery, AL you **have not registered** and are therefore subject to criminal prosecution under Alabama Sex Offender Registration and Community Notification Act, Act 2011-640, a class C Felony. Furthermore, if you are a convicted sex offender from another state and fail to register as is required by the Alabama Sex Offender Registration and Community Notification Act you may be subject to prosecution by the US Government under 18 U.S.C. 2250, punishable by up to 10 years of imprisonment.

Registration hours are currently from 08:00 to 12:00 pm Monday through Friday in the Sex Offender Registration Office located on the second floor of the Montgomery County Sheriff's Office. If there is any problem with registering during the allotted times please contact Lieutenant L.H. Persky at 334-832-7778 in order to make arrangements.

_____
Offenders Signature

_____
Officers Signature

4-17-18
_____
Date

4|17|18
_____
Date



## ALABAMA LAW ENFORCEMENT AGENCY
# Sex Offender Registration

CHECK ONE:
( ) New Registration
( ) Quarterly Registration
( ) Yearly Registration
( ) Address Change
( ) Employment Change
( ) School Change
( ) Temporary Address
( ) Homeless

### Offender Information

| | | | | |
|---|---|---|---|---|
| **Full Name** Last: Buycks | First: James | | Middle: Edward | Suffix |
| **Social Security Number** | Birth Date | Place of Birth: Monta.. | | Blood Type |
| Alternate SSN | Alternate DOB | Home/Cell Phone ( ) | Work Phone ( ) | |

| Race: BK | Gender: Male | Hair Color: BIK | Eye Color: BIK | Height: 5'5½ | Weight: 160 | Skin Tone: BIK |
|---|---|---|---|---|---|---|

Aliases/Nicknames/etc.: Cookie boy

Registration Status: ( ) Absconded  ( ) Compliant  ( ) Unknown  ( ) Non-compliant

| **Nearest Relative** Name: Authur Buycks | Relationship: Brother | Phone Number: ( ) |
|---|---|---|

**Offender's Address**

Mailing Address:

Street Address (if different):

☐ Check if temporary

Lst Date Range:

| City: Montgo | County | | State: Ala | Zip Code: 36105 |
|---|---|---|---|---|

Apartment #  Time at this residence

Are there any minors living at this address? (List name/age/relationship)

Previous Address: Street:

Apartment #

| City | County | State | Zip Code |
|---|---|---|---|

Checked for warrants   Y☐   N☑           Outstanding warrants   Y☐   N☐

| FBI Number | SID Number | AIS Number |
|---|---|---|

| Any Cautions/Medical Conditions | Scars/Marks/Tattoos |
|---|---|

### Employment / School Information

**Occupation**: Offender's Position or Job Title

Is this employment within 2,000 ft of a school or daycare? Y☐ N☐

**Employer** Name: N/A

Address:

Work Location (if different than employer address)

**School** School Name:

School Address:

A Form 47

1/1/2016

## Other Identifying Information

| Driver License/State ID numbers (include issuing State) | *N/A* |
|---|---|
| Passport, Military ID, Immigration ID, Professional Licenses, etc. | |
| Professional Licenses (include type and number) | |
| Internet Identifiers/Addresses (Email, Facebook, Twitter, etc.) | |
| Internet Service Provider (e.g., Charter, AT&T, etc.) | |

## Offense Information

| Offense (include code section if known) (attach additional sheets if necessary) | | UCR Code |
|---|---|---|
| Sexual Abuse I | | |

Offense Description

| Date of Arrest | State of Crime | City of Crime | Court Case # | Disposition Date |
|---|---|---|---|---|
| | | | | |

| Victim | Age | Race/Gender | Relationship | |
|---|---|---|---|---|
| Weapon | Type *NA* | | Make | Description |

| Court (check box(es) that apply) | Jurisdiction | Type | Status | DNA Available |
|---|---|---|---|---|
| | ☐ Alabama conviction<br>☐ Out of State<br>☐ Military<br>☐ Federal | ☐ Youthful Offender<br>☐ Juvenile<br>☐ Adult | ☐ Probation<br>☐ Parole<br>☐ None | ☐ Yes<br>☐ No |

## Vehicle Information (including but not limited to motor vehicles)

**Select: ☐ Personal   ☐ Work   ☐ Other**

| Type | Make | Model | Style/Color | Tag # / State | Year |
|---|---|---|---|---|---|
| Vehicle Identification # | Address vehicle is kept *N/A* | | Plate Category | Plate Type | Year Expires |

**Select: ☐ Personal   ☐ Work   ☐ Other**

| Type | Make | Model | Style/Color | Tag # / State | Year |
|---|---|---|---|---|---|
| Vehicle Identification # | Address vehicle is kept | | Plate Category | Plate Type | Year Expires |

By signing below, I affirm that all the information I have given is true and correct and is in compliance with the Alabama Sex Offender Registration and Community Notification Act. Failure to accurately complete and return this form could result in a felony conviction.

Offender Signature  *James E Buycks*     Date  *4-20-18*

Reporting Officer Signature  _____     Date  *8/24/18*

## Responsible Agency

| Reporting Officer | Lt Persky          Sergeant Oliver |
|---|---|
| Agency Name | Montgomery County Sheriff's Office |
| Address | 115 South Perry Street Montgomery, Alabama 36104 |
| Phone | 334-832-4980 |
| Contact Email | leighpersky@mc-ala.org   or   jessieoliver@mc-ala.org |

| After verifying the offender information for accuracy and completeness, enter your agency identifying information and email or mail this form along with a current photograph and fingerprints of the offender to: | ALEA Sex Offender Registration Unit<br>P O Box 1511<br>Montgomery AL 36102-1511 | sexoffenderunit@alea.gov<br>Main   (334) 353-1172<br>Fax    (334) 353-2563 |
|---|---|---|

# ALABAMA LAW ENFORCEMENT AGENCY
### Sex Offender Registration Unit

## Adult Sex Offender Responsibilities Acknowledgement
### Full Requirements

The Alabama Sex Offender Registration and Community Notification Act[1] ("Act") places requirements and restrictions on adult sex offenders. This document summarizes the responsibilities of an adult sex offender within Alabama. The provisions of the Act are applicable without regard to when the crime or crimes were committed, or when the duty to register pursuant to the Act arose.

**Select Registration Cycle**

| | | |
|---|---|---|
| ◉ January April July October | ○ February May August November | ○ March June September December |
| Initial: JEB | Initial: | Initial: |

To complete registration, an adult sex offender must acknowledge the following responsibilities:

| Initial | Provision |
|---|---|
| JEB | The offender shall register all required registration information listed in §15-20A-7 at least 30 days prior to release or immediately upon notice of release if release is less than 30 days. |
| JEB | The offender is required to register all required registration information within three (3) business days of release, or conviction if the offender is not incarcerated, with local law enforcement[2] in each county where the offender intends to reside, be employed or attend school. |
| JEB | The offender has seven (7) days from release to comply with the residency restrictions listed in Section 15-20A-11(a). |
| JEB | The offender is required to register within three (3) business days of establishing a new residence, accepting employment or beginning school attendance with local law enforcement in each county in which the offender establishes residence, accepts employment or begins school attendance. |
| JEB | The offender is required to register within three (3) business days of transferring or terminating a residence, employment or school attendance with local law enforcement in each county in which the offender is terminating residence, employment or school attendance. |
| JEB | The offender shall appear in person within three (3) business days of any name change to update the information with local law enforcement in each county in which the offender is required to register. No offender may change his or her name unless the change is incident to a change in marital status or necessary to effect the exercise of his or her religion. |
| JEB | Whenever an offender changes any required registration information, the offender must appear in person and update the required registration information with local law enforcement in each county in which the offender resides; however, any changes in telephone numbers, email addresses, instant message addresses, or other on-line identifiers or internet service providers may be reported to local law enforcement in person, electronically, or telephonically as required by the local law enforcement agency. |

---

[1] §§15-20A-1ff, Code of Alabama 1985, as amended by Act 2015-463

[2] Local Law Enforcement – The sheriff of the county and, if the location subject to registration is within the corporate limits of any municipality, the chief of police.

ALABAMA LAW ENFORCEMENT AGENCY

Sex Offender Registration Unit

| Initial | Provision |
|---|---|
| JEB | The offender shall not establish a residence, maintain a residence after release or conviction, or establish any other living accommodation within 2,000 feet of the property line of any school, child care facility or resident camp facility. |
| JEB | The offender shall not establish a residence, maintain a residence after release or conviction, or establish any other living accommodation within 2,000 feet of the property line on which any of his or her former victims or the victims' immediate family members reside. |
| JEB | The offender shall not establish a residence, maintain a residence or any other living accommodation or have any overnight visit where a person under the age of 18 years of age resides, except as elsewhere provided by law in Section 15-20A-11. |
| JEB | An offender who no longer has a fixed residence is considered homeless and must report such change in person within three (3) business days to local law enforcement. The offender must then follow all provisions in §15-20A-12 concerning homeless sex offenders, including weekly registration. |
| JEB | The offender shall not apply for, accept, or maintain employment or vocation or volunteer at any school, childcare facility, mobile vending business that provides services primarily to children, or any other business or organization that provides services primarily to children. |
| JEB | The offender shall not apply for, accept, or maintain employment or volunteer for any employment or vocation within 2,000 feet of the property on which a school or childcare facility is located unless otherwise exempted pursuant to Sections 15-20A-24 and 15-20A-25. |
| JEB | The offender, if convicted of an offense involving a child, shall not shall apply for, accept, or maintain employment or vocation or volunteer for any employment or vocation within 500 feet of a playground, park, athletic field or facility, or any other business or facility having a principal purpose of caring for, educating, or entertaining minors. |
| JmB | The offender shall appear in person and register all required registration information with local law enforcement in each county where the offender resides during the offender's birth month and every three months thereafter for the duration of the offender's life. |
| JB | All out-of-state offenders must register in person within three (3) business days upon entering this state to establish a residence, begin employment, or begin school attendance with local law enforcement in each county of residence, employment, or school attendance and must provide a certified copy of their conviction within 30 days of the initial registration. |
| JEB | Prior to temporarily leaving his or her county of residence for a period of three (3) or more consecutive days, the offender shall report such information to the sheriff within the county of residence, in person within three (3) business days prior to leaving, and complete a travel permit. |
| JEB | The offender must report in person to the sheriff in each county of residence at least 21 days prior to traveling outside the United States of America and complete a travel permit. |
| JEB | Upon returning to the county of residence after travel, the offender must report to the sheriff in each county of residence within three (3) business days. |
| JEB | The offender shall not knowingly come within 100 feet of any of his or her former victims unless otherwise exempted pursuant to Section 15-20A-16. |
| JEB | The offender shall not contact, directly or indirectly, in person or through others, by phone, mail, or electronic means, any former victim unless otherwise exempted pursuant to Section 15-20A-16. |
| JEB | No offender shall make any harassing communication, directly or indirectly, in person or through others, by phone or electronic means to the victim or any immediate family member of the victim. |

2

ALABAMA LAW ENFORCEMENT AGENCY

Sex Offender Registration Unit

| Initial | Provision |
|---------|-----------|
| JEB | The offender, if convicted of a sex offense involving a minor, shall not loiter within 500 feet of the property line of any property on which there is a school, childcare facility, playground, park, athletic field or facility, school bus stop, college or university, or any other business or facility having a principal purpose of caring for, educating, or entertaining minors. |
| JEB | The offender, if convicted of a sex offense involving a minor, shall not enter onto the property of a K-12 school while school is in session or attend any K-12 school activity unless the offender has previously notified the principal of the school and meets all the requirements of §15-20A-17(b). |
| JEB | The offender shall obtain and have in his or her possession at all times a valid driver license or identification card issued by the Alabama Law Enforcement Agency. This driver license or identification card shall bear a designation that enables law enforcement officers to identify the licensee as a sex offender. The offender shall obtain this within fourteen (14) days of his or her initial registration following release, initial registration upon entering this state to become a resident, or immediately following his or her next registration after July 1, 2011. |
| JEB | Whenever the offender obtains such driver license or identification card, the offender shall relinquish to the Alabama Law Enforcement Agency any other driver license or identification card previously issued to him or her which does not bear a designation that enables law enforcement officers to identify the licensee as a sex offender. |
| JEB | The offender shall not mutilate, mar, change, reproduce, alter, deface, disfigure, or otherwise change the form of any driver license or identification card issued to him or her which bears any designation that enables law enforcement officers to identify the licensee as a sex offender. |
| JEB | The offender shall pay a registration fee of $10 to each registering agency where the offender resides beginning with the first quarterly registration on or after July 1, 2011 and at each quarterly registration thereafter. |
| JEB | Each time the offender terminates his or her residence and establishes a new residence, he or she shall pay a registration fee of $10 to each registering agency where the offender establishes a new residence. |
| JEB | Any offender convicted of violating the Act shall be subject to $250 fine. |

By signing below, I acknowledge that I have read the above information and responsibilities and that I am aware of all that is required of me under the Alabama Sex Offender Registration and Community Notification Act. If I fail to comply with any provision of the Act, I understand that I may be charged with a Class C felony in Alabama. Additionally, I have been advised and understand that under the Act and Federal law, I must register as a sex offender. I understand that I must register and keep my registration current in each jurisdiction in which I reside, in each jurisdiction where I am employed, and in each jurisdiction where I am a student. I have been advised and understand that failure to comply with these obligations subjects me to prosecution for failure to register or update my registration under Federal law, 18 U.S.C. 2250, punishable by up to 10 years of imprisonment.

Offender

*James E Buycks*
Signature

JAMES E BUYCKS
Printed Name

4-20-18
Date

Montgomery Sheriff, Alabama
Registering Agency

*[signature]*
Officer's Signature

Lt Persky / Sgt. Oliver
Officers Printed Name

4/20/18
Date

3





**Alabama Law Enforcement Agency
Community Information Center**

Home      Search      Sex Offender      Information      Services Home

**Criminal Sex Offender Information**

**Current Picture**

| | |
|---|---|
| Name: | WILLIS, FOLLIE JAMES |
| Status: | Compliant |
| Race: | Black |
| Sex: | Male |
| Date Of Birth: | ▓▓▓▓▓▓ |
| Current Age: | 55 Year(s) |
| Height: | 6' 1" |
| Weight: | 212 lbs. |
| Eye Color: | Brown |
| Hair Color: | Brown |
| Release Date: | 07/01/2014 |

**Physical Address**

Current Address:        ▓▓▓▓▓▓▓▓▓▓
MONTGOMERY, AL 36108 United States of America (the)
Montgomery County

| | |
|---|---|
| Address is Temporary: | No |
| Address Last Verified: | 12/04/2017 |
| Registration Date: | 09/26/2017 |
| Google Map: | |

**Crime Information**

| | |
|---|---|
| Date of Arrest: | 07/08/1994 |
| Conviction Date: | 04/12/1995 |
| Sex Crime: | Rape 2nd |
| Crime Location: | Jefferson County, AL |
| Crime Country: | United States of America (the) |
| Description: | Victim was a nine year old female |
| UCR Code: | XX, Unknown |

**Scars, Marks & Tattoos**
Tattoos, Arm, left - W

**Alias Names**
None Reported

**Schools Attending**
None Reported

**Victim Information**

| | |
|---|---|
| Gender: | Female |
| Age: | 9 |

**Vehicle Information**

| | |
|---|---|
| Vehicle: | 0 Unknown None Reported |
| Tag: | Unknown |
| Color: | Unknown |

**Work Information**

| | |
|---|---|
| Occupation: | D.C. Loader |
| Work Address: | 3500 WEST BLVD |
| | MONTGOMERY, AL 36108 |
| | Unknown County |
| | United States of America (the) |

**Special Notes**
Due to time delays in processing sex offender data, this information should be verified with the appropriate Sheriff's Office or Chief of Police.

**Disclaimer: Contact local law enforcement for more information.**

**Comments/Information**
If you would like to leave a comment with us or inform us of some issue with this offender. If you require a response please enter your email address as well.



# Alabama Law Enforcement Agency
# Community Information Center

Home     Search     Sex Offender     Information     Services Home

**Criminal Sex Offender Information**

| | |
|---|---|
| Name: | WILLIS, FOLLIE JAMES |
| Status: | Compliant |
| Race: | Black |
| Sex: | Male |
| Date Of Birth: |  |
| Current Age: | 56 Year(s) |
| Height: | 6' 1" |
| Weight: | 212 lbs. |
| Eye Color: | Brown |
| Hair Color: | Brown |
| Release Date: | 07/01/2014 |

**Current Picture**



**Physical Address**

| | |
|---|---|
| Current Address: | HOPE HULL, AL 36043 United States of America (the) Montgomery County |
| Address is Temporary: | No |
| Address Last Verified: | |
| Registration Date: | 06/12/2018 |
| Google Map: |  |

**Crime Information**

| | |
|---|---|
| Date of Arrest: | 07/08/1994 |
| Conviction Date: | 04/12/1995 |
| Sex Crime: | Rape 2nd |
| Crime Location: | Jefferson County, AL |
| Crime Country: | United States of America (the) |
| Description: | Victim was a nine year old female |
| UCR Code: | XX, Unknown |

**Scars, Marks & Tattoos**
Tattoos, Arm, left - W

**Alias Names**
None Reported

**Schools Attending**
None Reported

**Victim Information**
Gender: Female
Age:   9

**Vehicle Information**
Vehicle: 0 Unknown None Reported
Tag:     Unknown
Color:   Unknown

**Work Information**
Occupation:    LABORER
Work Address: 3500 WEST BLVD
MONTGOMERY, AL 36108
Unknown County
United States of America (the)

Occupation:    Unemployed
Work Address:

**Special Notes**
Due to time delays in processing sex offender data, this information should be verified with the appropriate Sheriff's Office or Chief of Police.

Disclaimer: Contact local law enforcement for more information.

6/28/2018                                    Alabama Law Enforcement Agency Online Services



# Alabama Law Enforcement Agency
# Community Information Center

Home      Search      Sex Offender      Information      Services Home

**Criminal Sex Offender Information**                                    Current Picture

| | |
|---|---|
| Name: | BAILEY, BMHERMAN JOVANT |
| Status: | Compliant |
| Race: | Black |
| Sex: | Male |
| Date Of Birth: |  |
| Current Age: | 39 Year(s) |
| Height: | 6' 1" |
| Weight: | 192 lbs. |
| Eye Color: | Brown |
| Hair Color: | Black |
| Release Date: | 06/10/2018 |

**Physical Address**

Current Address:

MONTGOMERY, AL 36105 United States of America (the)
Montgomery County

Address is Temporary: No
Address Last Verified:
Registration Date:     02/15/2018
Google Map:       

**Crime Information**

| | |
|---|---|
| Date of Arrest: | 11/25/1996 |
| Conviction Date: | 06/20/1997 |
| Sex Crime: | Attempted Rape 1st |
| Crime Location: | Montgomery County, AL |
| Crime Country: | United States of America (the) |
| Description: | |
| UCR Code: | XX, Unknown |

| | |
|---|---|
| Date of Arrest: | 08/04/1996 |
| Conviction Date: | 02/11/1997 |
| Sex Crime: | Sexual Abuse 1st |
| Crime Location: | Montgomery County, AL |
| Crime Country: | United States of America (the) |
| Description: | |
| UCR Code: | XX, Unknown |

**Scars, Marks & Tattoos**                     **Alias Names**
None Reported                                   BAILEY, HERMAN
                                                BAILEY, HERMAN JOVANT
                                                LITTLE HERMAN, X
                                                BAILEY, H JOVON'T

**Schools Attending**                          **Victim Information**
None Reported                                   Gender: Female
                                                Age:      0

**Vehicle Information**                         **Work Information**
None Reported                                   None Reported

**Special Notes**

