**Mitch McGuire**                                                                                     **EXHIBIT 5**

**From:** Mitch McGuire
**Sent:** Thursday, September 03, 2015 9:37 AM
**To:** Lowe, Haran
**Cc:** Mccollum, Tim; Fogarty, Tracy; Will Parker; Win Sinclair; Paula Jordan
**Subject:** RE: Responce to McGuire

Mr. Lowe,

I appreciate your response. Agent Traywick left his card with my client on yesterday and I have it in my possession.

Since none of the individuals in the "legal division" had anything to do with the encounter, I will assume that what happened yesterday is simply another "policy" implemented by Defendant Richardson and will address it accordingly.

As for legal authority, you can start with the Fourth, Fifth and Fourteenth Amendments of the United States Constitution. As your client is aware, ad hoc interrogations absent some basis, is wrought with constitutional issues. It may be "time consuming", but a little research will yield scores of cases that provide guidance to your client. I simply wanted to ensure Defendant Richardson was placed on notice of the constitutional violations and appreciate your acknowledgment of that notice. Thank you.

J Mitch McGuire
Managing Partner
McGuire & Associates, LLC
31 Clayton Street
Montgomery, AL 36104
334-517-1000 office
334-517-1327 fax
www.MandAbusinessLaw.com

Notice: This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the above number and destroy the original message.
Aviso de confidencialidad : Este correo electrónico, junto con sus anexos, es para el uso exclusivo del destinatario deseado o previsto, está protegido por Ley, es confidencial y/o es producto de trabajo de abogado. Cualquier revisión, uso, apoyo, revelación o distribución no autorizados del mismo por otros o su envío sin permiso expreso están estrictamente prohibidos. Si usted no es el destinatario, por favor responda al remitente por correo electrónico y destruya todas las copias del mensaje original. Gracias.

**From:** Lowe, Haran [mailto:Joseph.Lowe@dps.alabama.gov]
**Sent:** Thursday, September 03, 2015 9:23 AM
**To:** Mitch McGuire <jmcguire@mandabusinesslaw.com>

1

**Cc:** Mccollum, Tim <Frank.McCollum@dps.alabama.gov>; Fogarty, Tracy <Tracy.Fogarty@dps.alabama.gov>; Will Parker <WParker@ago.state.al.us>; Win Sinclair <WSinclair@ago.state.al.us>
**Subject:** Responce to McGuire

Mr. McGuire.

After receiving your email and checking with the other lawyers no one in ALEA's legal division had anything to do with the encounter you have described. As far as I know nothing in your representation of Mr. McGuire exempts him from routine interaction with law enforcement tasked with enforcing the law. Furthermore, you have not cited any legal authority in support of your analysis. I am thus unable to respond any further.

J. Haran Lowe, Jr.

# Mitch McGuire

| | |
|---|---|
| **From:** | Mitch McGuire |
| **Sent:** | Wednesday, September 02, 2015 10:19 AM |
| **To:** | Lowe, Haran (haran.lowe@dps.alabama.gov); Parker, Will |
| **Cc:** | Paula Jordan; Sinclair, Win (WSinclair@ago.state.al.us) |
| **Subject:** | Special Agent Traywick |

Mr. Lowe and Mr. Parker,

A special agent of the Alabama Law Enforcement Agency named Spencer Traywick showed up at the residence where my client, Mr. Michael A. McGuire lives today. He asked a number of questions of my client outside of my presence.

Since you both know that Mr. McGuire has an active case on appeal at the Eleventh Circuit and is represented by an attorney, I am requesting that you contact Mr. Traywick and let him know that his activity with my client may cause a few additional legal issues for Defendant Richardson. Just so you know, activity of this sort will almost certainly be addressed in future legal proceedings, so be on notice that agents showing up at ASORCNA registrants' home, asking questions and demanding information is fragrantly unconstitutional as Defendant Richardson will likely come to understand, if he doesn't already. I expect that this activity will not recur, given your knowledge of my representation of Mr. McGuire.

Let me know what you decide to do so that I may act on my client's behalf accordingly. Thank you.

J Mitch McGuire
Managing Partner
McGuire & Associates, LLC
31 Clayton Street
Montgomery, AL 36104
334-517-1000 office
334-517-1327 fax
www.MandAbusinessLaw.com

Notice: This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the above number and destroy the original message.
Aviso de confidencialidad : Este correo electrónico, junto con sus anexos, es para el uso exclusivo del destinatario deseado o previsto, está protegido por Ley, es confidencial y/o es producto de trabajo de abogado. Cualquier revisión, uso, apoyo, revelación o distribución no autorizados del mismo por otros o su envío sin permiso expreso están estrictamente prohibidos. Si usted no es el destinatario, por favor responda al remitente por correo electrónico y destruya todas las copias del mensaje original. Gracias.

## Alabama Law Enforcement Agency



**Spencer P. Traywick**
Special Agent Senior
Polygraph Examiner



P.O. Box 1511
Montgomery, Alabama 36102
spencer.traywick@alea.gov

(334) 353-1723 Office
(334) 353-2563 Fax