# EXHIBIT 6 Placeholder