**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| JOHN DOES #1 et al., )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>STEVEN T. MARSHALL, et al., )<br>)<br>*Defendants.* )<br>) | Case No. 2:15-cv-606-WKW |

### AFFIDAVIT OF LANIESHA E. MOSBY

I, Laniesha E. Mosby, am an Alabama citizen who is over the age of 19. I do herby affirm, under penalty of perjury, that the following is true and correct.

I currently reside at ███████████ Montgomery, Alabama and have lived there since October 1, 2016. During the second or third week of August, 2017, a Montgomery Police Officer arrived at my home and knocked on my door. I answered the front door. The officer asked if Michael McGuire lived in my home. I informed the officer that I did not know Michael McGuire and that he did not live in my home.

During the third or fourth week of August, 2017, the same officer came to my door and knocked several times. I was uncomfortable based on the last interaction

with the officer at my home. I did not answer the door during this second appearance at my home by the officer.

I did not know the officer and did not remember his name after he left my home on the days I encountered or saw him in August, 2017. I have since been shown a video of an officer by Attorney Mitch McGuire. The video shows an officer speaking to him and to another black male in the video. It also shows the officer speaking to a third male who is Caucasian. The officer in the video is the same officer who came to my home asking about Mr. McGuire in August of 2017.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Laniesha E. Mosby

[Notary Seal: PAULA J. JORDAN, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

4/12/18
Date

Paula J. Jordan
Exp. 6/24/2019