# EXHIBIT 9 Placeholder