EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| JOHN DOE #1 et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-606-WKW |
| ) | |
| STEVEN T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF DANNY AVERY

I, Danny Avery, declare, under penalty of perjury that the following information is true and correct to the best of my knowledge. I am an Alabama resident and am over the age of 19. I live at ▇▇▇▇▇▇▇ in Clanton, Alabama.

I am friends with J▇▇ E. B▇▇▇. I have known him for over five years and know where he lives in Verbena, Alabama. I often invite Mr. B▇▇▇ to my home to eat, takes showers and relax because I am aware that he has no running water or utilities in the camper he lives in on his lot in Verbena. Mr. B▇▇▇ does not live in my home. I am aware that Mr. B▇▇▇ is a registered sex offender. I do not know about Alabama sex offender laws or when they are broken.

A few weeks ago, on or about June 13, 2018, Investigator Bone of the Chilton County Sheriffs Office showed up at my home late at night. When I came to the

door, he told me that he had arrested J███ E. B██████ who was visiting my home at the time, and that Mr. B██████ was handcuffed in his law enforcement vehicle. I witnessed Mr. B██████ in Investigator Bone's vehicle. Investigator Bone asked me a lot of questions. I told Investigator Bone that Mr. B██████ had come to my home at various times over the past week and that Mr. B██████ would take a shower, eat and lounge on my couch when he was there.

I voluntarily submit this affidavit because when Investigator Bone showed up at my home, he stated to me, "I just arrested Mr. B██████ for child molestation." Investigator Bone demanded that I write a statement after he arrested Mr. B██████. I told Investigator Bone that I could not write. Investigator Bone took a statement from me, read it to me and I signed the statement. I believe I spoke truthfully with Investigator Bone in my statement, but want to make sure that I clarify my friendship with Mr. B██████ and the nature and purpose of his visits to my home.

I believe I stated to Investigator Bone that Mr. B██████ had visited my residence in the evening or at night within the past few days leading up to and including June 13, 2018, when he arrested Mr. B██████ at my home. I want to clarify that Mr. B██████ always came to my address at my invitation. Mr. B██████ ate, took showers and sometimes lounged on my couch to watch television at my home when I invited him. When Mr. B██████ would visit my home, he usually arrived in the evening or late hours of night. On most visits from Mr.

2

B█████, only he and I would be present but, sometimes other adult friends came over to enjoy my cooking. Sometimes Mr. B█████ would leave after only an hour or two and go home. When Mr. B█████ visited late at night, I would sometimes go to bed while he was up watching television on my couch. When Mr. B█████ stayed after I went to bed, he was always gone the next morning when I woke up. To my knowledge, on nights I went to bed before he left, Mr. B█████ would leave my home in the early morning hours after he came to shower, eat and relax.

My home is not and has never been Mr. B█████'s residence. The reason I invite my friend, Mr. B█████, to my home is because he is often in need of hot meals sometimes, and I cook. Mr. B█████ is often in need of hot water and a shower sometimes, and I willingly help him with that. Mr. B█████ is sometimes needing to be out of the extreme heat and cold because he has no power, air conditioning or heat at his home, I help him with that sometimes. I invite Mr. B█████ to my home to help him survive under his difficult life circumstances. I do not believe Mr. B█████ is a criminal and I have never witnessed him do anything to break the law. The fact that Mr. B█████ is a registed sex offender DA does not change my opinion of him as my friend and I will continue to help him in any way I can.

I declare under penalty of perjury that the foregoing is true and correct.

_____          2/5/18
Danny Avery                                Date

[Notary seal: PAULA J. JORDAN, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

Paula J Jordan
exp. 6/24/2019

3