EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| JOHN DOE #1, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Alabama Attorney General, *et al.*,<br><br>　　*Defendants*. | No. 2:15-cv-606-WKW-SRW |

### DECLARATION OF JAMES E. BUYCKS

I, James E. Buycks, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. My name is James E. Buycks.
2. I am over the age of nineteen (19) and a registrant of the Alabama Sex Offender Registration and Community Notification Act.
3. In 1992 was convicted of sexual abuse in the first degree of a minor relative who was seven (7) years old at the time the allegations were made against me.
4. After my conviction, and release from prison in approximately 1995, I resided on ▮▮▮▮▮▮ in Montgomery, Alabama until 1996.
5. In 1996, I was informed by the Montgomery Police Department that I had to move because the address was not compliant with Alabama sex offender law residence restrictions because it was too close to Nellie Burge Community Center.
6. After being required to leave my residence in 1996, I lived mostly homeless over the next few years until approximately 2004, when I moved to ▮▮▮

▇▇ Georgia to live with my sister who was then an active member of the United States military.

7. On or about 2007, I moved back to Montgomery, Alabama and was approved by Montgomery Police Department officers to live with my brother at ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇ My brother and I rented this residence for approximately ten years.

8. In October 2017, my brother and I were informed of an opportunity to move two doors down, to ▇▇▇▇▇▇▇▇▇▇▇. The ▇▇▇▇▇▇▇ home was for rent, larger and was in much better condition than the one we were living in at ▇▇▇▇▇▇▇.

9. On November 1, 2017, prior to moving to 154 West Delano, I went to the Montgomery County Sheriffs Office (MCSO) to gain approval for my new residence and to report the change of address.

10. MCSO officers did not check my new address on their computer. They simply accepted my reported change of address and informed me that I could live there.

11. On November 1, 2017, I also went to the Montgomery Police Department. There I encountered, as I often do, Detective Jeremy Bolton.

12. On November 1, 2017, I informed Detective Bolton of my plans to move to our new residence at ▇▇▇▇▇▇▇

13. Detective Bolton checked the address on his computer. After checking the address on the computer, Detective Bolton stated, "since this address is just a couple of doors down and on the same block, it is okay for you to live there."

14. My new address at ▇▇▇▇▇▇▇▇▇ was verified and approved again at my next registration event on February 6, 2018. The Montgomery County Sheriffs Office also verified the address at my February 6, 2018 registration event.

15. I paid both the City of Montgomery and the Montgomery County Sheriffs Office a fee of $10 at my registration 2018 events, as I have been doing since payment of fees has been required after I became a registrant of Alabama's sex offender law in 1992.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Dated this, the 10th day of April, 2018.

*James E. Buycks*
JAMES E. BUYCKS

**SWORN TO and SUBSCRIBED** before me by James E. Buycks on April 10th, 2018.

[Notary Seal: PAULA J. JORDAN, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

*Paula J. Jordan*
Notary Public in and for the State of Alabama

exp: 6/24/2019

3