EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN DOES #1 et al., )
)
    *Plaintiffs*, )
)
v. ) Case No. 2:15-cv-606-WKW
)
STEVEN T. MARSHALL, et al., )
)
    *Defendants*. )

## AFFIDAVIT OF LATOYA S. BOYD

I, Latoya S. Boyd, do herby affirm, under penalty of perjury, that the following is true and correct.

In January, 2017, I operated a licensed daycare center located at ▓▓▓▓▓▓ Montgomery, Alabama. The purpose of the daycare was to provide child-care services to minor children. The daycare was located at my mother's home address. The daycare was registered with the Alabama Department of Human Resources and, until on or about April, 2018, was listed on the ADHR website as a licensed daycare facility.

I operated my daycare through January of 2018, at which time I decided to take a full-time position as a daycare provider with CDI Headstart located in Wetumpka, Alabama. I am currently seeking recertification of my family home

child-care license which will be located at my home address. Attached are the documents provided to me by ADHR, confirming that I indeed owned and operated a licensed daycare during the time-period stated in this document.

I declare under penalty of perjury that the foregoing is true and correct.

_Latoya S. Boyd_  
Latoya S. Boyd

[Notary Seal: PAULA J. JORDAN, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

Date: 7/11/18

Paula J. Jordan  
Exp. 6/24/2019