# MONTGOMERY POLICE DEPARTMENT

**EXHIBIT 15**

## REGISTERED SEX OFFENDER CHANGE OF ADDRESS REQUEST

Name: ▓▓▓▓▓▓▓

Address: ▓▓▓▓▓▓▓

Requested Address: 312 Truett Drive Montgomery

Date of Birth: ▓▓▓▓▓  Social Security Number: ▓▓▓▓▓

Race: Blk   Sex: Male   Height: 6 4   Weight: 270

Hair: Blk   Eyes: Brown   Tattoos/Scars: None

Place of Employment: None

Home Telephone: ▓▓▓▓▓   Work Telephone: None

Type of Conviction: Sodmey in Prison

Date of Conviction: 1982   Date of Release: 2010

Victim's Age (at the time of offense): 34   Victim's Sex: Male

Location of Sexual Offense: @ Draper Corr

Description of Offense: Paid To make the allgation for money So that He can Excape.

*The Montgomery Police Department provides residential address and employment address approval solely as a courtesy. The Convicted Sex Offender requesting such information should independently confirm the information given. The Montgomery Police Department assumes no liability or responsibility for any misstatements or inaccuracies rendered. B.M.

B.M.   _____
Offender's Signature           Officer's Signature

APPROVED / (DISSAPROVED)   Date: 4/5/2018

Notes: REASON, HOME IS APPROX. 850 FEET FROM DAVIS ELEMENTARY