# Google Maps

▆▆▆▆, Montgomery, AL 36105 to ▆▆▆▆ Montgomery, AL 36105

Drive 0.2 mile, 1 min



Map data ©2018 Google  200 ft

▆▆▆▆
Montgomery, AL 36105

↑ 1. Head southwest on ▆▆▆▆ toward Edgar D Nixon Ave
   🏁 Destination will be on the right

0.2 mi

▆▆▆▆
Montgomery, AL 36105

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Measure distance
Total distance: 1,101.54 ft (335.75 m)