EXHIBIT 17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHN DOE #1 et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-606-WKW |
| ) | |
| STEVEN T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF PAULA J. JORDAN

I, Paula J. Jordan, am an Alabama citizen who is over the age of 19. I do herby affirm, under penalty of perjury, that the following is true and correct. I have been employed at McGuire & Associates, LLC since February, 2013.

On September 1, 2017, I accompanied Attorneys Mitch McGuire and Andrew Skier to ████████████████, the residence of Michael A. McGuire. The purpose for going to Mr. McGuire's residence was to meet Corporal Jeremy Jones of the Montgomery Police Department so he could conduct a home check on Michael A. McGuire. I began the recording process when my phone rang and interrupted the recording momentarily (approximately 30 seconds). After the phone call interruption, I resumed recording the interaction between Corporal Jones, Michael A. McGuire, his attorney and Andrew Skier. This explains why there are two videos

memorializing Corporal Jones' September 1 home check at Mr. Michael McGuire's residence.

The videos submitted as an evidentiary submission in this case represent an exact copy of the footage I recorded and accurately reflects the September 1, 2017 events.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
Paula J. Jordan

7/17/2018  
Date