UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

# EXHIBIT 1

|  |  |  |
|---|---|---|
| **JOHN DOE #1**, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case. No. 2:15-cv-606 WKW |
| **LUTHER STRANGE, et al.** | ) ) ) | |
| Defendants | ) ) | |

## DECLARATION OF R. KARL HANSON

I, R. Karl Hanson, declare as follows:

1.     I am a psychologist registered in Ontario, Canada, and Adjunct Research Professor in the Psychology Department of Carleton University, Ottawa, Ontario, Canada and Adjunct Faculty at Ryerson University, Toronto, Ontario, Canada. Throughout my career, I have studied risk assessment and recidivism, with a focus on sex offenders. I discuss in this declaration key findings and conclusions of research scientists, including myself, regarding the recidivism rates of sex offenders and the methods use to assess and manage the risk presented by sexual offenders. The information in this declaration is based upon my personal knowledge and on sources of the type which researchers in my field would rely upon in their work. If called upon to testify, I could and would competently testify thereto.

### Summary of Declaration

2.     My research on recidivism shows the following:

   a.  Recidivism rates are not uniform across all sex offenders.   Risk of re-offending varies based on well-known factors and can be reliably predicted by widely-used risk assessment tools. *See* ¶¶ 12-14.

   b.  Once convicted, most sexual offenders are never re-convicted of another sexual offense. *See* ¶ 11.

    c.  The risk of sexual offending decreases with age. The recidivism risk of sexual offenders who are over 60 is very low: 96 out of 100 will not reoffend. *See* ¶ 15.

    d.  Contrary to the popular notion that sexual offenders remain at risk of re-offending through their lifespan, the longer offenders remain offense-free in the community, the less likely they are to re-offend sexually. Eventually, they are less likely to reoffend than a non-sexual offender is to commit an "out of the blue" sexual offense. *See* ¶¶ 22-37.

        i.  Offenders who are classified as low risk pose no more risk of recidivism than do individuals who have never been arrested for a sex-related offense but have been arrested for some other crime. *See* ¶ 13.

        ii.  After 10-14 years in the community without committing a sex offense, medium-risk offenders pose no more risk of recidivism than individuals who have never been arrested for a sex-related offense but have been arrested for some other crime. *See* ¶ 33.

        iii.  After 17 years without a new arrest for a sex-related offense, high-risk offenders pose no more risk of committing a new sex offense than do individuals who have never been arrested for a sex-related offense but have been arrested for some other crime. *See* ¶ 34.

    e.  Based on my research, my colleagues and I recommend that rather than considering all sexual offenders as continuous, lifelong threats, society will be better served when legislation and policies consider the cost/benefit break point after which resources spent tracking and supervising low-risk sexual offenders are better re-directed toward the management of high-risk sexual offenders, crime prevention, and victim services. *See* ¶ 41.

## Background and Experience

3.    I am a psychologist registered in Ontario, Canada. For the past twenty years, my practice has focused on research concerning the assessment and treatment of sexual offenders. I am also a Manager of Correction Research at Public Safety Canada. Public Safety Canada is a federal department that was created in 2003 to ensure coordination across all federal departments and agencies responsible for national security and the safety of Canadians. The Department's responsibilities include emergency management, policy development, and advice to the Minister of Public Safety on matters of national security, implementing Canada's National Crime

Prevention Strategy, developing national policies for new and evolving crime and border issues, and developing legislation and policies governing corrections.

      4.    I have held the position of Manager of Corrections Research at Public Safety Canada since 2015 and related positions since 1991. From 1991 to 2009, I served as Senior Research Officer for the Solicitor General of Canada and Public Safety Canada, and from 2009 to 2015 I was a Senior Research Scientist with Public Safety Canada. From 1986 to 1991, I was a psychologist in private practice, specializing in the assessment and short-term treatment of offenders on probation and parole. During that time I was also Course Director for psychology courses as York University (Personality, Abnormal Psychology, Research) and Trent University (Abnormal Psychology). I earned my Ph.D. in Clinical Psychology from the University of Waterloo in 1986, and my B.A. with honors in Psychology from Simon Fraser University in 1981. Between 2009 and 2012, I was the Chair of the Research Committee of the Association for the Treatment of Sexual Abusers. Since 1996, I have been the Secretary/Treasurer for the Criminal Justice Section of the Canadian Psychological Association. Since 2000, I have served on the Scientific Advisor Committee International Association for the Treatment of Sexual Offenders. I have been a member of the Ontario College of Psychology since 1986. I serve on a variety of editorial boards, scientific committees, and working groups, including serving as the advisor to the DSM-V Sexual Disorders Workgroup of the American Psychiatric Association (2009-2013). From 1997 to 2011, I provided training and consulting concerning sexual offender risk assessment to the many U.S. states, including California, New York, Colorado, Massachusetts, and Georgia. I am currently on the following international advisory boards: (i) Centre International de Criminologie Comparée (Montréal), Collaborator-member (since 2010); (ii) Dutch Ministry of Justice, Expertise Center for Forensic Psychiatry, Scientific Council (since 2010); (iii) Forensic Psychology Research Centre, Carleton University (Ottawa), Research Associate (since 2013); (iv) Hong Kong Correctional Services, Honorary Advisor of the Construction of Risks and Needs Assessments Tools for Sex Offenders (since 2010); (v) Safer Society Program & Press (Vermont, U.S.), Advisory Board (1995-1997; 1999-2000; 2007 to present); (vi) Singapore Ministry of Social and Family Development, International Research Advisor (since 2014); and (vii) the Sociatà Internazionale di Psicologia Guiridica (Rome; International Society of Psychology and Law), Scientific Committee (since 2008).

5.      I have testified as an expert witness on the assessment and treatment of sexual offenders for the Government of Canada, House of Commons, Standing Committee on Justice, Human Rights, Public Safety, and Emergency Preparedness, May, 2005, the Standing Committee on Justice and Human Rights, Febraury, 2011, and the Senate Committee on Legal and Constitutional Affairs, February, 2012.

6.      I have qualified as an expert witness in Canadian and American courts concerning offender risk assessment and recidivism, and in 2012 was an expert in *Doe v. Harris*, Docket No. C12-5713 THE (D. N. Cal.), involving a challenge to Internet-related reporting requirements for registered sex offenders, for which I prepared an expert declaration.

7.      Throughout my career I have studied recidivism, particularly recidivism among sex offenders, and have written numerous articles on this topic.  A true and correct copy of my CV is attached to this declaration as *Exhibit 1*.

## An overview of sexual offender recidivism research

8.      Although the risk of recidivism of identified sexual offenders has been a perennial public concern, there were few empirical studies on the topic prior to the 1980s. During the 1980s, there was a sharp increase in public awareness of the problem of sexual victimization, with many states updating their sexual crimes laws with the goal of increased public protection from this type of offense. During the past 30 years, there has been increasing consensus among the public and the scientific, professional communities that sexual victimization is a widespread, and serious social problem. This consensus has been supported by a large body of research, including surveys showing high rates of sexual victimization in the general population[1,2], and by follow-up studies showing negative consequences of sexual victimization on health[3,4] and

---

[1] Pereda, N., Guilera, G., Forns, M., Gomez-Benito, J. (2009). The prevalence of child sexual abuse in community and student samples: a meta-analysis. *Clinical Psychology Review, 29,* 328-338.

[2] Stoltenborgh, M., van Ijzendoorn M. H., Euser, E. M., Bakermans-Kranenburg, M. J. (2011). A global perspective on child sexual abuse: meta-analysis of prevalence around the world. *Child Maltreatment, 16,* 79-101.

[3] Maniglio, R. (2009). The impact of child sexual abuse on health: a systematic review of reviews. *Clinical Psychology Review, 29,* 647-657.

psychological adjustment[5]. During the period in which sexual victimization was being first recognized as a serious social problem (the 1980s and 1990s), there also developed a public perception that individuals convicted of sexual crimes were very likely to reoffend sexually. As well, there was a common belief among the public, policy makers and researchers that this risk endured for decades, if not for the offender's whole life. Such beliefs were not based on strong research evidence. Instead, they were based on highly publicized cases of serious new offenses (sexual murders) by known sexual offenders, and on small, descriptive studies of non-representative clinical samples.

9.     It turns out we were wrong. As the research evidence accumulated, the empirical findings painted a different picture of the typical sexual offender: the recidivism risk of most sexual offenders is actually quite low, sexual offenders become much less likely to commit another offense the longer they remain offense-free in the community, and eventually most individuals convicted of a sexual offense will be no more likely to commit another sexual offense than the rate of spontaneous "out-of-the-blue" sexual offenses in the general population[6].

10.     The science supporting offender risk assessment is a specialized application of the field of prediction or prognostic modeling. In order to estimate the likelihood of anything, the starting point should be the base rate. The base rate is the expected proportion of future events that will contain the outcome of interest. If I want to know whether the Rideau Canal will freeze in January, for example, it is useful to know that it has frozen every January since the canal was built in the 1832. People, however, are not that predictable. In the social sciences, outcomes are rarely determined by a single factor, or even a fixed constellation of factors. Instead, the events that we are interested in predicting are influenced by a number of different factors, each of which has a modest relationship with the outcome.

---

[4] Paras, M. L., Murad, M. H., Chen, L. P., Goranson, E. N., Sattler, A. L., Colbenson, K. M., et al. (2009). Sexual abuse and lifetime diagnosis of somatic disorders: a systematic review and meta-analysis. *Journal of the American Medical Association, 302,* 550-61.

[5] Chen, L. P., Murad, M. H., Paras, M. L., Colbenson, K. M., Sattler, A. L., Goranson, E. N., et al. (201). Sexual abuse and lifetime diagnosis of psychiatric disorders: systematic review and meta-analysis. *Mayo Clinic Proceedings, 85*(7), 618-629.

[6] Hanson, R. K., Harris, A. J. R., Helmus, L., & Thornton, D. (2014). High risk sex offenders may not be high risk forever. *Journal of Interpersonal Violence, 29,* 2792-2813.

11.     For general recidivism, 2 year recidivism rates of 30% to 40% are commonly observed among representative groups of offenders, with violent recidivism rates of 15% to 25% after a similar time period (2 years). A summary of the rates of sexual recidivism among sexual offenders are provided in Table 1. On average, the observed sexual recidivism are in the 10% to 15% range after 5 years, and between 15% and 20% after 10 years. In other words, out of a sample of 100 sexual offenders released to the community, between 10 and 15 would be caught for a new sexual offence after 5 years. If the same 100 sexual offenders were followed for another 5 years (years 6 to 10), an additional 5 individuals would be caught. Conversely, out of the initial 100 offenders, between 80 and 85 would not be identified as recidivists even if they were followed for 10 years. These sexual recidivism rates are based on large, aggregated samples of convicted sexual offenders from diverse jurisdictions[7,8].

12.     Not all sexual offenders, however, are equally likely to reoffend. In general, the highest risk sexual offenders are rapists or those that victimize unrelated boys, while the lowest risk offenders are those who only victimize related girls (incest offenders). There are also a large number of other characteristics of the offenders and their environments that increase or decrease their likelihood of sexual recidivism (see Table 2). There is scientific and professional consensus that, on average, offenders with more risk factors are higher risk to reoffend than offenders with fewer risk factors. Although debate remains on how best to structure risk assessments, there is also scientific and professional consensus that structured risk assessments are more accurate than unstructured risk assessments[9,10]. In general, how the risk factors are

---

[7] Harris, A. J. R., and Hanson, R. K. (2004). *Sex Offender Recidivism: A Simple Question 2004-03*. Public Safety and Emergency Preparedness Canada, available at http://www.publicsafety.gc.ca/res/cor/rep/2004-03-se-off-eng.aspx.

[8] Hanson et al., (2014).

[9] Hanson, R. K., & Morton-Bourgon, K. E. (2009). The accuracy of recidivism risk assessments for sexual offenders: A meta-analysis of 118 prediction studies. *Psychological Assessment, 21*, 1-21.

[10] Skeem, J. L., & Monahan, J. (2011). Current directions in violence risk assessment. *Current Directions in Psychological Science, 20*, 38-42.

combined into an overall evaluation of risk is less important than ensuring that relevant items are considered[11].

13.     The lowest risk sexual offenders have sexual recidivism rates that are no different than the rate of spontaneous, first-time sexual offenses among non-sexual offenders (< 2 % after 5 years).  High risk sexual offenders have observed sexual recidivism rates in the 20% to 30% range.

14.     The major risk factors for sexual recidivism are presented in Table 2. These factors can be grouped into the broad categories of age (immaturity), sexual criminality and general criminality[12,13,14]. Sexual crimes are crimes and, as such, are associated with the same characteristics associated with other forms of rule breaking (e.g., antisocial orientation, hostility, low self-control). There are, however, certain distinctive characteristics associated with the risk for sexual crime, such as sexual preoccupations and deviant sexual interests.  Whereas most people can appreciate the goals, if not the means, of bank robbers and thieves, not everybody is motivated to expose their genitals to strangers or penetrate a pleading victim at knifepoint. Furthermore, certain sexual offenders may be well socialized and productive members of society in all areas but their sexual offending (e.g., pedophilic priests, teachers). Compared to non-offenders, sexual offenders are less likely to commit non-sexual crimes. Child molesters rarely rob banks[15].

---

[11] Dawes, R. M. (1979). The robust beauty of improper linear models in decision making. *American Psychologist, 34*, 571-582.

[12] Barbaree, H. E., Langton, C. M., Blanchard, R., & Cantor, J. M. (2009). Aging versus stable enduring traits as explanatory constructs in sex offender recidivism: Partitioning actuarial prediction into conceptually meaningful components. *Criminal Justice and Behavior, 36*, 443-465.

[13] Brouillette-Alarie, S., Babchishin, K. M. , Hanson, R. K., & Helmus, L. (2015).  Latent constructs of static risk scales for the prediction of sexual aggression:  A 3-factor solution. *Assessment, 23*, 96-111.

[14] Hanson, R. K., & Morton-Bourgon, K. E. (2005). The characteristics of persistent sexual offenders: A meta-analysis of recidivism studies.  *Journal of Consulting and Clinical Psychology, 73*, 1154-1163.

[15] Hanson, R. K., Scott, H., & Steffy, R. A. (1995). A comparison of child molesters and nonsexual criminals: Risk predictors and long-term recidivism. *Journal of Research in Crime and Delinquency, 32*, 325-337.

## The risk of sexual recidivism decreases with age

15.     Apart from criminal history, one of the most robust risk factors for criminal behavior is age. The highest rates of offending are observed during the last teens and early 20s, followed by progressive declines thereafter.  Although there is some evidence that the risk for sexual crime decreases more slowly than the risk of non-sexual crime, the risk of sexual crime substantially decreases with advanced age [16,17], with gradual declines in the 40s and 50s, then steep declines after the age of 60[18].  In a large, international sample of 4,673 sexual offenders, there only 2.8% (131) sexual offenders were over the 60[19].  The recidivism rate of sexual offenders over the age of 60 is low, with no new sexual offenses observed for 96 out of 100 cases (recidivism rates of < 4%)[20].  For older sexual offenders with no prior sexual offenses, their recidivism rate is less than 2% after 5 years[21]. This is no different than the rate of spontaneous, out-of-the-blue sexual offenses by offenders with no prior history of sexual crime.

## The risk of recidivism decreases with time offense-free

16.     Research has long shown that the longer an ex-offender remains free of arrests or convictions the lower the chance he will reoffend. Most detected recidivism occurs within three years of a previous arrest and almost always within five years.

17.     In an effort to try to assess whether it is possible to determine empirically when it is no longer necessary for an employer to be concerned about a criminal offense in a prospective employee's past, the United States Department of Justice's National Institute of Justice funded a

---

[16] Hanson, R. K. (2002). Recidivism and age: Follow-up data on 4,673 sexual offenders. *Journal of Interpersonal Violence, 17,* 1046-1062.

[17] Barbaree, H. E., & Blanchard, R. (2008). Sexual deviance over the lifespan: Reduction in deviant sexual behavior in the aging sex offender. In D. R. Laws & W. T. O'Donahue (Eds.), *Sexual deviance: Theory, assessment, and treatment* (2nd ed.; pp. 37-60). Guilford.

[18] Helmus, L., Thornton, D., Hanson, R. K., & Babchishin, K. M. (2012). Improving the predictive accuracy of Static-99 and Static-2002 with older sex offenders: Revised age weights. *Sexual Abuse: A Journal of Research and Treatment, 24*(1), 64-101.

[19] Hanson (2002).

[20] Helmus et al. (2012).

[21] Hanson, R. K, Thornton, D., Helmus, L.-M., & Babchishin, K. M. (2016). What sexual recidivism rates should be associated with Static-99R and Static-2002R scores? *Sexual Abuse: A Journal of Research and Treatment, 28*(3), 218-252.

study to actuarially estimate a point in time when an individual with a criminal record is at no greater risk of committing another crime than other individuals of the same age.[22]

18.    The study's goal was to determine empirically at what point in time the risk of recidivism was no greater than the risk for two comparison populations. Their analysis was based on a statistical concept called the "hazard rate." In this context, the hazard rate is the probability, over time, that someone who has stayed arrest-free will be arrested. For a person who has been arrested in the past, the hazard rate declines the longer he stays free of arrests.

19.    The researchers—noted criminologist Alfred Blumstein and his then-doctoral student Kiminori Nakamura—obtained the criminal history records of 88,000 individuals who were arrested for the first time in New York State in 1980, and then determined whether they had been arrested for any other crime(s) during the ensuing 25 years or if they had stayed arrest-free.

20.    The study showed that the hazard rates for people who committed crimes such as burglary, robbery, and aggravated assault eventually dropped below the hazard rate for other individuals of the same age in the general population. For example, for 18-year-olds who were arrested for a first offense robbery, the hazard rate declined to the same arrest rate for the general population of same-aged individuals at age 25.7, or 7.7 years after the robbery arrest. After that point, the probability that individuals would commit another crime was less than the probability of other 26-year-olds in the general population. The hazard rates of people who committed burglary at age 18 declined to the same as the general population somewhat earlier: 3.8 years post-arrest or at age 21.8. For aggravated assault, the hazard rates of the study group dropped below that of the general population of same-aged individuals: 4.3 years post-arrest or at age 22.3.

21.    Blumstein and Nakamura also looked at the hazard rates for people whose first arrest had occurred at other ages and found that the younger an offender was when he committed robbery, the longer he had to stay arrest-free to reach the same arrest rate as people his same age in the general population.

---

[22] Blumstein, A., & Nakamura, K. (2009). Redemption in the Presence of Widespread Criminal Background Checks. *Criminology, 47* (2), and summarized in an article of the same name in the National Institute of Justice Journal, No. 263 10-17, *available at* https://www.ncjrs.gov/pdffiles1/nij/226872.pdf.

### The risk of sexual recidivism decreases with time offense-free

22.    I have conducted studies similar to that conducted by Blumstein and Nakamura of the general offender population in order to determine recidivism rates for sex offenders and to better understand what factors affect those rates.    In 2003-2004, I, working with other researchers, analyzed the data from 10 existing follow-up studies of adult male sexual offenders (combined sample of 4,724).[23]    The analysis indicated that most sexual offenders do not re-offend sexually, that first-time sexual offenders are significantly less likely to sexually re-offend than those with previous sexual convictions, and that offenders over the age of 50 are less likely to re-offend than are younger offenders.

23.    The study also showed that the rate of sexual reoffending decreases the longer offenders have been offense-free.    The five-year recidivism rate for new releases of 14% decreased to 4% for individuals who have been sex-offense-free for 15 years.    The observed rates underestimate the actual rates because not all sexual offenses are detected; nevertheless, the findings contradicted the popular notion that all sexual offender remain at risk throughout their lifespan. More specifically, the study found that after 15 years of living in the community, 73% of sexual offenders had not been charged with, or convicted of, another sexual offense.    The sample was sufficiently large that very strong contradictory evidence would be necessary to substantially change these recidivism estimates, particularly because other studies have found similar results.

24.    We concluded that rather than considering all sexual offenders as continuous, lifelong threats, society will be better served when legislation and policies consider the cost/benefit break point after which resources spent tracking and supervising low-risk sexual offenders are better re-directed toward the management of high-risk sexual offenders, crime prevention, and victim services.

### The Updated 2014 Study

25.    I, along with three other researchers, conducted a similar study to examine the extent to which sexual offenders present an enduring risk for sexual recidivism over a 20 year

---

[23] Harris & Hanson (2004).

follow-up period. The results of this updated study were (i) presented by myself and Dr. Andrew Harris at the 32nd Annual Research and Treatment Conference held by the Association for the Treatment of Sexual Abusers in October 2012, and (ii) published in the *Journal of Interpersonal Violence* in March 2014, and is available at http://jiv.sagepub.com/content/29/15/2792. I have attached this study, entitled "High-Risk Sex Offenders May Not Be High Risk Forever," as *Exhibit 2*. The study used the same methodology as the 2003-04 study (life table survival analysis), but differed from the earlier study in two significant ways: the sample size was significantly larger (n=7,740), and the study grouped offenders according to risk (low, moderate, high) based on an established risk assessment tool (Static-99R).

26.    This study confirmed that sexual offenders' risk of committing sexual crimes decreases the longer they have been sex offense-free in the community. On average, their recidivism risk dropped by approximately 50% each five years that they remained offense-free in the community.[24] This pattern was particularly evident for high-risk sexual offenders, whose yearly recidivism rates declined from approximately 7% during the first calendar year, to less than 1% per year when they have been offense-free for 10 years or more. Thus, like "regular" offenders, sex offenders are less likely to re-offend the longer they remain offense-free in the community.

27.    We also determined that, just as Blumstein and Nakamura established with respect to other types of offenders, sex-offenders who remain free of arrests for a sex offense will eventually become less likely to reoffend sexually than a non-sexual offender is to commit an "out of the blue" sexual offense.

28.    As a preliminary step, we had to define the level of risk at which sexual offenders should be treated as non-sexual offenders. Unfortunately, there are very limited data as to the rates of sexual offending among the general male population. One study from Great Britain[25] has found that approximately 2% of males are convicted for a sexual offense by age 40. Another

---

[24] Hanson et al., (2014).

[25] Marshall, P. (1997). *The prevalence of convictions for sexual offending.* (Research Finding No. 55.) London, UK: Home Office Research and Statistics Directorate.

has determined that among non-forensic psychiatric admissions[26], the proportion with a history of sexual violence is 3% to 5%. Because these data are not entirely satisfactory, we chose a different reference group: persons who have been arrested but have no recorded history of sexual offending.  Among such non-sexual offenders, the observed sexual offense rates are 1% to 3% [27,28,29].  For this paper we chose a threshold of < 3% sexual recidivism rates after 5 years as a comparison baseline.

29.    Using this threshold, we found that immediately upon release, low-risk offenders pose a smaller risk of recidivism (2.2% five-year risk) than does this baseline group of individuals who have never been arrested for a sex offense.  (*See* Hanson et al., 2014, at 6). After 10 years in the community without committing a sex offense, medium-risk offenders also pose a risk (2.4% five-year risk) that is below this baseline.  *Id.*  Although their recidivism rates declined substantially when they were 10 years offense-free, the-five year recidivism rate of the initially high-risk offenders (4.2%) was still higher than the expected rate for nonsexual offenders (1%-3%). *Id.*.

### Statistical Modeling

30.    Also as part of this study which was presented at the 2012 Association for the Treatment of Sexual Abusers 32nd Annual Research and Treatment Conference, we used another method of estimating the "redemption" period for sexual offenders.  The redemption period is the time at which their expected rates of recidivism are below some pre-determined threshold. This second method involved estimating the probability of sexual recidivism during 6-month

---

[26] Hirdes, J. P. (2012). *Use of the interRAI assessment instruments in forensic mental health settings*. Presentation at the Future of Forensic Care: Solutions Worth Sharing. Utrecht, Netherlands.

[27] Duwe, G. (2012). Predicting first-time sexual offending among prisoners without a prior sex offense history: The Minnesota Sexual Criminal Offending Risk Estimate (MnSCORE). *Criminal Justice and Behavior, 39,* 1436-1456.

[28] Langan, P. A., Schmitt, E. L., & Durose, M. R. (2003). Recidivism of sex offenders released from prison in 1984. Bureau of Justice Statistics NCJ 198281. Washington, DC: U.S. Department of Justice.

[29] Sample & Bray, 2003: Sample, L. L., & Bray, T. M. (2003). Are sex offenders dangerous? *Criminology and Public Policy, 3,* 59-82. doi:10.1111/j.1745-9133.2003.tb00024.x

periods, from the time of release to more than 20 years in the community. These discrete-time hazard rates were then modeled using logistic regression. Statistical modeling minimizes random noise in the data allowing the patterns to be observed more clearly. By statistically modeling the hazard rates, we were able to make more precise estimates of the recidivism rates than we could using the statistical procedures (life-table survival analyses) reported in our earlier analyses.

31.    Statistical modeling of discrete-time hazard rates is a well-established method for estimating changes in hazard rates over time[30]. These statistical methods (logistic regression modeling of discrete-time hazard rates) have been used by other researchers to specifically examine time-to-redemption for general (non-sexual) offenders[31]. Logistic regression is the standard statistical method for estimating the value of a binary dependent variable (a yes-no question) based on a set of continuous independent variables. In our case, the binary variable was recidivism (charge for a sexual crime) during a six-month period, and the predictor variables were time sex-offense free and Static-99R scores. Logistic regression is discussed in most advanced texts on statistics; a standard reference is Alan Agresti, AN INTRODUCTION TO CATEGORICAL DATA ANALYSIS (John Wiley and Sons 1996).

32.    I compared the expected risk of sexual recidivism that individuals in the various risk categories would pose after they have been living in the community without a subsequent arrest for a sex-related crime to a baseline risk posed by any person who has suffered at least one arrest for any type of crime. By averaging the results of five studies that were conducted on this question between 1993 and 2008, we calculated the probability that a person who has suffered any arrest in his lifetime will commit a sex offense during any 6-month period as approximately 0.2% (rounded from 0.19%). This is a somewhat lower baseline than the 3%-over-5-years baseline that we used in our 2014 published study, discussed above; this means that the results discussed below are more conservative than those discussed above.

---

[30] Singer, J. D., & Willett, J. B. (2003). *Applied Longitudinal Data Analysis: Modeling Change and Event Occurrence.* Oxford, UK: Oxford University Press.

[31] Bushway, S. D., Nieubeerta, P., & Blokland, A. (2011). The predictive value of criminal background checks: Do age and criminal history affect time to redemption? *Criminology, 49,* 27-60.

33.     This analysis showed that after 14 years without a new arrest for a sex-related offense, medium-risk sex offenders pose no more risk of committing a new sex offense than do these baseline individuals who have never been arrested for a sex-related offense.

34.     It also showed that after 17 years without a new arrest for a sex-related offense, high-risk sex offenders (top 16% of routine samples) pose no more risk of committing a new sex offense than do these baseline individuals who have never been arrested for a sex-related offense.

35.     For the low-risk sexual offenders (bottom 16% of routine samples), there was no significant change in their risk levels over time, as their risk was consistently low.  Less than 0.2% (0.187%) of the low-risk sexual offenders would be expected to be charged with a sexual offense during any discrete 6-month time period.  For these individuals, their risk of a new sexual offense was already lower than the .0020 baseline at the time they were released from custody.

36.     A true and correct copy of a graph that I presented at the 2012 conference showing the recidivism rates over time for the three categories, along with the baseline, is below.



STATIC-99R Groups (High, Moderate)
Logistic Regression with "Redemption Bar"
STATIC-99 Low Risk Group – Base Rate Line
(Percent Recidivism by Time Interval (Years) [6 Month "gates"])

37.    I do, however, expect that when our analysis is complete it will allow us to calculate the risks posed by sex offenders who have remained completely free of any arrest following their release from custody (the above calculations only examine whether there has been a new arrest for a sex offense).  Based on prior research indicating that committing any sort of crime increases the statistical likelihood that one will commit a sex crime, I expect we will find that sex offenders who have remained completely arrest free since their release will be significantly less likely to commit new sex offenses than the above data suggests, and that they will drop below the baseline risk earlier than is indicated above for people who have remained free of arrests for sex crimes but may have been arrested for other offenses.

**Juveniles who commit sexual offenses rarely commit sexual offenses as adults**

38.    All criminal justice systems make a distinction between individuals who are too young for criminal responsibility (children), individuals with full criminal responsibility (adults),

and juveniles who are intermediate between children and adults. The specific ages thresholds vary, but all societies recognize that the juvenile offending is different from that of adult offending, and, consequently, treat juveniles different – typically, with a greater emphasis on support, rehabilitation, and reintegration. Although it is universally recognized that most juveniles offenders will "grow out of it", some jurisdictions make an exception for young people who have committed sexual offenses, treating them as though they presented an enduring risk for sexual crime. This is a mistake. Sexual behavior during teenage years is not a reliable indicator of sexual behavior during adulthood[32]. Although some persistent sexual offenders will have started offending in their teenage years, the vast majority of adolescences who have committed sexual offense will quickly "age out" of sexual offending, just like non-sexual juvenile offenders. Overall, the rate of sexual recidivism among juveniles sexual offenders are even lower than the rates observed for adult sexual offenders[33,34].

### What works to reduce the risk of sexual recidivism

39.     Finally, it is important to understand that there are post-release factors other than the passage of time without a new arrest that can help predict whether an offender is likely to reoffend. Modern treatment methods can have a significant effect in reducing recidivism[35] [36]; furthermore, one study involving interviews with sexual recidivists found that most of the treatment failures had never seriously intended to stop offending or change the high-risk lifestyle

---

[32] Barbaree, H. E., & Marshall, W. L. (Eds.). (2008). *The juvenile sex offender*. Guilford Press.

[33] Caldwell, M. F. (2010). Study characteristics and recidivism base rates in juvenile sex offender recidivism. *International Journal of Offender Therapy and Comparative Criminology, 54*(2), 197-212.

[34] Caldwell MF (2007). Sexual offense adjudication and sexual recidivism among juvenile offenders. *Sexual Abuse: A Journal of Research and Treatment, 19,* 107-113.

[35] Hanson, RK, Bourgon, G, Helmus, L, & Hodgson, S. (2009). The principles of effective correctional treatment also apply to sexual offenders: A meta-analysis. *Criminal Justice and Behavior, 36,* 865-891.

[36] Schmucker, M., & Lösel, F. (2015). The effects of sexual offender treatment on recidivism: an international meta-analysis of sound quality evaluations. *Journal of Experimental Criminology, 11*(4), 597-630.

in which their offending was embedded[37]. Consequently, it is quite likely that by monitoring these factors, by measuring indicators of commitment to treatment and other prosocial goals, and by monitoring involvement in non-sexual crime, evaluators could have an increased capacity to discriminate those who will recidivate from those who will not.

40.     Policies that promote the social re-integration of sexual offenders are more likely to reduce the recidivism risk of sexual offenders than policies that focus on identifying ex-offenders to the general public. It is well established that major contributors to desisting from crime are having a place to stay, a job, and stable relationships with prosocial peers[38]. These same factors apply to sexual offenders. Sexual offenders who have a credible release plan that includes a residence, employment, and prosocial peers are less likely to reoffend than those who are homeless, transient, and unemployed[39]. In contrast, policies and practices that systematically block the attainment of normal, prosocial goals are likely to increase the recidivism risk of sexual offenders.

41.     As my colleagues and I concluded in our 2004 paper, blanket policies that treat all sexual offenders as "high risk" waste resources by over-supervising lower risk offenders and risk diverting resources from the truly high-risk offenders who could benefit from increased supervision and human service.   Research has even suggested that offenders may actually be made worse by the imposition of higher levels of treatment and supervision than is warranted given their risk level[40].   Rather than considering all sexual offenders as continuous, lifelong threats, society will be better served when legislation and policies consider the cost/benefit break point after which resources spent tracking and supervising low-risk sexual offenders are better

---

[37] Marques, J. K., Nelson, C., Alarcon, J.-M., & Day, D.M. (2000). Preventing relapse in sex offenders: What we learned from SOTEP's experimental treatment program. In R. D. Laws, S. M. Hudson, & T. Ward, (Eds.), *Remaking relapse prevention with sex offenders: A sourcebook* (pp. 321-342). Thousand Oaks, CA: Sage.

[38] Laub, J. H., & Sampson, R. J. (2001). Understanding desistance from crime. *Crime and Justice*, *28*, 1-69.

[39] Scoones, C. D., Willis, G. M., & Grace, R. C. (2012). Beyond Static and Dynamic Risk Factors The Incremental Validity of Release Planning for Predicting Sex Offender Recidivism. *Journal of Interpersonal Violence*, *27*(2), 222-238.

[40] Lovins, B., Lowenkamp, C. T., & Latessa, E. J. (2009). Applying the risk principle to sex offenders: Can treatment make some sex offenders worse? *The Prison Journal, 89*, 344-357.

re-directed toward the management of high-risk sexual offenders, crime prevention, and victim services.

Table 1.

Sexual Recidivism Rates (%)

|  | 5 years | 10 years |
|---|---|---|
| Mixed groups of sex offenders | 10-15 | 15-20 |
| Victim type | | |
| Adults (rapists) | 14 | 21 |
| Related children (incest offenders) | 6 | 9 |
| Unrelated girls | 9 | 13 |
| Unrelated boys | 23 | 28 |
| Risk Level | | |
| Low | 2 | 3 |
| Moderate | 7 | 10 |
| High | 22 | 29 |

Source: Harris & Hanson (2004); Risk level based on Static-99R scores (-3 to -1 = low; 0 to 4 = moderate; 5+ = high; n = 7,740; Hanson, Harris, Helmus & Thornton [2014]).

Table 2

*Established risk factors for sexual recidivism.*

**Age** (young)
**Sexual Criminality**
Sexual criminal history
- Prior sexual offences
- Early onset of sexual offending
- Diverse sexual crimes
- Non-contact sexual offences
- Victim characteristics (unrelated, strangers, males)

Deviant sexual interests
- Any deviant sexual preference
  - Sexual preference for children
  - Sexualized violence
  - Multiple paraphilias
- Sexual preoccupations

Attitudes tolerant of sexual assault
**General Criminality**
Lifestyle instability/criminality
- Childhood behaviour problems (e.g., running away, grade failure)
- Juvenile delinquency
- Any prior offences
- Lifestyle instability (reckless behaviour, employment instability)
- Personality disorder (antisocial, psychopathy)
- Grievance/hostility

Social problems/Intimacy deficits
- Single (never married)
- Conflicts with intimate partners
- Hostility toward women
- Negative social influences

Response to treatment/supervision
- Treatment drop-out
- Non-compliance with supervision
- Violation of conditional release

Poor cognitive problem-solving
**Risk factors specific to sexual offenders against children**
- Emotional congruence with children (source)
- Child molester attitudes

Sources: Hanson & Bussière (1998); Helmus et al. (2013); Mann, Hanson & Thornton (2010); McPhail, Hermann & Nunes (2013)

20

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

R. Karl Hanson, Ph.D., C.Psych

Dated: July 15, 2016

Curriculum Vitae     **R. Karl Hanson**

Work Address     Research Division
                 Community Safety and Countering Crime Branch
                 Public Safety Canada
                 340 Laurier Avenue, West
                 Ottawa, Ontario  K1A 0P8
                 Canada

                 Phone (613) 991-2840
                 Fax (613) 990-8295
                 Karl.Hanson@canada.ca; rkarlhanson@gmail.com

Education

1986 - Ph.D. in Clinical Psychology, University of Waterloo
1981 - B.A. (Hons), Psychology, Simon Fraser University

Professional Awards and Distinctions

2015 – Public Safety Canada: Instant Prize
2010 – Public Safety Canada: Student Recognition Award
2007 – Public Safety Canada: Departmental Achievement Award
2007 – Public Safety Canada: Student Recognition Award
2006 – Public Service Merit Awards for Exceptional Performance
2003 – Canadian Psychological Association: Fellow
2002 – Association for the Treatment of Sexual Offenders: Lifetime Significant Achievement
1998 – Public Service Merit Award for Exceptional Performance

Academic Awards

As a student (1978 – 1986), I received SSHRC doctoral and M.A. fellowships as well as awards and
scholarships from Simon Fraser University, Capilano College and the University of Manitoba (where I
completed my internship in clinical psychology).

Current Employment

| Start Dates | Location | Duties |
|---|---|---|
| 2/2015 – | Public Safety Canada | Manager, Corrections Research.  Supervise and conduct research on corrections. Manage staff/ budget. |
| 6/2013 - | Carleton University | Adjunct Research Professor, Psychology Department |
| 12/2015 - | Ryerson University | Adjunct Faculty, Yeates School of Graduate Studies |

R.K. Hanson, Ph.D.

Professional Work Experience

| Dates | | Location | Duties |
|---|---|---|---|
| 2/2009 - | 2/2015 | Public Safety Canada | Senior Research Scientist. Conduct and supervise research on corrections, with a particular focus on sexual offenders and family violence |
| 6/2004 - | 6/2013 | Carleton University | Adjunct Professor |
| 4/1991 - | 2/2009 | Solicitor General Canada/Public Safety Canada | Senior Research Officer |
| 9/1986 – | 4/1991 | York University | Course Director (Personality, Abnormal, Research). Supervision of student research. (part-time) |
| 9/1987- | 1/1991 | Ontario Ministry of Correctional Services | Assessment, short-term treatment of offenders on probation and parole, staff consultation (part-time) |

Between 1987 and 1990, I was a research consultant for several organizations including the Solicitor General Canada (sexual offenders, impact of sexual victimization) and Thistletown Regional Centre (incest offender assessment). I taught psychopathology at Trent University and the Adlerian Institute. As well, I was engaged in the assessment and treatment of forensic clients, including sexual offenders, at the Clarke Institute of Psychiatry (now Centre for Addiction and Mental Health, Toronto, Ontario, Canada).

Clinical Training

I completed a one-year post-doctoral A.P.A./C.P.A. approved internship at the Health Sciences Centre, University of Manitoba in 85/86, and had prior internship experience with adults and children at the University of Waterloo, and Sunnybrook Medical Centre (Toronto). I have been registered as a psychologist in Ontario since 1987. My clinical expertise concerns the assessment and treatment of adult offenders.

Journal Publications (refereed)

Hanson, RK, Babchishin, KM, Helmus, LM, Thornton, D, & Phenix, A. (in press, 2016-06). Communicating the results of criterion referenced prediction measures: Risk categories for the Static-99R and Static-2002R sexual offender risk assessment tools. *Psychological Assessment*.

Hanson, RK. (in press, 2016-05). Assessing the calibration of actuarial risk scales: A primer on the E/O index. *Criminal Justice and Behavior*.

Lee, SC, & Hanson, RK. (in press, 2016-03). Recidivism risk factors are correlated with a history of psychiatric hospitalization among sex offenders. *Psychological Services*.

2

R.K. Hanson, Ph.D.

Lehmann, RJB, Thornton, D, Helmus, LM, & Hanson, RK. (2016). Developing non-arbitrary metrics for risk communication: Norms for the Risk Matrix 2000. *Criminal Justice and Behavior.* Advance online publication. doi:10.1177/0093854816651656

Brouillette-Alarie, S, Babchishin, KM, Hanson, RK, & Helmus, L. (2016). Latent constructs of static risk scales for the prediction of sexual aggression: A 3-factor solution. *Assessment, 23*(1), 96-111. doi:10.1177/1073191114568114

Hanson, RK, Thornton, D, Helmus, L-M, & Babchishin, KM. (2016). What sexual recidivism rates should be associated with Static-99R and Static-2002R scores? *Sexual Abuse: A Journal of Research and Treatment, 28*(3), 218-252. doi:10.1177/107906321557410

Babshishin, KM, Hanson, RK, & Blais, J. (2016). Less is more: Using Static-2002R Subscales to Predict Violent and General Recidivism among Sexual Offenders. *Sexual Abuse: A Journal of Research and Treatment, 28*(3), 187-217. doi:10.1177/1079063215569544

Hermann, C, McPhail, I, Helmus, L-M, & Hanson, RK. (2015). Emotional congruence with children is associated with sexual deviancy in sexual offenders against children. *International Journal of Offender Therapy and Comparative Criminology.* Advance online publication. doi:10.1177/0306624X1560830

Lehmann, RJB, Goodwill, AM, Hanson, RK, & Dahle, K-P. (2015). Acquaintance Rape: Applying crime scene analysis to the prediction of sexual recidivism. *Sexual Abuse: A Journal of Research and Treatment.* Advance online publication. doi:10.1177/1079063215569542

Hanson, RK, Helmus, L, & Harris, AJR. (2015). Assessing the risk and needs of supervised sexual offenders: A prospective study using STABLE-2007, Static-99R and Static-2002R. *Criminal Justice and Behavior, 42*(12), 1205-1224. doi:10.1177/0093854815602094

Brouillette-Alarie, S, & Hanson, RK. (2015). Comparaison de deux mesures d'évaluation du risque de récidive des délinquants sexuels [Comparison of two recidivism risk measures for sexual offenders]. *Canadian Journal of Behavioural Science/Revue canadienne des sciences du comportement. 47*(4), 292-304. doi :10.1037/cbs0000019

Helmus, L, Hanson, RK, Babchishin, KM, & Thornton, D. (2015). Sex offender risk assessment with the Risk Matrix 2000: Validation and guidelines for combining with the STABLE-2007. *Journal of Sexual Aggression, 21*(2), 136-157. doi:10.1080/13552600.2013.870241

Babchishin, KM, Hanson, RK, & VanZuylen, H. (2015). Online child pornography offenders are different: A meta-analysis oft he characteristics of online and offline sex offenders against children. *Archives of Sexual Behavior, 44*(1), 45-66. doi:10.1007/s10508-014-0270-x

Hanson, RK, Harris, AJR, Helmus, L, & Thornton, D. (2014). High risk sex offenders may not be high risk forever. *Journal of Interpersonal Violence.29*(15), 2792-2813. doi: 10.1177/0886260514526062

3

R.K. Hanson, Ph.D.

Lehmann, RJB, Goodwill, AM, Hanson, RK, & Dahle, K-P.  (2014). Crime scene behaviors indicate risk relevant propensities of child molesters. *Criminal Justice and Behavior, 41*(8), 1008-1028. doi: 10.1177/0093854814521807

Hanson, RK, Lunetta, A, Phenix, A, Neeley, J, & Epperson, D.  (2014). The field validity of Static-99/R sex offender risk assessment tool in California. *Journal of Threat Assessment and Management, 1*(2), 102-117. doi: 10.1037/tam0000014.

Brouillette-Alarie, S, Hanson, RK, Babchishin, K, & Benbouriche, M. (2014). De la prédiction à la compréhension: Recension des dimensions psychologiques de la Statique-99.  *Pratiques Psychologiques, 20*(1), 1-19. doi:10.1016/j.prps.2013.12.001

Helmus, L, Babchishin, KM, & Hanson, RK. (2013). The predictive accuracy of the Risk Matrix 2000: A meta-analysis.  *Sexual Offender Treatment, 8*(2), 1-20.

Lehmann, RJB, Hanson, RK, Babchishin, K, Gallasch-Nemitz, F, Biedermann, J, & Dahle, K-P. (2013). Interpreting multiple risk scales for sex offenders: Evidence for averaging. *Psychological Assessment, 25*, 1019-1024. doi: 10.1037/a0033098

Hanson, RK, Babchishin, KM, Helmus, L, & Thornton, D. (2013). Quantifying the relative risk of sex offenders: Risk ratios for Static-99R. *Sexual Abuse: A Journal of Research and Treatment, 25* (5),  482 - 515. doi:10.1177/1079063212469060

Långström, N, Enebrink, P, Laurén, E-M, Lindblom, J, Werkö, S, & Hanson, RK. (2013). Preventing sexual violence against children: Systematic review of medical and psychological interventions. *BMJ, 347*:f4630. doi:10.1136/bmj.f4630.

Hanson, RK, Sheahan, CL, & VanZuylen, H. (2013). Static-99 and RRASOR predict recidivism among developmentally delayed sexual offenders: A cumulative meta-analysis. *Sexual Offender Treatment, 8,* 1-14.

Price, SA, Hanson, RK, & Tagliani, L. (2013). Screening procedures in the United Kingdom for positions of trust with children. *Journal of Sexual Aggression, 19*(1), 17-31. doi:10.1080/13552600.2012.744856

Helmus, L, Hanson, RK, Babchishin, KM, & Mann, RE. (2013). Attitudes supportive of sex offending predict recidivism: A meta-analysis. *Trauma, Violence, & Abuse. 14*, 34-53. doi:10.1177/1524838012462244

Babchishin, KM, Hanson, RK, & Helmus, L. (2012). Communicating risk for sex offenders: Risk ratios for Static-2002R. *Sexual Offender Treatment, 12*(2), 1-12.

Babchishin, KM, Hanson, RK, & Helmus, L. (2012). Even highly correlated measures can add incrementally to predicting recidivism among sex offenders. *Assessment, 19*, 442-461. doi:10.1177/1073191112458312

4

R.K. Hanson, Ph.D.

Hanson, RK, Letourneau, EJ, Olver, ME, Wilson, RJ, & Miner, MH. (2012). Incentives for offender research participation are both ethical and practical. *Criminal Justice and Behavior, 39*(11), 1389 - 1402. doi:10.1177/0093854812449217

Helmus, L, Hanson, RK, Thornton, D, Babchishin, KM, & Harris, AJR. (2012). Absolute recidivism rates predicted by Static-99R and Static-2002R sex offender risk assessment tools vary across samples: A meta-analysis. *Criminal Justice and Behavior, 39*(9), 1148-1171. doi:10.1177/0093854812443648

Hanson, RK, Lloyd, CD, Helmus, L, & Thornton, D. (2012). Developing non-arbitrary metrics for risk communication: Percentile ranks for the Static-99/R and Static-2002/R sexual offender risk scales. *International Journal of Forensic Mental Health, 11*(1), 9-23. doi:10.1080/14999013.2012.667511

Helmus, L, Thornton, D, Hanson, RK, & Babchishin, KM. (2012). Improving the predictive accuracy of Static-99 and Static-2002 with older sex offenders: Revised age weights. *Sexual Abuse: A Journal of Research and Treatment, 24*(1), 64-101. doi:10.1177/1079063211409951

Babchishin, KM, Hanson, RK, & Hermann, CA. (2011). The characteristics of online sex offenders: A meta-analysis. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 92-123.

Seto, MC, Hanson, RK, & Babchishin, KM. (2011). Contact sexual offending by men with online sexual offenses. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 124-145. doi:10.1177/1079063210369013

Cortoni, F, Hanson, RK, & Coache, M. (2010). The recidivism rates of female sexual offenders are low: A meta-analysis. *Sexual Abuse: A Journal of Research and Treatment, 22*(4), 387-401.

Hanson, RK, & Howard, PD. (2010). Individual confidence intervals do not inform decision-makers about the accuracy of risk assessment evaluations. *Law and Human Behavior, 4,* 275 – 281. doi: 10.1007/s10979-010-9227-3.

Mann, RE, Hanson, RK, & Thornton, D. (2010). Assessing risk for sexual recidivism: Some proposals on the nature of psychologically meaningful risk factors. *Sexual Abuse: A Journal of Research and Treatment, 22*(2), 191-217. doi:10.1177/1079063210366039

Hanson, RK, Helmus, L, & Thornton, D. (2010). Predicting recidivism among sexual offenders: a multi-site study of Static-2002. *Law and Human Behavior, 34,* 198-211. doi: 10.1007/s10979-009-9180-1

Cortoni, F, Hanson, RK, & Coache, M. (2009). Les délinquantes sexuelles: prevalence et récidive [Female sexual offenders: Prevalence and recidivism]. *Revue Internationale de Criminologie et de Police Technique et Scientifique, 62,* 319-337.

Hanson, RK. (2009). The psychological assessment of risk for crime and violence. *Canadian Psychology/Psychologie canadienne, 20*(3), 172-182. doi: 10.1037/a0015726.

Hanson, RK, Bourgon, G, Helmus, L, & Hodgson, S. (2009). The principles of effective correctional treatment also apply to sexual offenders: A meta-analysis. *Criminal Justice and Behavior, 36*, 865-891. doi:10.1177/0093854809338545

R.K. Hanson, Ph.D.

Hanson, RK, & Morton-Bourgon, KE. (2009). The accuracy of recidivism risk assessments for sexual offenders: A meta-analysis of 118 prediction studies. *Psychological Assessment, 21,* 1-21. doi:10.1037/a0014421

Whitaker, DJ, Le, B, Hanson, RK, Baker, CK, McMahon, P, Ryan, G, Klein, A, & Rice, DD. (2008). Risk factors for the perpetration of child sexual abuse: A review and meta-analysis. *Child Abuse & Neglect, 32,* 529-548.

Price, S, & Hanson, RK. (2007). A Modified Stroop Task With Sexual Offenders: Replication of a Study. *Journal of Sexual Aggression, 13*(3), 203-216.

Helmus, LMD, & Hanson, RK. (2007). Predictive Validity of the Static-99 and Static-2002 for Sex Offenders on Community Supervision. *Sexual Offender Treatment, 2*(2), 1-14.

Nunes, KL, Hanson, RK, Firestone, P, Moulden, HM, Greenberg, DM, & Bradford, JM. (2007). Denial predicts recidivism for some sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 19*(2), 91-105.

Hanson, RK. (2006). Does Static-99 predict recidivism among older sexual offenders? *Sexual Abuse: A Journal of Research and Treatment, 18,* 343-355.

Långström, N, & Hanson, RK. (2006). High rates of sexual behavior in the general population: Correlates and predictors. *Archives of Sexual Behavior, 35,* 37-52.

Hanson, RK, & Broom, I. (2005). The utility of cumulative meta-analysis: Application to programs for reducing sexual violence. *Sexual Abuse: A Journal of Research and Treatment, 17,* 357-373.

Hanson, RK, & Morton-Bourgon, KE. (2005). The characteristics of persistent sexual offenders: A meta-analysis of recidivism studies. *Journal of Consulting and Clinical Psychology, 73,* 1154-1163. doi:10.1037/0022-006X.73.6.1154

Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 24*(5), 2006.

Hanson, RK, & Wallace-Capretta, S. (2004). Predictors of criminal recidivism among male batterers. *Psychology, Crime, & Law, 10*(4), 413-427.

Hanson, RK, Broom, I, & Stephenson, M. (2004). Evaluating community sex offender treatment programs: A 12-year follow-up of 724 offenders. *Canadian Journal of Behavioural Science, 36,* 87-96.

Hanson, RK. (2003). Empathy deficits of sexual offenders: A conceptual model. *Journal of Sexual Aggression, 9,* 13-23.

Hanson, RK. (2002). Recidivism and age: Follow-up data on 4,673 sexual offenders. *Journal of Interpersonal Violence, 17,* 1046-1062.

Hanson, RK, Gordon, A, Harris, AJR, Marques, JK, Murphy, W, Quinsey, VL, & Seto, MC. (2002). First report of the Collaborative Outcome Data Project on the effectiveness of psychological treatment for sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 169-194.

Beech, A, Friendship, C, Erikson, M, & Hanson, RK. (2002). The relationship between static and dynamic risk factors and reconviction in a sample of U.K. child abusers. *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 155-167.

R.K. Hanson, Ph.D.

Rooney, J, & Hanson, RK. (2001). Predicting attrition from treatment programs for abusive men. *Journal of Family Violence, 16*(2), 131-149.

Hanson, RK, & Harris, AJR. (2001). A structured approach to evaluating change among sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 13*(2), 105-122.

Laws, DR, Hanson, RK, Osborn, CA, Greenbaum, PE, & Murrin, MR. (2000). Classification of child molesters by plethysmographic assessment of sexual arousal and a self-report measure of sexual preference. *Journal of Interpersonal Violence, 15*(12), 1297-1312.

Hanson, RK, & Nicholaichuk, T. (2000). A cautionary note regarding Nicholaichuk et al. (2000). *Sexual Abuse: A Journal of Research and Treatment, 12*(4), 289-293.

Hanson, RK, & Thornton, D. (2000). Improving risk assessments for sex offenders: A comparison of three actuarial scales. *Law and Human Behavior, 24*(1), 119-136.

Hanson, RK, & Harris, AJR. (2000). Where should we intervene? Dynamic predictors of sex offense recidivism. *Criminal Justice and Behavior, 27,* 6-35.

Hanson, RK. (1999). Working with sex offenders: A personal view. *Journal of Sexual Aggression, 4*(2), 81-93.

Parker, KCH, Hunsley, J, & Hanson, RK. (1999). Old wine from old skins sometimes tastes like vinegar: A response to Garb, Floria & Grove. *Psychological Science, 10,* 291-292.

Hanson, RK, Pronovost, I, Proulx, J, Scott, H, & Raza, H. (1998). Pédophile et distortions cognitive: Étude des propriétés psychométriques d'une version française de l'Échelle cognitive d'Abel et Becker. *Revue sexologique/Sexology Review, 6,* 127-141.

Hanson, RK. (1998). What do we know about sexual offender risk assessment? *Psychology, Public Policy and Law, 4,* 50-72. doi:10.1037/1076-8971.4.1-2.50

  - Reprinted in A. Schlank and F. Cohen, (1999). *The Sexual Predator: Law, Policy, Evaluation and Treatment* (pp. 8:1- 8:24). Kingston, NJ: Civic Research Institute.

Hanson, RK, & Bussière, MT. (1998). Predicting relapse: A meta-analysis of sexual offender recidivism studies. *Journal of Consulting and Clinical Psychology, 66*(2), 348-362. doi:10.1037/0022-006X.66.2.348

  - Abstracted in *Scientific American, 278*(6), 28, 1998.

  - Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 16*(7), 1998.

  - Abstracted in *Year Book of Psychiatry and Applied Mental Health* (1999).

Bonta, J, Law, M, & Hanson, RK. (1998). The prediction of criminal and violent recidivism among mentally disordered offenders: A meta-analysis. *Psychological Bulletin, 123*(2), 123-142.

  - Reprinted in D. Canter (Ed.) (2014). *Criminal Psychology.* Sage.

Hanson, RK, Cadsky, O, Harris, A, & Lalonde, C. (1997). Correlates of battering among 997 men: Family history, adjustment and attitudinal differences. *Violence and Victims, 12*(3), 191-208.

Hanson, RK. (1997). How to know what works with sex offenders. *Sexual Abuse: A Journal of Research and Treatment, 9*(2), 129-145.

7

R.K. Hanson, Ph.D.

Cadsky, O, Hanson, RK, Crawford, M, & Lalonde, C. (1996). Attrition from a male batterer treatment program: Client-treatment congruence and lifestyle instability. *Violence and Victims, 11,* 51-64.

Hanson, RK, & Scott, H. (1996). Social networks of sexual offenders. *Psychology, Crime, & Law, 2,* 249-258.

Hanson, RK. (1996). Evaluating the contribution of relapse prevention theory to the treatment of sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 8*(3), 201-208.

Hanson, RK, & Scott, H. (1995). Assessing perspective taking among sexual offenders, non-sexual criminals and non-offenders. *Sexual Abuse: A Journal of Research and Treatment, 7,* 259-277.

Hanson, RK, Scott, H, & Steffy, RA. (1995). A Comparison of Child Molesters and Non-Sexual Criminals: Risk Predictors and Long-term Recidivism. *Journal of Research in Crime and Delinquency, 32*(3), 325-337. doi:10.1177/0022427895032003004

Hanson, RK, & Whitman, R. (1995). A rural, community action model for treating abusive men. *Canadian Journal of Community Mental Health, 14,* 49-59.

Hanson, RK, Gizzarelli, R, & Scott, H. (1994). The attitudes of incest offenders: Sexual entitlement and acceptance of sex with children. *Criminal Justice and Behavior, 21,* 187-202.

Hanson, RK, & Slater, S. (1993). Reactions to motivational accounts of child molesters. *Journal of Child Sexual Abuse, 2*(4), 43-59.

Hanson, RK, Steffy, RA, & Gauthier, R. (1993). Long-term recidivism of child molesters. *Journal of Consulting and Clinical Psychology, 61,* 646-652.

 - Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 11*(12), 1, 1993.

Hanson, RK. (1992). Thematic analysis of daily events as a method of personality assessment. *Journal of Personality Assessment, 58*(3), 606-620.

Wormith, JS, & Hanson, RK. (1992). The treatment of sexual offenders in Canada: An update. *Canadian Psychology/Psychologie canadienne, 33*(2), 180-198.

Hanson, RK, Cox, B, & Woszczyna, C. (1991). Assessing treatment outcome for sexual offenders. *Annals of Sex Research, 4,* 177-208.

Hanson, RK. (1990). The psychological impact of sexual victimization on women and children. *Annals of Sex Research, 3,* 187-232.

Wheeler, CJ, Hanson, RK, & Berry, RE. (1989). Strategic utilization of incest offender cognitions. *Journal of Strategic and Systemic Therapy, 8,* 42-57.

Hanson, RK, & Slater, S. (1988). Sexual victimization in the history of child molesters: A review. *Annals of Sex Research, 1,* 485-499.

Hanson, RK, Hunsley, J., & Parker, KCH. (1988). The relationship between WAIS subtest reliability, "g" loadings and meta-analytically derived validity estimates. *Journal of Clinical Psychology, 44,* 557-563.

Hunsley, J, Hanson, RK, & Parker, KCH. (1988). A summary of the reliability and stability of MMPI scales. *Journal of Clinical Psychology, 44,* 44-46.

8

R.K. Hanson, Ph.D.

Parker, KCH, Hanson, RK, & Hunsley, J. (1988). MMPI, Rorschach, and WAIS: A meta-analytic comparison of reliability, stability, and validity. *Psychological Bulletin, 103,* 367-373.

    - Reprinted in A. E. Kazdin, (Ed.). (1992). *Methodological issues and strategies in clinical research.* Washington, DC: American Psychological Association.

    <u>Invited publications, commentaries, and book reviews</u>

Jeglic, EL, Hanson, RK, & Calkins, C. (2016). Sex offender treatment: The need for cognitive behavioral therapists. *The Behavior Therapist, 39*(5), 162-167.

Lee, S, & Hanson, RK. (2015, August 30). There is evidence to support the use of Western developed violent risk assessment in China: Responding to Zhou et al. (2015). Weblog post; Nextgenforensic. Retrieved from http://wp.me/p2RS15-bc.

Hanson, RK. (2014). Toward a common language for risk communication. *Crime Scene, 21* (1), 9-10.

Harris, AJR, & Hanson, RK. (2014). I don't do sex offenders. *Psynopsis, 36*(1), 20.

Hanson, RK. (2014). Treating sexual offenders: How did we get here and where are we headed? *Journal of Sexual Aggression. 20*(1), 3-8. doi: 10.1080/13552600.2013.861524.

Hanson, RK. (2013). Commentary on Dennis et al., 2012. *Evidence-Based Mental Health, 16,* 68. doi:10.1136/eb-2013-101236

Hanson, RK, & Yates, PM. (2013). Psychological treatment of sex offenders. *Current Psychiatry Reports, 15,* 348-356. doi: 10.1007/s11920-012-0348-x

Helmus, L., & Hanson, RK. (2011). More fun with statistics! How to use logistic regression to predict criminal recidivism risk. *Crime Scene, 18*(2), 7-12.

Hanson, RK. (2011). What should we do with sexual offenders? Review of C.P. Ewing's "Justice Perverted: Sex Offense Law, Psychology, and Public Policy". *PsycCRITIQUES- Contemporary Psychology: APA Review of Books, 56*(39). doi: 10.1037/a0024991

Seto, MC., & Hanson, RK. (2011). Introduction to special issue on internet-facilitated sexual offending. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 3-6.

Harris, AJR, & Hanson, RK. (2010). Clinical, actuarial, and dynamic risk assessment of sexual offenders: Why do things keep changing? *Journal of Sexual Aggression, 16*(3), 296-310. doi:10.1080/13552600.2010.494772

Thornton, D, Hanson, RK, & Helmus, L. (2010). Moving beyond the Standard Model for Actuarial Assessment for Sexual Offenders. *California Coalition on Sexual Offending, CCOSO Quarterly Newsletter, Perspectives,* Issue: Spring 2010. Available at http://ccoso.org/newsletter.php.

R.K. Hanson, Ph.D.

Hanson, RK. (2010). Dimensional assessment of sexual deviance. *Archives of Sexual Behavior, 39* (2), 401-404. DOI 10.1007/s10508-009-9575-6

Babchishin, KM, & Hanson, RK. (2009). Improving our talk: Moving beyond the "low", "moderate", and "high" typology of risk communication. *Crime Scene, 16*(1), 11-14. Available at http://www.cpa.ca/cpasite/userfiles/Documents/Criminal%20Justice/Crime%20Scene%202009-05(1).pdf

Helmus, L, Hanson, RK, & Thornton, D. (2009). Reporting Static-99 in Light of New Research on Recidivism Norms. *The Forum* (ATSA Newsletter), *19*(4). Available at http://newsmanager.commpartners.com/atsa/issues/2009-01-21/5.html

Hanson, RK. (2008). What statistics should we use to report predictive accuracy? *Crime Scene, 14*(1), 15-17. Available at http://www.cpa.ca/sections/criminaljustice/publications/

Harris, A JR, & Hanson, RK. (2007, November 8). Stable-2007/Acute-2007. *The Forum* (ATSA Newsletter), *19*(4). Available at http://newsmanager.commpartners.com/atsa/issues/2007-11-08/2.html.

Långström, N, & Hanson, RK. (2006). Population correlates are relevant to understanding hypersexuality: A response to Giles. *Archives of Sexual Behavior, 35,* 643-644.

Cortoni, F, & Hanson, RK. (2006). Adult female sexual offenders: prevalence and recidivism. *NOTA News, 52,* 6-8.

Hanson, RK. (2006). Long-term follow-up studies are difficult: Comment on Langevin et al. (2004). *Canadian Journal of Criminology and Criminal Justice, 48* (1), 103-105.

Hanson, RK. (2005). Twenty years of progress in violence risk assessment. *Journal of Interpersonal Violence, 20*(2), 212-217.

Hanson, RK. (2005). Age and sexual recidivism: Early identification of persistent offenders and burn-out. *CrimeScene, 12*(1), 8-9. Available at http://www.cpa.ca/sections/criminaljustice/publications/

Harris, A JR, & Hanson, RK. (2003). The Dynamic Supervision Project: Improving the community supervision of sex offenders. *Corrections Today, 65,* pp 60-62,64.

Harris, A JR, & Hanson, RK. (2003). Supervising community sex offenders: The Dynamic Supervision Project. *The Forum* (ATSA Newsletter), *14*(2).

Hanson, RK. (2002). Introduction to the special section on dynamic risk assessment with sex offenders. *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 99-101.

Hanson, RK. (2000). Will they do it again? Predicting sex offence recidivism. *Current Directions in Psychological Science, 9*(3), 106-109.
   - Reprinted in T.F. Oltmanns & R.E. Emery (eds). (2004). *Current directions in abnormal psychology* (pp. 116-121). Upper Saddle River, NJ: Pearson/Prentice-Hall.

10

R.K. Hanson, Ph.D.

Hanson, RK. (1999). The uncertain future of correctional psychology. *Crime Scene, 6*(1), 9-11.

Hanson, RK. (1999). Commentary on Buchanan (1998). *Evidence-Based Mental Health, 2*(1), 21.

Hanson, RK., & Bussière, M. (1996). Sexual offender risk predictors: A summary of research results. *Forum on Corrections Research, 8*(2), 10-12.

Edited Books

Hanson, RK, Pfäfflin, F, & Lütz, M. (2004). *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives*. Vatican: Libreria Editrice Vaticana.

Contributions to Edited Books

Brouillette-Alarie, S, & Hanson, RK. (in press). Évaluation du risque de récidive. In F Cortoni & T Pham (Eds.), *Traité de l'agression sexuelle*. Montréal, QC : Presses de l'Université de Montréal.

Hanson, RK, & Bourgon, B. (in press). Advancing sexual offender risk assessment: Standardized risk levels based on psychologically meaningful offender characteristics. In FS Taxman (Ed.), *Handbook on corrections and sentencing: Volume 1: Risk and need assessment: Theory and Practice.* Routledge.

Helmus, L, Hanson, RK, & Babchishin, KM. (2015). Sex offender base rates of sexual recidivism after controlling for Static-99. In A Phenix and HM Hoberman (Eds.), *Sexual offenders: Diagnosis, risk assessment and management.* New York: Springer.

Hanson, RK. (2014). Risk assessment. In MS Carich & SE Mussack (Eds.), *The Safer Society handbook of sexual abuser assessment and treatment* (pp. 45-62). Brandon, VT: Safer Society.

Hanson, RK, & Harris, AJR. (2013). Criminogenic needs of sexual offenders on community supervision. In L. Craig, L. Dixon, & T. Gannon, (Eds.) *What works in offender rehabilitation: An evidence based approach to assessment and treatment* (pp. 421-435). Chichester, UK: Wiley-Blackwell.

Helmus, L, Hanson, RK, & Morton-Bourgon, K. (2011). International comparisons of the validity of actuarial risk tools for sexual offenders, with a focus on Static-99. In D.P. Boer, R. Eher, L.A. Craig, M.H. Miner & F. Pfafflin (Eds.), *International perspectives on the assessment and treatment of sexual offenders: Theory, practice, and research,* (pp. 57-83). Chichester, UK: Wiley-Blackwell.

Hanson, RK. (2010). Évaluation de la dangerosité statistique chez les agresseurs sexuels. Dans R. Coutanceau et J. Smith (Réd.), *La violence sexuelle: Approche psycho-criminologique (*pp. 170 – 181). Paris : Dunod.

Anderson, D, & Hanson, RK. (2010). Static-99: An actuarial tool to assess risk of sexual and violent recidivism among sexual offenders. In R.K. Otto & K. Douglas, (Eds.). *Handbook of violence risk assessment* (pp.251-267). Milton Park, UK: Routledge.

11

R.K. Hanson, Ph.D.

Hanson, RK. (2007). Assessing sex offenders. In C. Webster & S. Hucker (Eds.), *Clinical Risk Assessment and Management (*pp. 113-121*)*. Chichester: Wiley.

Hanson, RK. (2006). Stability and change: Dynamic risk factors for sexual offenders. In W. L. Marshall, Y.M. Forandez, L.E. Marshall, & G. A. Serran (Eds.), *Sexual offender treatment: Issues and controversies* (pp. 17-31). West Sussex, UK: John Wiley.

Hanson, RK, & Yates, PM. (2004). Sexual violence: Risk factors and treatment. In M. Eliasson (Ed.), *Anthology on interventions against violent men* (pp. 151-166). Acta Universitatis Upsaliensis, Uppsalla Women's Studies B: Women in the Humanities: 3. Uppsala, Sweden: Uppsala Universitet.

Hanson, RK, & Price, S. (2004). Sexual abuse screening procedures for positions of trust with children. In R.K. Hanson, F. Pfäfflin & M. Lütz, (Eds) *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives* (pp. 77-93). Vatican: Libreria Editrice Vaticana.

Hanson, RK. (2004). Prognosis – How Can Relapse Be Avoided. In R.K. Hanson, F. Pfäfflin & M. Lütz, (Eds). *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives* (pp. 133-143). Vatican: Libreria Editrice Vaticana.

Hanson, RK. (2004). Sex offender risk assessment. In C. R. Hollin (Ed.), *The essential handbook of offender assessment and treatment*. Chichester, UK: John Wiley & Sons.[an updated version of Hollin, 2001]

Hanson, RK, Morton, KE, & Harris, AJR (2003). Sexual Offender Recidivism Risk: What We Know and What We Need to Know. In R. Prentky, E. Janus, & M. Seto (Eds.), *Understanding and managing sexually coercive behavior* (pp. 154-166). Annals of the New York Academy of Sciences, Vol 989. New York: New York Academy of Sciences.

Hanson, RK. (2003). Sex offenders. In C. Webster & S. Hucker (Eds.), *Release decision making: Assessing violence risk in mental health, forensic, and correctional settings* (pp. 141-151). Hamilton, Ontario: St. Joseph's Healthcare.

Hanson, RK. (2003). Who is dangerous and when are they safe? Risk assessment with sexual offenders. In B. J. Winick & J. Q. Lafond, (Eds.). *Protecting society from sexually dangerous offenders: Law, justice and therapy* (pp. 63-74). Washington: American Psychological Association.

Hanson, RK. (2001). Facteurs de risque de récidive sexuelle : caractéristiques des délinquants et réponse au traitement. Dans La Fédération Française de Psychiatrie (réd.), *Psychopathologie et traitements actuels des auteurs d'agression sexuelle* (pp. 207-217). Montrouge, France : John Libbey Eurotext.

Hanson, RK. (2001). Sex offender risk assessment. In C. R. Hollin (Ed.), *The handbook of offender assessment and treatment* (pp. 85-96). Chichester, UK: John Wiley & Sons.

R.K. Hanson, Ph.D.

Hanson, RK. (2000).  Treatment outcome and evaluation problems.  In D. R. Laws, S. M. Hudson, & T. Ward (Eds.).  *Remaking relapse prevention with sex offenders: A sourcebook* (pp. 485-499). Thousand Oaks, CA: Sage.

Hanson, RK. (2000).  What is so special about relapse prevention? In D. R. Laws, S. M. Hudson, & T. Ward (Eds.).  *Remaking relapse prevention with sex offenders: A sourcebook* (pp. 27-38). Thousand Oaks, CA: Sage.

Harris, AJR, & Hanson, RK. (1999).  Dynamic predictors of sex offense recidivism: New data from community supervision officers.  In B. K. Schwartz (Ed.), *The sex offender: Theoretical advances, treatment special populations and legal developments (Vol. 3)* (pp. 9-1:9-12). Kingston, NJ: Civic Research Institute.

Hanson, RK, & Harris, A. (1997).  Voyeurism: Assessment and treatment.  In D. R. Laws & W. O'Donohue (Eds.), *Sexual deviance: Theory, assessment, and treatment* (pp. 311-331). New York: Guilford Press.

Hanson, RK. (1997).  Invoking sympathy:  The assessment and treatment of empathy deficits among sexual offenders.  In B. K. Schwartz & H. R. Cellini (Eds.), *The sex offender: New Insights, treatment innovations and legal developments (Vol. 2)* (pp. 1-12). Kingston, NJ: Civic Research Institute.
Reprinted, updated and revised in B.K. Schwartz (Eds.). *Handbook of Sex Offender Treatment* (2011), (pp. 3-1 to 3-12), Kingston, NJ: Civic Research Institute.

Hanson, RK. (1991).  Characteristics of sex offenders who were sexually abused as children.  In R. Langevin (Ed.), *Sex offenders and their victims* (pp. 77-85).  Oakville, Ontario: Juniper Press.

Paranjpe, AC, & Hanson, RK. (1988).  On dealing with the stream of consciousness:  A comparison of Husserl and Yoga.  In AC Paranjpe, D Ho, & R Reiber (Eds.), *Asian contributions to psychology* (pp. 215-231). Westport, CT: Praeger.

Psychological Tests

Hanson, RK, & Harris, AJR. (2007). Stable-2007/Acute-2007: Scoring manuals for the Dynamic Supervision Project. Unpublished scoring manuals. Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson, RK, & Harris, AJR. (2004). Stable-2000/Acute-2000: Scoring manuals for the Dynamic Supervision Project. Unpublished scoring manuals. Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson, RK, & Tangney, JP. (1996). *Test of Self-Conscious Affect – Social Deviance version.*  Unpublished questionnaire.  Available from RK Hanson, Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson Sex Attitude Questionnaires.  (from Hanson, Gizzarelli & Scott, 1994). Reprinted in

13

R.K. Hanson, Ph.D.

Calder, MC, with Hampson, A, & Skinner, J. (1999). *Assessing risk in adult males who sexually abuse children.* Dorset: Russell House Publishing.

Calder, MC. (Ed.). (1999). *Risk assessment of juveniles and children who sexually abuse.* Dorset: Russell House Publishing.

Prentky, R, & Edmunds, SB. (1997). *Assessing sexual abuse: A resource guide for practitioners.* Brandon, VT: Safer Society Press.

Carich, MS, & Adkerson, DL. (Eds.). (1995). *Adult sexual offender assessment packet* (pp. 75-76). Brandon, VT: Safer Society Press.

<u>Videotapes</u>

Hanson, RK. (2000). *Predicting sex offender recidivism*. [Videotape training and manual]. Thousand Oaks, CA: Sage.

<u>Government Documents</u>

Fernandez, Y, Gotch, K, Hanson, RK, & Harris, AJR. (2015). *Coding manual for ACUTE-2007: Revised 2015.* Ottawa: Public Safety Canada.

Fernandez, Y, Harris, AJR, Hanson, RK, & Sparks, J. (2014). *STABLE-2007 coding manual: Revised 2014.* Ottawa: Public Safety Canada. (translated into French, German, Dutch and Estonian). Note that the first edition of this manual was in 2012.

Swedish Council on Health Technology Assessment (RK Hanson, Adjunct Expert Adviser). (2011). *Medical and psychological methods for preventing sexual offences against children: A systematic review.* (Report No. 207). Stockholm: Author.

Babchishin, KM, Hanson, RK, & Helmus, L. (2011). *The RRASOR, Static-99R and Static-2002R all add incrementally to the prediction of recidivism among sex offenders.* Corrections User Report 2011-02. Ottawa: Public Safety Canada.

Helmus, L, Thornton, D, Hanson, RK, & Babchishin, KM. (2011). *Assessing the risk of older sex offenders: Developing the Static-99R and Static-2002R.* Corrections User Report 2011-01. Ottawa: Public Safety Canada.

Hanson, RK, Bourgon, G, Helmus, L, & Hodgson, S. (2009). *A meta-analysis of the effectiveness of treatment for sexual offenders : Risk, need and responsivity.* Corrections User Report 2009-01. Ottawa: Public Safety Canada.

Phenix, A, Doren, D, Helmus, L, Hanson, RK, & Thornton, D. (2009) *Coding rules for Static-2002.* Ottawa: Public Safety Canada.

14

R.K. Hanson, Ph.D.

Bourgon, G, Hanson, RK, Pozzulo, JD, Morton-Bourgon, KE, & Tanasichuk, CL. (2008) *The Proceedings of the 2007 North American Correctional & Criminal Justice Psychology Conference (User Report 2008-02).* Ottawa: Public Safety Canada.

Bourgon, G, Hanson, RK, & Bonta, J. (2008). Risk, need, and responsivity : A heuristic for evaluating the «quality » of offender interventions. In G. Bourgon, RK Hanson, J. D. Pozzulo, K. E. Morton Bourgon, & C. L. Tanasichuk, (Eds.) *The Proceedings of the 2007 North American Correctional & Criminal Justice Psychology Conference* (pp. 45-49). Corrections User Report 2008-02. Ottawa: Public Safety Canada.

Hanson, RK, & Bourgon, G. (2008). A psychologically informed meta-analysis of sex offender treatment outcome studies. In G. Bourgon, RK Hanson, J. D. Pozzulo, K. E. Morton Bourgon, & C. L. Tanasichuk, (Eds.) *The Proceedings of the 2007 North American Correctional & Criminal Justice Psychology Conference* (pp. 55-57). Corrections User Report 2008-02. Ottawa: Public Safety Canada.

Hanson, RK, Helmus, L, & Bourgon, G. (2007). *The validity of risk assessments for intimate partner violence: A meta-analysis.* Corrections User Report No. 2007-07. Ottawa: Public Safety Canada.

Collaborative Data Outcome Committee. (2007). Sex offender treatment outcome research: Guidelines for Evaluation (CODC Guidelines). Part 1: Introduction and overview. Corrections User Report No 2007-02. Ottawa: Public Safety Canada.

Collaborative Data Outcome Committee. (2007). The Collaborative Outcome Data Committee's Guidelines for the evaluation of sexual offender treatment outcome research. Part 2: CODC Guidelines. Corrections User Report No 2007-03. Ottawa: Public Safety Canada.

Hanson, RK, Harris, AJR, Scott, T, & Helmus, L. (2007). Assessing the risk of sexual offenders on community supervision: The Dynamic Supervision Project. Corrections User Report No 2007-05. Ottawa: Public Safety Canada.

Hanson, RK, & Morton-Bourgon, KE. (2007). *The accuracy of recidivism risk assessments for sexual offenders : A meta-analysis.* Corrections User Report No 2007-01. Ottawa: Public Safety and Emergency Preparedness Canada.
Abstracted in Tardif, M, (Éd.). *L'agression sexuelle: Cooperer au-delà des frontières. Cifas, 2005.* Montréal : Cifas- Institut Philippe-Pinel de Montréal. http://www.cifas.ca.

Cortoni, F, & Hanson, RK. (2005). *A review of the recidivism rates of adult female sexual offenders.* Report No R-169. Ottawa: Correctional Service of Canada.

Hanson, RK. (2005). *The validity of Static-99 with older sexual offenders.* Corrections User Report No 2005-01: Public Safety and Emergency Preparedness Canada.

Harris, AJR & Hanson, RK. (2004). Sex offender recidivism : A simple question. Corrections Users Report No. 2004-03: Public Safety and Emergency Preparedness Canada.

15

R.K. Hanson, Ph.D.

Hanson, RK, & Morton-Bourgon, K. (2004).  Predictors of sexual recidivism : An updated meta-analysis.  Corrections User Report No. 2004-02: Public Safety and Emergency Preparedness Canada.
- reprinted (in Polish): Hanson, RK, & Morton-Bourgon, K. (2004). Predykytory recydywy przestępstw seksualnych: uaktualniona metaanaliza. *Dziecko krzywdzone: Teoria, badania praktyka, 7,* 68-107.

Harris, A, Phenix, A, Hanson, RK, & Thornton, D. (2003).  Static-99 coding rules: Revised 2003.  Ottawa: Department of the Solicitor General of Canada.

Hanson, RK, & Thornton, D. (2003).  Notes on the development of Static-2002.  User Report 2003-01.  Ottawa: Department of the Solicitor General of Canada.

Hanson, RK. (2001).  Age and sexual recidivism: A comparison of rapists and child molesters.  User Report 2001-01.  Ottawa: Department of the Solicitor General of Canada.

Phenix, A, Hanson, RK, & Thornton, D. (2000).  Coding rules for the Static-99.  Corrections Research:  Manuals and Forms.  Ottawa: Department of the Solicitor General of Canada.

Hanson, RK, & Wallace-Capretta, S. (2000).  Predicting recidivism among male batterers.  User Report 2000-06.  Ottawa: Department of the Solicitor General of Canada.

Hanson, RK, & Wallace-Capretta, S. (2000).  A multi-site study of treatment for abusive men.  User Report 2000-05.  Ottawa: Department of the Solicitor General of Canada.

Hanson, RK, & Harris, AJR . (2000). The Sex Offender Need Assessment Rating (SONAR): A method for measuring change in risk levels. User Report 2000-01. Ottawa: Department of the Solicitor General of Canada.

Hanson, RK, & Thornton, D. (1999).  Static-99: Improving actuarial risk assessments for sex offenders.  User Report 99-02.  Ottawa: Department of the Solicitor General of Canada.

Hanson, RK, & Harris, AJR. (1998). Dynamic predictors of sexual recidivism.  (User Report 1998-01).  Ottawa: Department of the Solicitor General of Canada.

Hanson, RK. (1997).  The development of a brief actuarial risk scale for sexual offense recidivism.  (User Report 97-04).  Ottawa: Department of the Solicitor General of Canada.

Hanson, RK.  (1996).  Measuring empathy in sexual offenders.  In *The treatment of imprisoned sex offenders* (pp. 21-24).  London, UK: HM Prison Service.

Hanson, RK, & Bussière, MT. (1996). Predictors of sexual offender recidivism:  A meta-analysis.  (User Report 96-04).  Ottawa: Department of the Solicitor General of Canada.

R.K. Hanson, Ph.D.

Bonta, J, & Hanson, RK. (1994). Gauging the risk for violence: Measurement, impact and strategies for change. Ottawa: Ministry Secretariat, Solicitor General Canada.

Hanson, RK, & Hart, L. (Eds.). (1993). *The evaluation of treatment programs for male batterers: Conference proceedings.* Ottawa: Ministry Secretariat, Solicitor General Canada.

Hanson, RK, Steffy, RA, & Gauthier, R. (1992). Long-term follow-up of child molesters: Risk prediction and treatment outcome. (User Report No. 1992-02.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Hanson, RK, Cox, B, & Woszczyna, C. (1991). Sexuality, personality and attitude questionnaires for sexual offenders: A Review. (User Report No. 1991-13.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Hanson, RK. (1990). The psychological impact of crime: A review. (User Report No. 1990-01.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Canada. (1990). The management and treatment of sex offenders. Ottawa: Solicitor General Canada. (Members of the working group were R Cormier, C Gainer, RK Hanson, F Porporino, and S Wormith.)

Special Reports

Singh, JP, Yang, S, Bjorkly, S, Boccaccini, MT, Borum, R, Buchanan, A., Cooke, D, de Ruiter, C, Desmarais, SL, Douglas, KS, Doyle, M, Edens, JF, Elbogen, EB, Endrass, J, Fazel, S, Grann, M, Guy, LS, Hanson, RK, Hare, RD, Harris, GT, Hart, SD, Heilbrun, K, Larsen, MA, Monahan, J, Montaldi, DF, Mossman, D, Nicholls, TL, Ogloff, JRP, Otto, RK, Petrila, J, Pham, TH, Rettenberger, M, Rice, ME, Rossegger, A, Scurich, N, Skeem, JL., Trestman, RL, Urbaniok, F, Viljoen, JL, & Mulvey, E. (2013). Reporting standards for risk assessment predictive validity studies: The Risk Assessment Guidelines for the Evaluation of Efficacy (RAGEE) Statement. Tampa, FL: University of South Florida.

Phenix, A, Helmus, L, & Hanson, RK. (2012/2015). *Static-99R & Static-2002R evaluators' workbook.* Available at www.static99.org

Hanson, RK. (2000). *Risk assessment.* Beaverton, OR: Association for the Treatment of Sexual Abusers.

Doctoral Dissertation

Hanson, RK. (1986). The assessment of cognitive structures: Emotions and the meaning of daily events (Doctoral dissertation, U. of Waterloo, 1986) *Dissertation Abstracts International, 47*, 2214B-2215B.

Selected Conference Presentations (since 2000)

Hanson, RK. (Chair) (2016, June). Current developments in risk assessment for offenders of Indigenous heritage in Canada. Symposium at the Canadian Psychological Association Convention, Victoria, B.C.

17

R.K. Hanson, Ph.D.

Hanson, RK. (Chair) (2016, June). Field validity of the Static-99/R and STABLE-2000/2007 sexual offender risk assessment tools in the Province of British Columbia. Symposium at the Canadian Psychological Association Convention, Victoria, B.C.

Hanson, RK. (2015, June). Towards a common language for risk assessment. Presentation at the Third North American Correctional and Criminal Justice Psychology Conference, Ottawa, Ontario.

Coligado, M, & Hanson, RK. (2015, June). Measuring recidivism risk: A survey of practices in Canadian corrections. Presentation at the Third North American Correctional and Criminal Justice Psychology Conference, Ottawa, Ontario.

Hanson, RK. (2015, June). Raising the BARR-2002R: A psychological approach to STATIC risk assessment for sexual offenders. Presentation at the Third North American Correctional and Criminal Justice Psychology Conference, Ottawa, Ontario.

Babchishin, KM, Hanson, RK, & Blais, J. (2015, June). Less is more: Using Static-2002R subscales to predict violent and general recidivism among sexual offenders. Presentation at the Third North American Correctional and Criminal Justice Psychology Conference, Ottawa, Ontario.

Lee, SC, Hanson, RK, & Gress, C. (2015, June). The utility of Static-99R for sex offenders of East Asian heritage. Presentation at the Third North American Correctional and Criminal Justice Psychology Conference, Ottawa, Ontario.

Hanson, RK. (2015, June). Grant T. Harris: Leading the modern era of violence risk assessment. Presentation at the Third North American Correctional and Criminal Justice Psychology Conference, Ottawa, Ontario.

Lloyd, CD, Hanson, RK, & Serin, RC. (2015, March). "Dynamic" stipulates that re-assessment matters : Examining the hypothesis that repeated measurement enhances the prediction of recidivism. Presentation at the Annual Conference of the American Psychology-Law Society, San Diego, CA.

Brouillette-Alarie, S & Hanson, RK. (2014, juin). De la prédiction à la compréhension : validité convergente des construits latents de la Statique-99R et de la Statique-2002R. Présentation au 7me Congrès du Regroupement des intervenants en matière d'agression sexuelle, Orford, Québec.

Hanson, RK. (2014, June). A conviction for a sexual offence is a time dependent risk indicator. Presentation at the 75th Annual Convention of the Canadian Psychological Association, Vancouver, B.C.

Helmus, L & Hanson, RK. (2014, June). Dynamic risk assessment using STABLE-2007: Updated follow-up and new findings. Presentation at the 75th Annual Convention of the Canadian Psychological Association, Vancouver, B.C.

18

R.K. Hanson, Ph.D.

Hanson, RK & Helmus, L. (2014, June). Developing non-arbitrary categories for offender risk communication. Presentation at the 75th Annual Convention of the Canadian Psychological Association, Vancouver, B.C.

Khalifa, S & Hanson, RK. (2014, April). Low self-control, substance abuse, and criminal history in predicting intimate partner violence. Presentation at the Forensic Middle East Congress, Dubai.

Hanson, RK. (2013, October). The psychological constructs assessed by static risk factors. Presentation at the 32nd convention of the Association fort he Treatment of Sexual Abusers, Chicago, IL.

Babchishin, KM & Hanson, RK. (2013, October). The characteristics of internet sex offenders: An updated meta-analysis. Presentation at the 32nd convention of the Association fort he Treatment of Sexual Abusers, Chicago, IL.

Helmus, L & Hanson, RK. (2013, October). Risk/needs assessments using STABLE-2007 and Risk-Matrix-2000. Presentation at the 32nd convention of the Association for the Treatment of Sexual Abusers, Chicago, IL.

Lehmann, RJB, Goodwill, AM, Hanson, RK, & Dahle, K-P. (2013, September). Using crime scene information to detect psychologically meaningful risk factors in cases of child molestation. Presentation at the European Association of Psychology and Law Conference, Coventry, UK.

VanZuylen, H, Sheahan, C, & Hanson, RK. (2013, June). Static-99 and RRASOR predict recidivism among developmentally delayed sexual offenders: A cumulative meta-analysis. Presentation at the Annual Convention of the Canadian Psychological Association, Quebec.

Helmus, L., & Hanson, RK (2013, June). How should we talk about the accuracy of risk scales? Presentation at the Annual Convention of the Canadian Psychological Association, Quebec.

Hanson, RK (2013, May). Étude de la validité de construit des échelles actuarielles statiques: les facteurs de risque statiques sont des indicateurs de dimensions psychologiques associées à la récidive. Intervention au 7[me] Congrès internationale francophone sur l'agression sexuelle, Québec, PQ, Canada.

Hanson, RK, & Harris, AJR (2012, October). The reliability and validity of STABLE-2007: A review of the research. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Helmus, L. & Hanson, RK (2012, October). Dynamic risk assessment using STABLE-2007 : Updated follow-up and new findings from the Dynamic Supervision Project. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Harris, AJR, & Hanson, RK (2012, October). When is a sex offender no longer a sex offender? Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

19

R.K. Hanson, Ph.D.

Hanson, RK, & Thornton, D. (2012, October). Preselection effects can explain variability in sexual recidivism base rates in Static-99R and Static-2002R validation studies. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Hanson, RK (2012, June). The assessment and treatment of sexual offenders. Presentation at Expertisecentrum Forensische Psychiatrie Conference on the Future of Forensic Care: Solutions Worth Sharing, Utrecht, Holland.

Hanson, RK (2011, November). Percentile ranks for Static-99/R and Static-2002/R. Presentation at the 30th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Toronto, Ontario.

Hanson, RK. (2011, June). Calculating and presenting percentile ranks for the risk of crime and violence. Second North American Correctional and Criminal Justice Psychology Conference, Toronto.

Seto, MC, Hanson, RK, & Babchishin, KM. (2011, March). Child pornography offenders: Contact offending history and risk of recidivism. Paper presented at the 4th International Congress of Psychology and the Law, Miami, FL.

Babchishin, KM, & Hanson, RK. (2010, October). Even Highly Correlated Measures Can Add Incrementally to Risk Prediction: Comparing Static-99R and Static-2002R. Presentation at the 29th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Phoenix, Arizona.

Harris, AJR, & Hanson, RK. (2010, October). Adjusting Recidivism Estimates on the Basis of Time Free. Presentation at the 29th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Phoenix, Arizona.

Hanson, RK (2010, June). How should we report the accuracy of risk assessments for crime and violence? Presentation at the Annual Convention of Canadian Psychological Association, Winnipeg.

Cortoni, F, Hanson, RK, & Coache, M. (2009, November). Recidivism rates of female sexual offenders : A meta-analytic review. Presentation at the American Society of Criminology, Philadelphia, PA.

Helmus, L., Thornton, D., & Hanson, RK (2009, October). Should Static-99 recidivism estimates be adjusted based on age at release? A multi-sample exploration. Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

Thornton, D., Helmus, L., & Hanson, RK (2009, October). Does Static-2002 fully allow for the effects of age on release? Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

Hanson, RK, & Helmus, L. (2009, October). Methods for combining historical and psychological risk factors: An example using Static-2002 and STABLE-2007. Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

R.K. Hanson, Ph.D.

Hanson, RK (2009, June). The Growing Pains of Actuarial Risk Assessment for Sexual Offenders. Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Cortoni, F, & Hanson, RK (2009, May). Les principes d'évaluation du risque de récidive. Atelier au 5$^{me}$ Congrès internationale francophone sur l'agression sexuelle,  Montréal, Quebec.

Cortoni, F, Hanson, RK, & Coache, M.  (2009, May). Les délinquantes sexuelles : prévalence et récidive. Communication scientifique au 5$^{me}$ Congrès internationale francophone sur l'agression sexuelle, Montréal, Quebec.

Hanson, RK, & Barsetti, I. (2009, May). L'utilité et la valeur de l'évaluation des facteurs dynamiques dans l'évaluation du risque de récidive sexuelle. Atelier au 5$^{me}$ Congrès internationale francophone sur l'agression sexuelle,  Montréal, Quebec.

Helmus, L, Hanson, RK, & Thornton, D. (2008, October). The stability of recidivism for Static-2002 risk categories. Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Harris, AJR, Helmus, L, Hanson, RK, & Thornton, D. (2008, October). Are new norms needed for Static-99? Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Mann, RE, Hanson, RK, & Thornton, D. (2008, October). What should be assessed in sexual offender risk assessments? Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Bourgon, G., & Hanson, RK (2008, September). Meta-analysis of sex offender treatment efficacy : The importance of methodological quality and treatment quality. Presentation at the European Society of Criminology, Edinburgh, UK.

Nunes, KL., Hanson, RK, Firestone, P., Moulden, H., Greenberg, D. M., & Bradford, J. M. (2007, November). Denial predicts recidivism for some sexual offenders. In K. L. Nunes (Chair), A closer look at the relationship between denial and recidivism. Symposium at the 26th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

Harris, AJR, & Hanson, RK. (2007, November). Dynamic Supervision Project Outcomes: Risk Assessment Partnerships with Multiple Provinces and States Presentation at the 26th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

Helmus, L, & Hanson, RK. (2007, November). A Multi-Site Comparison of the Validity and Utility of Static-99 and Static-2002 for Risk Assessment. Presentation at the 26th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

R.K. Hanson, Ph.D.

Hanson, RK, & Bourgon, G. (June, 2007). Meta-analysis of sexual offender treatment outcome studies: Distinguishing quality studies from quality treatment. Presentation at the North American Correctional and Criminal Justice Psychology Conference, Ottawa.

Bourgon, G, Hanson, RK, & Bonta, J. (June, 2007). Risk, Need, and Responsivity: A heuristic for evaluating the "quality" of offender interventions. Presentation at the North American Correctional and Criminal Justice Psychology Conference, Ottawa.

Helmus, L., & Hanson, RK (June, 2007). The Accuracy of Risk Assessment for Intimate Partner Violence Offenders: A Meta-Analysis. Presentation at the International Association of Forensic Mental Health Services, Montreal, Canada.

Harris, A.J.R., & Hanson, R.K (2006, September). The dynamic supervision of sexual offenders: Updated data 2006. Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Chicago, IL.

Harris, A.J.R., & Hanson, R.K (2005, November). Dynamic assessment beyond static: Value added? Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Salt Lake City, Utah.

Price, S., Hanson, R.K., & Andrews, D.A. (2005, November). Automatic processing of sexual information: A Stroop replication study. Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Salt Lake City, Utah.

Hanson, RK (October, 2005). L'évaluation de risque de récidive chez les délinquants sexuels dans la communauté : Facteurs statiques, stables et aigus. Presentation at the Troisième congrès international francophone sur l'agression sexuelle, Hull-Gatineau, Canada.

Price, S., Hanson, RK, & Andrews, D.A. (June, 2005). Measuring the deviant schema of sexual offenders: A Stroop replication study. Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Hanson, RK. (June, 2005). The assessment of criminogenic needs of sexual offenders by community supervision officers : Reliability and validity. Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Cortoni, F., & Hanson, RK. (October, 2004). A review of the sexual recidivism rates of female offenders. Presentation at the 23rd Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Albuquerque.

Hanson, RK (October, 2004). The future of sexual offender treatment outcome research: Introduction. Presentation at the 23rd Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Albuquerque, New Mexico.

22

R.K. Hanson, Ph.D.

Långström, N., & Hanson, R.K. (June, 2004). Hypersexual behavior in the general population: Risk factors and correlates. International Association of Sex Research, Helsinki, Finland.

Thomas, T., Harris, AJR, Forth, A. E., & Hanson, RK (June, 2004). Static and dynamic factors: Predicting recidivism in adult sexual offenders. Presentation at the Annual Convention of Canadian Psychological Association, St. John's.

Price, S., & Hanson, RK (June, 2004). Sexual abuse screening procedures for positions of trust with children. Presentation at the Annual Convention of Canadian Psychological Association, St. John's.

Hanson, RK, Thornton, D., & Price, S. (2003, October). How much do the observed recidivism rates underestimate the actual rates ? Presentation at the 22[th] Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, St. Louis.

Thornton, D., & Hanson, RK (2003, October). Models of real re-offence rates: Clinical implications. Presentation at the 22[th] Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, St. Louis.

Hanson, RK, & Morton, K. E. (2003, June). Recidivism risk factors for sexual offenders : An updated meta-analysis. Presentation at the Canadian Psychological Association Annual Convention, Hamilton, Ontario.

Harris, A.J.R., & Hanson, R.K. (2003, June). Improving the standard of probation and parole supervision of community-based sexual offenders: The Dynamic Supervision Project. Presentation at the Canadian Psychological Association Annual Convention, Hamilton, Ontario.

Hanson, RK (2002, May). Static-99, RRASOR and SONAR. Presentation at the Canadian Psychological Association Annual Convention, Vancouver, B.C.

Hanson, RK. (2002, May). Constructing empirically based risk scales: Balancing breadth and efficiency. Presentation at the Canadian Psychological Association Annual Convention, Vancouver, B.C.

Hanson, RK. (2001, November). Do sexual offenders burn out? Data from 10 recidivism studies. Presentation at the 20th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Antonio, Texas.

Broom, I, Hanson, RK, & Stephenson, M. (2001, June). An evaluation of community sex offender treatment programs in the Pacific Region. Presentation at the Canadian Psychological Association's Annual Convention, Saint Foy, Quebec.

Hanson, RK, & Harris, AJR (2001, January). La prévision de risque chez les délinquants sexuels: Un programme de recherche. Présentation au Premier congrès international francophone sur l'agression sexuelle, Québec (Québec).

23

R.K. Hanson, Ph.D.

Hanson, RK, & Wallace-Capretta, S. (2000, June). A multi-site study of treatment for abusive men. Presentation at the Canadian Psychological Association, Ottawa.

Hanson, RK. (2000, May). Measuring change in sex offenders. Presentation at the 6th International Conference on the Treatment of Sexual Offenders, Toronto, Ontario.

<u>Conference Presentations (1984 to 1999)</u>

During this period, I gave 50 presentations at professional conferences, on topics including personality theory, social psychology, the reliability and validity of psychological tests, and the assessment and treatment of sexual offenders, mentally disordered offenders, and abusive men.

<u>A selection of invited addresses, conference plenaries, and other noteworthy presentations.</u>

Canadian Academy of Psychiatry and Law, Winter Conference, Vancouver, B.C. (March, 2016). The assessment and treatment of sexual offenders: Recent research from the STATIC Development Team.

American Psychology-Law Society, Atlanta, Georgia. (March, 2016). Standardized offender risk levels in corrections and forensic mental health.

University of Toronto, Annual Forensic Research Day, Penetanguishene, Ontario. (April, 2015). Can the numbers tells us who is safe? Reflections on the development of forensic risk assessment.

New York State Association for the Treatment of Sexual Abusers, Albany, New York. (May, 2014). When is a sexual offender no longer a sex offender? Risk reduction based on time offence-free in the community.

New Zealand Psychological Association Convention, Aukland, New Zealand. (September, 2013). Developing non-arbitrary metrics for risk communication.

University of Canterbury, Christchurch, New Zealand (September, 2013). Primed to punish: Altruistic punishment as motivation for vindictive rape.

Winterschool Research in Forensic Psychology, Seeon, Bavaria, Germany. (February, 2013). Altruistic punishment as motivation for vindictive rape.

Trauma and Transformation: The Catholic Church and the Sexual Abuse Crisis, Montreal. (October, 2011). Sexual offenders inside and outside the Church.

Second North American Correctional and Criminal Justice Psychology Conference, Toronto. (June, 2011). The assessment and treatment of sexual offenders.

Centre international de criminology comparée, Université de Montréal, Montreal. (March, 2009). Improving psychological risk assessments for crime and violence.

24

R.K. Hanson, Ph.D.

International Summer Conference: Research in Forensic Psychiatry, Regensburg, Germany (June, 2008). Chronic propensities and current manifestations: Measuring change in the recidivism risk of sexual offenders.

Canadian Psychological Association – Criminal Justice Section.  (June, 2006). A framework for violence risk assessment : Static, stable and acute factors.

Congrès international francophone sur l'agression sexuelle, Hull-Gatineau, Canada. (October, 2005). L'évaluation de risque et évolution des pratiques.

Association for the Treatment of Sexual Abusers. (September, 2006) What works: The principles of effective interventions with offenders. (October, 2003) Confronting clergy abuse: Consulting at the Vatican (with WL Marshall & M Kafka). (November, 2000) The effectiveness of treatment for sexual offenders: Report of the ATSA Collaborative Data Research Committee.

Scottish Prison Service, Edinburgh (September, 1995 and 2003) Sexual offender recidivism.

NOTA Annual Convention (UK):  Keynote addresses in 1995 [Cambridge], 1998 [Glasgow] and 2003 [Edinburgh]).  NOTA Scotland (Stirling, 2009).

Karolinska Institut, Stockholm (August, 2003). Assessing the recidivism risk of sexual offenders.

Conference on the Abuse of Children and Young People by Catholic Priests and Members of Religious Orders, Vatican (2003, April).  Sexual abuse screening procedures for positions of trust with children; risk assessment for identified offenders.

International Conference for Judicial and Clinical Treatment of Sexual Offenders, Taipai, Taiwan (2002, November). Risk markers for recidivism of sex offenders.

International Association for the Treatment of Sexual Offenders: (2002, September, Vienna). Empirical evidence of sex offender treatment efficacy. (2006, September, Hamburg) Dynamic risk assessment for sexual offenders on community supervision. (2010, September, Oslo) A meta-analysis of sexual offender treatment outcome studies. (2012, Berlin). The characteristics of online sex offenders.

Understanding and Managing Sexually Coercive Behavior, A New York Academy of Sciences Conference, Washington, DC. (2002, June).  Sex offender recidivism risk: What we know and what we need to know.

Conférence de consensus Psychopathologie et traitements actuels des auteurs d'agression sexuelle, Paris, France. (2001, November).  Facteurs de risque de récidive sexuelle : caractéristiques des délinquants et réponse au traitement.

Università Pontificia Salesiana, Rome, Italy. (2001, November). Evaluation and treatment of sexual offenders.

R.K. Hanson, Ph.D.

National Joint Committee of Senior Criminal Justice Officials, Sault Ste. Marie. (May, 2001). Sex offenders: Risk factors and treatment outcome.

American Academy of Psychiatry and Law, Vancouver, B.C. (October, 2000). Using research to improve risk assessments for sex offenders.

Annual Residentual Meeting UK College of Forsenic Psychiatry, Amsterdam (February, 99). Characteristics of Abusive Men.

Regroupement des intervenants en matière d'agression sexuels (RIMAS), Québec (September, 1998). Indicateurs de la récidive chez les agresseurs sexuels dans la communauté.

Home Office Sex Offender Treatment Conference, Coventry, U.K. (September, 1994). Assessing empathy in sexual offenders.

Therapeutic Intervention with Sex Offenders, Gander, Newfoundland. (1991, June). Keynote address: Recent research on the assessment and treatment of sexual offenders.

Sex Offenders and Their Victims Conference, Toronto. (1989, November). Characteristics of sex offenders who were sexually abused as children.

Graduate Student Supervision

Babchishin, KM. (2014). Sex offenders do change on risk-relevant propensities: Evidence from a longitudinal study of the ACUTE-2007. (Ph.D., Psychology, Carleton).

Price. S. (2006). A modified Stroop task with sexual offenders: A replication of a study. (M.A. , Psychology, Carleton).

Kerry, G. (2001). Understanding and predicting intimate femicide: An analysis of men who kill their intimate female partners. (Ph.D. , Psychology, Carleton).

Dickie, I. (1998). An information processing approach to understanding sympathy deficits in sexual offenders. (M.A., Psychology, Carleton).

Rooney, J. (1998). Predicting attrition from treatment programs for male batterers. (M.A., Psychology, Carleton).

External Examiner

Brassard, V. (2015). La réinsertion sociale, le réseau social et les trajectoires d'abandon de la carrière criminelle des délinquants sexual adults : Une étude prospective longitudinale. (Maitrise). Université de Laval.

26

R.K. Hanson, Ph.D.

Carpentier, J. (2009). Adolescents auteurs d'abus sexuels: carrière criminelle et facteurs associés. (Ph.D.). École de criminologie, Université de Montréal.

Eccleston, L. (2001). Violent offenders' failure on parole – personality and dynamic risk factors. (D. Psych.) University of Melbourne.

Cooper, H. (2000). Long-term follow-up of a community-based treatment program for adolescent sex offenders. (M.A.) Psychology Department, Lakehead University.

Jordon, S. A. (1999). An exploration of risk factors for aggression in relationships. (Ph.D.) Psychology Department, University of Ottawa.

Palmer, W. (1996). Enhancing parole prediction using current, potentially dynamic predictors, a continuous longitudinal criterion, and event history analysis. (Ph.D.) Psychology Department, Queen's University.

Qualified as an expert witness

Federal Court of Canada, 2016, Construction and evaluation of offender risk assessment tools (Ewert)
State of Wisconsin, 2015, Sexual offender risk assessment (Static-99/R norms)
Washington State, 2007. Evaluation of sexual offenders
Province of Manitoba, 2004, Community supervision of sexual offenders (Long term offender)
Commonwealth of Massachusetts, 2002, 2004, 2014. Sex offender risk assessment
Province of New Brunswick, 2002, Sex offender risk assessment
State of Arizona, 1999. Sex offender risk assessment
State of California, 1998. Sex offender risk assessment

Testimony for Legislative Review Committees

Government of Canada, House of Commons, Standing Committee on Justice, Human Rights, Public Safety, and Emergency Preparedness, May, 2005. Assessment and treatment of sex offenders.
Government of Canada, House of Commons, Standing Committee on Justice and Human Rights, Febraury, 2011. Recidivism risk of sex offenders.
Government of Canada, Senate Committee on Legal and Constitutional Affairs, February, 2012. Assessment and treatment of sex offenders.

Dissemination through popular media

I have been regularly consulted by reporters and my research findings has been presented in a wide range of popular media outlets, including the *Economist, Scientific American, Scientific American: Mind, New York Times, Atlantic Monthly, Wall Street Journal, CBC Radio (national and regional), CBC Television, CTV, Fox News (live interview), Globe and Mail, Chatelaine,* and *the National Post.*

27

R.K. Hanson, Ph.D.

Associate Editor

*Sexual Abuse: A Journal of Research and Treatment,* 1999 – 2010

Editorial Board

*Criminal Justice and Behavior, 2006 -*
*Journal of Sexual Offender Civil Commitment: Science and the Law, 2005 - 2008*
*Sexual Abuse: A Journal of Research and Treatment, 2010 -*


Reviewer

I have been an an ad hoc reviewer for the following journals:

*American Psychologist, Archives of Sexual Behavior, Canadian Journal of Behavioural Science, Canadian Journal of Criminology and Criminal Justice, Cognitive Therapy and Research, Criminal Justice and Behavior, Criminologie, International Journal of Forensic Mental Health, Journal of Abnormal Psychology, Journal of Consulting and Clinical Psychology, Journal of Forensic Psychiatry and Psychology, Journal of Interpersonal Violence, Journal of the American Academy of Psychiatry and the Law, Journal of Quantitative Criminology, Journal of Threat Assessment and Management, Journal of Strategic and Systemic Therapy, Justice Quarterly, Law and Human Behavior, Legal and Criminological Psychology, Psychological Assessment, Psychological Bulletin, Professional Psychology,* and *Psychology, Crime, & Law.*

Granting agencies:

Federal Ministry of Education and Research (Germany), Ontario Mental Health Foundation, Fonds pour la Formation de Chercheurs et l'Aide à la Recherche (Québec), Fonds de la recherche en santé (Québec), National Science Foundation (US), the Social Sciences and Humanities Research Council of Canada, and Volkswagen Foundation (Germany).

And book publishers:

American Psychological Association; Oxford University Press; Wiley.

Membership in Professional Associations

Association for the Treatment of Sexual Abusers
   - Board of Directors, Chair of Research Committee (2009 – 2012)
Canadian Psychological Association
   - Secretary/Treasurer for the Criminal Justice Section (1996 – present)
International Association for the Treatment of Sexual Offenders
   - Scientific Advisor Committee (2000 - present)
Ontario College of Psychology

28

R.K. Hanson, Ph.D.

National/International Working Groups, Scientific Committees and Advisory Boards

Current:

Centre International de Criminologie Comparée (Montréal) – Collaborator-member (2010 to present).
Dutch Ministry of Justice, Expertise Center for Forensic Psychiatry. Scientific Council (2010 to present).
Forensic Psychology Research Centre, Carleton University (Ottawa). Research Associate (2013 to present).
Hong Kong Correctional Services – Honorary Advisor of the Construction of Risks and Needs Assessments
        Tools for Sex Offenders (2010 to present).
Safer Society Program & Press (Vermont, USA).  Advisory Board (1995 – 1997; 1999 – 2000; 2007 to
        present).
Singapore Ministry of Social and Family Development. International Research Advisor. (2014 – present).
Sociatà Internazionale di Psicologia Guiridica (Rome; International Society of Psychology and Law).  Scientific
        Committee (2008 to present).

Previous:

American Psychiatric Association. Advisor to the DSM-V Sexual Disorders Workgroup (2009-2013).
Correctional Service of Canada. Accreditation Panel (1998 – 2006).
Her Majesty's Prison Service (United Kingdom). Advisory Board/Accreditation Panel (1993 – 1999; 2000 –
        2001).
Social Sciences and Humanities Research Council of Canada – Committee Member (2011 - 2013)
Solicitor General Canada. Sexual Offender Working Group Member (1988).
Swedish Council on Technology Assessments in Health Care (SBU). External advisor (2010 – 2011, 2013)

Selected National/International consultation and training

TBS Review Board, Utrecht, Holland – 2009, 2012
New York State Office of Mental Health – 2009
Vatican, Holy See - 2003
Commonwealth of Massachusetts, Public defenders - 2002
Commonwealth of Massachusetts, Sex Offender Registry Board – 2000
Sex Offender Commitment Defenders Association – 2000
Wisconsin Sex Offender Treatment Network, 1998/2000 (video training tapes)
State of California, Department of Mental Health - 1997 – 2011, 2014
Parole Board of Canada – 1996 - 2012

As well, I have provided periodic training workshops for various Canadian and US federal and state
organisations (e.g., RCMP, State of Colorado, U.S. Department of Justice, State of Georgia).

Canadian government language competency in French  E/C/B

29

Dr. R. Karl Hanson : Qualified as an expert witness/contributions to court proceedings  2012 – 2016

| Date | Case | Court | Written | Oral | Comments |
|---|---|---|---|---|---|
| 2012 | Class action blocking Proposition 35 (successful) | U.S. District Court for the Northern District of California | ✓ | | Deposition for American Civil Liberties Association of Northern California blocking the implementation of Proposition 35 (Internet access for individuals with a history of sexual crimes). Appeal heard by United States Court of Appeals for the Ninth Circuit (2014). |
| 2013 | In re the Detention of Jonathan Parsons Yakima County Cause No. 12-2-00669-4, 10543681 | SUPERIOR COURT OF THE STATE OF WASHINGTON FOR YAKIMA COUNTY | ✓ | | Risk assessment for individuals being considered for Violent Sexual Predator designation using the Static-99R risk tool (for the State of Washington). |
| 2014 | Joshua Lundberg v. Mass. Sex offender Registry Board (Case No. 380689) | Massachusetts Sex Offender Registry Board | ✓ | | Risk assessment for individuals convicted of possession of child abuse images (for Lundberg) |
| 2015 | JOHN DOE v JOSEPH FOSTER (AG for NH) and ROBERT L. QUINN,(NH State Police) | UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE | ✓ | | Class action concerning disclosure of internet identifiers for individuals with a history of sexual crime (for ACLU – New Hampshire) |
| 2016 | Jeffrey Ewert v Government of Canada | Federal Court (Canada) | ✓ | ✓ | Risk assessment for offenders of Indigenous heritage. Scientific foundations of risk assessment (for the Government of Canada) |
| 2016 | Various | Wisconsin | ✓ | | Affidavit prepared for the Wisconsin State Public Defenders Office concerning the appropriate use of the Static-99R risk assessment tools for individuals being considered for sexual offender civil commitment in Wisconsin. |
| 2016 | Various | Massachusetts Sex Offender Registry Board | ✓ | | Deposition on risk assessment of individuals convicted of possession of child abuse images (for the defense). |
| 2016 | G.v Government of Canada and Govt. Of Ontario | Federal Court (Canada) | ✓ | ✓ | G is challenging the Ontario and Canadian sexual offender registries for individuals found not criminally responsible due to mental illness (RKH testified for the Government of Canada). |